IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-CR-00140-LTB

UNITED STATES OF AMERICA

Plaintiff,

RESTRICTED

v.

1. MICHAEL DESTRY WILLIAMS,
a/k/a "Will Williams,"

Defendant.

## MOTION TO RESTRICT CASE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting the Indictment and Arrest Warrant in this matter, as well as this Motion, at Level 3 and as grounds therefore submits the following:

1. The defendant is a fugitive and his current whereabouts are unknown to the law enforcement agents involved in the investigation of this case. It is believed that the defendant is currently unaware of the Indictment or the investigation that has led to it.

2. Public disclosure of the Indictment and Arrest Warrant may alert the defendant and cause him to flee his current location or otherwise take steps to avoid apprehension or take other steps to otherwise frustrate the government in its efforts to execute the Arrest Warrant.

WHEREFORE, it is respectfully requested that the Indictment and Arrest Warrant in this matter, as well as this motion, be restricted at Level 3 until the arrest of the defendant.

                                        Respectfully submitted,

                                        JOHN F. WALSH
                                        United States Attorney

                                        <u>s/ Kenneth M. Harmon</u>
                                        KENNETH M. HARMON
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1225 17th Street, Suite 700
                                        Denver, Colorado 80202
                                        Phone: 303-454-0100
                                        Fax: 303-454-0402
                                        kenneth.harmon@usdoj.gov
                                        Attorney for Government