IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
**Jul 26, 2012**
GREGORY C. LANGHAM, CLERK

Criminal Case No. 12-CR-00140-LTB

UNITED STATES OF AMERICA

      Plaintiff,

v.                                                          **RESTRICTED**

1.     MICHAEL DESTRY WILLIAMS,
      a/k/a "Will Williams,"

      Defendant.

---

### MOTION TO RESTRICT CASE

---

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting the Superseding Indictment and Arrest Warrant in this matter, as well as this Motion, at Level 3 and as grounds therefore submits the following:

    1.    The defendant is a fugitive and his current whereabouts are unknown to the law enforcement agents involved in the investigation of this case. It is believed that the defendant is currently unaware of the Superseding Indictment or the investigation that has led to it.

    2.    Public disclosure of the Superseding Indictment and Arrest Warrant may alert the defendant and cause him to flee his current location or otherwise take steps to avoid apprehension or take other steps to otherwise frustrate the government in its efforts

to execute the Arrest Warrant.

WHEREFORE, it is respectfully requested that the Superseding Indictment and Arrest Warrant in this matter, as well as this motion, be restricted at Level 3 until the arrest of the defendant.

> Respectfully submitted,
>
> JOHN F. WALSH
> United States Attorney
>
> s/ Kenneth M. Harmon
> KENNETH M. HARMON
> Assistant United States Attorney
> United States Attorney's Office
> 1225 17th Street, Suite 700
> Denver, Colorado 80202
> Phone: 303-454-0100
> Fax: 303-454-0402
> kenneth.harmon@usdoj.gov
> Attorney for Government