AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   12-cr-00140 |
| MICHAEL DESTRY WILLIAMS, | ) | |
| a/k/a "Will Williams," | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL DESTRY WILLIAMS,  a/k/a "Will Williams"                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ☑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Tax Evasion in violation of 26 U.S.C. §7201 and 18 U.S.C. §2
Structuring Transactions to Evade Reporting Requirements in violation of 31 U.S.C. §5324(a)(3)
Bank Fraud in violation of 18 U.S.C. §1344
Fictitious Obligations in violation of 18 U.S.C. §514
Interference with administration of internal revenue laws in violation of 26 U.S.C. §7212(a)

Date:   07/26/2012                                          s/ S. Grimm, Deputy Clerk
                                                           *Issuing officer's signature*

City and state:   Denver, Colorado                         Gregory C. Langham, Clerk
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                         _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |