IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  12-cr-00140-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,
    a.k.a. Will Williams,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    WARREN R. WILLIAMSON
    Federal Public Defender, Interim

    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    robert_pepin@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ken Harmon, Assistant United States Attorney
    Kenneth.Harmon@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Michael D. Williams     *(via U.S. mail)*
Reg. No. 39714-013
Denver Contract Detention Facility
c/o GEO
3130 North Oakland Street
Aurora, CO 80010


                                            s/ Robert W. Pepin
                                            ROBERT W. PEPIN
                                            Assistant Federal Public Defender
                                            633 - 17th Street, Suite 1000
                                            Denver, Colorado  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            robert_pepin@fd.org
                                            Attorney for Defendant