UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

**UNOPPOSED MOTION TO RESET ARRAIGNMENT,
DISCOVERY AND DETENTION HEARING**
_____

        Martha H. Eskesen of MARTHA H. ESKESEN, P.C., submits the following unopposed motion to reset arraignment, discovery and detention hearing for defendant Michael Destry Williams, and requests the Court reset the arraignment, discovery and detention hearing to Monday, July 8, 2013, at 2:00 p.m. for good cause shown as follows:

        1.    Mr. Williams was arrested and had his first appearance on June 27, 2013. The Federal Public Defender was appointed and the arraignment, discovery and detention hearing was set for July 2, 2013.

        2.    After hearing on July 2, 2013, the Court permitted the Office of the Federal Public Defender to withdraw as counsel for Mr. Destry and appointed Criminal Justice Act Counsel to represent hm.  ECF No. 14.  The Court reset the arraignment, detention and discovery hearing to July 5, 2013, at 10:00 a.m.  The docket further reflects that Mr. Williams requested to represent himself and that there was a discussion regarding

Magistrate Judge Tafoya's previous findings regarding Mr. Wiliams competency to represent himself  *Id.*

3.   The undersigned was appointed on July 3, 2013.  The July 4, 2013, holiday is approaching and will result in business and government agency closures that will not permit counsel adequate time to prepared for hearing on July 5, 2013.  In addition, Supervisory Deputy U.S. Marshal Rick Holden informed defense counsel that the due to the General Order Limiting the Scheduling of Criminal Trials and Hearings Due to Budgetary Constraints, District Court General Order 2013-1, the U.S. Marshals Service is not opposed to, and would in fact welcome, a continuance of this matter because it is the only matter set for July 5, 2013.

4.   Counsel has not yet seen Mr. Williams and intends to attempt to do so on this date at the federal facility where he is confined.

5.   Based on these circumstances, Ms. Eskesen requests the arraignment discovery and detention hearing be reset to July 8, 2013, at 2:00 p.m., a time pre-cleared by the parties with Magistrate Judge Hegarty's staff.

6.   The government, by Assistant U.S. Attorney Kenneth Harmon, does not object to this request.

WHEREFORE, for good cause shown, CJA counsel Eskesen requests the Court grant this motion and continue the arraignment, discovery and detention hearing to Monday, July 8, 2013, at 2:00 p.m.

        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        6200 South Syracuse Way, Suite 125
        Greenwood Village, CO 80111
        Telephone:   (303) 874-5160
        Facsimile:   (303) 573-4921
        Email: meskesen@eskesenlaw.com

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 3, 2013, I electronically filed the foregoing **UNOPPOSED MOTION TO RESET ARRAIGNMENT, DISCOVERY AND DETENTION HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams        (via hand-delivery)

        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        6200 South Syracuse Way, Suite 125
        Greenwood Village, CO 80111
        Telephone:   (303) 874-5160
        Facsimile:   (303) 573-4921
        Email: meskesen@eskesenlaw.com