

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-JLB

UNITED STATES OF AMERICA

   Plaintiff,

1. MICHAEL DESTRY WILLIAMS,
   a/k/a "Will Williams,"

   Defendant.

SUPERSEDING INDICTMENT
18 U.S.C. §514
18 U.S.C. §1344
26 U.S.C. §7201
26 U.S.C. §7202(a)
31 U.S.C. §5324(a)(3), (d)
18 U.S.C. §2

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JUL 15 PM 12:44

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times material to this indictment:

1. The defendant, MICHAEL DESTRY WILLIAMS, was a resident of Pueblo and Pueblo County, Colorado.

2. Defendant WILLIAMS was self-employed as a general contractor focusing primarily on residential construction projects, including roofing, remodeling and the repair and restoration of residential structures sustaining fire and water related damage.