IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-000140-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    MICHAEL DESTRY WILLIAMS,

    Defendant.

---

SUPPLEMENT TO GOVERNMENT'S MOTION FOR PHYSICAL EXAMINATION OF
DEFENDANT IN AID OF DETERMINING WHETHER REASONABLE
CAUSE EXISTS TO CONDUCT MENTAL COMPETENCY PROCEEDINGS AND
DETERMINING DEFENDANT'S PHYSICAL CAPACITY TO STAND TRIAL

---

The United States of America, by and through its undersigned counsel, respectfully

provides the supplemental information for the Court's consideration with respect to the

government's pending motion for an order directing that the defendant submit to a medical

physical examination for the purposes of determining (1) whether there is reasonable cause to

believe that the defendant may be currently suffering from a mental disease or defect such as to

warrant competency proceedings pursuant to Title 18, United States Code, Section 4241 *et seq*.;

or, alternatively (2) whether the defendant is currently suffering from a medical condition

rendering him physically incapable of proceeding to trial as scheduled (DE 31[1]):

    1.    On July 30, 2013, undersigned was notified that the discovery packet that the

government had mailed to the defendant at GEO Aurora Detention Center, the facility where the

---

[1]    "DE" refers to docket entries in this case.

defendant is currently being detained, was refused for delivery by the defendant and returned to

the United States Attorney's Office.  A photocopy of the envelope indicating this refusal and

return is annexed as Exhibit A hereto.)

2.      Undersigned government counsel spoke with Guillermo Gutierrez, the case

manager for the defendant at the GEO Aurora Detention Center, who confirmed that the package

had been received by the detention center and delivered to the defendant but then refused by him.

Case Manager Gutierrez indicated that the defendant has refused all other mail addressed to him

by his given name, "Michael Williams" or "Michael Destry Williams," including other mail

items designated as legal mail and correspondence from family members, including his mother.

Case Manager Gutierrez advised that the defendant will only accept items addressed to him by a

certain name, which he wrote out for the case manager as "Michael-destry Family of Williams,

RR1 St. Charles Mesa, Pueblo, Colorado." (A photocopy of this writing is annexed as Exhibit

B.)  The case manager further related that defendant Williams has refused other legal mail, even

if the envelopes for the items are addressed to the defendant in the manner deemed acceptable to

him, if the contents within identify him by his given name.

3.      The undersigned government counsel also spoke to Case Manager Gutierrez about

his knowledge of the defendant's current medical condition.  The case manager indicated that the

defendant had mentioned to detention facility staff that he had mercury poisoning but that

medical staff at the facility cannot currently confirm his condition owing to his lack of

cooperation with staff; the case manager indicated that the defendant has refused to execute

documents needed by the staff to allow treatment, so that an adequate screening of him has been

difficult.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

by: s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Martha H. Eskesen, P.C.
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone: (303) 486-6938
Facsimile: (303) 573-4921
E-mail: meskesen@eskesenlaw.com

And I hereby certify that I have caused a copy of the foregoing to be mailed, by U.S. Mail, to defendant Michael Destry Williams at the following address:

Michael Destry Williams
GEO Aurora Detention Center
3130 North Oakland Street
Aurora, CO 80010

s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov
