UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

       Defendants.

_____

**MOTION FOR STATUS CONFERENCE**
_____

      Advisory/Standby counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., requests the Court set a status conference to address Advisory/Standby counsel's role in this matter, for the following reasons:

      1.    Ms. Eskesen was initially appointed on July 3, 2013, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Mr. Williams (ECF No. 15).

      2.    On July 8, 2013, at the Arraignment, Discovery and Detention Hearing (ECF No. 20), the Court granted the defendant's request to represent himself and appointed Ms. Eskesen as advisory counsel.  The minute entry at ECF No. 20 was subsequently amended to reflect that the Court appointed Ms. Eskesen as "stand-by counsel."

      3.    On July 31, 2013, Case Manager Gutierrez of the GEO Aurora Detention Facility called Ms. Eskesen's office and stated that Mr. Williams was refusing to see Ms. Eskesen and that he wished to no longer work with Ms. Eskesen.  Ms. Eskesen was en

route to the GEO Aurora Detention Center to meet with Mr. Williams when her office notified her of this call.  Upon arrival at GEO, Ms. Eskesen met with Mr. Gutierrez who confirmed the message, and returned to Ms. Eskesen mail that she had sent to Mr. Williams on July 24, 2013 (addressed as per Mr. Williams' direction to "Michael-destry Family of Williams"), because Mr. Williams refused the mail and directed it be returned to sender.

4.	Ms. Eskesen remains willing and able to serve as advisory/standby counsel in this matter; however, in light of Mr. Williams' wish to no longer work with her, Ms. Eskesen requests the Court hold a status conference to address her role.

Dated:  July 31, 2013				MARTHA H. ESKESEN, P.C.


						s/ Martha H. Eskesen
						Martha H. Eskesen
						5445 DTC Parkway, Penthouse 4
						Greenwood Village, CO 80111
						Telephone:   (303) 486-6938
						Facsimile:    (303) 573-4921
						Email: meskesen@eskesenlaw.com
						*Advisory Counsel*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 31, 2013, I electronically filed the foregoing **MOTION FOR STATUS CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael Destry Williams           (via U.S. Mail)

> MARTHA H. ESKESEN, P.C.
>
> s/ Martha H. Eskesen
> Martha H. Eskesen
> 5445 DTC Parkway, Penthouse 4
> Greenwood Village, CO 80111
> Telephone:   (303) 486-6938
> Facsimile:    (303) 573-4921
> Email: meskesen@eskesenlaw.com