# Martha Eskesen

| | |
|---|---|
| **From:** | Harmon, Kenneth (USACO) <Kenneth.Harmon@usdoj.gov> |
| **Sent:** | Tuesday, August 27, 2013 11:22 AM |
| **To:** | Arguello_chambers@cod.uscourts.gov |
| **Cc:** | Martha H. Eskesen (meskesen@eskesenlaw.com) |
| **Subject:** | U.S. v. Michael Destry Williams, Case No. 12-cr-140-CMA |
| **Attachments:** | proposed order  082713 physical~mental comptency exams (2).pdf; proposed order 082713 physical~mental comptency exams.wpd |

Pursuant to the Court's directive at the August 22, 2013 status conference in this case, a proposed follow up order has been prepared by government counsel concerning the physical and psychiatric examinations ordered by the Court.

A draft of a proposed order was provided to Defendant's Advisory Counsel for her review and a redlined version of the draft was returned with suggested changes and additions. The proposed order accompanying this email incorporates many – *but not all* – of these suggestions.

The proposed order is being transmitted in Word Perfect, its native format, and as a PDF document.


Kenneth M. Harmon
Assistant U.S. Attorney
District of Colorado

(303) 454-0272 (office telephone)
(720) 281-3840 (office cell phone)
(303) 454-0402 (office fax)



1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA

        Plaintiff,

v.

MICHAEL DESTRY WILLIAMS

        Defendant.

---

**ORDER DIRECTING EXAMINATIONS**

---

By Order dated August 2, 2013 (Doc. # 37), this Court granted the Government's "Motion for Physical Examination of Defendant in Aid of Determining Whether Reasonable Cause Exists to Conduct Mental Competency Proceedings and Determining Defendant's Physical Capacity to Stand Trial" (Doc. # 31) and ordered that a physical examination of Defendant be conducted. The Court, in this order, also determined that the defendant would benefit from a mental competency evaluation and so *sua sponte* ordered that Defendant undergo as well a psychological/psychiatric examination under 18 U.S.C. § 4247.

On August 22, 2013, this Court conducted a status conference in this case, in part to address issues relating to these examinations (Doc. ## 38, 45). Having now conducted this status conference, and having at that conference afforded counsel for the Government and Defendant's court-appointed Advisory Counsel the opportunity to take positions concerning the scope and parameters of these examinations, and being otherwise duly advised,

**IT IS FURTHER ORDERED** as follows:

1. Defendant shall be physically examined forthwith by a licensed physician on staff with the United States Bureau of Prisons, said examination to determine both Defendant's general physical condition and, in particular, whether the defendant is currently suffering from the effects of mercury poisoning or has some other physical ailment that may affect his cognitive abilities or, alternatively, may otherwise affect his physical ability to appear and defend himself at trial.

2. Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant shall submit to an examination by Dr. Karen Fukutaki, a licensed psychiatrist, concurrent with or within a reasonable time after the completion of the previously referenced physical examination, at the facilities where Defendant is then being detained pending trial in this case. The purpose of Dr. Fukutaki's examination shall be to determine the following:

   a. whether the defendant is presently suffering from a mental disease or defect; and

   b. if so,

      (1) whether such mental disease or defect renders the defendant unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, 18 U.S.C. § 4241(d);

      (2) how, and to what extent such mental disease or defect affects his ability to make a knowing, voluntary and intelligent decision to waive his right to counsel in this case and to proceed *pro se* instead; and

      (3) how, and to what extent, such a mental disease or defect would affect the defendant's ability to act as his own attorney in this case and to understand

and adhere to the Court's instructions and courtroom protocol.[1]

The examination shall be concluded within 30 days of this Order.

3. No statement made by Defendant to Dr. Fukutaki as part of the examination ordered herein shall be admitted in evidence against Defendant in a trial of, or sentencing in, this case or in any other criminal proceeding, except that the Government may introduce the contents of such statements in any such proceedings for the purposes of impeachment or rebuttal.

4. Dr. Fukutaki is authorized to contact counsel for the Government and Advisory Counsel for the Defendant to request copies of appropriate documents, and counsel are directed to provide copies of records and information that Dr. Fukutaki may need to conduct her examination and issue a report and opinion regarding the competency of the Defendant. If requested by Dr. Fukutaki, the United States Probation Office is authorized and directed to provide Dr. Fukutaki with records within its custody and control concerning Defendant. The United States Bureau of Prisons physician and assisting medical staff who physically examine Defendant pursuant to this Order are also authorized and directed to provide Dr. Fukutaki with reports and records generated by or resulting from said physical examination, at Dr. Fukutaki's request.

5. Pursuant to the provisions of 18 U.S.C. § 4247(c), within 14 days following the examination, Dr. Fukutaki shall prepare a report of her findings and conclusions from the examination. Such report shall address the matters specifically enumerated in 18 U.S.C. § 4247(c)(1) through (c)(4)(A). The report shall be made available to all counsel for the parties in

---

[1] See *Indiana v. Edwards*, 554 U.S. 164, 174-75 (2008); *McKaskle v. Wiggins*, 465 U.S. 168, 174-173, 183 (1984)(description of basic trial tasks needed to be performed by *pro se* defendant).

the case and shall be filed with the Court under Restriction Level 2.

DONE and ORDERED this ___ day of August 2013 at Denver, Colorado.

_____
CHRISTINE M. ARGUELLO
United States District Judge
