IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-CMA

UNITED STATES OF AMERICA

Plaintiff,

v.

MICHAEL DESTRY WILLIAMS

Defendant.

## ORDER DIRECTING EXAMINATIONS

By Order dated August 2, 2013 (Doc. # 37), this Court granted the Government's "Motion for Physical Examination of Defendant in Aid of Determining Whether Reasonable Cause Exists to Conduct Mental Competency Proceedings and Determining Defendant's Physical Capacity to Stand Trial" (Doc. # 31) and ordered that a physical examination of Defendant be conducted. The Court, in this order, also determined that the defendant would benefit from a mental competency evaluation and so *sua sponte* ordered that Defendant undergo as well a psychological/psychiatric examination under 18 U.S.C. § 4247.

On August 22, 2013, this Court conducted a status conference in this case, in part to address issues relating to these examinations (Doc. ## 38, 45). Having now conducted this status conference, and having at that conference afforded counsel for the Government and Defendant's court-appointed Advisory Counsel the opportunity to take positions concerning the scope and parameters of these examinations, and being otherwise duly advised,

**IT IS FURTHER ORDERED** as follows:

1. Defendant shall be physically examined forthwith by a licensed physician on staff with the United States Bureau of Prisons, said examination to determine both Defendant's general physical condition and, in particular, whether the defendant is currently suffering from the effects of mercury poisoning or has some other physical ailment that may affect his cognitive abilities or, alternatively, may otherwise affect his physical ability to appear and defend himself at trial. The examining physician shall prepare a report of his/her findings and conclusions from the examination and such report shall be made available to all counsel for the parties in the case and shall be filed with the Court under Restriction Level 2.

2. Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant shall submit to an examination by Dr. Karen Fukutaki, a licensed psychiatrist, concurrent with or within a reasonable time after the completion of the previously referenced physical examination, at the facilities where Defendant is then being detained pending trial in this case. The purpose of Dr. Fukutaki's examination shall be to determine the following:

 a.  whether the defendant is presently suffering from a mental disease or defect; and

 b.  if so,

  (1)  whether such mental disease or defect renders the defendant unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, 18 U.S.C. § 4241(d);

  (2)  how, and to what extent such mental disease or defect affects his ability to make a knowing, voluntary and intelligent decision to waive his right to counsel in this case and to proceed *pro se* instead; and

  (3)  how, and to what extent, such a mental disease or defect would affect the

defendant's ability to act as his own attorney in this case and to understand and adhere to the Court's instructions and courtroom protocol.[1]

The examination shall be concluded within 30 days of this Order.

3. No statement made by Defendant to Dr. Fukutaki as part of the examination ordered herein shall be admitted in evidence against Defendant in a trial of, or sentencing in, this case or in any other criminal proceeding, except that the Government may introduce the contents of such statements in any such proceedings for the purposes of impeachment or rebuttal.

4. Dr. Fukutaki is authorized to contact counsel for the Government and Advisory Counsel for the Defendant to request copies of appropriate documents, and counsel are directed to provide copies of records and information that Dr. Fukutaki may need to conduct her examination and issue a report and opinion regarding the competency of the Defendant. If requested by Dr. Fukutaki, the United States Probation Office is authorized and directed to provide Dr. Fukutaki with records within its custody and control concerning Defendant. The United States Bureau of Prisons physician and assisting medical staff who physically examine Defendant pursuant to this Order are also authorized and directed to provide Dr. Fukutaki with reports and records generated by or resulting from said physical examination, at Dr. Fukutaki's request.

5. Pursuant to the provisions of 18 U.S.C. § 4247(c), within 14 days following the examination, Dr. Fukutaki shall prepare a report of her findings and conclusions from the examination. Such report shall address the matters specifically enumerated in 18 U.S.C. §

---

[1] See *Indiana v. Edwards*, 554 U.S. 164, 174-75 (2008); *McKaskle v. Wiggins*, 465 U.S. 168, 174-173, 183 (1984)(description of basic trial tasks needed to be performed by *pro se* defendant).

4247(c)(1) through (c)(4)(A). The report shall be made available to all counsel for the parties in the case and shall be filed with the Court under Restriction Level 2.

DONE and ORDERED this 28th day of August 2013 at Denver, Colorado.

*(signature)*
CHRISTINE M. ARGUELLO
United States District Judge