From Michael-destry Family of Williams
RR 1 St. Charles Mesa
Pueblo, Colorado
C/o GEO Coporation Prision
3130 N. Oakland Street
Aurora, Colorado 80010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 28 2013
JEFFREY P. COLWELL
CLERK

12-cr-00140
CMA

TO: Federal District Court House
1929 Stout Street
Denver, Colorado 80294
Attn Clerk of the Court.

Cleark of the Court

I have been denied all my God given rights, Including, but not limited too, violation of my International right of Self-determination, a Lawful Arainment, access to a Law Library and only an hour a week at a Computor.

Also, I am a perminatly disabled American and have been denied any consideration for my disability.

The District Court has placed an Attorney on the case without my verbal or written consent or contract. I have no way to defend myself.

Enclosed please find Notorized Affidavit with four Exhibits, three with the District Court stamp stamp. As I served the documents today in court, They were dismissed and I was removed from the court with no avail.

I request transfer + Invoke Article III Common Law Court of Competent Jurisdiction. With your Federal Court. I also request Asylm in the Federal Court from the District Court's abuse + Violation of all my God given Rights.

Thank You for your Attention

Michael-destry

Michael-destry Family of Williams

# Affidavit

From the office of Executor
Of the Trust known as MICHAEL DESTRY WILLIAMS
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o GEO Corporation
3130 N. Oakland Street
Aurora, Colorado [80010]

Date: 13th of August 2013

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO # 1:12-cr 00140-CMA operated by Christie M. Arguello, and any officers, acting public servants, Trustees, Principals and or agents, have been fired Nunc Pro Tunc and ensuring. They do not have authority, permission, lawful contract and or agreements to represent or act on behalf of said Trust, Beneficiary and or living man Michael-destry and or to proceed under any and all legal or lawful fiduciary relationships including, but not limited too the above mentioned Commercial Presentment under Color of Law. All agreements must be in lawful contract form with full discloser of all facts, parties, jurisdiction and procedures through Lawful Process of Service to the correct party.

At no time has Attorney Martha H. Eskesen been hired from this office to act as Counsel of Record of the Petty Offense Court of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO # 1:12-cr 00140-CMA. She acted upon her own accord under False Pretenses, without Agreement and or Contract, verbal or written from this office and or the living man Michael-destry Family of Williams. She was ordered and instructed from first public meeting and two others to correct her error in written form and to identify on the public forum, that she is not Counsel of Record of any and all including this Commercial Presentment. She acted without authority and upon her own accord and refuses to set the public forum straight. There is no Agreement or Contract between the stated parties. As all acting public servants, officers, agents, Principals, Trustees but not limited too, have been fired, Nunc Pro Tunc and ensuing.

The Attorney Martha H. Eskesen was served three documents from this office on the 14th July 2013, Exhibit "A" Demanding Transfer and Invoking Article III Common Law Court of Competent Jurisdiction and defining Beneficiaries and Trusts citizenship to Colorado and The United States of America. Exhibit "B" Letter and offer to settle their debt, invoked on behalf of the above mentioned Commercial Presentment under Color of Law. Exhibit "C" Arrest Warrant of said Commercial Presentment operated under Color of Law. All Exhibits/ documents stamped by said DISTRICT COURT CLERKS OFFICE on the 15th of July 2013with no avail.

As there is a public fee schedule for all Commercial Presentments on behalf of the Beneficiary, Michael-destry and the Trust known as MICHAEL DESTRY WILLIAMS and any derivative there of, listing detailed charges including 1,000,000.00 silver species 1 oz .999 pure silver for any injuries and or trespasses not listed. All Bonds of said court and third party entities, acting public servant, agents, Principals, Trustees and or officers of said Petty Offense Court have been arrested and claimed for three different injuries and or trespasses on behalf of five different entities and or individuals by this Office, for 1,000,000.00 silver species 1 oz .999 pure silver per injuries and or trespasses for a total of 3,000,000.00 silver species 1 oz .999 pure silver per entity and individuals, but not limited to these and other trespasses and injuries that have also a cured.

