**Other Orders/Judgments**
1:12-cr-00140-CMA USA v. Williams

# U.S. District Court

## District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 8/28/2013 at 4:18 PM MDT and filed on 8/28/2013
**Case Name:**          USA v. Williams
**Case Number:**        1:12-cr-00140-CMA
**Filer:**
**Document Number:** 47

**Docket Text:**
Order Directing Examinations as to Michael Destry Williams by Judge Christine M. Arguello on 8/28/13. (dkals, )


**1:12-cr-00140-CMA-1 Notice has been electronically mailed to:**

Martha Horwitz Eskesen  meskesen@eskesenlaw.com

Kenneth Mark Harmon  kenneth.harmon@usdoj.gov, Andrea.Hough@usdoj.gov, USACO.ECFCriminal@usdoj.gov

**1:12-cr-00140-CMA-1 Notice has been mailed by the filer to:**

Michael Destry Williams
c/o GEO Corporation
3130 North Oakland Street
Aurora, CO 80010

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/28/2013] [FileNumber=4157479-0
] [0317211bc6f2311cdd0e6584874c5f3506c1f79f6b2518812e53142e94c3844e320
60f97a7d69964550855604ce5d5cf87eff82f6c6586e312b2207480b8e430]]



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP - 9 2013
JEFFREY P. COLWELL
CLERK

3 97/14-013

RTS
No longer here

RETURN TO SENDER

Michael Destry Williams
c/o GEO Corporation
3130 North Oakland Street

NIXIE     802    DC 1      0009/06/13
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

HASLER
$0.669
Mailed From 80202
US POSTAGE