UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.     **MICHAEL DESTRY WILLIAMS,**

        Defendants.
_____

**NOTICE REGARDING ECF NO. 55**
_____

      Advisory/Standby counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby provides notice that the electronic filing notice for the Court's Order Regarding Mental Competency filed on September 16, 2013, at ECF No. 55 reflects that the order has been mailed to the defendant at the following address:

Michael Destry Williams
c/o GEO Corporation
3130 North Oakland Street
Aurora, CO 80010

      Mr. Williams is no longer being held by the U.S. Marshals at the GEO Aurora Detention Center. He is at FDC Englewood. Communications mailed to him should be addressed as follows:

Michael-destry Family of Williams
Reg. No. 39714-013
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

Advisory counsel will cause a copy of the Order Regarding Mental Competency to be mailed to Mr. Williams together with copies of the report(s) referenced in the Order; however, advisory counsel cannot guarantee that Michael-destry Family of Williams will accept such mailings as reflected by his past refusals to do so.

Dated:  September 17, 2013				MARTHA H. ESKESEN, P.C.


							s/ Martha H. Eskesen
							Martha H. Eskesen
							5445 DTC Parkway, Penthouse 4
							Greenwood Village, CO 80111
							Telephone:   (303) 486-6938
							Facsimile:    (303) 573-4921
							Email: meskesen@eskesenlaw.com
							*Advisory Counsel*

## CERTIFICATE OF SERVICE (CM/ECF)

     I hereby certify that on September 17, 2013, I electronically filed the foregoing **NOTICE REGARDING ECF NO. 55** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kenneth Harmon, Assistant U.S. Attorney
**Kenneth.harmon@usdoj.gov**

     And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael-destry Family of Williams    (via U.S. Mail)
Reg. No.  39714-013
Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO 80123

                                          MARTHA H. ESKESEN, P.C.

                                          s/ Martha H. Eskesen
                                          Martha H. Eskesen
                                          5445 DTC Parkway, Penthouse 4
                                          Greenwood Village, CO 80111
                                          Telephone:   (303) 486-6938
                                          Facsimile:    (303) 573-4921
                                          Email: meskesen@eskesenlaw.com