
OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 29 2013
JEFFREY P. COLWELL
CLERK
Michael Destry Williams
c/o GEO Corporation
3130 North Oakland Street
Aurora, CO 80010
RETURN TO SENDER
RETURN TO SENDER
RETURN TO SENDER
NIXIE 802 DC 1 0010/27/13
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294258999 *1768-00008-21-39
HASLER
$0.46
US POSTAGE
Refused to accept 10-23-13 1846 Hrs
RTS
12-CR-140-CMA
Doc. 76
Not here!
Arrived on 10/23/13

MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circ10.dcn
Bcc:
--Case Participants: Martha Horwitz Eskesen (meskesen@eskesenlaw.com), Kevin F. Sweeney (dane.ellingson@usdoj.gov, kevin.f.sweeney@usdoj.gov, kevin.sweeney3@usdoj.gov, western.taxcriminal@usdoj.gov), Kenneth Mark Harmon (andrea.hough@usdoj.gov, kenneth.harmon@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Judge Christine M. Arguello (arguello_chambers@cod.uscourts.gov)
--Non Case Participants: USM-Criminal Division (usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:<4230366@cod.uscourts.gov>
Subject:Activity in Case 1:12-cr-00140-CMA USA v. Williams Trial Preparation Conference
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 10/21/2013 at 10:42 AM MDT and filed on 10/21/2013

**Case Name:** USA v. Williams
**Case Number:** 1:12-cr-00140-CMA
**Filer:**
**Document Number:** 76(No document attached)

**Docket Text:**
**MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Trial Preparation Conference as to Michael Destry Williams held on**