IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No: _____

Date: Nov -5- 2013

Time: 3:17 PM

### NOTE TO COURT

    ✗    We the jury have a verdict.

    ___    We the jury have a question.

_____

_____

_____

_____

Answer from the Court

_____

_____

_____

_____

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit  2