IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 12-cr-00140-CMA

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.    **MICHAEL DESTRY WILLIAMS,**

        Defendant.

## VERDICT FORM

### COUNT ONE

1A. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count One of the superseding indictment:

_____ Not Guilty

__X__ Guilty

If the answer to Question 1A is Not Guilty, please proceed to Question 2A. If the answer to Question 1A is Guilty, please answer Question 1B, then proceed to Question 2A.

1B. List the paragraph or paragraphs that contain at least one affirmative act that the jury unanimously agreed was/were proved by the government beyond a reasonable doubt:

Paragraphs: A - I

## COUNT TWO

2A. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Two of the superseding indictment:

_____  Not Guilty

__X__  Guilty

If the answer to Question 2A is Not Guilty, please proceed to Question 3A.   If the answer to Question 2A is Guilty, please answer Question 2B, then proceed to Question 3A.

2B. List the paragraph or paragraphs that contain at least one affirmative act that the jury unanimously agreed was/were proved by the government beyond a reasonable doubt:

Paragraphs: A, B, C, D, E, E.1, F, F.1, G.1, G.2, H, I, J, K

## COUNT THREE

3A. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Three of the superseding indictment:

_____  Not Guilty

__X__  Guilty

If the answer to Question 3A is Not Guilty, please proceed to Question 4.   If the answer to Question 3A is Guilty, please answer Question 3B, then proceed to Question 4.

3B. List the paragraph or paragraphs that contain at least one affirmative act that the jury unanimously agreed was/were proved by the government beyond a reasonable doubt:

Paragraph: A, ~~B~~ B

## COUNT FOUR

4. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Four of the superseding indictment:

_____ Not Guilty
__X__ Guilty

## COUNT FIVE

5. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Five of the superseding indictment:

_____ Not Guilty
__X__ Guilty

## COUNT SIX

6. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Six of the superseding indictment:

_____ Not Guilty
__X__ Guilty

3

## COUNT SEVEN

7. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Seven of the superseding indictment:

_____ Not Guilty

__X__ Guilty

## COUNT EIGHT

8. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Eight of the superseding indictment:

_____ Not Guilty

__X__ Guilty

## COUNT NINE

9. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Nine of the superseding indictment:

_____ Not Guilty

__X__ Guilty

## COUNT TEN

10A. We, the jury, upon our oaths, unanimously find the defendant, MICHAEL DESTRY WILLIAMS, in Count Ten of the superseding indictment:

_____ Not Guilty

__X__ Guilty

If the answer to Question 10A is Guilty, please answer Question 10B.

10B. List the paragraph or paragraphs that contain at least one act that the jury unanimously agreed was/were proved by the government beyond a reasonable doubt:

Paragraphs A1, A2, B, C, D, E, F, G, H, I

_____
FOREPERSON

Dated this __5__ day of November, 2013.