*Exhibit "A"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JUL 15  PM 12: 44

JEFF~~~ ~~~WELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**Criminal Action No. 12-cr-00140-CMA**

**UNITED STATES OF AMERICA,**

      Plaintiff,

**vs.**

**MICHAEL DESTRY WILLIAMS,**

      Defendant

**and**

**Third Party Complainant,**
**Michael-destry Family of Williams and**
**The Executor of the Trust known as**
**MICHAEL DESTRY WILLIAMS,**

**vs.**

**THE INTERNAL REVENUE SERVICE,**
  David Topolewski, Special Agent,
**THE UNITD STATES TREASURY,**
  Klaton Knabb, Special Agent,
**THE UNITED STATES DISTRICT COURT FOR**
  **THE DISTRICT OF COLORADO,** Petty Offense
Court, Honorable Judge Christine M. Arguello,
**THE UNITED STATES ATTORNEY,** Kenneth Harmon
  And John Walsh,

**DEMANDING TRANSFER AND
INVOKING ARTICLE III COMMON LAW
COURT OF COMPETENT
JURISDICTION**

---

    Now cometh the living man, Michael-destry Family of Williams, a citizen of

<u>Colorado</u> and <u>The United States of America</u>.

*Support Doc*
*01-1*

*Exhibit "A"*
*page 2*

Thus being denied access to an Article III Common Law Court by a petty offense court of the United States District Court of the District of Colorado.  Thus the beneficiary and the living man being held, kidnapped without our consent.

Request emergency transfer or asylum within the jurisdiction of the United States District Court for the District of Colorado, Article III Common Law Court with a judge of competent jurisdiction.

To demand a show cause hearing of all corporate and or entities under or acting in color of law to prove and/or provide personam or subject matter jurisdiction or contractual obligation or a lawful arraignment that has been denied.

By: *Michael-destry : executor*
Michael-destry executor
On behalf of Trust known as
MICHAEL DESTRY WILLIAMS
And the beneficiary Michael –destry
And on behalf of the living man
Michael-destry Family of Williams
And American National/citizens
Of The United States of America (sic)

2

*SD 01-2*

Exhibit "B"

From the office of the executor of
the trust MICHAEL DESTRY WILLIAMS

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO 15th of July, 2013

2013 JUL 15 PM 12: 44

To the United States District Court for
The District of Colorado
Honorable Judge Christine M. Arguello/Acting Trustee
901 19th Street
Denver, Colorado 80294

JEFFREY P. COLWELL
CLERK
BY_____CMU DEP. CLK

12-cr-00140-CMA

As I (the executor and the beneficiary being held as surety) am a permanently disabled
American and have mercury poison and infection in my chest to my head, I am under the
weather as they say, this is why I am having trouble talking in your court and
understanding.

I have come to the conclusion you have not been informed by your agents United States
Marshals Service that I am the beneficiary moved into the Office of Executor of the Trust
known as MICHAEL DESTRY WILLIAMS in written notice form on 26 June 2013.

When the United States Marshals, were without my consent, demanding my fingerprints
and photos, their documents were arrested by the Executor claiming all bonds, stocks,
securities, assets of any entity acting under or in color of law as third party intervenors of
this commercial presentment without personam or subject matter jurisdiction or
contractual obligation.

Please note that at the time the beneficiary was apprehended by the U.S. Marshals and the
Pueblo Sheriff's Department failed to present a warrant of competent jurisdiction to
himand refused to provide their letters of acceptance, certified copies of their bond, and
certified copies of their oaths.

I direct an in camera meeting to resolve the misunderstanding and to allow any and all
public servants to come back in Honor and reclaim their bonds if they so choose and all
are still fired.

Failure to comply all stocks, bonds, securities, assets, currency is hereby arrested, seized
and claimed of all corporations and or entities and their officers acting in or under color
of law until the trust and beneficiary are made whole and/or brought before an article III
common law court with a judge of competent jurisdiction.

By: Michael-destry: Executor
Michael-destry executor
On behalf of Trust known as
MICHAEL DESTRY WILLIAMS
And the beneficiary Michael—destry
And on behalf of the living man
Michael-destry Family of Williams
And American National/citizens
Of The United States of America (sic)

SD 02



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 JUL 15 PM 12: 4

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Criminal Case No. 12-cr-00140-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL DESTRY WILLIAMS,
a/k/a "Will Williams,"

Defendant.

SUPERSEDING INDICTMENT
18 U.S.C. §514
18 U.S.C. §1344
26 U.S.C. §7206
26 U.S.C. §7212(a)
31 U.S.C. §5332(a)(1), (3), (d)
18 U.S.C. §2

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times material to this indictment:

1.    The defendant, MICHAEL DESTRY WILLIAMS, was a resident
of Pueblo and Pueblo County, Colorado.

2.    Defendant WILLIAMS was self-employed as a general
contractor focusing primarily on residential construction
projects, including roofing, remodeling and the repair and
restoration of residential structures sustaining fire and water
related damage.

1.

SD-03



LEGAL MAIL
OPEN ONLY IN PRESENCE
OF INMATE

-TM- T. M
7-30-13
1210 HRS.

CLAIMS UNLAWFUL ADDRESS + NAME
NEED TO SEND TO TRUSTEE

RTS

**FROM**
MARTHA H. ESKESEN, P.C.
ATTORNEY AT LAW
6200 SOUTH SYRACUSE WAY
SUITE 125
GREENWOOD VILLAGE, COLORADO 80111

**TO**
Michael-destry Family of Williams
(U.S. Marshal Detainee)
Aurora Detention Center
3130 North Oakland Street
Aurora, CO 80010

Michael-destry Family
Executor/Williams
R#1 St. Charles meSa
Pueblo Colorado
, Michael-destry executor
is to Send or mail
Trust to the Trust
own As MICHAEL DESTRY WILLIAMS

Exh. # "0"

SD-04

1970982 REQST 03/28/2014 11:57:51 AM
Page: 1 of 2 .R 16.00 D 0.00 T 16.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

proved
0960-0015

SOCIAL SECURITY ADMINISTRATION

# REQUEST FOR WITHDRAWAL OF APPLICATION

Do not write in this space

**IMPORTANT NOTICE.—** This is a request to cancel your application. If it is approved, the decision we made on your application will have no legal effect, all rights attached to an application, including the rights of reconsideration, hearing, and appeal will be forfeited, and any payments we made to you or anyone else on the basis of that application will have to be returned. You must then reapply if you want a determination of your Social Security rights at any time in the future but any subsequent application may not involve the same retroactive period. This procedure is intended to be used only when your decision to file has resulted, or will result, in a disadvantage to you. Your local Social Security office will be glad to explain whether, and how, this procedure will help you.

| NAME OF WAGE EARNER, SELF-EMPLOYED INDIVIDUAL, OR ELIGIBLE INDIVIDUAL | SOCIAL SECURITY NUMBER |
|---|---|
| **MICHAEL DESTRY WILLIAMS** | **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** |

| PRINT YOUR NAME *(First name, middle initial, last name)* | DATE OF APPLICATION<br>unknown | TYPE OF BENEFIT<br>Social Security<br>old age insurance |
|---|---|---|
| **Michael-Destry: Williams** | TYPE OF APPLICATION<br>SS-5 | |

I hereby request the withdrawal of my application, dated as above, for the reasons stated below. I understand that (1) this request may not be cancelled after 60 days from the mailing of notice of approval; and (2) if a determination of my entitlement has been made, there must be repayment of all benefits paid on the application I want withdrawn, and all other persons whose benefits would be affected must consent to this withdrawal. I further understand that the application withdrawn and all related material will remain a part of the records of the Social Security Administration and that this withdrawal will not affect the proper crediting of wages or self-employment income to my Social Security earnings record.

Give reason for withdrawal. *(If you need more space, use the reverse of this form.)*

1. [ ] I intend to continue working. (I have been advised of the alternatives to withdrawal for applicants under full retirement age and still wish to withdraw my application.)

2. [✓] Other (Please explain fully): I was instructed that the number was a mandatory requirement for contracting My labor and also a requirement for the opening an account at banking institutions. Since I am a non-resident Alien to the U.S

(See attached W- 8BEN), a Natural Citizen of the State of the Colorado Republic (1876), this number is not a requirement

[✓] Continued on reverse

## SIGNATURE OF PERSON MAKING REQUEST

| Signature *(First name, middle initial, last name) (Write in ink)* | Date *(Month, day, year)*<br>**March 18, 2009** |
|---|---|
| **SIGN HERE** ▶ by *Michael Destry William*    Agent/NR Alien | Telephone Number *(include area code)*<br>Phone # 719-543-1288 |

| Mailing Address *(Number and Street, Apt. No., P.O. Box, or Rural Route)*<br>**1735 CORTNER RD** | | |
|---|---|---|
| City and State<br>**Pueblo, State of the Colorado Republic** | ZIP Code<br>**[81006]** | Enter Name of County *(if any)* in which you now live<br>**Colorado Republic** |

Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the request must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

## FOR USE OF SOCIAL SECURITY ADMINISTRATION

| [ ] APPROVED | [ ] NOT APPROVED BECAUSE —— | [ ] BENEFITS NOT REPAID | [ ] CONSENT(S) NOT OBTAINED | [ ] OTHER *(Attach special determination)* |
|---|---|---|---|---|

| SIGNATURE OF SSA EMPLOYEE | TITLE<br>[ ] CLAIMS AUTHORIZER | OTHER *(Specify)*<br>[ ] | DATE |
|---|---|---|---|

Form SSA-521 (07-2003) EF (02-2005) Destroy Prior Editions

SD-05-1

1970982   REQST 03/28/2014 11:57:51 AM
Page: 2 of 2  R 16.00 D 0.00 T 16.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

**Additional Remarks:**

for Me to contract for My Labor. Therefore, this action was not voluntary, but was an alleged mandatory requirement in order to contract. This is a demand for the recision and of the SS-5 Application and the Termination of the alleged SOCIAL SECURITY Contract, Taxpayer ID Number and a Demand for the return of all said Contributed funds with interest. This includes, but is not limited to, all contributions including the Employer contributions as they were for My Benefit. This request is being made to the TRUST by the Contributing Beneficiary in fact, as My actions were not Voluntary. Therefore, I, Michael-Destry: Williams, Sui Juris Citizen of the State of the Colorado Republic (1876) rescind the original application and Contract, and all the indenturedness attached thereto. I hereby take on My new position with the TRUST as the Foreign Sovereign Beneficiary and thereby terminate the Power of Attorney given to the SOCIAL SECURITY TRUST/ ADMINISTRATION (by the original alleged contract) to act as Trustee on the MICHAEL DESTRY WILLIAMS TRUST 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, and return Myself to competency Nunc pro Tunc to May 23,1982 as I am competent to handle My own Affairs. Unless you can provide any law or statute that mandates the use of the social security number to be used for any other purpose than funds originally placed in a trust for the express use of old age insurance, all instruments and obligations created with said social security number that prevent the Demandant from returning to full Sovereignty and Competency are hereby declared null and void. Such instruments include, but are not limited to, the DRIVERS LICENCE, BANK SIGNATURE CARD, CREDIT CARD, STATE AND FEDERAL TAX FORMS, CODICILS, W4 FORMS, MARRIAGE LICENSE, and any other such instrument created by authority of the MICHAEL DESTRY WILLIAMS 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 TRUST.

**§404.1902 Definitions.**
For purposes of this subpart—
Act means the Social Security Act (42 U.S.C. 301 et seq.).
**§404.1905 Termination of agreements.**
Each agreement shall contain provisions for its possible termination. If an agreement is terminated, entitlement to benefits and coverage acquired by an individual before termination shall be retained. The agreement shall provide for notification of termination to the other party and the effective date of termination.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or give out are available in Social Security Offices. If you want to learn more about this, contact any Social Security Office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. **SEND THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

SSA-521 (07-2003) EF (02-2005) Destroy Prior Editions

SD - 05 - 2

SOCIAL SECURITY ADMINISTRATION ·       TOE 420    Form Approved
OMB No. 0960-0015

# REQUEST FOR WITHDRAWAL OF APPLICATION

Do not write in this space

IMPORTANT NOTICE - This is a request to cancel your application. If we approve it, the decision we made on your application will have no legal effect. You will forfeit all rights attached to an application, including the rights of appeal. You will have to return any payment we made to you or anyone else on the basis of that application. You must then reapply if you want a determination of your Social Security rights at any time in the future. Any subsequent application may not involve the same retroactive period. We intend for you to use this procedure only when your decision to file has resulted, or will result, in a disadvantage to you. Your local Social Security office will be glad to explain whether, and how, this procedure will help you.

| NAME OF WAGE EARNER, SELF-EMPLOYED INDIVIDUAL, OR ELIGIBLE INDIVIDUAL | SOCIAL SECURITY NUMBER |
|---|---|
| MICHAEL DESTRY WILLIAMS | 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 |

IF DIFFERENT, PRINT YOUR NAME (First name, middle initial, last name)

Michael-Destry: Williams

YOUR SOCIAL SECURITY NUMBER

N/A

| TYPE OF BENEFIT YOU WANT TO WITHDRAW | DATE OF APPLICATION | IF APPLICABLE, DO YOU WANT TO KEEP |
|---|---|---|
| Closure of: SS-5 Application & Benefits | Unknown | MEDICARE BENEFITS? [ ] Yes [X] No |

I hereby request the withdrawal of my application, dated as above, for the reasons stated below. I understand that (1) this request may not be cancelled after 60 days from the mailing of notice of approval; and (2) if a determination of my entitlement has been made, there must be repayment of all benefits paid on the application I want withdrawn, and all other persons whose benefits would be affected must consent to this withdrawal. I further understand that the application withdrawn and all related material will remain a part of the records of the Social Security Administration and that this withdrawal will not affect the proper crediting of wages or self-employment income to my Social Security earnings record.

Give reason for withdrawal. *(If you need more space, use the reverse of this form.)*

1. [ ]   I intend to continue working. (I have been advised of the alternatives to withdrawal for applicants under full retirement age and still wish to withdraw my application.)

2. [X]   Other (Please explain fully):   See Attachment #806080-1

[ ] Continued on reverse

## SIGNATURE OF PERSON MAKING REQUEST

Signature *(First name, middle initial, last name) (Write in ink)*

**SIGN HERE** ▶ By: *Michael-destry:*    Executor

Date *(Month, day, year)*
May 15, 2014

Telephone Number *(include area code)*
(719) 544-5362

Mailing Address *(Number and Street, Apt. No., P.O. Box, or Rural Route)*
Rural Route 1 St. Charles Mesa, Pueblo, Colorado -- c/o 1024 E. Ash St.

| City and State | ZIP Code | Enter Name of County (if any) in which you now live |
|---|---|---|
| Pueblo, Colorado Republic | [81001] | Colorado Republic |

Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the request must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

## FOR USE OF SOCIAL SECURITY ADMINISTRATION

| [ ] APPROVED | [ ] NOT APPROVED BECAUSE ▶ | [ ] BENEFITS NOT REPAID | [ ] CONSENT(S) NOT OBTAINED | [ ] OTHER *(Attach special determination)* |
|---|---|---|---|---|

| SIGNATURE OF SSA EMPLOYEE | TITLE [ ] CLAIMS AUTHORIZER    [ ] OTHER *(Specify)* | DATE |
|---|---|---|

Form **SSA-521** (10-2012) EF (10-2012)
Destroy Prior Editions

SD-06-1

Additional Remarks: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 202 (a), 205 (a), and 1872 of the Social Security Act, as amended, authorize us to collect this information. The information you provide will be used to cancel your application for benefits.

The information you furnish on this form is voluntary. However, failure to provide the requested information may cause continued consideration of your benefits claim.

We rarely use the information you supply for any purpose other than for cancelling an application. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans' Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, state and local level; and

4. To facilitate statistical research, audit or investigative activities necessary to assure the integrity of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, state, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Additional information regarding this form, routine uses of information, and our programs and systems, is available on-line at www.ssa.gov or at your local Social Security office.

**Paperwork Reduction Act Statement**- This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions.  SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD  21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form **SSA-521** (10-2012) EF (10-2012)

SD - 06 - 2

**ATTACHMENT**
**Form SSA-521 #806080-1**
**In conjunction with Form SSA-521, dated 18 March 2009**

I, Michael-destry: Williams was instructed that the SS-5
Application and Social Security number XXX-XX-0608 was a mandatory
requirement for contracting my labor and opening an account at a
Banking Institution. Thus, my act was not voluntary, lacked full-
disclosure, and was compelled performance.

I, Michael-destry: Williams, am the unrebutted Beneficiary
in Fact, and only occupant of the Office of Executor, of the Trust
known as MICHAEL DESTRY WILLIAMS. I am a Non-Resident Alien to
the UNITED STATES, AKA U.S. (See attached W-8BEN Form and legal
Documents). My natural status is a sui juris Citizen of the State
of Colorado Republic (1876) and a Citizen by oath to the de jure
Constitutional The United States of America.

