

Michael-destiny Family of Williams
Rural Route 1, St. Charles Mesa
Pueblo, Colorado
near 1735 Cortner Road
Pueblo, Colorado [81007]
c/o Federal Correctional Institution
FCI Englewood, - Trust
Attn: Benefice of Michael-destiny
MICHAEL DESTINY WILLIAMS ©
R.O.I. # 39714-013
9595 W. Quincy Avenue
Littleton, Colorado [80123]

Admiralty

United States District Court
of District of Colorado
Attn: Clerk of Court - Jeffrey P. Colwell
Case # 1:12-cr-00140-CMA-(1)
901 19th Street
Denver, Colorado [80294]

"Legal"

Case No. 1:12-cr-00140-CMA   Document 109-1   filed 08/15/18   USDC Colorado   pg 2 of 2