**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

12-cr-00140-CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2018

JEFFREY P. COLWELL
CLERK

Doc. 110

DENVER CO SPECIAL MAIL
20 AUG 2018 PM 5 L
OPEN ONLY IN THE PRESENCE OF THE INMATE

neopost 08/20/2018
US POSTAGE $00.47⁰
ZIP 80294
041L11245087
FIRST-CLASS MAIL

Michael Destry Williams
#39714-013
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate MXIE
9595 W
LITTLE

808 DE 1  0008/26/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 8029425009  *1220-04142-20-39

REF: 8029425009