UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    MICHAEL DESTRY WILLIAMS,**

        Defendants.

_____

**NOTICE REGARDING REPRESENTATION AND SCHEDULING**
_____

Martha H. Eskesen of MARTHA H. ESKESEN, P.C., appointed counsel for Michael Destry Williams who has directed that he be addressed as "Michael-destry Family of Williams," submits the within Notice Regarding Representation and Scheduling, and states:

1.    Ms. Eskesen was appointed on October 15, 2019, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Mr. Williams (ECF No. 124), notwithstanding Michael-destry Family of Williams' advisement that he did not want to be represented by counsel.

2.    Michael-destry Family of Williams has advised Ms. Eskesen, that he will represent himself, wants advisory counsel, and will seek an extension of time of at least 60 days to prepare his defense.

3.    Ms. Eskesen is willing and able to serve as advisory counsel in this matter, if necessary.

Dated:  October 17, 2019                MARTHA H. ESKESEN, P.C.


s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 17, 2019, I electronically filed the foregoing **NOTICE REGARDING REPRESENTATION AND SCHEDULING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Andrea Surrat, Assistant U.S. Attorney
**Andrea.surrat@usdoj.gov**

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Michael-destry Family of Williams          (via U.S. Mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com