James Frank
RAD-c/o
PO Box 11814
Pueblo Colorado
[81007]

U.S. District Court of Colorado Inc.
901 19th St. Room A-105
Denver Colorado 80294-3589



CERTIFIED MAIL

7017 1000 0001 1075 3793

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Denver, CO PM DC 802 ZO
WED 16 OCT 2019