Corporate Commercial Case # 12-cr-00140-CMA-(1)

Certified mail # 7017 1450 0001 3913 3744

ALL WHO RECEIVE THIS WRIT ARE BOUND BY IT.

To:        All nine men and women known as Justices for
           the Supreme Court of the United States,
           Including subordinates Scott S. Harris and Jacob Levitan
           1 1st Street NE
           Washington D.C. 20543-0001

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 21 2019
JEFFREY P. COLWELL
CLERK

From:      James Frank, Family of Williams - In Propria Persona Sui Juris
           Address:      RFD
           In Care Of:   PO Box 11814
                         Pueblo Colorado [81001]

RE:        Reply to letter concerning the Writ of Habeas Corpus for the release of diplomat
Michael-destry, Family of Williams, permanently disabled, an American National/State Citizen
as per the United States State Department, being held/incarcerated and/or under penal corporate
Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., {herein USDC}in a
commercial case # 12-cr-00140-CMA -(1), with the principal corporation as plaintiff, known as
UNITED STATES OF AMERICA Inc., (see Exhibit A). Named defendant Cestui Que Vie Trust
known as MICHAEL DESTRY WILLIAMS. (see Exhibit B). Holding the sole foreign
beneficiary of said trust, American National/State Citizen Michael-destry: Williams as the
unwilling compulsory surety, under threat, duress and coercion.

Dear Justices and subordinates,

       Again, the BAR association impugns my sacred honor with their return of my Lawful
Writ and letter to me, dated October 24, 2019 in regard to said Writ, placed in your care on this
same day. The fact that it was returned the same day as received, with what must be a standard
letter of rejection, shows that it most likely was not read by any justice.

       The contents of your letter are clearly addressed in sections I, II, III, IV of what you call
an "Extraordinary" Writ of Habeas Corpus sent to you nine Justices, not low-level BAR
members acting as clerks or any other man or woman working as clerks.

       Under the original documents of this Constitutional Republic, I created your position and
am not required to buy my way into your service.

       If my words or the heading of this Writ ("In Common Law") were not clear enough, then
here me now; I invoke all original Rights of a Sovereign man of this Republic and under your
own rules, rule 17 (This Rule applies only to an action invoking the Court's
original jurisdiction under Article III of the Constitution of the United States.),
Invoke you nine Justices to act on your own rules and act as a lawful Article III court and judges,
In Common Law, holding you to your oaths to serve this US State Department recognized
American National/State Citizen.

Section 2 of Your rule 17 also says your rules may be taken as "guidelines," which again, I am not required to follow in anyway, as I am not a BAR member, government employee (corporate or not), nor any agent associated with either. I am the creator of lawful government and require your actions, under your Oaths, on my behalf.

As the fraudulent actions by the ABA against American National/State Citizen Michael-destry have been perpetrated at the federal level, my determination for this Writ of Habeas Corpus is also at the Federal level, being that you nine justices stand as their superiors.

I now return said Writ and demand action, invoking you nine justices as my lawful agents. I am also including a new attachment, the "Arrest Warrant" issued for the Fictional Entity MICHAEL DESTRY WILLIAMS. Even if this warrant had the actual living man's proper name on it, NO warrant can lawfully be signed by a clerk, and ALL must have an affidavit accompanying it, which was not the case. ALL law enforcement and involved BAR members acted Unlawfully and Unconstitutionally in this matter and I demand immediate actions against each of them!

My Flesh and Blood property Michael-destry, has once again, under Color of Law, lawlessly been assaulted and kidnapped by agents of the corporation US MARSHAL SERVICE on behalf of the BAR association, involved Parole Officers and the corporation known as USDC. and is being unlawfully incarcerated by this private corporation and its agents, without contract. I demand that my property be immediately released and returned to me as none of these corporate groups of agents have any jurisdiction over a United States State Department recognized American National/State Citizen!

An unlawful attack by one member of the ABA on one American of this Republic Nation, is an attack by all members of the ABA on all of the American People!

Attached:
1) Fraudulent Arrest Warrant for MICHAEL DESTRY WILLIAMS
2) Clerks reply to Writ

By: _James F. Williams_
James Frank, Family of Williams – Sui Juris
Recognized American National/State Citizen
RFD - c/o PO Box 11814, Pueblo Colorado

Notary Witness:
Colorado State       )
                     ) ss.
Pueblo County        )

Subscribed and sworn to, before me this 14th Day of November, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Cc:

TO:     President Donald J. Trump
        1600 Pennsylvania Ave.
        Washington DC [20500]

TO:     Secret Service of the United States
        245 Murray Lane
        Washington DC [20223]

TO:     Attorney General William Barr
        US Department of Justice Room 4400
        950 Pennsylvania Avenue
        Washington D.C. [ 20530-0001]

TO:     Provost Marshal General
        2800 Army Pentagon
        Washington DC [20310-2800]

TO:     U.S. Department of State
        Office of Law Enforcement Liaison
        44132 Mercure Circle
        P.O. Box 1227
        Sterling, Virginia [20166]

TO:     UNITED STATES DISTRICT COURT OF COLORADO Inc.
        Attn: Justice Daniel Desmond Domenico
        901 19th Street
        Denver, Colorado [80294-3589]
        Corporate Commercial Case # 12-cr-00140-CMA-(1)

```
2019146453
Page: 1 of 1
10/21/2019 12:20 PM        R $13.00
City & County of Denver              AFF
D $0.00
```

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   12-cr-00140-CMA |
| | ) | |
| | ) | |
| MICHAEL DESTRY WILLIAMS | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Michael Destry Williams

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Failure to Appear on 9/13/2019.

