*CASE #12-CR-00140-CMA*

*Demand for Release of Diplomat*

No. 19/01587

# United States of America

**DEPARTMENT OF STATE**

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2019

JEFFREY P. COLWELL
CLERK

2020009910
Page: 1 of 33
D $0.00

R $173.00        AFF

01/23/2020 12:21 PM
City & County of Denver

## To all to whom these presents shall come, Greeting:

I Certify That ___Brykyta K. Shelton,___

whose name is subscribed to the document hereunto annexed, was at the time

of subscribing the same ___Chief, Records Services Division,___

___Passport Services___ ___, Department of State, United States___

of America, and that full faith and credit are due to his acts as such.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2020

JEFFREY P. COLWELL
CLERK

In testimony whereof, I ___Michael R. Pompeo___

Secretary of State, have hereunto caused the seal of the

Department of State to be affixed and my name subscribed by the

Authentication Officer of the said Department, at the city of

Washington, in the District of Columbia, this ___6th___

day of ___June___, 20 ___19___

*Michael R. Pompeo*
Secretary of State

By *Raymond W. Thonn*
Authentication Officer, Department of State

Issued pursuant to RS 161 3 USC 22, RS
203 3 USC 158; Sec 1 of Act of June 25,
1948 62 St 946 28 USC 1733 Sec 4 of
Act of Jan 20, 1949 63 St 111, 3 USC 154;
and Secs 104 and 132 of Act of June 27,
1952 66 St 174 and 233, 8 USC 1104, 1443
and 3 USC 140

*This certificate is not valid if it is removed or altered in any way whatsoever*

CERTIFICATION
CITY AND COUNTY OF DENVER
Clerk and Recorder for the
Colorado does hereby certify this
document to be a full, true and
correct copy of the original
document recorded in my office.

by ___Deputy County Clerk___
Date



United States Department of State

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of 26 pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Application #293175589 for United States passport book #592612813 and passport card #C18850067 issued to Michael Destry Williams on January 8, 2019, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

- 2 -

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Brykyta K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: _____JUN 0 4 2019_____

APPLICATION FOR A U.S. PASSPORT
Please Print Legibly Using Black Ink Only

Attention: Read WARNING on page 1 of instructions.
Please select the document(s) for which you are applying.

☐ U.S. Passport Book   ☐ U.S. Passport Card   ☒ Both

☒ Regular Book (Standard)   ☐ Other Book Size (Standard)

203175389

Williams

Michael                    Destiny

05·23·1967        Gunnison  Kolorado

524·08·0608                          719·544·5362

In Care of  Ray  E  Ash Street

Pueblo                Co  81001

── STOP! CONTINUE TO PAGE 2 ──
DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

Identifying Documents - Applicant or Mother/Father/Parent on Second Signature Line (if identifying minor)

Michael Testiy Williams

Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line (if identifying minor)

Esther Jean Williams

X

X

NOV 16 2016

U.S. POSTAL SERVICE
3000 WEDGEWOOD BLVD
PUEBLO, CO 81005-9998

FOIA: (b)(6)

DS-11   06-2014

DS 11 A 09 2013 1

Page 1 of 2

Michael, Destry                              05/23/1964

Frank   Ralph                    Williams

10311938   Pueblo   Colorado

Esther   Jean                    Vitollo

04091940   Pueblo   Colorado

Contractor

S A   Brown   Brown

RFD   RR 1 St Charles Mesa

Pueblo                           CO   C00000

Esther Williams                  c/o 1024 I Ash

Pueblo          Co   Brown   719-544-5362   Mother

MICHAEL DESTRY WILLIAMS     206733773   03 July 2002

Oh m sigh                NC OR

DB-91   08-2018                                      Page 3 of 2

City & County of Denver

**APPLICATION FOR A U.S. PASSPORT**
Please Print Legibly Using Black Ink Only

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both

Williams

Michael                    Destry

05 23 1964          Gunnison  Colorado

52 080 608                              719 544 5362

In care of: 1014 E. Ash street

Pueblo                    CO 81001  USA

**STOP CONTINUE TO PAGE 2**

Michael Destry Williams

SUNSET POST OFFICE
U.S. POSTAL SERVICE
3000 WEDGEWOOD DR
PUEBLO, CO 810

Michael Destry Williams

FOIA: (b)(6)



