*Identify of Diploma*

CASE #12CR-00140-CMA

U.S. Department of State

**CERTIFICATION OF IDENTITY**

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 23 2020**

JEFFREY P. COLWELL
23rd day CLERK

| | |
|---|---|
| 1. Full Name of Requester (Last, First, MI) Williams: Michael-destry | 2. ~~JEFFREY P. COLWELL~~ |
| 3. Full Name of Subject of Records  Michael destry Williams | 4. ~~Citizenship Status~~ American National |
| 5. Current Address RR. 1, St Charles Mesa, Pueblo Colorado  c/o 1024 1/2 E. Ash Street, Pueblo, Colorado | 6. Place of Birth Gunnison Colorado State |

Third Party Authorization [$100]
Complete this section if you are authorizing release of your records to another person.

I, Michael destry Williams, pursuant to 5 U.S.C. Section 552a(b), Judicial, Common Law
authorize the U.S. Department of State to release any and all information relating to me to UNITED STATES DISTRICT COURT, inc /Commercial case =
Name of Third Party Clerk of Court-Jeffery P. Colwell /12-cr-00140-
901 19th Street CMA-1

Address of Third Party Denver Colorado 80294

Type of Third Party (check one): ☐ Parent  ☐ Custodial Guardian  ☐ Legal Representation  ☒ Other Article 1 Admiralty Corporate Court

and please send a certified copy to me-Requester

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable, under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. In Common Law, UII Amendment Without Prejudice, Without Recourse, All Rights Reserved

Signature *Michael-destry Williams* Date (mm-dd-yyyy) 04/11/2019

**PRIVACY ACT STATEMENT**

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S. C. Section 552a(i)(3).

Michael destry Williams - American National

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.

Certified mail # 7017 1000 0001 1073 5492

DS-4240
05-2013

2019043968
Page: 1 of 3

04/12/2019 10:29 AM    R $23.00    D $0.00
City & County of Denver    CTF



Notice to US Probation Office
Agency of the US corporation

Copy of Travel documents issued by Department of State of the United States herein notice for second time to US Probation Office. Standing and Status of the sole foreign beneficiary has been corrected and recognized as a American National not a US citizen. Please correct your corporate records and remove the sole foreign beneficiary, living man Michael-destry Family of Williams from your docket/registry. Cease and Desist all trespasses upon said beneficiary. Contact the Trustee about your alleged claim against the Cestui Que Vie Social Security Trust - MICHAEL DESTRY WILLIAMS (c) as the alleged defendant in the unconstitutional corporate US DISTRICT COURT commercial case # 12-cr-00140-CMA-1.

## *Notice / Standing and Status*

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, **not** a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393427640 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Amendment VII of the Constitution for the United States. By and through the named fiduciaries appointed herein. **Attached herein is Letter of Instruction and the SSA-521 form for cancelation of SS-5 application and contracts.**

All Rights Reserved, Without Prejudice, Without R[...]

by: _Michael-destry: Beneficiary_

Exhibit 1
U.S. Department of State
Passport Records