The Petty Offense Court and its public servant, Trustees, Principals and or agents and or officer of said Petty Offense Court has been fired and notice verbally and now in written form. Thus, all correspondence attempts to contract from said Petty Offence Court has been returned to sender and or stating send to Trustee. See Exhibit "D" copy of returned mail.

Exhibit "C" is in support of the first written Arrest Warrant of this Office on the 26th of June 2013, Served upon the UNITED STATES MARSHAL SERVICE during the arrest and attempt to contract with the Beneficiary of said Trust. The Beneficiary, Michael-destry, demanded a lawful warrant, their Letter of Acceptance of their Offices, certified copy of their Oaths of Offices and a certified copy of their Bonds. They were never produced and or provided to date. As were the same demands made upon the Petty Offense Court and its officers, acting public servant, agents, Principals and or Trustees. Thus, with the same negative results refusing to produce or provide to date. This Office was also refused the above mentioned documents and the original Arrest Warrant of 26th of June 2013 for its records.

This Office, Trust and Beneficiary have a previous judgment against the Internal Revenue Service including aforementioned Commercial Presentment acting under Color of Law, proving no Lawful obligation exists between the parties.

Michael-destry Family of Williams has never taken an Oath of Citizenship to the entity known as UNITED STATES aka UNITED STATES OF AMERICA. He has exercised his International Right of Self-Determination, publicly stated and claimed citizenship to Colorado and The United States of America.

The intent of citizenship and legal obligation has been noticed verbally and to all parties through Exhibits A,B,C and D upon the public record with Clean Hands, thus, has been established without rebuttle.

This Office and the Beneficiary have requested travel documents and an accounting of said Trust for use, transfer and or closer without any avail, Plus, a meeting to settle this Commercial Presentments under Color of Law of the trespasses and injuries invoke by said court and entities, acting public servant, agents, Principals, Trustees and or officers of said Petty Offense Court. This request is on behalf of the five entities and individuals stated below represented by this Office.

Notice to Principal is notice to agent, Notice to agent is notice to principal, Silence is acquiescence, Nunc Pro Tunc.

by: Michael-destry: Executor
Michael-destry: Executor
on behalf of
Trust known as MICHAEL DESTRY WILLIAMS
Beneficiary - Michael-destry
Family of Williams
Colorado state citizen of the original Republic
American citizen of the The United States of America

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

8-20-13

Exhibit "A"

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 JUL 15 PM 12:44
JEFF... ...WELL
CLERK
BY________DEP. CLK

**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

**Criminal Action No. 12-cr-00140-CMA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**MICHAEL DESTRY WILLIAMS,**

**Defendant**

**DEMANDING TRANSFER AND INVOKING ARTICLE III COMMON LAW COURT OF COMPETENT JURISDICTION**

**and**

**Third Party Complainant,
Michael-destry Family of Williams and
The Executor of the Trust known as
MICHAEL DESTRY WILLIAMS,**

**vs.**

**THE INTERNAL REVENUE SERVICE,
David Topolewski, Special Agent,
THE UNITD STATES TREASURY,
Klaton Knabb, Special Agent,
THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO, Petty Offense
Court, Honorable Judge Christine M. Arguello,
THE UNITED STATES ATTORNEY, Kenneth Harmon
And John Walsh,**

---

**Now cometh the living man, Michael-destry Family of Williams, a citizen of <u>Colorado</u> and <u>The United States of America</u>.**

Exhibit "A"
page 2

Thus being denied access to an Article III Common Law Court by a petty offense court of the United States District Court of the District of Colorado. Thus the beneficiary and the living man being held, kidnapped without our consent.

Request emergency transfer or asylum within the jurisdiction of the United States District Court for the District of Colorado, Article III Common Law Court with a judge of competent jurisdiction.

To demand a show cause hearing of all corporate and or entities under or acting in color of law to prove and/or provide personam or subject matter jurisdiction or contractual obligation or a lawful arraignment that has been denied.