This is the third  Notice and Demand to rescind, terminate,
and annul the SS-5 Application and all Social Security Contracts,
obligations, duties, bonds, instruments, Tax ID Numbers, and a
demand for return of all assets, bonds, contributed funds and
interest of all accounts of the Trust/Estate known as MICHAEL DESTRY
WILLIAMS -- for the express benefit of the Beneficiary in Fact:
Michael-destry: Williams, AKA Michael-Destry: Williams. Inclusively
this Notice and Demand covers all indenturedness, chattel, sureties,
bonds, and instruments held, warehoused, filed, incarcerated, and/or
negotiated by UNITED STATES authority, jurisdiction, venue, courts,
warehouses and/or prisons, including, but not limited to, [U.S.
DISTRICT COURT, DISTRICT OF COLORADO] Case No. 1:12-cr-00140-CMA-1
and Bureau of Prisons Registration No. 39714-013.

Therefore, I am claiming and exercising my absolute and
inviolate Rights by and through International Law, Trust Law,
Article IX of Amendment for the original Constitution of 1787,
ratified in 1789, but not limited too, authority vested by Power
of Attorney, authority of Executors Office for MICHAEL DESTRY
WILLIAMS, and the aforementioned Notices and Demands, inclusive
of the termination of Power of Attorney given to the SOCIAL SECURITY/
ADMINISTRATION (by any and all contracts inclusive of the Original
alleged Contract) and/or Board of Trustess, their officers, agents,
actors, sub-trustees, and officeholders, etc., of the Trust/Estate
known as MICHAEL DESTRY WILLIAMS, and accounts, Nunc Pro Tunc --
effective to May 23, 1982, and ensuing. Thus, effectively returning
myself to natural inalienable capacity, standing, rights, status
and competency to handle my own affairs. All instruments, bonds,
contracts, obligations, and any other compelled performance created
with said SOCIAL SECURITY number are hereby declared null and void,
including, but not limited to, STATE and FEDERAL TAX FORMS, DRIVERS
LICENSE, BANK SIGNATURE CARDS, CREDIT CARDS, CODICILS, W4 FORMS,
and any other instruments, bonds, court cases, obligations, or
whatever, created by or for MICHAEL DESTRY WILLIAMS TRUST/ESTATE.

May 15, 2014

SD-07-01

SOCIAL SECURITY ADMINISTRATION

TOE 420

Form Approved
OMB No. 0960-0015

# REQUEST FOR WITHDRAWAL OF APPLICATION

Do not write in this space

**IMPORTANT NOTICE.—** This is a request to cancel your application. If it is approved, the decision we made on your application will have no legal effect, all rights attached to an application, including the rights of reconsideration, hearing, and appeal will be forfeited, and any payments we made to you or anyone else on the basis of that application will have to be returned. You must then reapply if you want a determination of your Social Security rights at any time in the future but any subsequent application may not involve the same retroactive period. This procedure is intended to be used only when your decision to file has resulted, or will result, in a disadvantage to you. Your local Social Security office will be glad to explain whether, and how, this procedure will help you.

| NAME OF WAGE EARNER, SELF-EMPLOYED INDIVIDUAL, OR ELIGIBLE INDIVIDUAL | SOCIAL SECURITY NUMBER |
|---|---|
| MICHAEL DESTRY WILLIAMS | 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 |

| PRINT YOUR NAME *(First name, middle initial, last name)* | DATE OF APPLICATION<br>unknown | TYPE OF BENEFIT<br>Social Security<br>old age insurance |
|---|---|---|
| Michael-Destry: Williams | TYPE OF APPLICATION<br>SS-5 | |

I hereby request the withdrawal of my application, dated as above, for the reasons stated below. I understand that (1) this request may not be cancelled after 60 days from the mailing of notice of approval; and (2) if a determination of my entitlement has been made, there must be repayment of all benefits paid on the application I want withdrawn, and all other persons whose benefits would be affected must consent to this withdrawal. I further understand that the application withdrawn and all related material will remain a part of the records of the Social Security Administration and that this withdrawal will not affect the proper crediting of wages or self-employment income to my Social Security earnings record.

Give reason for withdrawal. *(If you need more space, use the reverse of this form.)*

1. ☐ I intend to continue working. (I have been advised of the alternatives to withdrawal for applicants under full retirement age and still wish to withdraw my application.)

2. ☑ Other (Please explain fully): I was instructed that the number was a mandatory requirement for contracting My labor and also a requirement for the opening an account at banking institutions. Since I am a non-resident Alien to the U.S. (See attached W- 8BEN), a Natural Citizen of the State of the Colorado Republic (1876), this number is not a requirement

☑ Continued on reverse

## SIGNATURE OF PERSON MAKING REQUEST

| Signature *(First name, middle initial, last name) (Write in ink)* | Date *(Month, day, year)*<br>March 18, 2009 |
|---|---|
| SIGN HERE ▶ by *Michael Destry William*    Agent/NR Alien | Telephone Number *(include area code)*<br>Phone # 719-543-1288 |

Mailing Address *(Number and Street, Apt. No., P.O. Box, or Rural Route)*
**1735 CORTNER RD**

| City and State<br>Pueblo, State of the Colorado Republic | ZIP Code<br>[81006] | Enter Name of County (if any) in which you now live<br>Colorado Republic |
|---|---|---|

**Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the request must sign below, giving their full addresses.**

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

## FOR USE OF SOCIAL SECURITY ADMINISTRATION

| ☐ APPROVED | ☐ NOT APPROVED BECAUSE —— | ☐ BENEFITS NOT REPAID | ☐ CONSENT(S) NOT OBTAINED | ☐ OTHER *(Attach special determination)* |
|---|---|---|---|---|

| SIGNATURE OF SSA EMPLOYEE | TITLE<br>☐ CLAIMS AUTHORIZER   ☐ OTHER *(Specify)* | DATE |
|---|---|---|

Form SSA-521 (07-2003) EF (02-2005) Destroy Prior Editions

SD-07-02

**Additional Remarks:**

for Me to contract for My Labor. Therefore, this action was not voluntary, but was an alleged mandatory requirement in order to contract. This is a demand for the recision and of the SS-5 Application and the Termination of the alleged SOCIAL SECURITY Contract, Taxpayer ID Number and a Demand for the return of all said Contributed funds with interest. This includes, but is not limited to, all contributions including the Employer contributions as they were for My Benefit. This request is being made to the TRUST by the Contributing Beneficiary in fact, as My actions were not Voluntary. Therefore, I, Michael-Destry: Williams, Sui Juris Citizen of the State of the Colorado Republic (1876) rescind the original application and Contract, and all the Indenturedness attached thereto. I hereby take on My new position with the TRUST as the Foreign Sovereign Beneficiary and thereby terminate the Power of Attorney given to the SOCIAL SECURITY TRUST/ ADMINISTRATION (by the original alleged contract) to act as Trustee on the MICHAEL DESTRY WILLIAMS TRUST 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, and return Myself to competency Nunc pro Tunc to May 23,1982 as I am competent to handle My own Affairs. Unless you can provide any law or statute that mandates the use of the social security number to be used for any other purpose than funds originally placed in a trust for the express use of old age insurance, all instruments and obligations created with said social security number that prevent the Demandant from returning to full Sovereignty and Competency are hereby declared null and void. Such Instruments include, but are not limited to, the DRIVERS LICENCE, BANK SIGNATURE CARD, CREDIT CARD, STATE AND FEDERAL TAX FORMS, CODICILS, W4 FORMS, MARRIAGE LICENSE, and any other such instrument created by authority of the MICHAEL DESTRY WILLIAMS 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 TRUST.

§404.1902 Definitions.
For purposes of this subpart—
Act means the Social Security Act (42 U.S.C. 301 et seq.).
§404.1905 Termination of agreements.
Each agreement shall contain provisions for its possible termination. If an agreement is terminated, entitlement to benefits and coverage acquired by an individual before termination shall be retained. The agreement shall provide for notification of termination to the other party and the effective date of termination.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or give out are available in Social Security Offices. If you want to learn more about this, contact any Social Security Office.

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 5 minutes to read the instructions, gather the facts, and answer the questions. SEND THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

SD - D7 - D3

SSA-521 (07-2003)  EF  (02-2005) Destroy Prior Editions

## Third Praecipe Notice and Request

TO: Board of Trustees                                    May 23, 2014
    Cestui Que Trust
    Federal Old-Age and Survivors Trust

The U.S. Secretary of Treasury           The U.S. Secretary of Labor
Attn: Managing Trustee                   Attn: Trustee -- Thomas Perez
      Jacob Lew                          200 Constitution Avenue
1500 Pennsylvania Avenue                 N.W. Washington, D.C. 20210
N.W. Washington, D.C. 20220

Chairman of Social Security Board
Attn: Trustee -- of Cestui Que Trust
2100 M Street N.W.
Washington, D.C. 20037

Dear Board of Trustees:
From the Office of Executor --

Enclosed, Please find my **Third Notice** and Praecipe Request, with
supporting Documents, to withdraw the SS-5 application, Social
Security Number, and all alleged contracts, obligations, indentured-
ness, Bonds, and instruments thereof. Thus, requesting an Accounting
of the trust -- MICHAEL DESTRY WILLIAMS (c), Settlement, closer
and distribution of remaining Assets to the Beneficiary in Fact
-- Michael-destry Family of Williams. Including, releasing the
Beneficiary in Fact, being held and incarcerated as Surety for
any and all alleged claims made on said Trust.

### Supporting Documents

*SSA-521 Form -- dated May 15, A.D. 2014 -- Request for Withdrawal
 of Application of the SS-5 Form and Application.
*Form 56 -- dated and notarized March 2, A.D. 2014 -- Notice concerning
 Fiduciary Relationship.
*SSA-521 Form -- dated March 18, A.D. 2009 -- Request for Withdrawal
 of Application of the SS-5 Form and Application.
*W-8BEN Form -- dated February 4, A.D. 2009 -- Certificate of Foreign
 Status of Non-Resident Alien for United States Tax Withholdings.
*Letter to Deputy Commissioner (International) of Internal Revenue
 Service and Department of Treasury -- dated February 23, A.D. 2009,
 by Registered Mail #RA 218 748 837 U.S.
*Public Notice, Declaration and Honorable Clarifications -- Louisiana
 Apostille #5524 -- date October 22, A.D. 2008 -- Status and Citizenship.
*Declaration of Michael-destry: Williams -- Non-resident Alien to
 U.S. -- Notarized February 24, A.D. 2009.
*Letter of Acceptance of Officer of Executor of the Trust known as
 MICHAEL DESTRY WILLIAMS (c) -- dated February 25, A.D. 2014.
*Power of Attorney and Notice of Authority of the Trust known as
 MICHAEL DESTRY WILLIAMS (c) -- dated and notarized February 25,
 A.D. 2014.
*Letter of Request from Office of Executor to Social Security Trust
 Aministration -- dated and notarized February 25, A.D. 2014.

SD-08-1

*Notice from Office of Executor -- Removing Power of Attornies and Authority of Fiduciary assignments of and/or to the Trust known as MICHAEL DESTRY WILLIAMS (c), of all previous office holders (Executor) and agents.

I previously assigned the Executors Office and Fiduciary Authority to your agents including, but not limited to -- Clerk of the Court and Judges of the 4th and 10th Judicial District of Colorado. To settle, discharge any and all alleged notices, and claims of commercial presentments in Good Faith and Clean Hands, without any avail. These office holders and agents failed in their fiduciary duties and responsibilities upon the request and assignments of Authority of said Trust. All authority has been cancelled and rescinded by the Office of Executor. Therefore, the Office of Executor orders an accounting, settlement, closure, and distribution of remaining assets to the Beneficiary in Fact, being held and incarcerated as surety for the Trust MICHAEL DESTRY WILLIAMS (c), under Bureau of Prisons Registration Number 39714-013, thus, releasing the surety.

The Office of Executor, and I, Beneficiary in Fact -- Michael-destry Family of Williams, request that my International Right of Self-Determination be recognized as I am a sui juris Colorado (1876) Citizen of original jurisdiction and a Citizen of The United States of America, de jure, of original jurisdiction by Oath and Declaration.

I, Beneficiary in Fact, desire to live in peace and harmony, without conflict, and to quietly enjoy God's gifts within the remainder of my years. In summation, I respectfully request Travel Documents that Identifies my natural status and Citizenship.

**Notice to Agent is Notice to Principal**
**Notice to Principal is Notice to Agent**

By: *Michael-destry Executor of Trust*          *Michael-destry: Williams*

Office of Executor of the                Michael-destry Family of Williams
Trust known as:                          Sui-Juris Colorado Citizen 1876
MICHAEL DESTRY WILLIAMS (c)               Citizen of The United States of
Rural Route 1, St. Charles Mesa           America
Pueblo, Colorado                          Beneficiary in Fact and Executor
c/o: General Post                         of the Trust known as:
     1024 East Ash St.                    MICHAEL DESTRY WILLIAMS (c)
     Pueblo, Colorado [81001]             Rural Route 1 St. Charles Mesa
                                          Pueblo, Colorado
                                          c/o: General Post
                                               1024 East Ash Street
                                               Pueblo, Colorado [81001]

SD-08-2

Power of Attorney
and
Notice of Authority
For the Trust
MICHAEL DESTRY WILLIAMS©
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
c/o 1024 E Ash Street
Pueblo, Colorado [81001]

Date: 25th February 2014

I Michael-destry Family of Williams AKA Michael-destry: William Beneficiary in Fact to the Trust known as MICHAEL DESTRY WILLIAMS xxx-xx-0608  STATE # 105 1964 016457  has claimed, occupied and moved into the Office of Executor on the 26th June 2013.

As the Beneficiary in Fact, by God given Rights, Sovereign Citizenship and rights, Contract Law, Trust Law, and Common Law, but not limited to, by and through unrebutted public notices but not limited too, Affidavit dated 13th August 2013, Notarized 20th August 2013, Affidavit dated 17th November 2013, Notarized 26th November 2013, Form SSA-521 dated 18th March 2009 with Form W-8BEN, notice, claims Authority and Power of Attorney of my Trust MICHAEL DESTRY WILLIAMS© as Beneficiary in Fact and holder of the Office of Executor on the 26th June 2013. Thus, notice is Nunc pro Tunc and Ensuing.

1969491  P_A 03/11/2014 01:21:39 PM
Page: 1 of 1  R 11.00 D 0.00 T 11.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

Michael-destry Family of Williams
Michael-destry Family of Williams
Beneficiary in Fact of the Trust known as
MICHAEL DESTRY WILLIAMS©
and Executor of said Trust
Rural Route 1 St. Charles Mesa
Pueblo Colorado
c/o 1024 E Ash Street
Pueblo, Colorado [81001]
Colorado Sovereign Citizen

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

FEB. 25, 2014
COUNTY OF ADAMS

SD-09

Office of Executor
Trust Known as
MICHAEL DESTRY WILLIAMS©
Rural Route 1 St Charles Mesa
Pueblo, Colorado
C/o 1024 East Street
    Pueblo, Colorado [81001]

1969492   NOTICE 03/11/2014 01:21:39 PM
Page: 1 of 1  R 11.00 D 0.00 T 11.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

Date: 25th February 2014

## Notice

Notice to the Public at Large, Public Servants and agents
Office holders and Trustees of the Trust MICHAEL DESTRY WILLIAMS©

All previous agents, office holders and Trustees of the Trust
known as MICHAEL DESTRY WILLIAMS© SS# XXX-XX-0604 Co
STATE # 105196401645T have been fired Une pic Tune and
Ensueing, Since the 26th June 2013 and by unrebutted affidavit
dated 13th August 2013 notarized 20th August 2013, by the
Beneficiary in Fact as the Executor, by and through this Office.

The agents, office holders and Trustees have failed in the
Fudiciary duties and response abilities of Managing the above
Mentioned Trust for the best intrests of the Beneficiary in Fact-
Michael-destry Family of Williams A.K.A. Michael-destry; Williams.

by Michael-destry; Executor
    Michael-destry; Executor
On Behalf of the Trust
MICHAEL DESTRY WILLIAMS©
Benficiary in Fact
Michael-destry Family of Williams
a Colorado Sovereign citizen

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

FEB. 25, 2014
COUNTY OF; ADAMS

SD-1D

Letter of Acceptance
Office of Executor
of the Trust Known as
MICHAEL DESTRY WILLIAMS©
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o 1024 E Ash Street
Pueblo, Colorado [81001]

1969490   ACC_STMT 03/11/2014 01:21:39 PM
Page: 1 of 1   R 11.00 D 0.00 T 11.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

Date: 25th February 2014

I Michael-destry Family of Williams A.K.A. Michael-destry Williams Beneficiary in Fact of the Trust MICHAEL DESTRY WILLIAMS© Again, Publicly notice, accept, claim and occupy the Office Of Executor of the Trust MICHAEL DESTRY WILLIAMS© as of the date of 26th June 2013 as also Publicly stated by Unrebutted Affidavit dated 13th August 2013 notorized on 20th August 2013 Nunc pro Tunc and Ensuei.