Date:     09/13/2019

s/M. Ortiz, Deputy Clerk
_Issuing officer's signature_

City and state:     Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

October 24, 2019

James Frank Williams
P.O. Box 11814
Pueblo, CO 81001

RE: In Re Williams

Dear Mr. Williams:

The above-entitled petition for an extraordinary writ of habeas corpus was received on October 24, 2019.  The papers are returned for the following reason(s):

No motion for leave to proceed in forma pauperis, signed by the petitioner or by counsel, is attached. Rules 33.2(a) and 39.

No notarized affidavit or declaration of indigency is attached.  Rule 39.  You may use the enclosed form.

The petition does not follow the form prescribed by Rule 14 as required by Rule 20.2.

The petition does not show how the writ will be in aid of the Court's appellate jurisdiction, what exceptional circumstances warrant the exercise of the Court's discretionary powers, and why adequate relief cannot be obtained in any other form or from any other court.  Rule 20.1.

The petition does not state the reasons for not making application to the district court of the district in which you are held.  Rule 20.4(a) pertaining to petitions for writs of habeas corpus.

A copy of the corrected petition must be served on opposing counsel.

Sincerely,
Scott S. Harris, Clerk
By:

Jacob Levitan
(202) 479-3392

Enclosures

2019146452
Page: 1 of 24
D $0.00

10/21/2019 12:20 PM        R $128.00
City & County of Denver                    AFF

# Writ of Habeas Corpus

# In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America
**Not within the UNITED STATES Inc.**

To:         All nine men and women known as Justices for
            the Supreme Court of the United States
            1 1st Street NE
            Washington D.C. 20543-0001

From:       James Frank, Family of Williams - In Propria Persona Sui Juris
            Address:      RFD
            In Care Of:   PO Box 11814
                          Pueblo Colorado [81001]
            Herein known as Affiant.

**RE:**         Michael-destry Family of Williams, permanently disabled, an American National/State
Citizen as per the United States State Department, is being held/incarcerated and/or under penal
corporate Parole,  by a commercial claim of the corporation known as the Admiralty UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., {herein USDC} in a commercial case
# 12-cr-00140-CMA -(1), with the principal corporation as plaintiff,  known as UNITED STATES OF
AMERICA Inc., (see Exhibit A).  Named defendant Cestui Que Vie Trust known as MICHAEL
DESTRY WILLIAMS. (see Exhibit B).   Holding the sole foreign beneficiary of said trust, American
National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress
and coercion.

**I.**      Jurisdiction arises under this Affiant's International Right of Self Determination of actions of
Declarations/ Affidavits/Public Records, maintaining my sacred honor per my compact known as The
Declaration of Independence 1776, Articles of Confederation and 1787/89/91 Constitution for The
United States of America.  I am not bound by any corporate Rules, Regulations, Statures or Codes in any
manner.

**II.**     Venue is proper as per my International Right of Self Determination as an American
National/State Citizen, as guaranteed in the VII Amendment (Bill of Rights) of the Constitution for The
United States of America.  Again, not by any corporate Rules, Regulations, Statutes or Codes.

**III.**    Parties are: 1.  This Affiant, 2. Michael-destry, Family of Williams, 3.  and all Nine Justice
Individuals occupying the Supreme Court of the United States, plus their unknown and unnamed
subordinates.

**Facts/Affidavit**

**IV.**     The following Facts are Self-Evident,

1.     You nine individuals are by actual fact or open public pretension the deciders of the Law of the Land for The United States of America via this Affiant.  Via one of your recent decisions in **"United States v. Haymond"** you bring into question the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that; "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty."  That is NOT happening!

2.     You nine Justices, Office of Supreme Court and agents thereof, have created or ok'ed a **non-judicial**, foreign corporate special law jurisdiction, - 14th Amendment of the US constitution, federally zoned citizen with privileges, in contrast with the Constitution for The United States of America, Article 4 section 4, Republic State and State Zoned Citizen Rights, the latter of which applies to this Affiant and Michael-destry.  The previous which you know or should know allows your subordinates, with impunity, to:
**A.** impeach our sacred Honor,
**B.** deny or ignore our Citizenship as an American National/State Citizen, (see exhibits C and C1) (as is again being done since Michael-destry's unlawful arrest on October 11, 2019) (see exhibit D – James Frank's Affidavit)
**C.** Trespass on Michael-destry's Unalienable Rights, specifically his Liberty Rights at the whims of a corporate agent Christina M. Arguello, ACTING as a lawfully seated judge.

3.     This Affiant's and Michael-destry's American National status, Unalienable and Equitable Rights have been taken for a number of years via the Nonfeasance, Misfeasance, Malfeasance committed via Color of Law, in violation of your own laws, specifically U.S. Code 18 sections 241 & 242, but not limited to, with the sanctions of the Supreme Court of The United States of America, and now you impeach my sacred honor.

4.     Michael-destry: Williams is unlawfully being held in **non judicial** custody of the corporate Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (exhibit E) by acting Judge Christine M. Arguello and acting Clerk of Court Jeffery P. Colwell, under special laws of a **foreign** corporation (Color of Law private codes and statutes), denying Michael-destry his Unalienable Rights from the Creator, including but not limited to, violation of XI Amendment, suits prosecuted by Citizens of Subjects of any Foreign State, being denied VII Amendment suits In Common Law, denied Due Process, and VI, V, IV Amendments of the Constitution for The United States of America.