Williams, Michael Destry                    05/23/1964

Frank Ralph                          Williams

10311957  Pueblo Colorado

Esther Jean                          Vitillo

06041940  Pueblo  Colorado

Contractor Self

5 8 Brown Brown

RT R RR 1 St. Charles Mesa

Pueblo                               Co  00000

Esther Williams      C/o 1024 E. Ash Street

Pueblo              1083l9ol   719-544-5362 Mother

Michael Destry Williams   106733983   03 July 2002

DEPARTMENT OF STATE

JUL - 8 2013

FOIA: (b)(6)

DS 11 A 09 2013 2

## U.S. Department of State

Please Print legibly Using Black Ink Only

## STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

### IMPORTANT NOTICE

A U.S. citizen may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previous valid U.S. passport was previously issued. Use another Lost Stolen notice for the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) attempting to use a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit the cancellation to the Consular Lost and Stolen Unit. See page one of this form for more information.

| Williams | Michael | Destry |
|---|---|---|

Date of Birth: 05/23/1967   Place of Birth: Gunnison, Colorado   524 00 0000

Current Mailing Address: RFD, Rural Route 1 St charles Mesa, Pueblo, Colorado   524 - 0000

Telephone Number: +719 544-5366

Explain how your U.S. passport book and/or card: Was lost when I moved

Did you file a police report?   □ Yes   ☒ No

Explain: CO 10241 Ash Street, Pueblo, Colorado

On what date was the U.S. passport book lost or stolen: 1 february 2011

Last passport book issued: 206813199   on 3/23/2001

Michael Destry Williams   11/26/2018

U.S. Department of State

## AFFIDAVIT OF IDENTIFYING WITNESS
### IN SUPPORT OF A PASSPORT APPLICANT

This form should be completed ONLY by the identifying witness and is to ONLY be used in conjunction with Form DS-11, Application for a U.S. Passport.
This affidavit must be accompanied by a photocopy of the front and back of the witness' identification.

**1. Passport Applicant's Name (Last, First, Middle)**
Williams Michael Deaton

**2. How do you know the applicant?**
Stepson Mother's Son

**3. How long have you personally known the passport applicant?**
54 Years          3 Years          1 Months

### WITNESS INFORMATION

**4. Witness' Name (Last, First, Middle)**
Williams Esther Jean

**5. Witness' Residence Address**
1234 East Ash St.

**City, State, ZIP Code**
Pueblo   Colorado   81001

**6. Witness' Place of Birth (City, State)**
Pueblo Colorado

**7. Witness' Date of Birth (mm-dd-yyyy)**
06-09-1946

**8. Witness' Home Telephone Number**
719 544 5123

**9. Witness' Social Security Number**
523 15 1126

**10. Have you identified/have been issued a U.S. Passport?**
☒ Yes   ☐ No

**11. Witness' Passport Number**
310167319

**12. Date of Issue/date of issuance (put approximate date)**
25 Jan 2007

I declare under penalty of perjury that I know or have reason to believe the above-named passport applicant is a citizen or non-citizen national of the United States, and the above statements are true and correct.