By: Michael-destry : executor
Michael-destry executor
On behalf of Trust known as
MICHAEL DESTRY WILLIAMS
And the beneficiary Michael –destry
And on behalf of the living man
Michael-destry Family of Williams
And American National/citizens
Of The United States of America (sic)

Exhibit "B"

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 JUL 15 PM 12: 44
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

From the office of the executor of
the trust MICHAEL DESTRY WILLIAMS

14th of July, 2013

To the United States District Court for
The District of Colorado
Honorable Judge Christine M. Arguello/Acting Trustee
901 19th Street
Denver, Colorado 80294

12-cr-00140-CMA

As I (the executor and the beneficiary being held as surety) am a permanently disabled American and have mercury poison and infection in my chest to my head, I am under the weather as they say, this is why I am having trouble talking in your court and understanding.

I have come to the conclusion you have not been informed by your agents United States Marshals Service that I am the beneficiary moved into the Office of Executor of the Trust known as MICHAEL DESTRY WILLIAMS in written notice form on 26 June 2013.

When the United States Marshals, were without my consent, demanding my fingerprints and photos, their documents were arrested by the Executor claiming all bonds, stocks, securities, assets of any entity acting under or in color of law as third party intervenors of this commercial presentment without personam or subject matter jurisdiction or contractual obligation.

Please note that at the time the beneficiary was apprehended by the U.S. Marshals and the Pueblo Sheriff's Department failed to present a warrant of competent jurisdiction to himand refused to provide their letters of acceptance, certified copies of their bond, and certified copies of their oaths.

I direct an in camera meeting to resolve the misunderstanding and to allow any and all public servants to come back in Honor and reclaim their bonds if they so choose and all are still fired.

Failure to comply all stocks, bonds, securities, assets, currency is hereby arrested, seized and claimed of all corporations and or entities and their officers acting in or under color of law until the trust and beneficiary are made whole and/or brought before an article III common law court with a judge of competent jurisdiction.

By: Michael-destry: Executor
Michael-destry executor
On behalf of Trust known as
MICHAEL DESTRY WILLIAMS
And the beneficiary Michael –destry
And on behalf of the living man
Michael-destry Family of Williams
And American National/citizens
Of The United States of America (sic)

Notice

From the office of Executor Office known as MICHAEL DESTRY WILLIAMS

Arrest Warrant

I Executor hereby arrest seize & ... claim all Stocks, Bonds, & All Corporate entities, officers & Interveners, 3rd parties acting under Color of Law related to this dispute, Frauds ... in Commercial presentment by a Article III ... until this dispute is settled ... of this Law Court.

... Executor of Michael Destry Williams on behalf of Trust known as MICHAEL DESTRY WILLIAMS and the beneficiary Michael-destry William of the Living Man & Family, The United States of America Colorado Citizen and Colorado Citizen.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 JUL 15 PM 12: 44
JEFFREY P. COLWELL
CLERK
BY________DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00140-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL DESTRY WILLIAMS,
a/k/a "Will Williams,"

Defendant.

SUPERSEDING INDICTMENT
18 U.S.C. §514
18 U.S.C. §1344
26 U.S.C. §7201
26 U.S.C. §7212(a)
31 U.S.C. §5324(a)(3), (d)
18 U.S.C. §2

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times material to this indictment:

1. The defendant, MICHAEL DESTRY WILLIAMS, was a resident of Pueblo and Pueblo County, Colorado.

2. Defendant WILLIAMS was self-employed as a general contractor focusing primarily on residential construction projects, including roofing, remodeling and the repair and restoration of residential structures sustaining fire and water related damage.

Exhibit "C"

RTS
CLAIMS UNLAWFUL ADDRESS & NAME
NEED TO SEND TO TRUSTEE

Exhibit "O"

FROM
MARTHA H. ESKESEN, P.C.
ATTORNEY AT LAW
6200 SOUTH SYRACUSE WAY
SUITE 125
GREENWOOD VILLAGE, COLORADO 80111

TO
Michael-destry Family of Williams
(U.S. Marshal Detainee)
Aurora Detention Center
3130 North Oakland Street
Aurora, CO 80010

[signature] 7-30-13
1210 HRS.

Michael-destry Family -
Executor / Williams
RR1 St. Charles mesa
Pueblo, Colorado
... Michael-destry executor
Return to Sender or Mail
... Trust & the Trust
known AS MICHAEL DESTRY WILLIAMS

LEGAL MAIL
OPEN ONLY IN PRESENCE
OF INMATE