Michael-destry Family of William
Michael-destry Family of Williams
Beneficiary in Fact of the Trust Known
as MICHAEL DESTRY WILLIAMS
Occupying the Office of Executor
Colorado Sovereign Citizen
Rural Route 1 St Charles Mesa
Pueblo, Colorado
C/o
1024 E Ash Street
Pueblo, Colorado [81001]

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

FEB. 25, 2014
County of Adams

SD-11

*Letter of Request*

Office of Executor
Trust known as
MICHAEL DESTRY WILLIAMSO
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o 1024 E Ash Street
    Pueblo, Colorado [81001]

```
1969493  A_LET 03/11/2014 01:21:39 PM
Page: 1 of 1  R 11.00 D 0.00 T 11.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co
```

Date: 25th February 2014

To: Social Security Administration Office
    Attn: Social Security Trust/Administration
    3764 Parker Blvd.
    Pueblo, Colorado [81008]

RE: Request for With Drawal of Application and Notice of Power of Atty.

   Please process the SSA-521 Form dated 18th March 2009.
As you requested a Power of Attorney and Authorization from the
Beneficiary in Fact, A.K.A. Foreign Soveriegn Beneficiary of the
Trust MICHAEL DESTRY WILLIAMS enclosed. Please make full accounting,
close and distribute of assets per SSA-521 form for the Benefit of the
Beneficiary in Fact.

   Also enclosed W-8BEN Form, Letter of Acceptance of Office
of Executor; Notice from the Office of Executor and an additional
Copy of the Trust Certificate of Birth Record SS# XXX-XX-0608
# 105 1964 016 457.

                              by: Michael-destry: Executor
                                  Michael-destry: Executor
                                  On Behalf of: The Trust
                                  MICHAEL DESTRY WILLIAMS© and th
                                  Beneficiary in Fact - A.K.A. Foreign
                                  Soveriegn Beneficiary - Michael-destry
                                  Family of Williams - Colorado citizen

```
GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017
```

FEB. 25, 2014
COUNTY OF: ADAMS

SD-12

Order

1st day of November 2013

From the office of Executor
f the Closed/Dead Trust known as
MICHAEL DESTRY WILLIAMS
2R 1 St. Charles Mesa
Pueblo, Colorado

O: THE UNITED STATES DISTRICT COURT OF THE DISTRICT of COLORADO (sic)
   Clerk of the Court and Acting Judge Christie M. Arguello (sic)
   901 19th Street
   Denver, Colorado 80294

E: Commercial Presentment, claim, Case #1:12 00140 CMA. But not Limited to

FHN: Clerk of the Court and Acting Judge Christie M. Arguello (sic)

   Here by Ordered to release from your custody, to be set free into the
public, the living man, Beneficiary known as Michael-destry Family of Williams
that you are detaining against his will, in your custody as Surity in the
commercial Presentment #1:12 00014 CMA, But not Limited to this 6th day
if November 2013 and or upon immediatly reciept of this order by the
U.S. Postal Service.

Also ordered to stop all Commercial claims and actions against the
closed/Dead Trust known as MICHAEL DESTRY WILLIAMS aka Mr. Williams
this day 6th of November and or immediatly upon reciept of this order
by the US Postal Service.

       So be it   So ordered

       11-1-13  DATE OF
   GUILLERMO H GUTIERREZ
       NOTARY PUBLIC
      STATE OF COLORADO
     NOTARY ID 20134037 03
   COMMISSION EXPIRES JUN. 14, 2017

   STATE of COLORADO
   COUNTY OF _____

by: Michael-destry: Executor
    Michael-destry: Executor
    of the Closed/Dead Trust known as
    MICHAEL DESTRY WILLIAMS
    On Behalf of Beneficiary and Living man
    Michael-destry Family of Williams

                                    SD-13

# Affidavit

From the office of Executor
Of the Trust known as MICHAEL DESTRY WILLIAMS
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o GEO Corporation
3130 N. Oakland Street
Aurora, Colorado [80010]

Date: 13th of August 2013

UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO # 1:12-cr 00140-CMA operated by Christie M. Arguello, and any officers, acting public servants, Trustees, Principals and or agents, have been fired Nunc Pro Tunc and ensuring. They do not have authority, permission, lawful contract and or agreements to represent or act on behalf of said Trust, Beneficiary and or living man Michael-destry and or to proceed under any and all legal or lawful fiduciary relationships including, but not limited too the above mentioned Commercial Presentment under Color of Law. All agreements must be in lawful contract form with full discloser of all facts, parties, jurisdiction and procedures through Lawful Process of Service to the correct party.

At no time has Attorney Martha H. Eskesen been hired from this office to act as Counsel of Record of the Petty Offense Court of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO # 1:12-cr 00140-CMA. She acted upon her own accord under False Pretenses, without Agreement and or Contract, verbal or written from this office and or the living man Michael-destry Family of Williams. She was ordered and instructed from first public meeting and two others to correct her error in written form and to identify on the public forum, that she is not Counsel of Record of any and all including this Commercial Presentment. She acted without authority and upon her own accord and refuses to set the public forum straight. There is no Agreement or Contract between the stated parties. As all acting public servants, officers, agents, Principals, Trustees but not limited too, have been fired, Nunc Pro Tunc and ensuring.

The Attorney Martha H. Eskesen was served three documents from this office on the 14th July 2013, Exhibit "A" Demanding Transfer and Invoking Article III Common Law Court of Competent Jurisdiction and defining Beneficiaries and Trusts citizenship to Colorado  and The United States of America. Exhibit "B" Letter and offer to settle their debt, invoked on behalf of the above mentioned Commercial Presentment under Color of Law. Exhibit "C" Arrest Warrant of said Commercial Presentment operated under Color of Law. All Exhibits/ documents stamped by said DISTRICT COURT CLERKS OFFICE on the 15th of July 2013 with no avail.

As there is a public fee schedule for all Commercial Presentments on behalf of the Beneficiary, Michael-destry and the Trust known as MICHAEL DESTRY WILLIAMS and any derivative there of, listing detailed charges including 1,000,000.00 silver species 1 oz .999 pure silver for any injuries and or trespasses not listed.  All Bonds of said court and third party entities,  acting public servant, agents, Principals, Trustees and or officers of said Petty Offense Court have been arrested and claimed for three different injuries and or trespasses on behalf of five different entities and or individuals by this Office, for 1,000,000.00 silver species 1 oz .999 pure silver per injuries and or trespasses for a total of 3,000,000.00 silver species 1 oz .999 pure silver per entity and individuals, but not limited to these and other  trespasses and injuries that have also a cured.

The Petty Offense Court and its public servant, Trustees, Principals and or agents and or officer of said Petty Offense Court has been fired and notice verbally and now in written form.  Thus, all correspondence attempts to contract from said Petty Offence Court has been returned to sender and or stating send to Trustee.  See Exhibit "D" copy of returned mail.

SD-14-1

Exhibit "C" is in support of the first written Arrest Warrant of this Office on the 26th of June 2013, Served upon the UNITED STATES MARSHAL SERVICE during the arrest and attempt to contract with the Beneficiary of said Trust. The Beneficiary, Michael-destry, demanded a lawful warrant, their Letter of Acceptance of their Offices, certified copy of their Oaths of Offices and a certified copy of their Bonds. They were never produced and or provided to date. As were the same demands made upon the Petty Offense Court and its officers, acting public servant, agents, Principals and or Trustees. Thus, with the same negative results refusing to produce or provide to date. This Office was also refused the above mentioned documents and the original Arrest Warrant o 26th of June 2013 for its records.

This Office, Trust and Beneficiary have a previous judgment against the Internal Revenue Service including aforementioned Commercial Presentment acting under Color of Law, proving no Lawful obligation exists between the parties.

Michael-destry Family of Williams has never taken an Oath of Citizenship to the entity known as UNITED STATES aka UNITED STATES OF AMERICA. He has exercised his International Right of Self-Determination publicly stated and claimed citizenship to Colorado and The United States of America.

The intent of citizenship and legal obligation has been noticed verbally and to all parties through Exhibits A,B,C and D upon the public record with Clean Hands, thus, has been established without rebuttle.

This Office and the Beneficiary have requested travel documents and an accounting of said Trust for use, transfer and or closer without any avail. Plus, a meeting to settle this Commercial Presentments under Color of Law of the trespasses and injuries invoke by said court and entities, acting public servant, agents, Principals, Trustees and or officers of said Petty Offense Court. This request is on behalf of the five entities and individuals stated below represented by this Office.

Notice to Principal is notice to agent, Notice to agent is notice to principal, Silence is acquiescence, Nunc Pro Tunc.

by: Michael-destry: Executor
Michael-destry: Executor
on behalf of
Trust known as MICHAEL DESTRY WILLIAMS
Beneficiary - Michael-destry
Family of Williams
Colorado state citizen of the original Republic
American citizen of the The United States of America

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

8-20-13

SD -14 -2

Affidavit

1st day of November 201.

Michael-destry Family of Williams
Beneficiary of the Trust known as
MICHAEL DESTRY WILLIAMS ©
Aka. Mr. Williams©
RR1 St. Charles Mesa,  Pueblo, Colorado
C/o                                                    GEO Corporation
1024 Ash Street,     Pueblo, Colorado [81001]     3130 N. Oakland Street,  Aurora, Colorado 80010

To : Public and THE UNITED STATES DISTRIC COURT OF THE DISTRICT OF COLORADO(sic) and
Clerk of the Court and in their court case 1:12 cr 000140 CMA Acting judge Christie M. Arguello(sic).  But not limited to
901 19th Street
Denver Colorado 80294

To whom it may Concern

I Michael-destry  Family of Williams state and affirm that at no period or time from 1st of November  2013 back  to my
age of majority (nunc pro tunc) have I established my self as, proclaimed, accepted, used, been addressed as or addressed
by the title of Mr. Williams aka,  the Trust known as MICHAEL DESTRY WILLIAMS © or any derivative thereof, but
not limited to WILL WILLIAMS ©.

When, if or am being incorrectly addressed by another Individual or person as Mr. Williams aka Trust known as
MICHAEL DESTRY WILLIAMS© ,  I have and am do, correct  them to address me by my given name Michael-destry,
Michael and or Will as this is public notification thereof.

This Affidavit and Statement is notice to all, establishing this precedence into the public including but not limited to,
notifying THE UNITED STATES DISTRIC COURT OF THE DISTRICT OF COLORADO(sic)  Clerk of the Court and
in their court case 1:12 cr 000140 CMA Acting judge Christie M. Arguello(sic). The false pretense and tagging of  the
living man, Michael-destry Family of Williams with the title of Mr. Williams © aka. the Trust known as MICHAEL
DESTRY WILLIAMS ©.

Because of this false tagging and title, I Michael- destry the Beneficiary of the above mention Trust is being held surety in
their custody/prison/jail under duress, without my permission, participation or agreement to be liable as surety for said
Trust.  Thus, having been refused and denied my freedom from their custody upon written  and verbal request to be set
free from their custody/prison / jail.  When no persona or subject matter Jurisdiction has been establish or a contractual
agreement between said parties brought to the light of day.

Any signature signed on behalf of the above mentioned Trust, from today 1st day of November 2013, back to the age of
majority, nunc pro tunc,  that was incorrectly signed due to failure to be notified by the Trustee and Fiduciaries as to the
identity of said Trust or the true nature of the relationship of said Trust,  is to be replaced by lawful signature with pure
intent and clean hands at Michael-destry: Beneficiary or Michael-destry: Executor which ever is applicable or appropriate
per each document and or signature.  This intent is to stop the Beneficiary, Michael-destry from being held and surety and
kidnapped, incarcerated under false pretences and in violation of the Beneficiaries International right of Self-
Determination that has been publicly declared, recorded, witnessed and oath of  citizenship established as publicly stated
below.  Thus, this is another public request to free into the public, the Beneficiary Michael-destry from their unlawful
detainment of said living man with out any established lawful jurisdiction public or private.

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

*Michael- destry Family of Williams*
Michael-destry Family of Williams
Beneficiary of the Trust known as
MICHAEL DESTRY WILLIAMS  aka, Mr. Williams©
Colorado citizen
The United States of America citizen

11-8-13

County  of : ADAMS

SD -15

1969496   NOTICE 03/11/2014 01:21:39 PM
Page: 1 of 2  R 16.00 D 0.00  T 16.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

**Form 56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   **Identification**

Name of person for whom you are acting (as shown on the tax return)
MICHAEL DESTRY WILLIAMS - Trust

Identifying number
105-1964-016457

Decedent's social security no.
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

Address of person for whom you are acting (number, street, and room or suite no.)
General Post C/o 1024 E Ash Street

City or town, state, and ZIP code (If a foreign address, see instructions.)
Pueblo Colorado [81601]

Fiduciary's name
Michael-destry: Williams - AKA. Michael-destry Family of Williams - Beneficiary in Fact

Address of fiduciary (number, street, and room or suite no.)
Rural Route 1 St. Charles Mesa, Pueblo Colorado - C/o 1024 E Ash Street

City or town, state, and ZIP code
Pueblo Colorado [81001]

Telephone number (optional)
(719) 544-5362

**Section A. Authority**   Article 9 of Amendment of the Constitution USA. 1788: Re-Appointment of all Settlement Liabilities and Obligations of the TRUST Nunc protunc and Ensu

**1**  Authority for fiduciary relationship. Check applicable box:   Beneficiary in Fact has the Right and Authority
**a** ☐ Court appointment of testate estate (valid will exists)  to take over and occupy the Office of
**b** ☐ Court appointment of intestate estate (no valid will exists) Executor of his/her Trust, when the
**c** ☐ Court appointment as guardian or conservator  Trust is being mismanaged against
**d** ☒ Valid trust instrument and amendments  the Benefit of the Beneficiary
**e** ☐ Bankruptcy or assignment for the benefit or creditors  in Fact. By Trust Law but not limited to
**f** ☒ Other. Describe ▶ Public Declaration, Notice and Acceptance of Office: Executor

**2a** If box 1a or 1b is checked, enter the date of death ▶
**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ 26th June 2013
Notice: All other Agents are dismissed, Firered - Nunc pro Tunc and Ensuing

**Section B. Nature of Liability and Tax Notices**

**3**  Type of taxes (check all that apply): ☐ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☒ Other (describe) ▶ All

**4**  Federal tax form number (check all that apply): **a**☐ 706 series  **b**☐ 709  **c**☐ 940  **d**☐ 941, 943, 944
**e**☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041  **g**☐ 1120  **h**☒ Other (list) ▶ All

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶

**6**  If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a |  | 4b |  |
| 4c |  | 4d |  |
| 4e |  | 4f |  |
| 4g |  | 4h: |  |
| 4h: |  | 4h: |  |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.   Cat. No. 16375I   Form **56** (Rev. 12-2011)

SD-16-1

```
1969496  NOTICE 03/11/2014 01:21:39 PM
Page: 2 of 2  R 16.00 D 0.00 T 16.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co
```

Form 56 (Rev. 12-2011)                                                    Page **2**

**Part II**   **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| *Any and ALL* | *Any and ALL* |
| Address of court | Docket number of proceeding |
| *Any and ALL* | *Any and ALL* |

| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |
|---|---|---|---|---|
| *Any and ALL* | *Any/ALL* | *Any* | | *Any and ALL* |

**Part III**   **Signature**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

*Michael-Destry: Williams Akd.*          *Beneficiary in Fect*
_____        *+*
*Michael-destry: Williams*                *Executor Office*   *2nd March 2014*
Fiduciary's signature                     *of Trust*
                                          Title, if applicable     Date

Form **56** (Rev. 12-2011)

GUILLERMO H GUTIERREZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134037809
COMMISSION EXPIRES JUN. 14, 2017

*County of: Adams*

*3/2/14*

SD-16-2

DATE:        February 23rd, 2009

FROM:      Michael-Destry: for the family Williams, Non-Resident Alien
               Care of: 1735 Cortner Road
               Pueblo city, upon Colorado State the Republic [81006]

TO:          DEPUTY COMMISSIONER (International)
               DEPTMENT OF THE TREASURY/
               INTERNAL REVENUE SERVICE CENTER
               AUSTIN, TEXAS 73301-0215, U.S.A.
               REGISTERED MAIL # RA 218 748 837 US

                                                      0 2 2 6 2009

RE:          **Form W-8BEN**

Dear Deputy Commissioner

      As a citizen of Colorado State the Republic, I am bringing to your Offices attention my Non-Resident Alien Status (per the USC and CFR). I am requesting your Offices filing of the enclosed W-8BEN form and Declaration for your records. If this is not the only Agency to be Noticed, I request that you forward the Second original to the other proper agency(s) for filing.

Please change my status to reflect the attached documents, including the "Declaration of Michael-Destry: Williams a Living Man.

Thank you for your time and attention to this matter.

Notice to agent is notice to principal, Notice to principal is notice to agent.

                              Yours truly,

                         By: *Michael Destry Williams*
                         Michael-Destry: Williams for the family Williams, Non-Resident Alien citizen of the Colorado State the Republic.