5.     Acting public servants; Judge Christina M. Arguello, Clerk of Court Jeffery P. Colwell, UNITED STATES Attorneys Kenneth Harman, and John Walsh but not limited to, do not have a valid Oath of Office nor bonds filed with the City and County of Denver Clerk and Recorder or the Secretary of State of Colorado State, as required by Colorado State Constitution(1876), Article XII sections 8,9, and 10, and Article VI section 3 of the Constitution for The United States of America(1787/89/91), and the General Laws of Colorado, making all of their offices vacant and actions void.

6.   This Affiant's honor, duties and responsibilities as an American National/State Citizen, requires me to notify you of the wrongs being perpetrated upon American National/State Citizen Michael-destry. This has been done by this Writ of Habeas Corpus, but not limited to.

7.   If this matter is not corrected or openly denied, this will be Prima Facia Evidence to you admitting to the facts and accepting liability.

V.   If you wish to honor your duty to this Affiant and Michael-destry as well as your Oath of Office as required in the VI Amendment of the Constitution for The United States of America, the following is suggested by correcting the misjustice / trespasses upon this Affiant and Michael-destry by the foreign corporation and its corporate agencies as follows;

1.   Release Michael-destry this day from the federal corporate USDC alleged jurisdiction (Incarceration/Parole), with express written notification and orders.

2.   Vacate the judgment and sentence of the corporate Admiralty UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO commercial case # 12-cr-00140-CMA-(1), all enacted under Color of Law.

3.   Recognize and correct Michael-destry's, Standing, Status and Citizenship (exhibit F) with all branches of the government of the United States.

### Exhibits

A    Entity details of corporation UNITED STATES OF AMERICA, Inc.
B    Letter from corporate DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO Confirming the all caps name MICHAEL DESTRY WILLIAMS is a fictional trust.
C    Certificate of Identity form DS-4240 with Request page and Photocopy of Passport card and passport. City and County of Denver Recorder # 2019043968. 3 - Pages.
C1   Photocopy of page inside passport showing request from Secretary of State that was ignored.
D    James Frank: Williams' Affidavit.
E    Proof of Entity Incorporation. 5 pages
F    Standing, Status and Citizenship Affidavit.
     City and County of Denver Recorder # 2019057051. 3 - Pages.
G    Oath of Citizenship of Michael-destry, Family of Williams administered by Officer of the Nation, Lt. Cdr., USN, Retired, now deceased, David G. Anderson on 8th of May 2012. City and County of Denver Recorder # 2019043967. 2 - Pages.
H    Notice and arrest of UNITED STATES DISTRICT COURT Inc. commercial case # 12-cr-00140-CMA-(1) Indictment.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

## Notice

Notice to Agents is Notice Principal.
Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence.
All are without excuse
All Rights Reserved, Without Prejudice, Without Recourse.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, flesh and blood man, as a living soul, Freeman/American National upon Planet Earth.

By: _James F. Williams_

James Frank, Family of Williams – Sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State                )
                              ) ss.
Pueblo County                )

Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: ___1|15|2023___

> CYNTHIA A. ELLINGSON
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20034001638
> MY COMMISSION EXPIRES   JANUARY 15, 2023

Cc:

TO:   Attorney General William Barr
      US Department of Justice Room 4400
      950 Pennsylvania Avenue
      Washington D.C. 20530-0001

TO:   UNITED STATES DISTRICT COURT OF COLORADO Inc.
      Attn: Clerk of Court Jeffery P. Colwell
      901 19th Street, Room A-105
      Denver, Colorado [80294-3589]
      Corporate Commercial Case # 12-cr-00140-CMA-(1)

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 4 of 4*



EXHIBIT A

4

Exhibit J

NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | |
|---|---|---|
| File Number: | 2193946 | |
| | Incorporation Date (mm/dd/yyyy) | 04/19/1989 |
| | Formation Date | |
| Entity Name: | UNITED STATES OF AMERICA, INC. | |
| Entity Kind: | CORPORATION | Entity Type: NON-PROFIT OR RELIGIOUS |
| Residency: | DOMESTIC | State: DE |

REGISTERED AGENT INFORMATION

| | | |
|---|---|---|
| Name: | THE COMPANY CORPORATION | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | |
| City: | WILMINGTON | County: NEW CASTLE |
| State: | DE | Postal Code: 19808 |
| Phone: | (302)636-5449 | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.
Would you like Status Status,Tax & History Information

IRS000148

GJEX000050

*EXHIBIT B*

| DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO | |
|---|---|
| Court Address:<br>1437 Bannock Street, Room 230, Denver, CO, 80202 | DATE FILED: July 22, 2019 |
| **In the Matter of the Trust:** MICHAEL DESTRY WILLIAMS | △ COURT USE ONLY △ |
| | Case Number: 2019PR166 |
| | Division: 1          Courtroom: |
| **ORDER** | |

THIS MATTER is before the Court for review and consideration of filings presented by Michael Destry Williams on April 12, 2019, May 10, 2019, May 16, 2019, June 10, 2019, July 1, 2019 and July 15, 2019. The Court has reviewed the filings, finds them to be nonsensical and accordingly finds the filings fail to state a claim upon which relief may be granted.

To the extent necessary, the filings are denied. No further action shall be taken by the Court.

Issue Date: 7/22/2019

ELIZABETH DEMBERG LEITH
District Court Judge

1907220046 2231 238-1003 2
1908060078 1065 13-1012 4

# EXHIBIT C

U.S. Department of State

## CERTIFICATION OF IDENTITY

| 1. Full Name of Requester [1] (Last, First, MI) | 2. Date of Birth (mm-dd-yyyy) |
|---|---|
| Williams: Michael destry | 23rd May 1964 |
| 3. Full Name of Subject of Records | 4. Citizenship Status [2] |
| Michael destry Williams | American National |
| 5. Current Address RR. 1, 54 Charles Mary Lewis Canton | 6. Place of Birth Gunnison |
| Po 1024 16 E. Ash Street, Pueblo, Colorado | Colorado State |

### Third Party Authorization [81001]
Complete this section if you are authorizing release of your records to another person.