**Signature** Esther Jean Williams   **Date (mm-dd-yyyy)** 11-06-2018

### FOR ENDORSEMENT AGENT'S USE ONLY

☐ Acceptance Agent
☐ Passport Staff Agent
☐ West Denver USA

Williams Michael Gentry

Supervision death Insurance 64 yrs 7 mos

Williams Father Jim
1634 Coal Ave W.
Pueblo Colorado 51401

Pueblo information

June 7, 1948

(719) 544-5369        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        ☒ yes  ☐ no

Certificate submitted on Dec 2019

Esther Jean Williams   Date registered  Dec 15, 2018

☐ Approved/sign
☐ Pending/sign
☐



## Affidavit of Service

Date: 20th December 2018

**To:**
Department of State of the United States
National Passport Center
Attn: # 698, Supervisor Laura 532 (sic)
207 International Drive
Portsmouth, New Hampshire [03801]

**From:**
Michael Destry Family of Williams
Rural Route 1 St. Charles Mesa
Pueblo, Colorado
C/o     1024 East Ash Street
         Pueblo, Colorado [81001]

**RE:** Application for Passport, Response to rejection letters, dated 7th December 2018 and 19th December 2018.  Acceptable signature and additional copies of secondary identification.

Dear: Laura and/or To whom it may concern,

Enclosed please find Requested copies, as specified upon our telephone conversation of 11th December 2018 and rejections letters from your office.

1)     The rejection letters dated 7th December 2018 and 19th December 2018.
2)     New  DS-11 with signature in cursive instead of printed signature of applicant.

## Photocopies of Secondary Identification

| | | |
|---|---|---|
| 3) | Colorado Drivers License, | Issued  11/27/2007 |
| 4) | Colorado Drivers License, | Issued  03/25/2003 |
| 5) | The United States of America Passport, | Issued  07/03/2002 |
| 6) | The United States of America Passport, | Issued  06/05/1992 |
| 7) | Social Security Trust card     ID # 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 | |
| 8) | Certificate of Baptism | Issued  08/31/1964 |
| 9) | Certificate of Birth Record Gunnison Registrar | Issued  09/25/1964 |
| 10) | Copy of Birth record-Gunnison and Copy of Passport | Issued  07/07/1982 |
| 11) | Selective Service Acknowledgement Letter | Issued  08/02/1982 |

Page 1 of 2
Passport Application

**certain data**
**Previously Submitted**

12)   **STATE OF COLORADO**
      Certificate of Live Birth - File 1051964016457    · Recorded  06/02/1964

13)   DS-71 Affidavit of Identifying Witness - Affiant
      Esther Jean Williams - Mother of Applicant
      Post Office, Sunset Station Pueblo, Colo.              Issued   11/06/2018

**U.S. Department of State.  Certificates of Non Citizen Nationality**

Pursuant to Section 301(b) of the Immigration and Nationality Act (INA), 8USC 1452(b). As defined by the INA, all U.S. citizens are U.S. nationals. Section 101(a)(21) defines the term "national" as a person owing permanent allegiance to a State. Section 101(a)(22) defines the term "national of the United States" includes all U.S. citizens as well persons who, though not citizens of the United States, owe permanent allegiance to United States (non-citizen nationals). American National is a Citizen of the several union States as defined in Constitution for the United States, especially Article 3, sec 2 clause 1 and Article 4, sec 2, State Zoned Citizen.  U.S., United States, UNITED STATES defined 41 congress 1871, also see 28 USC 3002 (15) means Federal Corporation.

**Affirmation**

I, Michael Destry Family of Williams, do affirm that above stated Affidavit and stated documents have been mailed and served, by and through Post Office of the United States, by postal agent witness below, under God, to the best of my knowledge, correctly, with Clean Hands and in Good Faith.

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent, Assigners and Assignors.

All Rights Reserved, Without Prejudice, Without Recourse

In Propria Persona Sui Juris, Citizen of Colorado State Republic of the Republic Nation The United States of America (usa). Citizen of the several union States, American National, not a U.S. citizen, affiant was not born in UNITED STATES A.K.A. DISTRICT OF COLUMBIA.
In Common Law, VII Amendment of the Constitution of the United States.