Cc:. Secretary of the US Treasury
     1500 Pennsylvania Ave NW
     Washington, D.C. 20220

SD -17-1



```
=======================================
         WOODLAWN STATION
      BATON ROUGE, Louisiana
            708171200
          2165690980-0094
02/24/2009 (800)275-8777 01:08:34 PM
=======================================
========= Sales Receipt =========
Product       Sale Unit    Final
Description    Qty Price    Price

AUSTIN TX 73301-0215        $1.00
Zone-4 First-Class
Large Env
1.60 oz.
Return Rcpt (Green         $2.20
Card)

~~ Registered             $10.00
Insured Value :    $0.00
Article Value :    $0.00
Label #:    RA218748837US

Issue PVI:                $13.20

BENSALEM PA 19020          $1.00
Zone-6 First-Class
Large Env
1.60 oz.
Return Rcpt (Green        $2.20
Card)
~~ Registered            $10.00
Insured Value :    $0.00
Article Value :    $0.00
Label #:    RA218748783US

Issue PVI:                $13.20

Total:                    $26.40

Paid by:
Cash                      $40.00
Change Due:              -$13.60

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clickNship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000600396278
Clerk:04
```

Registered No. RA218748837US

| | Date Stamp |
|---|---|
| Reg. Fee $10.00 | 0980 |
| Handling Charge $0.00 / Return Receipt $2.20 | 04 |
| Postage $1.00 / Restricted Delivery $0.00 | 02/24/09 |
| Received by | |
| Customer Must Declare Full Value $ $0.00 — With Postal Insurance / Without Postal Insurance | Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |

To Be Completed By Post Office

OFFICIAL USE

FROM: Michael-Dastry-Williams
c/o 1735 Cortner Road
Pueblo City, Colorado [81006]

TO: Austin TX 7330 Commissioner (Internatio
Department of Treasury
IRS - Center
Austin, Texas 73301-0215   USA

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ●

SD-17-2

Form **W-8BEN**

(Rev. December 2000)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Nonresident Alien for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**

| | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| | |
|---|---|
| • A person acting as an intermediary | W-8IMY |

**Note:** *See instructions for additional exceptions.*

### Part I   Identification of Nonresident Alien

**1** Name of human being, individual, or organization that is the Nonresident Alien

Michael-Destry: for the family Williams

**2** Country of incorporation or organization

None

**3** Type of nonresident alien:
☐ Individual   ☐ Corporation   ☐ Disregarded entity   ☐ Partnership   ☐ Simple trust
☐ Grantor trust   ☐ Complex trust   ☐ Estate   ☐ Government   ☐ International organization
☐ Central bank of issue   ☐ Tax-exempt organization   ☐ Private foundation   ☒ Transient foreigner

**4** Permanent address (street, apt. or suite no., or rural route).

N/A

City or town, state or province. Include postal code where appropriate.

N/A

Country (do not abbreviate)

N/A

**5** Mailing address (if different from above)
Care of: non-domestic, United States Post Office, Postmaster, care of: 1735 Cortner Road

972   0 2 2 6 2009

City or town, state or province. Include postal code where appropriate.

Pueblo city,Pueblo County, upon State of the Colorado republic [FPUO 81006]

Country (do not abbreviate)

Colorado Republic

**6** Identification number   ☐ ITIN   ☐ EIN

None

**7** Foreign tax identifying number, if any

None

**8** Reference number(s) (see instructions)

### Part II   Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☐ The nonresident alien is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the identification number is stated on line 6 (see instructions).

**c** ☐ The nonresident alien is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The nonresident alien is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The nonresident alien is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____

Explain the reasons the nonresident alien meets the terms of the treaty article: _____

### Part III   Notional Principal Contracts

**11** ☒ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States.

### Part IV   Certification

Under penalties of perjury from without the "United States" in accordance with 28 U.S.C. 1746(1), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete when litigated only in a state court with a jury trial. I further certify under penalties of perjury that:
• I am the nonresident alien (or am authorized to sign for the nonresident alien) of all the transactions to which this form relates,
• The nonresident alien is NOT a U.S. person and is not liable for withholding or paying income taxes or filing returns under the 26 U.S.C. or 26 C.F.R.,
• The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States and is not subject to tax under an income tax law or treaty, and
• For broker transactions or barter exchanges, the nonresident alien is a "foreign estate" as defined under 26 U.S.C. 7701 (a)(31).
Furthermore, information submitted on this form is considered licensed and may not be provided to any government organization , third party, or entered into any ielectronic information system. Violators of this copyright shall be subject to a $100,000 personal liability for each wrongful disclosure.

**Sign Here** ▶  *Michael-Destry: Williams*   02-04-2009   Coloradoan

# Declaration of Michael-Destry: for the family Williams, a Living Man, Non-Resident Alien

**Hereby attached to and incorporated as a part of Form W-8BEN**

I, Michael-Destry: for the family Williams, being a Living Man, Non-Resident Alien Created in the Image of God, My Creator, and Living upon the Soil within the Organic, Geographic Boundaries of the Colorado State the Republic/Country/Nation, hereby Declare and Proclaim, in Honor and at arm's length, the following:

1. I **deny** I am a U.S. CITIZEN or other U.S. PERSON, RESIDENT, INDIVIDUAL, including a RESIDENT ALIEN INDIVIDUAL.

2. I **deny** I am a PERSON claiming income that is effectively connected with the conduct of a trade or business in the UNITED STATES.

3. I **deny** I am a PERSON acting as an intermediary.

4. I **deny** that Lawful Money of The United States of America currently exists in circulation, and thus, I am forced to accept and use FEDERAL RESERVE NOTES in My Private or/and Commercial activities.

5. I **deny** the compelled obligation for using FEDERAL RESERVE NOTES.

6. I **deny** the Liability for the NATIONAL DEBT of the UNITED STATES.

7. I **deny** I am a WARD of the STATE OF COLORADO or the UNITED STATES.

8. I **deny** I am the INDENTURED SETTLER TRUSTEE for the COLORADO CREATED SHIP VESSEL MICHAEL DESTRY WILLIAMS or THE U.S. DECEDENT TRUST, MICHAEL D WILLIAMS.

9. I **deny** I am incompetent to handle My own affairs

10. Notice to agent is notice to principal, Notice to principal is notice to agent.

**Statement of Notional Principal Contracts:** I hereby revoke, rescind, refute and cancel My signature from all contracts, including, but not limited to, unilateral contracts, made by Me, or made for Me by accommodation, or made by presumption, by PERSONS acting for Me as My guardian without providing Me with full disclosure of said contracts.

**References incorporated as a part hereof:**

LOUISIANA APOSTILLE Certificate Number 5524 – General Lien, LOUISIANA APOSTILLE Certificate Number 5524 – Non-Corporate Status and 26 C.F.R. 301.6109-1

Date executed: February 23rd , A. D. 2009 .         **All Rights and Remedies Reserved.**

*James Galladora*
*Notary # 312*

As My Word is My Bond; duly tendered in Honor,

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _____ DAY OF _____ 200_
_____
NOTARY PUBLIC   EAST BATON ROUGE LOUISIAN
MY COMMISSION IS FOR LIFE.

Seal *Michael-Destry: Williams*
upon the Colorado state the Republic, the United States of America

Witness: By *Jocks Ray: Carr*         Witness: *Dorothy Owens*

DATE: February 23rd, 2009

FROM: Michael-Destry: for the family Williams, Non-Resident Alien
    Care of: 1735 Cortner Road
    Pueblo city, upon Colorado State the Republic [81006]

TO:

    DEPUTY COMMISSIONER (International)
    DEPARTMENT OF THE TREASURY
    P.O. BOX 920
    BENSALEM, PA 19020, U.S.A.
    REGISTERED MAIL # RA 218 748 783 US

RE:  **Form W-8BEN**

Dear Deputy Commissioner

  As a citizen of Colorado State the Republic, I am bringing to your Offices attention my Non-Resident Alien Status (per the USC and CFR). I am requesting your Offices filing of the enclosed W-8BEN form and Declaration for your records. If this is not the only Agency to be Noticed, I request that you forward the Second original to the other proper agency(s) for filing.

Please change my status to reflect the attached documents, including the "Declaration of Michael-Destry: Williams a Living Man.

Thank you for your time and attention to this matter.

Notice to agent is notice to principal, Notice to principal is notice to agent.

       Yours truly,

      By: *Michael Destry Williams*
      Michael-Destry: Williams for the family Williams, Non-Resident Alien citizen of Colorado State the Republic.

Cc:. Secretary of the US Treasury
  1500 Pennsylvania Ave NW
  Washington, D.C. 20220



```
=========================================
       WOODLAWN STATION
   BATON ROUGE, Louisiana
           708171200
        2165690980-0094
02/24/2009 (800)275-8777 01:08:34 PM
=========================================
========= Sales Receipt =========
Product         Sale Unit      Final
Description      Qty  Price     Price


AUSTIN TX 73301-0215            $1.00
Zone-4 First-Class
Large Env
1.60 oz.
Return Rcpt (Green             $2.20
Card)

~~ Registered               $10.00
Insured Value :      $0.00
Article Value :      $0.00
Label #:    RA218748837US
                            =========
Issue PVI:                     $13.20

BENSALEM PA 19020              $1.00
Zone-6 First-Class
Large Env
1.60 oz.
Return Rcpt (Green             $2.20
Card)
~~ Registered               $10.00
Insured Value :      $0.00
Article Value :      $0.00
Label #:    RA218748783US
                            =========
Issue PVI:                     $13.20

                            =========
Total:                         $26.40

Paid by:
Cash                           $40.00
Change Due:                   -$13.60


~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clickNship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000600396278
Clerk:04
```



SD-20-2

| Form **W-8BEN** | **Certificate of Foreign Status of Nonresident Alien for United States Tax Withholding** | OMB No. 1545-1621 |
|---|---|---|

(Rev. December 2000)
Department of the Treasury
Internal Revenue Service

▶ Section references are to the Internal Revenue Code.   ▶ See separate instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

**Do not use this form for:**

| | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of a trade or business in the United States | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI or W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8EXP |

**Note:** *These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.*

| • A person acting as an intermediary | W-8IMY |
|---|---|

**Note:** *See instructions for additional exceptions.*

## Part I   Identification of Nonresident Alien

| 1   Name of human being, individual, or organization that is the Nonresident Alien | 2 Country of incorporation or organization |
|---|---|
| Michael-Destry: for the family Williams | None |

**3.** Type of nonresident alien:

| ☐ Individual | ☐ Corporation | ☐ Disregarded entity | ☐ Partnership | ☐ Simple trust |
|---|---|---|---|---|
| ☐ Grantor trust | ☐ Complex trust | ☐ Estate | ☐ Government | ☐ International organization |
| ☐ Central bank of issue | ☐ Tax-exempt organization | ☐ Private foundation | | ☒ Transient foreigner |

**4** Permanent address (street, apt. or suite no., or rural route).

N/A

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| N/A | N/A   02 26 2009 |

**5** Mailing address (if different from above)

Care of: non-domestic, United States Post Office, Postmaster, care of: 1735 Cortner Road

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| Pueblo city, Pueblo County, upon State of the Colorado republic [FPUO 81006] . | Colorado Republic |

| 6   Identification number    ☐ ITIN   ☐ EIN | 7 Foreign tax identifying number, if any |
|---|---|
| None | None |

**8** Reference number(s) (see instructions)

## Part II   Claim of Tax Treaty Benefits (if applicable)

**9** I certify that (check all that apply):

**a** ☐ The nonresident alien is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the identification number is stated on line 6 (see instructions).

**c** ☐ The nonresident alien is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The nonresident alien is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The nonresident alien is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____ % rate of withholding on (specify type of income): _____

Explain the reasons the nonresident alien meets the terms of the treaty article: _____

## Part III   Notional Principal Contracts

**11** ☒ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States.

## Part IV   Certification

Under penalties of perjury from without the "United States" in accordance with 28 U.S.C. 1746(1), I declare that I have examined the information on this form and to the best of my knowledge and belief is true, correct, and complete when stated verbally only in a state court with a jury trial. I further certify under penalties of perjury that:
• I am the nonresident alien (or am authorized to sign for the nonresident alien) of all the transactions to which this form relates,
• The nonresident alien is NOT a U.S. person and is not liable for withholding or paying income taxes or filing returns under the 26 U.S.C. or 26 C.F.R.,
• The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States and is not subject to tax under an income tax law or treaty, and
• For broker transactions or barter exchanges, the nonresident alien is a "foreign estate" as defined under 26 U.S.C. 7701 (a)(31).
Furthermore, information submitted on this form is considered licensed and may not be provided to any government organization , third party, or entered into any ielectronic information system. Violators of this copyright shall be subject to a $100,000 personal liability for each such wrongful disclosure.

| **Sign Here** | *Michael-Destry: William* | 02-04-2009 | Coloradoan |
|---|---|---|---|
| | Signature of nonresident alien (or person authorized to sign for nonresident alien) | Date (MM-DD-YYYY) | Capacity in which acting |

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 25047Y   Form **W-8BEN** (Rev. 12-2000)

SD-21

# Declaration of Michael-Destry: for the family Williams, a Living Man, Non-Resident Alien
### Hereby attached to and incorporated as a part of Form W-8BEN

I, Michael-Destry: for the family Williams, being a Living Man, Non-Resident Alien Created in the Image of God, My Creator, and Living upon the Soil within the Organic, Geographic Boundaries of the Colorado State the Republic/Country/Nation, hereby Declare and Proclaim, in Honor and at arm's length, the following:

1. I **deny** I am a U.S. CITIZEN or other U.S. PERSON, RESIDENT, INDIVIDUAL, including a RESIDENT ALIEN INDIVIDUAL.
2. I **deny** I am a PERSON claiming income that is effectively connected with the conduct of a trade or business in the UNITED STATES.
3. I **deny** I am a PERSON acting as an intermediary.
4. I **deny** that Lawful Money of The United States of America currently exists in circulation, and thus, I am forced to accept and use FEDERAL RESERVE NOTES in My Private or/and Commercial activities.
5. I **deny** the compelled obligation for using FEDERAL RESERVE NOTES.
6. I **deny** the Liability for the NATIONAL DEBT of the UNITED STATES.
7. I **deny** I am a WARD of the STATE OF COLORADO or the UNITED STATES.
8. I **deny** I am the INDENTURED SETTLER TRUSTEE for the COLORADO CREATED SHIP VESSEL MICHAEL DESTRY WILLIAMS or THE U.S. DECEDENT TRUST, MICHAEL D WILLIAMS.
9. I **deny** I am incompetent to handle My own affairs
10. Notice to agent is notice to principal, Notice to principal is notice to agent.

**Statement of Notional Principal Contracts:** I hereby revoke, rescind, refute and cancel My signature from all contracts, including, but not limited to, unilateral contracts, made by Me, or made for Me by accommodation, or made by presumption, by PERSONS acting for Me as My guardian without providing Me with full disclosure of said contracts.

**References incorporated as a part hereof:**

LOUISIANA APOSTILLE Certificate Number 5524 – General Lien, LOUISIANA APOSTILLE Certificate Number 5524 – Non-Corporate Status and 26 C.F.R. 301.6109-1

Date executed:  February 23rd , A. D. 2009 .          **All Rights and Remedies Reserved.**

*James Galladora*                        As My Word is My Bond; duly tendered in Honor,
*Notary # 31?*

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _____ DAY OF _____ 200_
NOTARY PUBLIC   EAST BATON ROUGE LOUGHAN      Seal *Michael-Destry: Williams*
MY COMMISSION IS FOR LIFE.                   upon the Colorado state the Republic, the United States of America

Witness: *Dr. Jock Ray: Carr*          Witness: *Dorothy Owens*

SD – 22

1969494    APOSTL 03/11/2014 01:21:39 PM
Page: 1 of 11    R 61.00 D 0.00 T 61.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



# UNITED STATES OF AMERICA
## State of Louisiana

### Jay Dardenne
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

### APOSTILLE
(Convention de La Haye du 5 Octobre 1961)

1. Country:  United States of America

   This public document

2. has been signed by JAMES GALLADORA

3. acting in the capacity of NOTARY PUBLIC

4. bears the seal/stamp of JAMES GALLADORA, NOTARY
   PUBLIC, PARISH OF LIVINGSTON, STATE OF LOUISIANA

   CERTIFIED

5. at Baton Rouge, Louisiana     6. the 22nd day of October

7. by the Secretary of State, State of Louisiana

8. No. 5524                      9. Seal/Stamp

10. Signature:

*In testimony whereof, I have hereunto set
my hand and caused the Seal of my Office
to be affixed at the City of Baton Rouge on,*

October 22, 2008



*Secretary of State*

CERTIFICATE SS 102 PRINTED SEAL (Rev. 11/06)

# DEED OF SECONDARY CONVEYANCE OF INCORPOREAL HEREDITAMENTS
## AN AUTHENTICATED FOREIGN DOCUMENT
### HAGUE CONVENTION, 5 OCTOBER 1961

# PUBLIC NOTICE,
# DECLARATIONS,
# AND
# HONORABLE CLARIFICATIONS

### THE LAW DOES NOT PERMIT IMPOSSIBILITIES

| | |
|---|---|
| Pueblo County | ) |
| | ) |
| Colorado Republic | ) |
| united States of America | ) |

Asseveration

L.S _//.·/... .. //. .. . . . ._ Michael Destry Williams

Signed only in correct public capacity
As beneficiary to the Original Jurisdiction.