I, _Michael destry Williams_ ............................., pursuant to 5 U.S.C. Section 552(b), Common Judicial

authorize the U.S. Department of State to release any and all information relating to me to UNITED STATES DISTRICT COURT, inc /commerce

Name of Third Party _Clerk of Court, Jeffery P. Colwell_ Associated

Address of Third Party _Denver Colorado 80294_ 901 19th Street

Type of Third Party (check one):  ☐ Parent  ☐ Custodial Guardian  ☐ Legal Representation  ☒ Other  Article 3 Adm Party Colorado Court

And please send a certified copy to me. Requester

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable, under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. In Common law UK procedure

Without Prejudice without Recourse, A Lord-Pacurios

Signature [3] _Michael destry Williams_   Date (mm-dd-yyyy) 04/11/2019

### PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

_Michael destry Williams: American National_

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence." pursuant to 5 U.S.C. Section 552a(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.

_Certified mail #_

DS-4240
05-2013

_7017 1000 0001 1073 5992_

04/12/2019 10:29 AM
City & County of Denver

R $23.00

CTF

2019043968
Page: 1 of 3
D $0.00

# Request for
# Passport Records
# (2) Certified Copies

Date: _11th April 2019_

TO:   U.S. Department of State
      Office of Law Enforcement
      Liaison
      44132 Mercure Circle
      P.O. Box 1227
      Sterling, Virginia [20166]

Pursuant to The Privacy Act of 1974 and special law [5 USC 552 (2)].

Name:                             Michael destry: Williams
Date and Place of Birth:          23rd May,1964, Gunnison, Colorado State
Mailing Address:                  Rural Route 1, St. Charles Mesa
                                  Pueblo, Colorado
                                  C/o 1024 1/2 East Ash Street
                                        Pueblo, Colorado [81001]
Telephone:                        (719) 544-5362
Email Address:                    none
Dates Passport Issued             8th January 2019
Passport number:                  592612813
Passport Card number:             C 18850067

Enclosed copies:      Passport and Card,  Exhibit 1.  Postal Money order for $ 100.00. ↓
                      Certification of Identity Form DS-4240. / # 255 3789006 60

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my
knowledge.

_Certified mail_               _Michael-destry: Williams_
_# 70171000 0001 1073 5492_    Michael-destry Family of Williams
                               Rural Route 1, St. Charles Mesa, Pueblo Colorado
                               In care of: 1024 1/2 East Ash Street,
                                        Pueblo Colorado [81006]

Notary: CYNTHIA A. ELLINGSON
Colorado State:
                  ss.
Pueblo County:

Subscribed and Affirmed before this _11th_ of April 2019 by
Michael-destry Family of Williams

_Cynthia A. Ellingson_
My commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023

Exhibit 1
U.S. Department of State
Passport Records





EXHIBIT C1



...AND THAT GOVERNMENT OF THE PEOPLE,
BY THE PEOPLE, FOR THE PEOPLE,
SHALL NOT PERISH FROM THE EARTH.

*Abraham Lincoln*

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit
the citizen/national of the United States named herein
to pass without delay or hindrance and in case of need
to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les
présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder toute
aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por
el presente solicita a las autoridades competentes permitir el paso
del ciudadano o nacional de los Estados Unidos aquí nombrado,
sin demora ni dificultad y en caso de necesidad, prestarle toda
la ayuda y protección lícitas.

# EXHIBIT D

### Affidavit of American National/State Citizen
### James Frank, Family of Williams
### Concerning the arrest of American National/State Citizen
### Michael-destry (Will), Family of Williams

On October 11, 2019 at 10:58 am, this Affiant received a phone call from my mother, stating that armed agents of the corporations, THE PUEBLO COUNTY SHERIFF'S DEPARTMENT and the UNTITED STATES MARSHALS SERVICE were at her home at 1024 East Ash Street in Pueblo Colorado. These Armed Agents were supposedly acting on a warrant to arrest Michael-destry (herein known as Will) for "Failure to Appear" in a corporate constructive trust case. This Affiant told her to order them off of her property, which I heard her doing over the phone and then immediately while still speaking to her, this Affiant left my property and traveled the few miles to my mother's house.

Upon arriving at this Affiant's mother's house, I observed my brother Will being cuffed into the backseat of one of the corporate agent's automobiles and then immediately being driven away by these corporate agents.

After filming the exodus of most of these agents, this Affiant noticed and recognized Charles Lee Gallegos, a friend and corporate agent for the PUEBLO COUNTY SHERIFF'S DEPARTMENT parole division.

This Affiant asked agent Gallegos to show me the "warrant," which agent Gallegos did, and this Affiant also asked to see the "verified affidavit" that is required to lawfully use a warrant. Agent Gallegos did not have an affidavit with his warrant and this Affiant did not see a judge's signature on the warrant.

This Affiant also observed that the warrant was for the Cestui Que Vie Trust entity MICHAEL DESTRY WILLIAMS, not the living man Will: Williams.

Agent Gallegos personally told this Affiant that Will clearly said that he was not the PERSON on the warrant.

Agent Gallegos also was in possession of Will's passport card, which Gallegos personally told me that neither he nor any other arresting agent ran to ascertain Will's actual identity. Agent Gallegos also held the US State Departments certified copy of the application that attests to Will's non corporate US citizen status.

I Affirm under God the Creator that this Document is true and correct to the best of Knowledge.