Cursive Signature stated here Also, Per request of Passport Agent

By: *Michael Destry Williams*

By: *Michael Destry Williams*
    Michael-destry Family of Williams

Postal Agent and/ or Witness

Cc.
Scott Tipton - House of Representative
Attn: Brian McCain.   (719) 542-1073
503 North Main Street  # 653
Pueblo, Colorado  [81001]

Page 2 of 2
Passport Application

00311002-0402

Signature of Account Holder: *Michael Destry Williams*

Name/Title of Account Holder: *Michael 3...* ___ Date 4-15-2010



**Colorado**
*Driver License*

MICHAEL DESTRY WILLIAMS
1738 CORTNER ROAD
PUEBLO, CO 81006

## *Notice / Standing and Status*

Thus I Michael-destry: Williams, FRD-Rural Route 1 St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an American National, one of the Citizens of the several union States, not a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRN00091-RA 393427640 US I have Declared a Peace Notice, I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land Informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law. Amendment VH of the Constitution of the United States. All previous STATE OF COLORADO corporations instruments, licenses, where signed without prejudice and revoked on 18th March 2009 See publicly recorded SSA-521 form.' Pueblo County #1970982

**Witness:**

_Maria Jesus Romero_

All Rights Reserved, Without Prejudice Without Recourse

by: _Michael destry Williams_

00311862-0483



## *Notice / Standing and Status*

I, Michael destry Winans, FRD, Rural Route 1, St. Charles Mesa, Pueblo, Colorado, c/o 1024 East Ash Street, Pueblo, Colorado [81001], in Propria Persona sui juris, a Citizen of Colorado State Republic of the Republic Nation, **the United States of America**, usa, an American National, one of the Citizens of the several union States, **not** a US citizen. Notice to all that I am indemnified against all claims, private, public, commercial, corporate charges and/or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 193 427 103 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA, a corporation, nor of any of its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am sole creator of this Estate or trustee of SS Trust, not Legal Title holder. I am sole foreign beneficiary, Equity Title holder, sole creditor, and have moved into the fourth position of the trust res, sole creditor, and highest office, private objector, of all my rights to the Vis Social Security Trust SS Trust, MICHAEL DESTRY WILLIAMS et al Trust. Mismanaged and trajed of the sole foreign beneficiary, having never received, not to defined Original SS Trust. I am claiming all ownership of the SS Trust and my Equitable Rights. I declare that my SS Trust is a foreign trust, settlement, closure and distribution of my SS Trust assets of the sole beneficiary, res., sole Estate or trust, and all Equitable Rights to Common Law, American gen I VI of the constitution for the United States, American usa STATE OF COLORADO corporate by instruments. Notices, where signed without prejudice at UCC fixed in late March 2009. See UCC 1, filed USA SSA 321 form. Pueblo county, #199008.

**Witness.**

by _____







Signature of Account Holder: *Michael Destry: Williams*

Name/Title of Account Holder: *Manager*  Date: 4-15-2016

P<USAWILLIAMS<<MICHAEL<DESTRY<<<<<<<<<<<<<<<<
2067339934USA6405238N1207024<<<<<<<<<<<<<<08

## *Notice / Standing and Status*

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an American National, one of the Citizens of the several usus States not a U.S. citizen. Notice to all that I am Indemnified against all claims, private public, commercial corporate charges and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393127640 US. I have Declared a Peace Notice, I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder owner creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(C), is being Mismanaged and Raped. I the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights in Common Law. Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporation instruments, licenses, where signed without prejudice and revoked on 18th March 2009. See publicly recorded SSA-521 form. Pueblo County #1970982

Witness:

All Rights Reserved. A ...

by:

## Notice / Standing and Status

Thus I, Michael-destry Williams, FRD-Rural Route 1. St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street. Pueblo, Colorado [61001]. In Proprio Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (was), an. American National, one of the Citizens of the several union States, not a U.S. citizen. Notice to all that I am indemnified against all claims, private, public, commercial corporate charges. and or losses under the sovereign use Private Registered Indemnity Bond AMRI00000 RA 393427640 US. I have Declared a Peace Notice, I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner creditor, and have moved into the fourth position of the trust, the "Office of Executor". Instant office of the Land informing all, my Cestui Que Vie Cestui Suretyship Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Misconstrued and Raped. I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust estate to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights in Common Law, Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporation instruments, licenses, where signed without prejudice and revoked on 19th March 2009 See publicly recorded SSA-521 form. Pueblo County #1970962.