NOTICE. The term "Original Jurisdiction" herein and in all other documents issued by Michael Destry Williams means the constitution for the united States of America, anno Domini 1787, and articles of amendment anno Domini 1791 and other original parent agreements as indexed in Paragraph Number 12 below.

*FIAT JUSTITIA, RUAT COELUM*
Let Right Be Done, Though The Heavens Should Fall

I, Michael Destry Williams a/k/a Michael Destry of the family Williams, in public capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self realized entity, a free man upon the free soil, an American citizen of the American Republic, My yeas being yeas, My nayes being nayes, do hereby state that the truths and facts herein are of first hand personal research, true, correct, complete, certain, and not misleading, so help me GOD.

### PUBLIC NOTICE

THIS DOCUMENT GIVES NOTICE TO all Public Officials by and through the Office of the Secretary of State, the United States of America a/k/a UNITED STATES of AMERICA a/k/a U. S. a/k/a UNITED STATES OF AMERICA, and the Office of the Secretary of State, the State of Colorado a/k/a COLORADO a/k/a STATE OF COLORADO a/k/a CO a/k/a "this State" and to all whom it may concern, of the DECLARATIONS, LAWFUL, HONORABLE CLARIFICATIONS and other matters contained herein.

---

### NOTICE OF FOREIGN JURISDICTION
### TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO A PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342.

---

# DECLARATIONS

## APPELLATION, STATUS, AND FACTS

1.   **KNOW ALL MEN BY THESE PRESENTS**, Michael Destry Williams a/k/a **Michael-Destry: of the family Williams** does hereby state, assert and aver all of the following:

2.   · Michael Destry Williams **is a living breathing free man upon the free soil,** an American sovereign of the American Republic, beneficiary to the Original Jurisdiction.

3.   Michael Destry Williams **is not a United States Citizen, subject, vessel or "person"** as defined in Title 26 United States Code, Section 7701 or elsewhere, or any other *ens legis* artificial person, individual, entity, fiction of law, procedural phantom or juristic personality, notwithstanding the reproduction of any such fictions in any media, computer, record or instrument, written or electronic.

4.   Michael Destry Williams **is foreign to the United States and retains official authority** within his chosen jurisdiction.  As beneficiary to the Original Jurisdiction, he is not subject to nor does he volunteer to submit to or contract with any *ens legis* artificial or corporate jurisdiction to which a United States person may be subject.

5. ·   Michael Destry Williams **reserves all Rights, Remedies and Defenses** granted to him by God and memorialized by Michael Destry Williams's correct public capacity as beneficiary to the Original Jurisdiction.

6.   Michael Destry Williams **waives no Rights, Remedies or Defenses** nor yields imprescriptible Rights including, without limitation, the Right to movement and travel without restriction, permission or license in any conveyance of his choosing on any public roadway in America, and the right to bear arms for the protection of his family, friends and neighbors without restriction, unless such wavier is specifically done so in writing.

7.   Michael Destry Williams **does not volunteer, consent or contract** to being identified as, of, or connected by any nexus to, any institutional, bifurcated, public *cestui que* trust or other fictional construction of law or *ens legis* entity of a political state or subdivision thereof, in any capacity including, without limitation, as trustee, co-trustee, surety, co-surety, officer, co-officer, fiduciary or co-fiduciary.

8.   Michael Destry Williams **reserves the nature and character of his exact and proper designation as:** Michael Destry Williams or in the alternative, **Michael-Destry: of the family Williams**, which shall be spelled, written, formatted, printed, engraved and inscribed now and in perpetuity in all media exactly and precisely as just above-written with a first and second given name separated from, and joined to, a family name by a mark of punctuation or the words "of the family"; with the first letter of each given and family name being capitalized and all other letters being written in lower case fully in accord with the Rules of English Grammar.

9.   **Trade Mark notice.**  The name Michael Destry Williams by common law is Trade Marked ™ and all trade names and derivatives thereof, whether or not registered, are Trade Marked ™ by and property of Michael Destry Williams to whom all rights are reserved.  The use thereof without the express written permission of Michael Destry Williams creates a voluntary and informed consensual contract obligating the unauthorized user to the payment of a Trade Mark infringement fee as follows:

**A Trade Mark infringement fee in the sum certain of ten thousand dollars ($10,000.00)** lawful specie, gold, or silver, American mint, or certified bullion, Lawful coin money at current spot market price pursuant to the Constitution for the united States of America, 1787 anno Domini, amended anno Domini 1791, Article 1, Section 10, Clause 1, shall apply to each unauthorized use of the designation Michael Destry Williams and to each attempt or event of conversion, alteration, distortion and/or misnomer whether by improper spelling, abbreviation, capitalization, initializing, reversal of parts, or conversion to a fiction of law or other juristic personality or artificial being.

Clause 1, shall apply to each unauthorized use of the designation Michael Destry Williams and to each attempt or event of conversion, alteration, distortion and/or misnomer whether by improper spelling, abbreviation, capitalization, initializing, reversal of parts, or conversion to a fiction of law or other juris

1969494  APOSTL 03/11/2014 01:21:39 PM
Page: 3 of 11  R 61.00 D 0.00 T 61.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

10.    **The legal doctrine of *idem sonans* is inapposite to** Michael Destry Williams whether oral or written; all such improper usages and misnomers comprising infringement on the above-noticed copyright.

11.    Michael Destry Williams **does hereby accept the Original Jurisdiction,** to wit:

     A.    Constitution for the united States of America, anno Domini 1787,
            Articles of Amendment anno Domini 1791;

     B.    National Bill of Rights, anno Domini 1776;

     C.    The Northwest Ordinance, anno Domini 1787

     D.    Constitution of Colorado, anno Domini 1876;

     E.    Bill of Rights for Colorado, anno Domini 1876.

12.    Michael Destry Williams does hereby further state, assert and aver the following facts:

a. It is well established under public policy that citations, legislations, prescriptions and other presentments issued by government bodies politic on the alleged authority of State codes comprise a cloak to disguise collateral undertaking in U.S. Funds. All such offers want for authority under original organic State Constitutions pursuant to which they are forbidden and can never be duly enacted.

b. The U.S. a/k/a the United States is defined as a federal corporation at Title 28 USC 3002(15).

c. The United States is bankrupt pursuant to Perry v. United States, 294 US 330-381 (1935); 79 L. Ed 912.

d. United States is an obligor/grantor to the Federal Reserve Bank pursuant to the Federal Reserve Bank Act of December 23, 1913, 38 Stat 265, Ch 6.

e. The said Federal Reserve Bank Act comprises a contractual granting by Congress to the Federal Reserve Bank of a paramount and enduring (ex-warranto 1913-1933) lien on the assets of the United States and all parties who would use bank notes issued by the Federal Reserve Bank pursuant to 38 Stat 265, Ch 6 p266-267.

f. The Congress of the United States, by authority of the Gold Bullion Coin Act of 1985, PL 99-185, December 17, 1985, 99 Stat 1177 has decreed its intention that all Americans can no longer be forced into an obligor/grantor status in relation to said Federal Reserve Bank Notes.

g. The Constitution for the united States of America, 1787, Article 1, Section 4, Clause 2 (1856) states that Congress shall assemble at least once in every year, which shall be the first Monday of December. Notwithstanding, Amendment XX, Section 2 (1933) states: "The Congress shall assemble at least once in every year, and that such meeting shall begin at noon on the third day of January, unless they by law appoint a different day."

13.    The Constitution cannot be in conflict with itself. The *de jure* legislature of the united States of America identified as "Congress" in the aforementioned Article 1, Section 4, Clause 2 (1856) adjourned *"sine die"* in 1861. Evidence of its reconvening in the absence of a congressional quorum has not been exhibited by the United States. The national legislative body discernible in Amendment XX, Section 2 first appeared in 1863 by executive resolution as a department of the Executive Branch of government pursuant to "Emergency War Powers." This *de facto* "Congress" was conceived and continues to sit at the pleasure of the president of the corporate *ens legis* UNITED STATES.

14.    The *de jure* private people who, by their inherent character *in rerum natura,* are **foreign to and wholly without the corporate *ens legis* United States** are not subject to the actions, acts and whims of the *ens legis* Congress of the corporate UNITED STATES. Accordingly, living Men *in rerum natura* are not subject to the Federal Reserve Bank Act of December 23, 1913 which wants for force and effect of law in the Original Jurisdiction.

15. Disclosure of the facts and frauds stated herein has been denied to Michael Destry Williams in his rightful capacity as beneficiary of the Original Jurisdiction by an extraordinary and persistent policy of covin, conspiracy, and collusion constructed and condoned by the UNITED STATES Congress, Amendment XX, the Federal Reserve Bank/System, and contractors, agents, assigns, successors, heirs, representatives, obligors and grantors thereof.

16. It is well settled in law that "no right, by ratification or other means, can arise out of fraud."

17. By this PUBLIC NOTICE, DECLARATIONS AND HONORABLE CLARIFICATIONS, the following addendum is attached by reference herein in its entirety to any and all Federal Reserve Notes, public policy instruments, and documents regardless of kind arising from or relating to the Federal Reserve Bank/System which are held, received or used by Michael Destry Williams now and in perpetuity:

> **"The use of this instrument/conveyance by** Michael Destry Williams **is of necessity only and under HONORABLE CLARIFICATIONS,** *nunc pro tunc* **to December 23, 1913, in the absence of a reasonable alternative."**

18. **The labor of** Michael Destry Williams **is measured and valued** *quantum meruit* **exclusively in gold and silver coin.** As the value of such labor is tangible, it cannot be measured by any instrument which serves as evidence of debt, notwithstanding that the operational currency of the corporate UNITED STATES consists exclusively of instruments noted thereon to be evidence of liability.

19. Michael Destry Williams **hereby expressly states his intention to pay,** extinguish and satisfy all of his obligations and make all parties whole. Accordingly, Michael Destry Williams specifically disavows the use of "discharge" as a fraudulent transaction which implies payment but serves to covertly transfer the debts of Michael Destry Williams to other parties contrary to Michael Destry Williams's deeply held Scriptural beliefs under God.

20. Michael Destry Williams is not now and has never been a United States Citizen under the Fourteenth Amendment of the *ens legis* Constitution for the corporate UNITED STATES, notwithstanding any failures to properly pass the said amendment into law.

21. Michael Destry Williams **has the absolute unalienable Divine right to keep and bear arms** of any kind for protection of Self, family, and neighbors, by his own will and this DECLARATION.

22. Michael Destry Williams **has the absolute unalienable Divine right to move and travel upon all public roadways** in America, of whatever kind and nature, in whatever mode or carriage of transportation He may choose, without license or permission or any other infringement of that right, by his own will and this DECLARATION.

23. In addition to all of the above, Michael Destry Williams retains all of the Rights as enumerated and protected by the constitutions, bills of rights, and ordinance pursuant to the Original Jurisdiction.

# HONORABLE CLARIFICATIONS

24. **As it is a crime to conceal a crime and a fraud to conceal a fraud,** Michael Destry Williams **makes HONORABLE CLARIFICATIONS against, abjures, denounces, refuses, takes exception and does not assent to:**

25. The formation of any institutional, bifurcated, public, *cestui que* trust in violation of the copyright of Michael Destry Williams previously declared herein.

26. Any allegation or presumption that Michael Destry Williams has consented expressly or tacitly to being a Citizen pursuant to the Fourteenth Amendment of the *ens legis* Constitution of the UNITED STATES.

27. Any pledge, mortgage, lien or encumbrance by the Council of State Governors, March 6, 1933 which would identify Michael Destry Williams as a security, surety, co-surety or collateral for any part or portion of the public debt which has been hypothecated by the use of counterfeited Federal Reserve securities.

28.     The forced involuntary use of U.S. funds such as Federal Reserve Bank/System notes, commercial liability instruments and electronic liability transactions as part of a scheme to compel the principals to impart artificial commodity value to the liability evidenced thereon, on the authority of MacLeod v. Hoover, (June 22, 1925) No. 26395, S. Ct. Louisiana; 105 S. Rep. 305, that court citing U.S. Bank v. Bank of Georgia, 23 U.S. 333, 10 Wheat, 333, 6 L.Ed. 34.

29.     Any presumption that Michael Destry Williams has volunteered to be a debtor in possession of Federal Reserve Notes with expectation of a quid pro quo; a guarantor/surety/co-surety on the lien created by the Federal Reserve Bank Act of December 23, 1913; a party to any confidence game, scheme, forced or *cestui que* use whereby paper wanting inherent value is placed into circulation by the Federal Reserve Banks in lieu of Constitutionally required gold or silver; a party to the failure of public officials and Federal Reserve principals to provide full disclosure of the liabilities and perils of using private scrip, instruments of debt, corporate U. S. obligations, and Federal Reserve Notes as inauthentic replacements for lawful money.

30.     Any presumption that Michael Destry Williams has at any time expressed or implied a promise to guarantee the debt hypothecated by the said Federal Reserve Act, the private debt of the corporate UNITED STATES, or any obligations of the Federal Reserve Banks, agents, contractors, assigns, successors, heirs and grantors thereof, now and in perpetuity.

31.     Any presumption that Michael Destry Williams has at any time volunteered expressly or tacitly to join as a co-conspirator in any fraud, conspiracy, covin, collusion, confederation or joint business venture operated by the *de facto* STATE OF COLORADO and the corporate *ens legis* UNITED STATES as a surety, co-surety, guarantor or other obligor.

32.     Any attempt to induce Michael Destry Williams to act as a tort feasor to the Constitution for the united States of America, anno Domini 1787, where at Article 1, Section 10, it states "No State shall . . . emit bills of credit; make anything but Gold and Silver Coin a tender in payment of debts," all such offers being refused for fraud.

33.     Pursuant to the Original Grant of Depositum for Bailment via the 1876 Constitution of Colorado, Michael Destry Williams makes Honorable Clarifications against, abjures, denounces, refuses, takes exception and does not assent to the calculated use of legal fictions to undermine and convert the political Will of the People on the free soil of the organic country known as Colorado into a legislative democracy that transforms the free People into subjects of the municipal law of foreigners within the geographical exterior boundary of Colorado and contrary to the Northwest Ordinance and the original Grant of the People, September 17, 1787, anno Domini, as amended 1791, anno Domini.

# DEMANDS

34.     **DEMAND IS HEREBY EXPRESSLY MADE TO IMMEDIATELY:**

35.     **RETURN THE DEPOSITUM FOR BAILMENT** to Michael Destry Williams in his capacity as descendent by blood of the original Bailor/Grantor/Settlor and his endowment to warrant same by Almighty God, pursuant to the terms, conditions, stipulations, exceptions and reservations contained within the Original Grant.

36.     **ACKNOWLEDGEMENT, RECOGNITION AND RETURN BY THE BAILEE OF THE SAID DEPOSITUM OF BAILMENT** to Michael Destry Williams as repository trustee for the Original public Trust.

37.     **EXHIBIT THE AUTHORITY** whereby Michael Destry Williams can be compelled, forced or enticed to falsely act as a tort feasor to Article 1, Section 10, Clause 1 of the Original Grant against his will by using the aforementioned fictional bank notes within a scheme of discharge disguised as payment. Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

38.     **EXHIBIT THE AUTHORITY** whereby Michael Destry Williams can be compelled, forced or enticed to falsely present himself as a United States Citizen/person in violation of the Fourteenth Amendment prohibition against slavery and involuntary servitude. Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

39.   **ADMIT OR DENY** that all actions of the UNITED STATES, the STATE OF COLORADO and all political subdivisions thereof whether judicial, administrative, municipal, county or otherwise are by their nature actions *indebitatus assumpsit*.   Failure to respond within thirty (30) days of PUBLIC NOTICE comprises admission of an ongoing Fraud against the beneficiaries of the Original Jurisdiction

> "Suits as well as transfers may be the protective coverings of fraud," Steelman v. All Continent Corp., 301 US 278, 81 L. Ed 1085; Shapiro v. Wilgus, 287 U.S. 348, 355, 53 S.Ct. 142, 144, 85 A.L.R. 128. "The fact that the means employed to effect the fraudulent conveyance was the judgment of a court and not a voluntary transfer does not remove the taint of illegality," First National Bank v. Flershem, 290 US 504, 78 L. Ed. 465. "… it is obvious that the fraud did not occur in open court nor in that sense enter into the decrees under attack, hence the fraud of which we complain was not susceptible to insulation. In the language of Shapiro v Wilgus, 287 US 348, 77 L. Ed 355. It was part and parcel to a scheme whereby the form of a judicial remedy was to supply a protective cover for a fraudulent design." Also, Steelman, supra Flersham, supra, Braun, supra., "That in the absence of an adversary trial or decision the distinction between extrinsic and intrinsic fraud becomes immaterial and made clear by the following from the Throckmorton opinion," 98 US 61, 65, Braun, supra.