By: _James F: Williams_
James Frank, Family of Williams – Sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State            )
                         ) ss.
Pueblo County            )
Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

*EXHIBIT E*

2019057048
Page: 1 of 1
D $0.00
05/10/2019 10:40 AM          R $13.00
City & County of Denver                    TST

# Us District Court (/c/mmjn778/us-district-court)

*Judiciary Courts Of The State Of Colorado*

901 19th Street # 105a

Denver, CO 80294

Phone: ☏ Show Number

(303) 844-4694 (tel:3038444694)

**A.k.A. - UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO inc.,**

Web: www.coloradojudicialperformance.gov

(/api/v1/urlverify/http%3A%2F%2Fwww.coloradojudicialperformance.gov)

Ad

Search Public Records Now

Enter a Name and Select a State to View Public Records Now!

TruthFinder

Us District Court is a privately held company in Denver, CO .

> Own This Business?

Categorized under State Courts. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 9.

**Notice of:** **Constructive Trust(s) created by said US DISTRICT COURT inc., commercial case # 12-cr-00140-CMA- (1).**
**This public notice of incorporation was served upon, by personal presentment, to Joel Nelson Corporate US**
**Probation Officer and on agent Ryan Jessie of Recovery Unlimited L.L.C.,** *on 26th April 2019.*

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

*Michael-destry Family of Williams*

Michael-destry Family of Williams,  Rural Route 1, St. Charles Mesa, Pueblo Colorado.

In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]

Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Notary: CYNTHIA A. ELLINGSON

Colorado State:

ss.

Pueblo County:

Subscribed and Affirmed before this ___9th___ of ___MAY_____ 2019 by

Michael-destry family of Williams

*Cynthia Ellingson*

NOTARY PUBLIC

My commission Expires: ___1/15/2023___

> **CYNTHIA A. ELLINGSON**
> **NOTARY PUBLIC**
> **STATE OF COLORADO**
> **NOTARY ID 20034001638**
> **MY COMMISSION EXPIRES    JANUARY 15, 2023**



State of Colorado Washington DC, 20001 – Manta.com

4/28/19, 2:18 PM

US (/mb)  >  Washington, DC (/mb_51_ALL_2Y5/washington_dc)  >  Government (/mb_53_F3_2Y5/government/washington_dc)
>  General Government, NEC (/mb_54_F30C7_2Y5/general_government_nec/washington_dc)
>  State Government-General Offices (/mb_55_F30C70B6_2Y5/general_government_administration/washington_dc)  >  State of Colorado



MAY 10 2019

## State of Colorado (/c/mh5ycm4/state-of-colorado)

444 North Capitol Street NW
Washington, DC 20001
Phone: (202) 624-7865 (tel:2026247865)
Ad
Public and Criminal Records
Intelius provides you access to billions of online public
Intelius.com
State of Colorado is a privately held company in Washington, DC .

Colorado Department Of State Denver CO, 80290 – Manta.com

4/28/19, 2:14 PM

U.S. (/mb)  >  Denver, CO (/mb_51_ALL_2FH/denver_co)  >  Government (/mb_53_F3_2FH/government/denver_co)
>  General Government, NEC (/mb_54_F30C7_2FH/general_government_nec/denver_co)
>  State Government-General Offices (/mb_55_F30C70B6_2FH/general_government_administration/denver_co)  >  Colorado Department Of State

## Colorado Department Of State (/c/mhhv9f0/colorado-department-of-state)

*Secretary Of State, Colorado*
1700 Broadway # 350
Denver, CO 80290
Phone: ☎ Show Number
Web: www.sos.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.sos.state.co.us)
Ad
Buy Meat Wholesale Online
Add us to your Weekly Orders & Save up to 50% on a
More.
Colorado Department Of State is a privately held company in Denver, CO .
Categorized under State Government-General Offices.

2019057049
Page: 1 of 1
D $0.00

TST

R $13.00

05/10/2019 10:40 AM
City & County of Denver

### Certification of Authentication

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Willia...*

Michael-destry Family of Williams,          Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A ELLINGSON
Colorado State

ss.

Pueblo County:

Subscribed and Affirmed before this ___9th___ of __MAY_____ 2019 by
Michael-destry Family of Williams

_CYNTHIA WINDSOR_
NOTARY PUBLIC

My commission Expires: __1/15/2023__

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001636
MY COMMISSION EXPIRES      JANUARY 15, 2023



State Of Colorado Denver CO, 80206 – Manta.com

4/28/19, 2:20 PM

U.S. (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F3_2FH/government/denver_co) > Courts (/mb_54_F30D3_2FH/courts/denver_co)

> Courts (/mb_55_F30D3000_2FH/courts_federal_government/denver_co) > State Of Colorado

## State Of Colorado (/c/mhz96c4/state-of-colorado)

780 Elizabeth Street
Denver, CO 80206
Phone: (303) 355-3546 (tel:3033553546)
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

| Own This Business? |

Exhibit "9"

MAY 1 0 2019

View public records now
Intelius provides you access to billions of online public
intelius.com
State Of Colorado is a privately held company in Denver, CO .
Categorized under Courts.

---

State Of Colorado Denver CO, 80203 – Manta.com

4/28/19, 2:17 PM

U.S. (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F3_2FH/government/denver_co)

> Executive Offices (/mb_54_F306F_2FH/executive_offices/denver_co) > Governors' Office (/mb_55_F306F05N_2FH/governors_office/denver_co) > State Of Colorado

## State Of Colorado (/c/mm2swt2/state-of-colorado)

200 East Colfax Avenue # 91
Denver, CO 80203
Phone: ☏ Show Number
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

| Own This Business? |

Search Public Records Now
Enter a Name and Select a State to View Public Record
TruthFinder
State Of Colorado is a privately held company in Denver, CO and is a Headquarters
business.
Categorized under Governors' Office. Our records show it was established in 1876 and
incorporated in Colorado. Current estimates show this company has an annual revenue
of unknown and employs a staff of approximately 81349.