Witness:

All Rights Reserved Without Prejudice Without Recourse

by: _____



## Notice / Standing and Status

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an American National, one of the Citizens of the several union States, not a U.S. citizen. Notice to all that I am indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 395427640 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporations instruments, licenses, where signed without prejudice and revoked on 12th March 2009. See publicly recorded SSA-521 form. Pueblo County #1970982

Witness:

All Rights Reserved  Without Prejudice  Without Recourse

by:

# Certificate of Baptism

I hereby certify, that *Michael Destry Williams*

Son/Daughter of *Frank S. Williams* and *Esther Jean Cittolis*

was born in *Denver, Colo.* on the *2?* day of *May* 196_

and was Baptized according to the Rite of the Roman Catholic Church

on the *3?* day of *August* 196_ by Rev. *Anthony Bertanka*

the Sponsors being *Joseph Fatice* and *Flora Serio?*

as appears in the Register of the Church.

Dated *Aug 31* 1964 *L—n J—cr Anka, Rev Pastor*

STATE OF COLORADO

Office of the Local Registrar of Vital Statistics

CERTIFIED COPY OF BIRTH RECORD

Name of Child

Place of Birth

Gunnison, Gunnison County, Colorado

Name of Father

Bert Riley Williams

Name of Mother

Irline Mary Virgin

Date record filed

June 2, 1943

Witness my hand and seal of said Registrar

on this 28th day of December 1961

Local Registrar of Vital Statistics

Registration District Number 177

Gunnison, Gunnison County, Colorado

No. One Hundred Fourteen

Office of the local Registrar of Vital Statistics

Gunnison, Colorado

## CERTIFIED COPY OF BIRTH RECORD

Warning: This copy is not valid if it does not bear the raised seal of the local registrar of vital statistics. Any reproduction or alteration of this copy is prohibited.

| Name of child | Sex |
|---|---|
| Michael Destry Williams | Male |
| Place of birth | Date of birth |
| Gunnison, Gunnison County, Colorado | May 23, 1964 |

| Name of father | Age | Place of birth |
|---|---|---|
| Frank Ralph Williams | 26 | Colorado |
| Name of mother | Age | Place of birth |
| Esther Jean Vitullo | 24 | Colorado |

| Date record filed | Local registration number |
|---|---|
| June 2, 1964 | Bk. 67 No 139 in 1964 |

I hereby certify that I hold the office of local Registrar of Vital Statistics in Gunnison, Colorado, and have custody of the birth records required by law to be kept by said office and that the information set forth above was correctly copied from a record of birth in my office.

Witness my hand and seal of local Registrar

on this 25th day of September 1964.

*Sylvia R. Carroll*
local Registrar of Vital Statistics

Registration District Number 102

Gunnison, Gunnison County Colorado

No. One hundred fourteen

RS 158 (1-54-100)







# SELECTIVE SERVICE SYSTEM

### ACKNOWLEDGEMENT LETTER

64-0632306-5        18      29032-252065                          AUGUST 2, 1982

MICHAEL DESIRY   WILLIAMS                        Mail Correction/Change
1725 BONNY BRAE                                  Form to:
PUEBLO, CO 81001
                                                 Selective Service System
                                                 Great Lakes, Illinois 68006

Dear Mr. WILLIAMS,

This letter shows the current information in your Selective Service record and should be kept as evidence of your registration.

Please read every item in your record, especially those with asterisks (**). If an item is incorrect (like your date of birth), include the correct information on the attached CORRECTION/CHANGE FORM and return the form to Selective Service. It is your legal responsibility to notify us of any errors within ten days after receipt of this letter.