40.   **EXHIBIT VERIFIED EVIDENCE** proving the time, place and nature of full disclosure of the benefits, risks and perils by which Michael Destry Williams could knowingly volunteer to submit to the Federal Reserve Bank Act of 1913.   Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such disclosure was made.

41.   **ADMIT OR DENY** that Michael Destry Williams did in fact knowingly and voluntarily ratify the *cestui que* trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 which resulted in the use of grammatical derivations of Michael Destry Williams's name in a scheme of intentional misnomer for profit and gain.   Failure to respond within thirty (30) days of PUBLIC NOTICE comprises denial that the *cestui que* trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 was ever duly ratified by Michael Destry Williams and any assumption of such ratification is false.

42.   **EXHIBIT VERIFIED EVIDENCE** proving the knowledgeable and voluntary ratification and acceptance by Michael Destry Williams of the aforesaid *cestui que* trust.   Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that the said *cestui que* trust was never ratified by Michael Destry Williams and any assumption of such ratification is false.

43.   **EXHIBIT VERIFIED EVIDENCE** proving the granting of a copyright license by Michael Destry Williams expressly conveying to the licensee the authority to use grammatical derivations of the proper name belonging to Michael Destry Williams in a scheme of intentional misnomer for profit and gain through an unauthorized *cestui que* trust. Failure to respond within thirty (30) days of PUBLIC NOTICE comprises stipulation that all such misnomers and uses of the aforesaid *cestui que* trust comprise intentional copyright infringement.

44.   I, Michael Destry Williams, do hereby deny having received disclosure of the existence, benefits, risks and perils of a *cestui que* trust named derivatively at any time, or having been asked to ratify the said trust.   Consequently, I do hereby deny, denounce, adjure and disavow having ever ratified any such trust.

# CAVEAT—LAW

45.   All public officials, Officers of government bodies politic, in all branches/departments, Executive, Legislative, or Judicial, being of Oath of Office, bonded to fidelity, are under ministerial duty, Supervisors v. United States ex rel. 71 U.S. 435, 4 Wall 435, U.S. v. Thomas, 15 Wall 337, U.S. v Lee, 106, US 196, 1 S. Ct 240, fiduciary/trustees, U.S. v Carter, 217 US 286, 30 S. Ct 515. "The implication of a trust is the implication of every duty proper to a trust…Whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them." Buffum v Peter Barceloux Co. 289 US 227, 237; 77 L. Ed 1140, 1146, cited Braun v. Hansen, 103 F.2d 685 (1939), wherein it further states "Being fiduciaries, the ordinary rules of evidence are reversed", must obey the law, Butz v. Economou, (US) 98 S Ct. 2895, Davis v Passman (1979, US) 442 US 226, 99 S. Ct. 2264.

46.   "The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." Lyle v Arkansas, 9 Howe 314, 13 L.

Ed 153, Duluth & Iron Range Co. v Roy, 173 US 587, 19 S. Ct 549, 43 L. Ed 820. "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person, is enforceable by judicial process". Butterworth v U.S. ex rel. Hoe, 112 US 50, 5 S. Ct 25, 28 L. Ed 656.

47.     "A ministerial officer is liable for an injury done, where his acts are clearly against the law." Tracy v. Swartwout, 10 Pet. 80, 9 L Ed 354. "The judicially fashioned doctrine of official immunity of judicial, legislative or executive officers does not reach so far as to immunize criminal conduct prescribed by an Act of Congress." O'Shea v. Littleton, 414 US 488, 94 S Ct. 669, "in equity there are certain rules prohibiting parties bearing certain relations to each other from contracting between themselves; and if parties bearing such relations enter into contracts with each other, courts of equity presume them to be fraudulent, and convert the fraudulent party into a trustee." Perry on Trusts (7th Ed) Sec. 194, in Braun v Hansen (1939) 103 F 2d 685. Under the doctrines of *res gestae, res ipsa loquitur, respondeat superior,* as now having prior knowledge, authority, power, opportunity to prevent or aid in preventing injury, damage, having been or about to be committed. Title 42 USCS Section 1986, as applies to public officials, Officers, by the existence of an agreement between two or more persons, acting in a private conspiracy, McNalley v Pulitzer Pub. Co. (1976) 532 F 2d 69, 429 US 855, 50 L Ed 2d 131, to conspire, through said conspiracy, to impede or hinder, or obstruct or defeat the due course of justice in a State or Territory, with the purposeful intent to deny the equal protection of the law, under color of State law or authority, or other, Griffin v. Breckinridge (1971) 403 US 88, 91 S Ct. 1790, depriving of having or exercising a Right, Federal Conspiracy to Obstruct Justice Act (Title 42 USCS Section 1985(2), deprivation of due process, even by federal officials, Williams v. Wright (1976) 432 F Supp 732, Founding Church of Scientology v Director, FBI (1978)459 F Supp 748, 98 L Ed 2d 150, 108 S Ct 199, even District Attorneys, Rouselle v Perez (1968) 293 F Supp 298, places upon you the badges of fraud, prior knowledge, superior knowledge of the law, will of intent, perjury of Oath of Office, constructive treason, bad faith, breach of fiduciary/trustee responsibility, whereupon "Being fiduciaries, the ordinary rules of evidence are reversed," (1939) 103 F 2d 685. Further, being advised, as in Ex Parte v Young, 209 US 123 (1908), **"The attempt of a State Officer to enforce an unconstitutional statute is a proceeding without authority of and does not effect, the State in its sovereign or governmental capacity, and is an illegal act, and the officer is stripped of his official character and is subject in his person to the consequences of his individual conduct. The State has no power to impart to its officer immunity from responsibility to the supreme authority of the United States."** (Emphasis added.)

48.     From Perry on Trusts, (7th ed), Sec. 851 "… in order that the release, confirmation, waiver, or acquiescence may have any effect …. The cestui que trust must also know the Law, and what his rights are, and how they would be dealt with by the court." The Supreme Court of Arizona in Garrett v Reid Cashion Land, 34 Ariz 245, 270 P. 3044 at page 1052 quotes thus from Adair v Brimmer, 74 NY 539 "Confirmation and ratification imply to legal minds, knowledge of a defect in the act to be confirmed, and the right to reject or ratify it. The cestui que trust must therefore not only have been acquainted with the facts, but apprised by the law, of how these facts would be dealt with by a court of equity, All that is implied in the act of ratification, when set up in equity by a trustee against his cestui que trust, must be proved, and will not be assumed. The maxim 'ignorantis legis excusat neminem' cannot be invoked in such a case. **The cestui que trust must be shown to have been apprised of his legal rights."** (Emphasis added.) Also from Ungrich v Ungrich, 115 NY 413, 417, "The rule (is) that to fasten ratification upon a cestui que trust he must not only have been acquainted with all the facts, but apprised also in the law, and how such facts would be dealt with by a court of equity." Likewise, Thaw v Thaw, 27 Fed 2d 729, US v Carter, 217 US 286, 54 L Ed 769, Wendt v Fisher (Cardozo, J.) 234 NY 439, 154 N.E. 303, Leach v Leach, 65 Wis. 284, 26 NW 754.

49.     The delay in discovery of the Frauds stated herein pursuant to Amendment XX provides no defense to the remedy, laches or otherwise. Michoud v Girod, 4 How 503, @ 561, 11 L Ed 1076, Pomeroy's Equity, Sec. 847, Wiget v Rockwood 69 F @d 326, et seq., and from Texas & Pacific Ry, v Pottorff, 291 US 245, 78 L Ed 777, in Braun, supra, "the doctrine is thus affirmed. It is the settled doctrine of this court that no rights arise on an ultra vires contract, even though the contract has been performed; and this conclusion cannot be circumvented by erecting and estoppel which would prevent challenging the legality of a power exercised." And from US v Grossmayer, 9 Wall 72, 19 L Ed 6 27, "A transaction originally unlawful cannot be made any better by being ratified." And, further, following Braun, supra, "It is held axiomatic that no right, by ratification or other means, can arise out of fraud." 13 C.J. 492, Sec. 440, 6 R.C. L., p 698, the following is quoted in Thompson on Corporations, 3rd Ed Sec. 2828, from Central Transportation Co. v Pullman Palace Car Co., 139 US 24, as established doctrine of the Supreme Court, "No performance of either side can give the unlawful contract any validity, or be the foundation of any right of action upon it." As said long ago by the great Justice Story in Prevost v Gratz, 6 Wheat 481, 497; 5 L Ed 311, 315, **"It is currently true that length of time is no bar to a trust clearly established; and in a case where fraud is imputed and proved, length of time ought not, upon**

principles of eternal justice, to be admitted to repel relief. On the contrary, it would seem that the length of time during which the fraud has been successfully concealed and practiced, is rather an aggravation of the offense, and calls more loudly upon a court of equity to grant ample and decisive relief." (Emphasis added.)

50.     It is a maxim of law that peonage and involuntary servitude are forbidden, and **immunity is denied to any party, real or imagined, person or public official who would or conspire to traffic in slaves or participate in aiding or abetting.** Clyatt v US, 197 US 207 (1905), Plessy v Ferguson, 163 US 537, 542, "Whoever [Title 18 U.S.C. Sec.1581] holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined not more than $5,000.00 or imprisoned not more than five years."

51.     **All public officials in receipt of this notice are required by their Oath of Office to answer.** Notification of legal responsibility is "the first essential of due process of law" Connally v. *General Construction Co.,* 269 U.S. 385,391. "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." U.S. V. Tweel, 550 F.2d.297. It is the ministerial fiduciary/trustee duty of each and every government official, officer, agent, contractor and assign of the UNITED STATES, the STATE OF COLORADO, the Federal Reserve Banks/System, the International Monetary Fund, the International Finance Corporation, the International Bank for Reconstruction and Development, the Inter-American Development Bank, the World Bank, the Commission of the European Communities, the Organization for Economic Co-operation and Development, the United Nations and any and all other obligors/grantors who view this notice ("Respondents") to timely and fully answer, Federal Crop Insurance v Merrill (1947) 332 US 380., 92 L Ed 10, 68 S Ct 1, 175 ALR 1075.

52.     **The period for Respondents to respond to this notice is thirty (30) days.** Any party or public official wishing to answer, respond, refute, rebut, deny, object or protest any statement, term, declaration, denial or provision in this presentment must do so by Lawful Protest within thirty (30) days of the date of issuance or forever lose all rights, titles, interests, and the opportunity to plead. All such responses must be verified and have exhibitions and factual evidence in support annexed thereto.

53.     **Respondents may agree with all statements, terms, declarations, denials and provisions herein by remaining silent.** Failure to timely respond to all such terms and provisions with which Respondents disagree comprises Respondents' stipulation and confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herein as facts, the whole truth, correct and fully binding on all parties.

54.     **This document serves as Notice of Fault** in the event Respondents fail to timely respond.

55..    **Notice of Default shall be issued no sooner than three (3) days after Notice of Fault.** Default is final three (3) days after Notice of Fault is issued. Default comprises Respondents consent jointly and severally to be named as defendant(s) in various actions, administrative and judicial

56.     **Upon Default, all matters are settled** *res judicata* and *stare decisis.*

57.     **Default comprises an estoppel of all actions, administrative and judicial,** by Respondents against Michael Destry Williams, 3J. Pomeroy, Equity Jurisprudence Section 805, p. 192, Restatement 2d of Torts Section 894 (1) (1979), and now reasonably relied on, Wilbur National Bank v US 294 US 120, 124-125 (1935), due to misconduct by Government agents Heckler v Community Health Services, 467 US 51, at 59, 60, Federal Crop Ins., *supra.* "It [the doctrine of Estoppel by Silence] arises where a person is under duty to another to speak or failure to speak is inconsistent with honest dealings." In Re McArdles Estate, 140 Misc. 257, et seq., and Silence, to work estoppel, must amount to bad faith. Wise v USDC Ky., 38 F Supp 130, 134, where duty and opportunity to speak, Codd v Westchester Fire Ins. Co. 14 Wash. 2d 600, 128 P 2d 968, 151 ALR 316, creating ignorance of facts, Cushing v US Mas s, 18 F Supp 83, inducing person claiming estoppel to alter his position, Braunch v Freking, 219 Iowa 556, 258 NW 892, knowledge of facts and of rights by person estopped, Harvey v Richard, 200 La. 97, 7 So. 2d 674, willful or culpable silence, Lenconi v Fidelity Trust & Savings Bank of Fresno, 96 Cal. App. 490, 273 P. 103 et seq., "Silence" implies knowledge, and an opportunity to act upon it, Pence v Langdon, 99 US 578 @ 581, et seq.

1969494  APOSTL 03/11/2014 01:21:39 PM
Page: 9 of 11  R 61.00 D 0.00 T 61.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

8

# DISCLAIMER

THE QUOTATION OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAW AND STATE AND FEDERAL STATUTES PURSUANT TO PL 88-244, DECEMBER 30, 1963, IS DONE WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE COPYRIGHT, OR GIVE LEGAL ADVICE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY CONCERNED PARTY(IES)

**58.**  **Notice to the principal is notice to all agents. Notice to an agent is notice to all principals. By this Public Notice, Declarations, and Honorable Clarifications the world is now informed.**

59.  This action is bonded by a third party surety holding twenty-one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue.  The said bond is annexed hereto and incorporated verbatim herein in its entirety by reference as if fully reproduced herein.

60.  The use of a notary public herein is of necessity and under Honorable Clarifications without creating or implying the existence of any contract or contracts between Michael Destry Williams and any other parties, legal entities, the UNITED STATES, the STATE OF COLORADO or agents thereof, public or private.

BE IT SO EXECUTED, and by this execution, be made to appear, in-deed, enacted, decreed, This the _____ day

of the _____ month, anno Domini, two thousand and _____ , Amen.

L.S. _____
Signed only in correct public capacity as
Beneficiary of the Original Jurisdiction

Location:  Michael Destry Williams
in care of 1735 Cortner Road
Pueblo near [81006]
Colorado

NOTARY STATE
**STATE OF LOUISIANA**                          )
                                                                        ) ss:
**East Baton Rouge Parish**                    )

Before me, a notary public in and for the said ~~County~~ PARISH and State, personally appeared the above named Michael Destry Williams who acknowledged that he did sign the foregoing instrument and that the same is his free and voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 22ND day of OCTOBER, 2008 .

_____
NOTARY PUBLIC

My commission expires _____

L.S. _____
Signed only in correct public
as beneficiary to the original        [Seal]

1969494   APOSTL 03/11/2014 01:21:39 PM
Page: 10 of 11   R 61.00 D 0.00 T 61.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

9

# CONVEYANCE BOND

Pueblo County )

**Colorado** Republic )

united States of America )

1969494  APOSTL 03/11/2014 01:21:39 PM
Page: 11 of 11  R 61.00 D 0.00 T 61.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

L.S. *Jack Ray Carr* _____ No Dolus
Jack Ray Carr
Signed only in correct public capacity
As beneficiary to the original jurisdiction.

## NOTICE OF SURETY ACT AND BOND

NOW ALL MEN BY THESE PRESENTS, I, Jack Ray Carr, Principle, surety, guarantor, a free man upon the free soil of this Republic, state that I am of legal age, competent to testify, have personal first hand knowledge of the truths and facts herein being true, correct, complete, certain and not misleading.

1. I, Jack Ray Carr, of my own free will and accord, in the presence of Almighty God, in good conscience, do willingly undertake to act as surety, to pledge and provide private bond in the amount of twenty one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue, Lawful coin dollars of the united States of America, personally held by the undersigned.

2. This bond is to the credit of the private party listed hereon, Michael Destry Williams, as full faith and credit guarantee under Seal in Lawful specie money of account of the united States of America to any Lawful Bill in Redemption duly presented to, to wit:

3. The Bill of Redemption is a tender as set-off for any alleged contract, agreement, consent, assent purportedly held, as an obligation or duty against Michael Destry Williams so as to cause an imputed disability or presumption against the capacity, Rights and powers of Michael Destry Williams. The specific intent of the bond under seal is to establish, by witness of the undersigned, the good credit in Lawful money specie of Michael Destry Williams.

I, Jack Ray Carr, do hereby make this surety, pledge, bond under My seal as full faith and credit guarantee under Seal in Lawful money of account of the united States of America, to any Lawful Bill duly presented to the undersigned, in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the particular private party listed above.

The intent of the bond, under Seal, is to establish, by witness of the undersigned, the good credit, in the sum certain amount of at least twenty one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue, Lawful specie dollars of the united States of America, available to bond the actions of the private party listed above. Further, in reservation of Rights under Original Jurisdiction, Original Rules, Michael Destry Williams has a bond in tender of twenty one silver dollars, Coinage Act of A.D. 1792, Bond of Identity and Character as proof positive, competent evidence, that Michael Destry Williams cannot be bankrupt, the *causa debeni*, cannot be under the doctrine of *cessio bonorum*, or a *forma pauperis, dolus* trust.

The life of this bond is for a period of ___***twenty years***___ from the date below, whereby, by the signature of Jack Ray Carr, surety, guarantor, hereon, conforms, attests, affirms this bond.