**Certification of Authentication**

2019067050
Page: 1 of 1
D $0.00

R $13.00   TS?

05/10/2019 10:40 AM
City & County of Denver

*Affirmation*

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Williams*

Michael-destry Family of Williams,        Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON

Colorado State                    ss.

Pueblo County:

Subscribed and Affirmed before this 9th of MAY_____ 2019 by
Michael-destry Family of Williams
Cynthia Ellingson
NOTARY PUBLIC

My commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023



# Pueblo County Sheriff's Office

## (/c/mmjw3ch/pueblo-county-sheriff-s-office)

*Pueblo County Government*

☆ ☆ ☆ ☆ ☆   0 customer reviews – add your review
*(/c/mmjw3ch/pueblo-county-sheriff-s-office#reviews)*

909 Court Street
Pueblo, CO 81003
Phone: (719) 583-6125
(tel:7195836125)
Web: www.pueblo.org
(/urlverify?
*redirect=http%3A%2F%2Fwww*
*.pueblo.org&s=497ea0ebcced4*
*ce49bf7722096443d55&cb=66*
*29547&emid=mmjw3ch)*

| Own This Business? (/build/c/mmjw3ch) |



Pueblo County Sheriff's Office is a privately held
company in Pueblo, CO .
*Categorized under Sheriff. Current estimates show this*
company has an annual revenue of unknown and
employs a staff of approximately 10 to 19.

## 📇 Contact *Is this your business? Claim This Profile*

*(/build/c/mmjw3ch)*

**Pueblo County Sheriff's**
**Office**
Phone: (719) 583-6125
Web: www.pueblo.org
(/urlverify?
*redirect=http%3A%2F%2Fwww*
*.pueblo.org&s=497ea0ebcced4*
*ce49bf7722096443d55&cb=66*
*29548&emid=mmjw3ch)*
Name: Kirk Taylor

| Call Company |   (tel:7195836125)

# US Marshal Department (/c/mttt1fc/us-marshal-department)

*Us Marshals Service*

☆ ☆ ☆ ☆ ☆   0 customer reviews - add your review
(/c/mttt1fc/us-marshal-department#reviews)

1929 Stout Street
Denver, CO 80294
Phone: (303) 844-2801
(tel:3038442801)

Own This Business? (/build/c/mttt1fc)

Additional fees apply
Rate excludes taxes
Speed may not be

US Marshal Department is a privately held company in
Denver, CO and is a Branch business.
Categorized under Services (Unclassified). Our records
show it was established in 2008 and incorporated in
Colorado. Current estimates show this company has an
annual revenue of unknown and employs a staff of
approximately 10 to 19.

## FIND QUALITY HOME IMPROVEMENT PROS

| Choose Your Project ⌄ | Select Project ⌄ | 80294 | Subm |

## 📇 Contact   *Is this your business? Claim This Profile*

(/build/c/mttt1fc)

**US Marshal Department**
Phone: (303) 844-2801

Call Company   (tel:3038442801)

Name: Dave Williams
Job Title: Principal

## You May Also Like

(http://bridge.lga1.admarketplace.net/ct?          ad
version=16.0.0&ci=1571089602043.11961&key=1571089602900600001.1)

# $\mathcal{EXHIBIT} \ F$

## Standing, Status and Citizenship
## Affidavit
### In God's Law and In Common Law
7th Amendment (Bill of Rights) of the Constitution for The United States of America

MAY 10 2019

Date: 25th April 2019

I, Michael-destry: Williams, RFD-Rural Route 1. St. Charles Mesa, Pueblo, Colorado State Republic, In Care of: 1024 1/2 East Ash Street. Pueblo, Colorado [81001], being of sound mind and lawful age, do solemnly declare:

1. I am a Freeman-American National, State Zoned Citizen, born on the land of <u>Colorado</u> State Republic, of parents who were Citizen-Principals of <u>Colorado</u> State of the Republic Nation <u>The United States of America</u>. As an hereditament I acquired directly the status of Citizen-Principal-American National-creditor-obligee, of said <u>Colorado</u> State sharing equally in its sovereignty. Slaughterhouse Cases, 83 U.S. 36 (1873).

2. As a free living man, born on the land of <u>Colorado</u> State. I am not a restricted by or a party to the contract stipulation known as the 14th Amendment of the UNITED STATES inc., constitution.   I am not a UNITED STATES citizen and because I receive no protection from it. I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898).

3. I am a free Citizen of the aforesaid State of my birth and derivative and mediate thereof, . I am a State Zoned Citizen. Citizen of one of the several union States/American National of <u>The United States of America</u> as contemplated in the Constitutional Contract of 1787, . INA  Section 101(a)(29), Butler v. Farnsworth, federal case, Vol. 4, page 902 (1821).

4. I am not a UNITED STATES citizen, A.K.A. U.S. citizen, as contemplated by the 14th Amendment, and I do not reside in any state with the intention of receiving from the Federal government or any other party a protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

5. I am, therefore, "nonresident" to the residency and "alien" to the citizenship of the 14th Amendment and/or UNITED STATES citizen . United States v. Cruikshank, 92 U.S. 542 (1875), and  K. Tashiro v. Jordan 256 P. 545, 549 (1927); affirmed 278 U.S. 123 (1928).