The law requires you to notify Selective Service of any changes in your current or permanent address, or any legal name change, within ten days of the date of the change. The law also requires that you provide your social security account number to Selective Service. Failure to do so could result in legal action. If you do not have a social security number you do not have to get one for registration purposes.

TO NOTIFY SELECTIVE SERVICE OF CHANGES IN YOUR RECORD, YOU MAY USE EITHER THE ATTACHED CORRECTION/CHANGE FORM OR THE CHANGE OF INFORMATION FORMS WHICH ARE AVAILABLE AT ANY U.S. POST OFFICE OR OVERSEAS AT AN AMERICAN EMBASSY OR CONSULATE.

If your record is complete and all items shown are correct, please keep this letter and attached form for future use.

Thank you for your cooperation.

(Special note for Hispanic registrants) Si usted que esta carta u otra información la ha enviado en español, coloque el encasillado en el formulario incluido.

| 64-0632306-5 | 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 | M | 15-23-64 | 303-544-8418 | 07-30-82 |
|---|---|---|---|---|---|
| Selective Service No. | Social Security No. | Sex | Date of Birth | Telephone Number | Date of Record |

**NAME**

MICHAEL DESIRY        WILLIAMS

| CURRENT MAILING ADDRESS | PERMANENT ADDRESS |
|---|---|
| 1725 BONNY BRAE | 1725 BONNY BRAE |
| Number and Street | Number and Street |
| PUEBLO                   CO   81001 | PUEBLO                   CO   81001 |
| City              State  Zip Code | City              State  Zip Code |

CMS-3243-0003
SSS Form 3A(Dec81)        Keep this copy for your record

## CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER
**1051964016457**

NAME OF REGISTRANT
**MICHAEL    DESTRY    WILLIAMS**

DATE AND HOUR OF BIRTH
**MAY 23, 1964 05:47 AM**

SEX OF REGISTRANT
**MALE**

CITY OF BIRTH
**GUNNISON**

COUNTY OF BIRTH
**GUNNISON**

MOTHER'S NAME (first, middle, maiden)
**ESTHER    JEAN    VITULLO**

MOTHER'S STATE OF BIRTH
**COLORADO**

AGE OF MOTHER AT TIME OF BIRTH
**24**

FATHER'S NAME
**FRANK    RALPH    WILLIAMS**

FATHER'S STATE OF BIRTH
**COLORADO**

AGE OF FATHER AT TIME OF BIRTH
**26**

DATE RECORD FILED
**JUNE 02, 1964**

OCTOBER 29, 2018

009118178



United States Department of State

National Passport Center
207 International Drive
Portsmouth, New Hampshire 03801-0912

December 7, 2010

Michael Henry Williams
1024 E Ash St
Pueblo, CO 81001

INC: 293175589

Dear Mr. Williams:

We received your recent passport request. However, the printing of a name is not acceptable for passport purposes. It is necessary for you to sign a new application.

To submit your application, please return to the acceptance facility where you originally applied, with the following:

- ➢ A new, completed application (Form DS-11, *Application for a U.S. Passport*). Do not sign it until instructed by the passport acceptance agent;
- ➢ Identification;
- ➢ Passport photograph; and
- ➢ This letter.

Your evidence of U.S. citizenship has been retained by our office and will be returned to you once the application process is concluded.

No additional execution fee will be charged if you return to the same acceptance facility where you initially applied. However, if you apply at a different acceptance facility, an additional execution fee must be paid directly to that acceptance facility.

AND,

The identification you presented to the Acceptance Agent was not properly recorded on your application. Please submit a clear photocopy (front and back) of one or more of the following valid documents that contains your photograph:

- Driver's license (not temporary or learner's permit);
- State identification card;
- Military identification;
- Student identification (high school or college/university); or
- Federal/state/municipal employee identification card.