Done this the 22 day of the ___10___ month, Anno Domini, in the year of our Lord, two thousand and eight.
*Teste Meipso*

L.S. *Michael Destry Williams* No Dolus
Michael Destry Williams
Signed only in correct public capacity
As beneficiary to the original jurisdiction.

**STATE OF LOUISIANA** )
) ss:
**East Baton Rouge Parish** )  *PARISH*

Before me, a notary public in and for the said ~~County~~ and State, personally appeared the above named Jack Ray Carr, who acknowledged that he did sign the foregoing instrument and that the same is his free and voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this 22 day of *October* 2008.

*James Gallardora*
Notary Public        *James Gallardora*
                     *Notary # 312*
                     *My Commission is for life*

My commission expires:

L.S. *Jack Ray Carr* No Dolus
Jack Ray Carr

SD>23-11

**DEED OF SECONDARY CONVEYANCE OF INCORPOREAL HEREDITAMENTS**
**AN AUTHENTICATED FOREIGN DOCUMENT**
**HAGUE CONVENTION, 5 OCTOBER 1961**

# PUBLIC NOTICE,
# DECLARATIONS,
# AND
# HONORABLE CLARIFICATIONS

### THE LAW DOES NOT PERMIT IMPOSSIBILITIES

RECORDER'S NOTE:
The document presented to the Pueblo County
Clerk & Recorder is a copy not an original.

| | | |
|---|---|---|
| Pueblo County | ) | |
| | ) | Asseveration |
| Colorado Republic | ) | |
| united States of America | ) | L.S *Michael Destry Williams* Michael Destry Williams |

Signed only in correct public capacity
As beneficiary to the Original Jurisdiction.

NOTICE. The term "Original Jurisdiction" herein and in all other documents issued by Michael Destry Williams means the constitution for the united States of America, anno Domini 1787, and articles of amendment anno Domini 1791 and other original parent agreements as indexed in Paragraph Number 12 below.

*FIAT JUSTITIA, RUAT COELUM*
Let Right Be Done, Though The Heavens Should Fall

I, Michael Destry Williams a/k/a Michael Destry of the family Williams, in public capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self realized entity, a free man upon the free soil, an American citizen of the American Republic, My yeas being yeas, My nayes being nayes, do hereby state that the truths and facts herein are of first hand personal research, true, correct, complete, certain, and not misleading, so help me GOD.

### PUBLIC NOTICE

THIS DOCUMENT GIVES NOTICE TO all Public Officials by and through the Office of the Secretary of State, the United States of America a/k/a UNITED STATES a/k/a U. S. a/k/a UNITED STATES OF AMERICA, and the Office of the Secretary of State, the State of Colorado a/k/a COLORADO a/k/a STATE OF COLORADO a/k/a CO a/k/a "this State" and to all whom it may concern, of the DECLARATIONS, LAWFUL, HONORABLE CLARIFICATIONS and other matters contained herein.

---

**NOTICE OF FOREIGN JURISDICTION**
**TO: ALL U.S. AND STATE AGENTS & OFFICERS**

WHEN THIS NOTICE IS AFFIXED TO A PREMISES, all property therein and attached thereto is under the custody and control of the above-noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property.

Law enforcement inquiries may be made to the U.S. Department of State Authentications Office, (202) 647-4000.
Legalization inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8372.

---

1787988  NOTICE 11/12/2008 03:01:29 PM
Page: 1 of 9  R 46.00 D 0.00 T 46.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

*I certify this is a true and correct complete copy of the original as it was presented*

*Michael Destry Williams* 11-4-08
Date

JD-24-1

# DECLARATIONS

## APPELLATION, STATUS, AND FACTS

1.    **KNOW ALL MEN BY THESE PRESENTS,** Michael Destry Williams a/k/a Michael-Destry: of the family Williams does hereby state, assert and aver all of the following:

2.    · Michael Destry Williams **is a living breathing free man upon the free soil,** an American sovereign of the American Republic, beneficiary to the Original Jurisdiction.

3.    Michael Destry Williams **is not a United States Citizen, subject, vessel or "person"** as defined in Title 26 United States Code, Section 7701 or elsewhere, or any other *ens legis* artificial person, individual, entity, fiction of law, procedural phantom or juristic personality, notwithstanding the reproduction of any such fictions in any media, computer, record or instrument, written or electronic.

4.    Michael Destry Williams **is foreign to the United States and retains official authority** within his chosen jurisdiction. As beneficiary to the Original Jurisdiction, he is not subject to nor does he volunteer to submit to or contract with any *ens legis* artificial or corporate jurisdiction to which a United States person may be subject.

5.    Michael Destry Williams **reserves all Rights, Remedies and Defenses** granted to him by God and memorialized by Michael Destry Williams's correct public capacity as beneficiary to the Original Jurisdiction.

6.    Michael Destry Williams **waives no Rights, Remedies or Defenses** nor yields imprescriptible Rights including, without limitation, the Right to movement and travel without restriction, permission or license in any conveyance of his choosing on any public roadway in America, and the right to bear arms for the protection of his family, friends and neighbors without restriction, unless such wavier is specifically done so in writing.

7.    Michael Destry Williams **does not volunteer, consent or contract** to being identified as, of, or connected by any nexus to, any institutional, bifurcated, public *cestui que* trust or other fictional construction of law or *ens legis* entity of a political state or subdivision thereof, in any capacity including, without limitation, as trustee, co-trustee, surety, co-surety, officer, co-officer, fiduciary or co-fiduciary.

8.    Michael Destry Williams **reserves the nature and character of his exact and proper designation as:** Michael Destry Williams or in the alternative, **Michael-Destry: of the family Williams,** which shall be spelled, written, formatted, printed, engraved and inscribed now and in perpetuity in all media exactly and precisely as just above-written with a first and second given name separated from, and joined to, a family name by a mark of punctuation or the words "of the family"; with the first letter of each given and family name being capitalized and all other letters being written in lower case fully in accord with the Rules of English Grammar.

9.    **Trade Mark notice.** The name Michael Destry Williams by common law is Trade Marked ™ and all trade names and derivatives thereof, whether or not registered, are Trade Marked ™ by and property of Michael Destry Williams to whom all rights are reserved. The use thereof without the express written permission of Michael Destry Williams creates a voluntary and informed consensual contract obligating the unauthorized user to the payment of a Trade Mark infringement fee as follows:

**A Trade Mark infringement fee in the sum certain of ten thousand dollars ($10,000.00)** lawful specie, gold, or silver, American mint, or certified bullion, Lawful coin money at current spot market price pursuant to the Constitution for the united States of America, 1787 anno Domini, amended anno Domini 1791, Article 1, Section 10, Clause 1 shall apply to each unauthorized use of the designation Michael Destry Williams and to each attempt or event of conversion, alteration, distortion and/or misnomer whether by improper spelling, abbreviation, capitalization, initializing, reversal of facts, or conversion to a fiction of law or other juristic personality or artificial being.

Clause 1, shall apply to each unauthorized use of the designation Michael Destry Williams and to each attempt or event of conversion, alteration, distortion and/or misnomer whether by improper spelling, abbreviation, capitalization, initializing, ... tic personality or artificial being.

10.     **The legal doctrine of *idem sonans* is inapposite to** Michael Destry Williams whether oral or written; all such improper usages and misnomers comprising infringement on the above-noticed copyright.

11.     Michael Destry Williams **does hereby accept the Original Jurisdiction**, to wit:

     A.     Constitution for the united States of America, anno Domini 1787,
          Articles of Amendment anno Domini 1791;

     B.     National Bill of Rights, anno Domini 1776;

     C.     The Northwest Ordinance, anno Domini 1787

     D.     Constitution of Colorado, anno Domini 1876;

     E.     Bill of Rights for Colorado, anno Domini 1876.

12.     Michael Destry Williams does hereby further state, assert and aver the following facts:

    a. It is well established under public policy that citations, legislations, prescriptions and other presentments issued by government bodies politic on the alleged authority of State codes comprise a cloak to disguise collateral undertaking in U.S. Funds. All such offers want for authority under original organic State Constitutions pursuant to which they are forbidden and can never be duly enacted.

    b. The U.S. a/k/a the United States is defined as a federal corporation at Title 28 USC 3002(15).

    c. The United States is bankrupt pursuant to Perry v. United States, 294 US 330-381 (1935); 79 L. Ed 912.

    d. United States is an obligor/grantor to the Federal Reserve Bank pursuant to the Federal Reserve Bank Act of December 23, 1913, 38 Stat 265, Ch 6.

    e. The said Federal Reserve Bank Act comprises a contractual granting by Congress to the Federal Reserve Bank of a paramount and enduring (ex-warranto 1913-1933) lien on the assets of the United States and all parties who would use bank notes issued by the Federal Reserve Bank pursuant to 38 Stat 265, Ch 6 p266-267.

    f. The Congress of the United States, by authority of the Gold Bullion Coin Act of 1985, PL 99-185, December 17, 1985, 99 Stat 1177 has decreed its intention that all Americans can no longer be forced into an obligor/grantor status in relation to said Federal Reserve Bank Notes.

    g. The Constitution for the united States of America, 1787, Article 1, Section 4, Clause 2 (1856) states that Congress shall assemble at least once in every year, which shall be the first Monday of December. Notwithstanding, Amendment XX, Section 2 (1933) states: "The Congress shall assemble at least once in every year, and that such meeting shall begin at noon on the third day of January, unless they by law appoint a different day."

13.     The Constitution cannot be in conflict with itself. The *de jure* legislature of the united States of America identified as "Congress" in the aforementioned Article 1, Section 4, Clause 2 (1856) adjourned *"sine die"* in 1861. Evidence of its reconvening in the absence of a congressional quorum has not been exhibited by the United States. The national legislative body discernible in Amendment XX, Section 2 first appeared in 1863 by executive resolution as a department of the Executive Branch of government pursuant to "Emergency War Powers." This *de facto* "Congress" was conceived and continues to sit at the pleasure of the president of the corporate *ens legis* UNITED STATES.

14.     The *de jure* private people who, by their inherent character *in rerum natura*, are foreign to and wholly without the corporate *ens legis* United States are not subject to the actions, acts and whims of the *ens legis* Congress of the corporate UNITED STATES. Accordingly, living Men *in rerum natura* are not subject to the Federal Reserve Bank Act of December 23, 1913 which wants for force and effect of law in the Original Jurisdiction.

1787988  NOTICE 11/12/2008 03:01:29 PM
Page: 3 of 9  R 46.00 D 0.00 T 46.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

3

15.   Disclosure of the facts and frauds stated herein has been denied to Michael Destry Williams in his rightful capacity as beneficiary of the Original Jurisdiction by an extraordinary and persistent policy of covin, conspiracy, and collusion constructed and condoned by the UNITED STATES Congress, Amendment XX, the Federal Reserve Bank/System, and contractors, agents, assigns, successors, heirs, representatives, obligors and grantors thereof.

16.   It is well settled in law that "no right, by ratification or other means, can arise out of fraud."

17.   By this PUBLIC NOTICE, DECLARATIONS AND HONORABLE CLARIFICATIONS, the following addendum is attached by reference herein in its entirety to any and all Federal Reserve Notes, public policy instruments, and documents regardless of kind arising from or relating to the Federal Reserve Bank/System which are held, received or used by Michael Destry Williams now and in perpetuity:

> **"The use of this instrument/conveyance by Michael Destry Williams is of necessity only and under HONORABLE CLARIFICATIONS, *nunc pro tunc* to December 23, 1913, in the absence of a reasonable alternative."**

18.   **The labor of Michael Destry Williams is measured and valued *quantum meruit* exclusively in gold and silver coin.**   As the value of such labor is tangible, it cannot be measured by any instrument which serves as evidence of debt, notwithstanding that the operational currency of the corporate UNITED STATES consists exclusively of instruments noted thereon to be evidence of liability.

19.   Michael Destry Williams **hereby expressly states his intention to pay,** extinguish and satisfy all of his obligations and make all parties whole.   Accordingly, Michael Destry Williams specifically disavows the use of "discharge" as a fraudulent transaction which implies payment but serves to covertly transfer the debts of Michael Destry Williams to other parties contrary to Michael Destry Williams's deeply held Scriptural beliefs under God.

20.   Michael Destry Williams is not now and has never been a United States Citizen under the Fourteenth Amendment of the *ens legis* Constitution for the corporate UNITED STATES, notwithstanding any failures to properly pass the said amendment into law.

21.   Michael Destry Williams **has the absolute unalienable Divine right to keep and bear arms** of any kind for protection of Self, family, and neighbors, by his own will and this DECLARATION.

22.   Michael Destry Williams **has the absolute unalienable Divine right to move and travel upon all public roadways** in America, of whatever kind and nature, in whatever mode or carriage of transportation He may choose, without license or permission or any other infringement of that right, by his own will and this DECLARATION.

23.   In addition to all of the above, Michael Destry Williams retains all of the Rights as enumerated and protected by the constitutions, bills of rights, and ordinance pursuant to the Original Jurisdiction.

# HONORABLE CLARIFICATIONS

24.   **As it is a crime to conceal a crime and a fraud to conceal a fraud,** Michael Destry Williams **makes HONORABLE CLARIFICATIONS against, abjures, denounces, refuses, takes exception and does not assent to:**

25.   The formation of any institutional, bifurcated, public, *cestui que* trust in violation of the copyright of Michael Destry Williams previously declared herein.

26.   Any allegation or presumption that Michael Destry Williams has consented expressly or tacitly to being a Citizen pursuant to the Fourteenth Amendment of the *ens legis* Constitution of the UNITED STATES.

27.   Any pledge, mortgage, lien or encumbrance by the Council of State Governors, March of 1933 which would identify Michael Destry Williams as a security, surety, co-surety or collateral for any part or portion of the public debt which has been hypothecated by the use of counterfeited Federal Reserve securities.

4

28.     The forced involuntary use of U.S. funds such as Federal Reserve Bank/System notes, commercial liability instruments and electronic liability transactions as part of a scheme to compel the principals to impart artificial commodity value to the liability evidenced thereon, on the authority of MacLeod v. Hoover, (June 22, 1925) No. 26395, S. Ct. Louisiana; 105 S. Rep. 305, that court citing U.S. Bank v. Bank of Georgia, 23 U.S. 333, 10 Wheat, 333, 6 L.Ed. 34.

29.     Any presumption that Michael Destry Williams has volunteered to be a debtor in possession of Federal Reserve Notes with expectation of a quid pro quo; a guarantor/surety/co-surety on the lien created by the Federal Reserve Bank Act of December 23, 1913; a party to any confidence game, scheme, forced or *cestui que* use whereby paper wanting inherent value is placed into circulation by the Federal Reserve Banks in lieu of Constitutionally required gold or silver; a party to the failure of public officials and Federal Reserve principals to provide full disclosure of the liabilities and perils of using private scrip, instruments of debt, corporate U. S. obligations, and Federal Reserve Notes as inauthentic replacements for lawful money.

30.     Any presumption that Michael Destry Williams has at any time expressed or implied a promise to guarantee the debt hypothecated by the said Federal Reserve Act, the private debt of the corporate UNITED STATES, or any obligations of the Federal Reserve Banks, agents, contractors, assigns, successors, heirs and grantors thereof, now and in perpetuity.

31.     Any presumption that Michael Destry Williams has at any time volunteered expressly or tacitly to join as a co-conspirator in any fraud, conspiracy, covin, collusion, confederation or joint business venture operated by the *de facto* STATE OF COLORADO and the corporate *ens legis* UNITED STATES as a surety, co-surety, guarantor or other obligor.

32.     Any attempt to induce Michael Destry Williams to act as a tort feasor to the Constitution for the united States of America, anno Domini 1787, where at Article 1, Section 10, it states "No State shall . . . emit bills of credit; make anything but Gold and Silver Coin a tender in payment of debts," all such offers being refused for fraud.

33.     . Pursuant to the Original Grant of Depositum for Bailment via the 1876 Constitution of Colorado, Michael Destry Williams makes Honorable Clarifications against, abjures, denounces, refuses, takes exception and does not assent to the calculated use of legal fictions to undermine and convert the political Will of the People on the free soil of the organic country known as Colorado into a legislative democracy that transforms the free People into subjects of the municipal law of foreigners within the geographical exterior boundary of Colorado and contrary to the Northwest Ordinance and the original Grant of the People, September 17, 1787, anno Domini, as amended 1791, anno Domini.

# DEMANDS

34.     **DEMAND IS HEREBY EXPRESSLY MADE TO IMMEDIATELY:**

35.     **RETURN THE DEPOSITUM FOR BAILMENT** to Michael Destry Williams in his capacity as descendent by blood of the original Bailor/Grantor/Settlor and his endowment to warrant same by Almighty God, pursuant to the terms, conditions, stipulations, exceptions and reservations contained within the Original Grant.

36.     **ACKNOWLEDGEMENT, RECOGNITION AND RETURN BY THE BAILEE OF THE SAID DEPOSITUM OF BAILMENT** to Michael Destry Williams as repository trustee for the Original public Trust.