6. As the tax imposed in private corporate special laws - 26 U.S.C.1, pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment, it is not an applicable Internal Revenue Law to me. State Zoned Citizen, as I am neither such a citizen or resident and owe or employee of the UNITED STATES inc.. Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done without being given Full Disclosure of the alleged contract, under threat, duress, coercion, not knowing that such filings were and are mandated only on citizens and residents of the UNITED STATES. U.S., UNITED STATES OF AMERICA inc., as contemplated by the 14th Amendment.

7. Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, powers of attorney, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence, including but not limited to SS-5 Social Security Administration form/contract that would grant me any privileges and thereby ascribe to me privileges, immunities and duties under a special law-private codes and statutes system of rules, other than that

*Affidavit of Standing and Status-Citizenship*



2019057051
Page: 1 of 3
D $0.00

05/10/2019 10:40 AM     R $23.00
City & County of Denver     AFF

of God the Creator and the Constitutional Contract of 1787/89, ratified 1791 for The United States of America, the Constitution for The United States of America, Articles of confederation and Declaration of Independents 1776, Judicial Law, Common Law (VII amendment): Constitution for Colorado State Republic and Substantive Law-Contract Law, Trust Law etc., and of the treaties for the several states of the Union. Exclusive of the corporate U.S. Constitution, its 14th Amendment and substantive regulations.

8. Also notice and claim all Rights as the sole foreign beneficiary and Equity title holder of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608 (herein stated as MDW Trust). And, as the sole foreign beneficiary, I have moved into the Office of Executor of MDW Trust as the MDW Trust is being mismanaged and raped, on and before 26th of June 2013.

9. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the Laws of the United States, Colorado State Republic Judicial Law or any of the several union states agreements, Lawfully enacted.

10. I sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above to so inform me and to state the reason(s) they believe I am in error in writing at the location of my abode shown below.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

### Notice of Revoke/Removal of Power of Attorney

Notice again, of revocation of any and all Powers of Attorney generated by the Social Security Administration form SS-5 application and or by and through its trust - Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© and any derivative, sub or constructive trust thereof.

### Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents.
Assignee and Assignor.     Silence is Acquiescence
All Rights Reserved. Without Prejudice. Without Recourse.

### Standing and Status

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris, permanent physically disable American National, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, with Proof of Life as living man, under

God, of linage to David to Jacob to Adam, Freeman of God a living soul, beneficiary of this Planet Earth put into Trust by God. Thus, I claim and seize the Office of Executor of Gods Trust as said trust is being mismanaged and raped.

I am not the Executor of the Estate or trustee of MDW Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, obligee and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vic Social Security Trust - MICHAEL DESTRY WILLIAMS©, is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said MDW Trust. Thus, I am claiming dominion of the MDW Trust and my Equitable Rights to terminate said MDW Trust, an accounting, settlement, discharge, closure, and distribution of MDW Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am *Not* a U.S. citizen, not a 14th Amendment citizen, not a citizen or employee of the Federal Corporation – UNITED STATES OF AMERICA, A.K.A. UNITED STATES - U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Williams*

Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street,
Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust

Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON

Colorado State:
                    ss.
Pueblo County:

Subscribed and Affirmed before this 25th of APRIL 2019 by Michael-destry Family of Williams

*Cynthia A Ellingson*
NOTARY PUBLIC
My commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

*Affidavit of Standing and Status-Citizenship*

Page 3 of 3

2019043967
Page: 1 of 2
D $0.00

04/12/2019 10:29 AM        R $18.00
City & County of Denver             CTF

# EXHIBIT G

# Declaration and Affirmation of National for The United States of America

I, Michael Destry Williams, promise to be without fear in the face of The United States of America's enemies, foreign or from within The United States of America. I will be brave and upright and do all righteous rulings, that Yahweh may love me. I promise to follow and uphold these three simple rules:

1: Love my neighbor as myself,

2: Do unto others as I would have them do unto me, and

3: I will seek first the kingdom of heaven with all of my heart, mind and soul, and

Furthermore, I will safeguard the helpless and ignorant and teach them to stand on their own. I speak these words in the name of Yahweh, not in conflict with his testimony yahshua, and before my neighbors, so that I shall have standing among all other Nations and States, The United States of America or otherwise. All these words I speak, I promise, and

So solemnly affirmed, declared and promised on the forty-ninth day, in the year of Yahweh, six thousand and fifteen, translation 8th day of May, two thousand and twelve,

*Michael-destry*
*Michael-destry*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023

*thomas robert*          , Witness          _____ , Witness
                                             JOHN HAROLD

STATE OF COLORADO ) ss.
COUNTY OF PUEBLO )

Subscribed and Affirmed before me this 11th day of April, 2019 by Michael-t-destry.

*Cynthia Ellingson*
NOTARY PUBLIC          My Commission expires 1/15/2023

Intellectual Property Rights Copyright 2012, page one of two

# CERTIFICATION OF ADMINISTERING AFFIRMATION

On this eighth day of the fifth month in the Year, two thousand twelve A. D., for the purpose of verification, I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., do certify that the American National for The United States of America, appeared before me with the following document **Declaration and Affirmation of National for The United States of America**. I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., personally administered the above affirmation to the living Man, Michael Destry Williams, for verification of status and political decision. The herein named affirmation was taken and administered to Michael Destry Williams without coercion, and of his own free will as a matter of right of self determination according to the Law of Nations, and with his left hand on The Scriptures and his right hand in the air.

WITNESS my hand.

_David G. Anderson, LCDR, USN (Ret)_
David G. Anderson. Lt. Cdr., USN, Ret.