**0031 1882-0404**

To assist with processing your application, we must receive the requested information within ninety (90) days of the date shown on this letter. If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY-TDD) 1-888-874-7793)

**For general passport information, to check the status of your passport application, please visit us on-line at travel.state.gov.**

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO A PASSPORT ACCEPTANCE FACILITY.**

Customer Service Department

Enclosure(s)
DS-11, Application for Passport
https://eforms.state.gov/Forms/ds11.pdf

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## For Acceptance Agents Only

❑ Accept completed DS-11, *Application for a U S Passport*, identification, and one photo from the above-mentioned customer  (He/she is returning to your office because an execution error was made when the application was initially filed at your office )
❑ Execute the application
❑ Please do not collect the execution fee
❑ Attach this letter to the application
❑ Send the executed application to the address indicated on this letter

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *



**United States Department of State**

*National Passport Center*
*207 International Drive*
*Portsmouth, New Hampshire 03801-2852*

**December 19, 2018**

Michael Henry Williams
1024 E Ash St
Pueblo, CO 81001

IGI: 293175589

Dear Mr. Williams:

Thank you for your recent passport application.

However, the identification you provided is not sufficient for passport purposes. Please submit photocopies of **one or more** personal documents, which are **listed in item or older**. For your information we have included a list of acceptable forms of personal documents that may assist our office in establishing your identity. However, you may submit any other document in your possession that shows either your name and photo (with issue date) or name and signature (with issue date).

**RECORDS WITH PHOTOGRAPH (VALID or EXPIRED)**

- Driver's license
- Learner's or temporary driver's permit
- School yearbook photograph with your name and photo, also with school's name and year that it was issued
- U.S. Passports
- Newspaper/Magazine articles (with your photo & name, newspaper's name & date)

**RECORDS WITH EITHER PHOTOGRAPH OR SIGNATURE (must have a date)**

- Employment identification card
- Professional license (ex. nurse, pilot, mechanic, etc)
- Federal, State or Municipal identification card
- Military identification
- Student identification card

**SIGNED IDENTIFICATION ITEMS (Should have your hand signature and date)**

- Military records such as DD-214
- Selective Service registration card
- Union membership (bearing name/signature or name/photo and issuance date)
- Medicare health insurance card
- Welfare card
- Marriage certificates
- Medical records

- Voter's registration card
- Children's birth certificates
- Social Security card
- Traffic ticket

**If you were asked abroad you may also submit\*:**
- Foreign school records with name, photo and date
- Foreign passports
- Foreign driver's license (valid or expired)
- Foreign government issued identification, such as voter's registration cards or national identification cards.

\* If in a language other than English, please provide a certified English translation from an organization such as a foreign embassy/consulate or translation service. The translation must include the name, address, and telephone number of the organization or individual who translated the document.

**AND,**

We received your recent passport request. However, **the printing of a name is not acceptable for passport purposes. It is necessary for you to sign a new application.**

To submit your application, please return to the acceptance facility where you originally applied with the following:

- A new, completed application (Form DS-11, *Application for a U.S. Passport*). **Do not sign it until instructed by the passport acceptance agent;**
- Identification;
- Passport photograph; and
- This letter

Your evidence of U.S. citizenship has been retained by our office and will be returned to you once the application process is concluded.

No additional execution fee will be charged if you return to the same acceptance facility where you initially applied. However, if you apply at a different acceptance facility, an additional execution fee must be paid directly to that acceptance facility.

To assist with processing your application, we must receive the requested information within ninety (90) days of the date shown on this letter. If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY 1-888-874-7793).

**For general passport information, to check the status of your passport application, please visit us on-line at travel.state.gov.**

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO A PASSPORT ACCEPTANCE FACILITY.**

**00311862-0498**

Sincerely,

Customer Service Department

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### For Acceptance Agents Only

❑ Accept completed DS-11 *Application for a U.S. Passport* identification and one photo
   from the above-mentioned customer   (He/she is returning to your office because an
   execution error was made when the application was initially filed at your office.)
❑ Execute the application
❑ Please do not collect the execution fee
❑ Attach this letter to the application
❑ Send the executed application to the address indicated on this letter

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Enclosure(s):
DS-11, Application for Passport



**United States Department of State**

*Washington, D.C. 20520*

May 8th, 2019                              Case Number: LE-2019001587

Michael-destry Williams
Rural Route 1, St. Charles Mesa
Pueblo, Colorado
C/o 1024 ½ East Ash Street
Pueblo, CO 81001

Dear Mr./Ms: Williams

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy Act (PA) request dated ___April 11, 2019_____ to the Department of State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests. Your request has been placed in chronological order based on the date of receipt and will be handled as quickly as possible. If you have any questions regarding the status of your request or to discuss any aspect of your request you may contact our office at (202) 485-6550.