37.     **EXHIBIT THE AUTHORITY** whereby Michael Destry Williams can be compelled, forced or enticed to falsely act as a tort feasor to Article 1, Section 10, Clause 1 of the Original Grant against his will by using the aforementioned fictional bank notes within a scheme of discharge disguised as payment. Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

38.     **EXHIBIT THE AUTHORITY** whereby Michael Destry Williams can be compelled, forced or enticed to falsely present himself as a United States Citizen/person in violation of the Fourteenth Amendment prohibition against slavery and involuntary servitude. Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such authority exists.

39.   ADMIT OR DENY that all actions of the UNITED STATES, the STATE OF COLORADO and all political subdivisions thereof whether judicial, administrative, municipal, county or otherwise are by their nature actions *indebitatus assumpsit*.   Failure to respond within thirty (30) days of PUBLIC NOTICE comprises admission of an ongoing Fraud against the beneficiaries of the Original Jurisdiction

> "Suits as well as transfers may be the protective coverings of fraud," Steelman v. All Continent Corp., 301 US 278, 81 L. Ed 1085; Shapiro v. Wilgus, 287 U.S. 348, 355, 53 S.Ct. 142, 144, 85 A.L.R. 128. "The fact that the means employed to effect the fraudulent conveyance was the judgment of a court and not a voluntary transfer does not remove the taint of illegality," First National Bank v. Flersham, 290 US 504, 78 L. Ed. 465. "... it is obvious that the fraud did not occur in open court nor in that sense enter into the decrees under attack, hence the fraud of which we complain was not susceptible to insulation. In the language of Shapiro v Wilgus, 287 US 348, 77 L. Ed 355. It was part and parcel to a scheme whereby the form of a judicial remedy was to supply a protective cover for a fraudulent design." Also, Steelman, supra Flersham, supra, Braun, supra., "That in the absence of an adversary trial or decision the distinction between extrinsic and intrinsic fraud becomes immaterial and made clear by the following from the Throckmorton opinion," 98 US 61, 65, Braun, supra.

40.   EXHIBIT VERIFIED EVIDENCE proving the time, place and nature of full disclosure of the benefits, risks and perils by which Michael Destry Williams could knowingly volunteer to submit to the Federal Reserve Bank Act of 1913.  Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that no such disclosure was made.

41.   ADMIT OR DENY that Michael Destry Williams did in fact knowingly and voluntarily ratify the *cestui que* trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 which resulted in the use of grammatical derivations of Michael Destry Williams's name in a scheme of intentional misnomer for profit and gain.  Failure to respond within thirty (30) days of PUBLIC NOTICE comprises denial that the *cestui que* trust created by the UNITED STATES through the Federal Reserve Bank Act of 1913 was ever duly ratified by Michael Destry Williams and any assumption of such ratification is false.

42.   EXHIBIT VERIFIED EVIDENCE proving the knowledgeable and voluntary ratification and acceptance by Michael Destry Williams of the aforesaid *cestui que* trust.  Failure to so exhibit within thirty (30) days of PUBLIC NOTICE comprises stipulation that the said *cestui que* trust was never ratified by Michael Destry Williams and any assumption of such ratification is false.

43.   EXHIBIT VERIFIED EVIDENCE proving the granting of a copyright license by Michael Destry Williams expressly conveying to the licensee the authority to use grammatical derivations of the proper name belonging to Michael Destry Williams in a scheme of intentional misnomer for profit and gain through an unauthorized *cestui que* trust. Failure to respond within thirty (30) days of PUBLIC NOTICE comprises stipulation that all such misnomers and uses of the aforesaid *cestui que* trust comprise intentional copyright infringement.

44.   I, Michael Destry Williams, do hereby deny having received disclosure of the existence, benefits, risks and perils of a *cestui que* trust named derivatively at any time, or having been asked to ratify the said trust.  Consequently, I do hereby deny, denounce, adjure and disavow having ever ratified any such trust.

# CAVEAT—LAW

45.   All public officials, Officers of government bodies politic, in all branches/departments, Executive, Legislative, or Judicial, being of Oath of Office, bonded to fidelity, are under ministerial duty, Supervisors v. United States ex rel. 71 U.S. 435, 4 Wall 435, U.S. v. Thomas, 15 Wall 337, U.S. v Lee, 106, US 196, 1 S. Ct 240, fiduciary/trustees, U.S. v Carter, 217 US 286, 30 S. Ct 515. "The implication of a trust is the implication of every duty proper to a trust... Whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them." Buffum v Peter Barceloux Co. 289 US 227, 237; 77 L. Ed 1140, 1146, cited Braun v. Hansen, 103 F.2d 685 (1939), wherein it further states "Being fiduciaries, the ordinary rules of evidence are reversed", must obey the law, Butz v. Economou, (US) 98 S. Ct. 2894, Davis v Passman (1979, US) 442 US 226, 99 S. Ct. 2264.

46.   "The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." Lyle v Arkansas, 8 How. 314, 13 L.

Ed 153, Duluth & Iron Range Co. v Roy, 173 US 587, 19 S. Ct 549, 43 L. Ed 820. "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person, is enforceable by judicial process". Butterworth v U.S. ex rel. Hoe, 112 US 50, 5 S. Ct 25, 28 L. Ed 656.

47.   "A ministerial officer is liable for an injury done, where his acts are clearly against the law." Tracy v. Swartwout, 10 Pet. 80, 9 L Ed 354.  "The judicially fashioned doctrine of official immunity of judicial, legislative or executive officers does not reach so far as to immunize criminal conduct prescribed by an Act of Congress." O'Shea v. Littleton, 414 US 488, 94 S Ct. 669, "in equity there are certain rules prohibiting parties bearing certain relations to each other from contracting between themselves; and if parties bearing such relations enter into contracts with each other, courts of equity presume them to be fraudulent, and convert the fraudulent party into a trustee." Perry on Trusts (7th Ed) Sec. 194, in Braun v Hansen (1939) 103 F 2d 685. Under the doctrines of *res gestae, res ipsa loquitur, respondeat superior*, as now having prior knowledge, authority, power, opportunity to prevent or aid in preventing injury, damage, having been or about to be committed. Title 42 USCS Section 1986, as applies to public officials, Officers, by the existence of an agreement between two or more persons, acting in a private conspiracy, McNalley v Pulitzer Pub. Co. (1976) 532 F 2d 69, 429 US 855, 50 L Ed 2d 131, to conspire, through said conspiracy, to impede or hinder, or obstruct or defeat the due course of justice in a State or Territory, with the purposeful intent to deny the equal protection of the law, under color of State law or authority, or other, Griffin v. Breckinridge (1971) 403 US 88, 91 S. Ct. 1790, depriving of having or exercising a Right, Federal Conspiracy to Obstruct Justice Act (Title 42 USCS Section 1985(2), deprivation of due process, even by federal officials, Williams v. Wright (1976) 432 F Supp 732, Founding Church of Scientology v Director, FBI (1978)459 F Supp 748, 98 L Ed 2d 150, 108 S Ct 199, even District Attorneys, Rouselle v Perez (1968) 293 F Supp 298, places upon you the badges of fraud, prior knowledge, superior knowledge of the law, will of intent, perjury of Oath of Office, constructive treason, bad faith, breach of fiduciary/trustee responsibility, whereupon "Being fiduciaries, the ordinary rules of evidence are reversed," (1939) 103 F 2d 685. Further, being advised, as in Ex Parte v Young, 209 US 123 (1908), **"The attempt of a State Officer to enforce an unconstitutional statute is a proceeding without authority of and does not effect, the State in its sovereign or governmental capacity, and is an illegal act, and the officer is stripped of his official character and is subject in his person to the consequences of his individual conduct. The State has no power to impart to its officer immunity from responsibility to the supreme authority of the United States."** (Emphasis added.)

48.   From Perry on Trusts, (7th ed), Sec. 851 "... in order that the release, confirmation, waiver, or acquiescence may have any effect .... The cestui que trust must also know the Law, and what his rights are, and how they would be dealt with by the court." The Supreme Court of Arizona in Garrett v Reid Cashion Land, 34 Ariz 245, 270 P. 3044 at page 1052 quotes thus from Adair v Brimmer, 74 NY 539 "Confirmation and ratification imply to legal minds, knowledge of a defect in the act to be confirmed, and the right to reject or ratify it. The cestui que trust must therefore not only have been acquainted with the facts, but apprised by the law, of how these facts would be dealt with by a court of equity, All that is implied in the act of ratification, when set up in equity by a trustee against his cestui que trust, must be proved, and will not be assumed. The maxim 'ignorantis legis excusat neminem' cannot be invoked in such a case. **The cestui que trust must be shown to have been apprised of his legal rights.**" (Emphasis added.) Also from Ungrich v Ungrich, 115 NYS 413, 417, "The rule (is) that to fasten ratification upon a cestui que trust he must not only have been acquainted with all the facts, but apprised also in the law, and how such facts would be dealt with by a court of equity." Likewise, Thaw v Thaw, 27 Fed 2d 729, US v Carter, 217 US 286, 54 L Ed 769, Wendt v Fisher (Cardozo, J.) 234 NY 439, 154 N.E. 303, Leach v Leach, 65 Wis. 284, 26 NW 754.

49.   The delay in discovery of the Frauds stated herein pursuant to Amendment XX provides no defense to the remedy, laches or otherwise. Michoud v Girod, 4 How 503, @ 561, 11 L Ed 1076, Pomeroy's Equity, Sec. 847, Wiget v Rockwood 69 F @d 326, et seq., and from Texas & Pacific Ry, v Pottorff, 291 US 245, 78 L Ed 777, in Braun, supra, "the doctrine is thus affirmed. It is the settled doctrine of this court that no rights arise on an ultra vires contract, even though the contract has been performed; and this conclusion cannot be circumvented by erecting an estoppel which would prevent challenging the legality of a power exercised." And from US v Grossmayer, 9 Wall 72, 19 L Ed 6 27, "A transaction originally unlawful cannot be made any better by being ratified." And, further, following Braun, supra, "It is held axiomatic that no right, by ratification or other means, can arise out of fraud." 13 C.J. 492, Sec. 4??, 6 R. Ct. ? 698, the following is quoted in Thompson on Corporations, 3rd Ed Sec. 2828, from Central Transportation Co. v Pullman Palace Car Co., 139 US 24, as established doctrine of the Supreme Court, "No performance of either side can give the unlawful contract any validity, or be the foundation of any right of action upon it." As said long ago by the great Justice Story in Prevost v Gratz, 6 Wheat 481, 497; 5 L Ed 311, 315, "It is currently true that length of time is no bar to a trust clearly established ... ? is imputed and proved, length of time ought not, upon

1787988 NOTICE 11/12/2008 03:01:29 PM
Page: 7 of 9  R 46.00 D 0.00 T 46.00
Gilbert Ortiz Clark/Recorder, Pueblo County, Co

7

principles of eternal justice, to be admitted to repel relief. On the contrary, it would seem that the length of time during which the fraud has been successfully concealed and practiced, is rather an aggravation of the offense, and calls more loudly upon a court of equity to grant ample and decisive relief." (Emphasis added.)

50.    It is a maxim of law that peonage and involuntary servitude are forbidden, and **immunity is denied to any party, real or imagined, person or public official who would or conspire to traffic in slaves or participate in aiding or abetting.** Clyatt v US, 197 US 207 (1905), Plessy v Ferguson, 163 US 537, 542, "Whoever [Title 18 U.S.C. Sec.1581] holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined not more than $5,000.00 or imprisoned not more than five years."

51.    **All public officials in receipt of this notice are required by their Oath of Office to answer.** Notification of legal responsibility is "the first essential of due process of law" Connally *v. General Construction Co.*, 269 U.S. 385,391. "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." U.S. V. Tweel, 550 F.2d.297. It is the ministerial fiduciary/trustee duty of each and every government official, officer, agent, contractor and assign of the UNITED STATES, the STATE OF COLORADO, the Federal Reserve Banks/System, the International Monetary Fund, the International Finance Corporation, the International Bank for Reconstruction and Development, the Inter-American Development Bank, the World Bank, the Commission of the European Communities, the Organization for Economic Co-operation and Development, the United Nations and any and all other obligors/grantors who view this notice ("Respondents") to timely and fully answer, Federal Crop Insurance v Merrill (1947) 332 US 380., 92 L Ed 10, 68 S Ct 1, 175 ALR 1075.

52.    **The period for Respondents to respond to this notice is thirty (30) days.** Any party or public official wishing to answer, respond, refute, rebut, deny, object or protest any statement, term, declaration, denial or provision in this presentment must do so by Lawful Protest within thirty (30) days of the date of issuance or forever lose all rights, titles, interests, and the opportunity to plead. All such responses must be verified and have exhibitions and factual evidence in support annexed thereto.

53.    **Respondents may agree with all statements, terms, declarations, denials and provisions herein by remaining silent.** Failure to timely respond to all such terms and provisions with which Respondents disagree comprises Respondents' stipulation and confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herein as facts, the whole truth, correct and fully binding on all parties.

54.    **This document serves as Notice of Fault in the event Respondents fail to timely respond.**

55.    **Notice of Default shall be issued no sooner than three (3) days after Notice of Fault.** Default is final three (3) days after Notice of Fault is issued.  Default comprises Respondents consent jointly and severally to be named as defendant(s) in various actions, administrative and judicial

56.    **Upon Default, all matters are settled *res judicata* and *stare decisis.***

57.    **Default comprises an estoppel of all actions, administrative and judicial,** by Respondents against Michael Destry Williams, 3J. Pomeroy, Equity Jurisprudence Section 805, p. 192, Restatement 2d of Torts Section 894 (1) (1979), and now reasonably relied on, Wilbur National Bank v US 294 US 120, 124-125 (1935), due to misconduct by Government agents Heckler v Community Health Services, 467 US 51, at 59, 60, Federal Crop Ins., *supra*. "It [the doctrine of Estoppel by Silence] arises where a person is under duty to another to speak or failure to speak is inconsistent with honest dealings." In Re McArdles Estate, 140 Misc. 257, et seq., and Silence, to work estoppel, must amount to bad faith. Wise v USDC Ky., 38 F Supp 130, 134, where duty and opportunity to speak, Codd v Westchester Fire Ins. Co. 14 Wash. 2d 600, 128 P 2d 968, 151 ALR 316, creating ignorance of facts, Cushing v US Mas s, 18 F Supp 83, inducing person claiming estoppel to alter his position, Braunch v Freking, 219 Iowa 556, 258 NW 892, knowledge of facts and of rights by person estopped, Harvey v Richard, 200 La. 97, 7 So. 2d 674, willful or culpable silence, Lenaoni v Fidelity Trust & Savings Bank of Fresno, 96 Cal. App. 490, 273 P. 103 et seq., "Silence" implies knowledge, and an opportunity to act upon it, Pence v Langdon, 99 US 578 @ 581, et seq.

1787988   NOTICE 11/12/2008 03:01:29 PM
Page: 8 of 9   R 46.00 D 0.00 T 46.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

8

# DISCLAIMER

THE QUOTATION OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAW AND STATE AND FEDERAL STATUTES PURSUANT TO PL 88-244, DECEMBER 30, 1963, IS DONE WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE COPYRIGHT, OR GIVE LEGAL ADVICE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY CONCERNED PARTY(IES)

**58.**   **Notice to the principal is notice to all agents. Notice to an agent is notice to all principals. By this Public Notice, Declarations, and Honorable Clarifications the world is now informed.**

59.   This action is bonded by a third party surety holding twenty-one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue. The said bond is annexed hereto and incorporated verbatim herein in its entirety by reference as if fully reproduced herein.

60.   The use of a notary public herein is of necessity and under Honorable Clarifications without creating or implying the existence of any contract or contracts between Michael Destry Williams and any other parties, legal entities, the UNITED STATES, the STATE OF COLORADO or agents thereof, public or private.

BE IT SO EXECUTED, and by this execution, be made to appear, in-deed, enacted, decreed, This the _22_ day of the _10_ month, anno Domini, two thousand and _eight_, Amen.                                    {SEAL}

L.S. _Michael Destry W. Williams_
Signed only in correct public capacity as
Beneficiary of the Original Jurisdiction

Michael Destry Williams
Location: in care of 1735 Cortner Road
Pueblo near [81006]
Colorado

NOTORY STATE
**STATE OF LOUISIANA**          )
                                )  ss:
**East Baton Rouge Parish**     )

Before me, a notary public in and for the said ~~County~~ Parish and State, personally appeared the above named Michael Destry Williams who acknowledged that he did sign the foregoing instrument and that the same is his free and voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal this _22nd_ day of _October_, 200_8_.

_James Villadora_
NOTARY PUBLIC                      {SEAL}

My commission expires
CERTIFICATION   _James Villadora_
I certify under penalty of perjury   _Notary # 312_
that this is a true, correct,   _My Commission is for life._
complete copy of the document
as it was presented to me

L.S. _Michael Destry Williams_
Signed only in correct public capacity
as beneficiary to the original   [Seal]

1787985   NOTICE 11/12/2008 03:01:29 PM
Page: 9 of 9  R 46.00 D 0.00 T 46.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

SD-94-9