Intellectual Property Rights Copyright@2012, page two of two

Mar 16 17 09:14a

EXHIBIT H

p.10

20E3621   AFFI 03/03/2017 04:22:59 PM
Page: 1 of 3   R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



LIEN

Case 1:12-cr-00140-CMA Document 107   Filed 03/10/14   USDC Colorado   Page 1 of 11

## UNITED STATES DISTRICT COURT

District of                    COLORADO

UNITED STATES OF AMERICA                    JUDGMENT IN A CRIMINAL CASE

MICHAEL DESRY WILLIAMS

Case Number:                    12-cr-00140-CMA-01

USM Number:

Michael Desry Williams, Pro Se
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to Count(s)

☐ pleaded nolo contendere to Count(s)
which was accepted by the Court.

☒ was found guilty on Count(s)   1 through 10 of the Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 01/11/08 | 1 |

The defendant is sentenced as provided in pages 2 through    11    of this judgment.

☐ The defendant has been found not guilty on Count(s)

☐ Count(s)                    ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 4, 2014
Date of Imposition of Judgment

Signature of Judge

Christine M. Arguello, U.S. District Judge
Name and Title of Judge

03/10/14
Date

State of Co   County of Jefferson

Signed before me on this   28th   day
of February, 2017 by Michael Williams
Notary Public

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104008392
MY COMMISSION EXPIRES FEBRUARY 12, 2018

Mar 16 17 09:15a

p.11

2063621  AFFI 03/03/2017 04:22:59 PM
Page: 2 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

PRESENTENCE INVESTIGATION REPORT

Docket No.: 1032 1:12CR00140-1

MICHAEL DESTRY WILLIAMS

Prepared for:      The Honorable Christine M. Arguello
                   United States District Judge

Prepared by:       Katrina M. Devine
                   United States Probation Officer
                   Denver, COO
                   303-335-2456

Assistant U.S. Attorney               Defense Counsel
Kenneth Mark Harmon                    Michael Destry Williams, Pro Se
225 15th Street East                   c/o GEO Aurora Detention Facility
Denver, CO 80202                       3130 North Oakland Street
303-454-0100                           Aurora, CO 80010

Kevin F. Sweeney
601 D Street, N.W.
Washington, DC 20004
202-305-3637

Sentence Date:  March 4, 2014 3:00 PM

Offense:

**Count 1:**       Tax Evasion and Aiding and Abetting
                   26 U.S.C. § 7201 and 18 U.S.C. § 2
                   Not more than 5 years imprisonment/$250,000.00 fine
                   (Class D Felony)

**Count 2:**       Tax Evasion and Aiding and Abetting
                   26 U.S.C. § 7201 and 18 U.S.C. § 2
                   Not more than 5 years imprisonment/$250,000.00 fine
                   (Class D Felony)

**Count 3:**       Tax Evasion and Aiding and Abetting
                   26 U.S.C. § 7201 and 18 U.S.C. § 2
                   Not more than 5 years imprisonment/$250,000.00 fine
                   (Class D Felony)

DATE REPORT PREPARED: January 28, 2014  DATE REPORT REVISED: February 20, 2014

Mar 16 17 09:15a                                                                                        p.12

2063621  AFFI 03/03/2017 04:22:59 PM
Page: 3 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

*LIEN*

Case 1:12-cr-00140-CMA   Document 107   Filed 03/10/17   Colorado   Page 8 of 11

AO 245B  (Rev DCCO) Criminal Judgment
(Attachment Page 11 — Statement of Reasons)                                    Judgment—Page ___ of ___ 11

DEFENDANT:   MICHAEL DESTRY WILLIAMS
CASE NUMBER:  12-cr-00140-CMA-00

STATEMENT OF REASONS

COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

☑ The Court adopts the presentence investigation report without change.

☒ The Court adopts the presentence investigation report with the following changes.
(Check all that apply and specify Court determination, finding, or comments referencing paragraph numbers in the presentence report, if applicable.)

☐ Chapter Two of the U.S.S.G. Manual determinations by Court (including changes to base offense level, specific offense characteristics)

☐ Chapter Three of the U.S.S.G. Manual determinations by Court (including changes to victim-related adjustment, role in the offense, obstruction of justice, multiple Counts, or acceptance of responsibility)

☒ Chapter Four of the U.S.S.G. Manual determinations by Court (including changes to criminal history, career criminal, career offender, or criminal livelihood determinations)

☐ The Court finds that two criminal history points pursuant to §§ 4A1.1(c) ... are warranted ... in a criminal history category III

☐ Additional Comments or Findings (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions)

☐ The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.

II  COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)

☐ No Count of conviction carries a mandatory minimum sentence.

☐ Mandatory minimum sentence imposed.

☐ One or more Counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum because the Court has determined that the mandatory minimum does not apply based on

☐ finding of fact in this case
☐ substantial assistance (18 U.S.C. § 3553(e))
☐ the statutory safety valve (18 U.S.C. § 3553(f))

State of CO, County of Jefferson
Signed before me on this 20th day
of February 2017 by Michael Williams
Notary Public _____

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 2014002382
MY COMMISSION EXPIRES FEBRUARY 17, 2018

III  COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):

Total Offense Level:  23
Criminal History Category:  III
Imprisonment Range:  57 to 71 months
Supervised Release Range:  __ to __ years as to Counts 1-4; 2 to 5 years as to Counts 5-9; and 1 year as to Count 10.
Fine Range:  $ 10,000 to $ 2,000,000
☐ Fine waived or below the guideline range because of inability to pay.

RFD - C/o
PO Box 11814
Pueblo Colorado
[81001]

ATTN: Justice Daniel Desmond Domenico

US District Court of Colorado
901 19th Street
Denver Colorado [80294-3589]



7017 1450 0001 3913 3744

THE HONOR YOU GOD