Sincerely,
Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division



United States Department of State

*Washington, D.C. 20520*

**JUN 1 1 2019**

In reply refer to: Case Number - 2019001587
CA/PPT/S/L/LE – WILLIAMS, Michael Destry

Michael Williams
1024 ½ East Ash Street
Pueblo, CO 81001

Dear Mr. Williams:

We are responding to your letter requesting the release of information from your passport records pursuant to the Freedom of Information/Privacy Acts.

We conducted a search of our records and were able to locate one document that appears relevant to your request. After careful review of the document, we have determined that it may be released in part. Enclosed please find two certified copies of the document.

You may overcome the Freedom of Information Act restriction by providing either notarized consent from the file subject authorizing release of the information, credible evidence that the subject is deceased, or a court order signed by a judge of competent jurisdiction. If you are unable to provide these items but feel you are entitled to this information, please provide this office with your justification for having access to the excised information. Please forward your appeal to the following address:

Chairman Appeals Review Panel
c/o Appeals Office
A/RPS/IPS/PP
515 22nd Street, N.W. – Room 8100
Washington, D.C. 20522-8100

-2-

We have also enclosed with this letter additional information to assist you with the appeals process.  Please include a copy of this letter with your appeal letter.

We hope the document proves helpful to you.  If we can be of further assistance, please feel free to contact us.

Sincerely,

M. Pleasant
Team Lead
Law Enforcement Liaison
Office of Legal Affairs
Passport Services

# APPEAL OF DENIAL OF ACCESS

**You have the right to appeal the determinations provided to you in our attached response. Listed below are the appeal procedures for the Department of State.**

(a) You my request a review of an initial denial of access to a record under the Freedom of Information Act (5 USC 552), the Privacy Act of 1974 (5 USC 552a), or Executive Order 12958.  The review (hereinafter referred to as the appeal) must be in writing and should be sent certified mail to:

Chairman Appeals Review Panel
c/o Appeals Office
A/RPS/IPS/PP
515 22nd Street, N.W. – Room 8100
Washington, D.C.  20522-8100

The appeal should be received within **60 days** of the date of the Department's refusal to grant access to a record in whole or in part.

(b) The appeal review begins on the date the appeal is received by the Chairman, Appeals Review Panels (hereinafter referred to as the Chairman).  The appeal of a denial of access to records should include any documentation, information and statements to support your request for access and to refute the use of the exemptions(s) cited in the Department's justification concerning the denial of access.

(c) The Chairman or her/his designee and at least two other members of the Panels designated by her/him will constitute a panel to consider and decide the appeal.  They will maintain a written record of the reasons for the final determination.  The final determination will be made within **30 working days** (excluding Saturday, Sunday and Federal holidays) for Executive Order and Privacy Act appeals, and within **20 working days** for FOIA appeals.  For good cause shown, the Chairman may extend such determination beyond the 30 day period in Privacy Act cases.

(d) The Chairman shall then notify the requester in writing of the panel's decision to grant access and of the Department's regulations concerning access.

(e) When the final decision of the Panel is to refuse to grant access to a record, the Chairman of the Panel will advise you in writing:

   (1) of the refusal to grant the appeal and the reasons, therefore, including the exemptions of the Freedom of Information Act, the Privacy Act of 1974 and Executive Order 12958 under which access is denied.

(2) of your right to seek judicial review of the Department's decision, where applicable.