```
                                                    FILED
                                            UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO
Clerk of Court,                                   APR 21 2020

Please record this document into case # 12-cr-00140-CMA-1    JEFFREY P. COLWELL
                                                                      CLERK
```

Biffle v Morton Rubber Indus., Inc 785 S.W.2d 143, 144 (Tex1990) - An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is file-marked.

Title 18 USC - Crimes and Criminal Procedures

Part 1 - Crimes
Chapter 101 Records and Reports
Section 2071 - Concealment, removal
a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or
attempts to do so, or, with intent to do so **takes and carries away** any record, proceeding, map, book, paper, **document**, or other thing, **filed or deposited with any clerk or officer of any court of the United States**, or in any public office, **or with any judicial or public officer of the United States**, shall be fined under this title or imprisoned not more than three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or
other thing, **willfully and unlawfully conceals**, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE
SEC. 5403. (Destroying, &c., public records.)
**Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court**, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.1]
SEC. 5407. (Conspiracy to defeat enforcement of the laws.)
**If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws**, or to injure him or his property for lawfully enforcing, or

attempting to enforce, **the right of any person**, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 2004-2010, 5506-5510.1

### SEC. 5408. (**Destroying record by officer in charge**.)

Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

Writ of Error (# A)
Notice + Order
In Common Law - 7th Amendment, Judicial Law
The United States of America

Date: 9th April 2020        Corporate Commercial
                            Case # 12-cr-00140-CMA-1

TO: UNITED STATES DISTRICT COURT OF COLORADO Inc.
ATTN: Trustee: Christina M. Arguello - Acting corporate Judg
Clerk of Corporate Court: Jeffery P. Colwell
Officers, agents, subsidiaries, and Principal thereof.
901 19th street, rm A-105, Denver, Colorado [80294-0001]. (herein USDC)

From: Michael-destry Family of Williams - sole foreign beneficia
In propria persona Sui Juris. (Not a U.S. citizen)
American National - # 2334622-04
RFD
c/o P.O. Box 11814
Pueblo, Colorado [81001]
and


2020052038
Page: 1 of 5
04/15/2020 02:22 PM   R $33.00   D $0.00
City & County of Denver   ODR

My Common Law lawyer - P.O.A.: James-frank: Williams
RE: Denying me and my Common Law lawyer-Counsel, access
to the Admiralty corporate court USDC. Refusing our filings
of lawful document, by personel service or mailed documents
Denying my II Amendment Right (Bill of Rights), to choice of
counsel - P.O.A. James-frank: Williams - (Not a Bar Attorney)
The illegal, unlawful, unConstitutional, without my aggreement,
appointment of a foreign agent - Attorney Kelly Meilstrip (sic),
as alledged defense counsel by Admiralty Corporate court USDC

USDC Admiralty corporate court and acting Trustee
Arguello have Suspended Habeas Corpus and Probable
hearing no cause.

CERTIFICATION
The Clerk and Recorder for the
CITY AND COUNTY OF DENVER State
of Colorado does hereby certify this
document to be a full, true and
correct copy of the original
document recorded in my office.

Clerk and Recorder
by Dominique Watters
Deputy County Clerk
Date 4/15/2020

Writ of Error
page 1 of 5

Facts

USDC Admiralty corporate court and clerk of the court Jeffery P. Colwell, his agents and legal representitive, Attorney, (unknown 1-50) are denying access to the USDC court docket. Refusing our, me, my counsel and agent to file lawful documents into the record of the Commercial corporate case -12-cr-00140-CMA-(1). By personel service at their windows (office) and by lawful documents mailed to their office, by and through Post Office of the United States.

More than three times, a Writ of Habeaus Corpus has been served upon USDC Admiralty corporate court. Acting Judge-Trustee Arguello has suspended Habeaus Corpus. Without any lawful statement and cause.

USDC Admiralty corporate court refuses to docket our lawful documents and set hearing of the issues.

USDC Admiralty corporate court has denied me, my VII Amendment Right (Bill of Rights), to suits in Common Law.

USDC Admiralty corporate court has denied me Due Process Rights, including but not limited to VI Amendment Choice of counsel.

USDC has, without authority, approvel or aggrement, appointed a foreign agent - an Attorney, Kelly Meilstrup (sic), who carries a title of nobility - Esquire to unlawfully represent the alleged defendant. All agent attornies have all ready been fired. They do not represent the alleged defendant, or me,- American National,

Writ of Error (A)
page 2 of 5

## Notice

I have claimed and liened this corporate commercial case # 12-cr-00140-CMA-(1) of the USDC Admiralty Corporate court, the Corporate court, it's principal, subsidiaries, corporate agencies, officers, agents, commircial documents, liens and bonds there of of this commercial case. Per their willfull trespasses, injuries, violations of the American National - sole foreign beneficiary - Michael-destry Family of Williams by and through their corporate special low-color of Law in direct violation of this Republic Nation- The United States of America, Constitution- Judicial Law- Common Law (7th Amendment). See recorded Common Law Administrative Procedures and Judgment, public record - Denver County Recorder.

## Assesment / Judgment

Common Law Administrative Judgment - perfected states 1,000,000.00 - one million silver species (species is $1^{oz}$ of pure silver, .999 pure) per trespass, injury, violation, per day each and seperatly including any and all interveners.

## Demand / Prayer and Relief

USDC Admiralty corporate court and agents are hereby again, noticed and ordered, by the authority of the American National - sole foreign beneficiary - Executor of the Office of Executor to cease and desist their Color of Low commercial case # 12-cr-00140-CMA-(1)
1) To release Michael-destry: Williams this day from federal corporate USDC Color of Law jurisdiction (Incarceration/Parole/Supervised Release), with express-written notification and orders.

Writ of Error (A)
Page 3 of 5

Cont- Demand/Prayer for Relief

2) Vacate your corporate commercial judgment and Sentance of your USDC Admiralty corporate court Color of Law Commercial case # 12-cr-00140-CMA-(1)

3) Recognize and correct your records of Michael-destry Family of Williams - Standing, Status - Citizenship as a American National (Not a U.S. Citizen), by and through all branches of goverment of the United States, with lawful travel document

## Notice

Notice to agent is notice to Principal
Notice to principal is notice to agents
Assignees and Assignors. Silience is Acquiescence
All Rights Reserved, Without Prejudice, Without Recourse

## Affirmation

I affirm under God the Creator that this document is True and Correct to the best of my knowledge as a living flesh and blood man, a living soul, Freeman, American National upon Planet Earth. (Not a U.S. citizen)

Writ of Error (A)
Page 4 of 5

by: *Michael-destry: Executor*
Michael-destry: Williams
Sole foreign beneficiary
Executor of the Office
Executor of he trust known
as MICHAEL DESTRY WILLIAMS©

**BRIDGET YOLANDA JACKSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20144005872
My Commission Expires February 5, 2022

*[signature]*
4-09-2020

*Michael-destry: Williams*
Michael-destry Family of Williams
American National-#233 4622-04
Living Man, Colorado State
Citizen. (Not a U.S. citizen)

**BRIDGET YOLANDA JACKSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20144005872
My Commission Expires February 5, 2022

*[signature]* 4-09-2020

and or

*James F. Williams*
James-frank Family of Williams
Living man - American National,
Colorado State Citizen
(Not a U.S. citizen)
Power of Atterney for Michael
destry: Williams, and Common
Law Lawyer 6th Amendment
Counsel - (Not a foreign Attorney)

COLORADO STATE )
                ) SS.
PUEBLO COUNTY   )

Subscribed and sworn to ~~before~~ (CE) me this 15th day
of April, 2020 by ~~Michael~~ James-frank: Williams.

**CYNTHIA A. ELLINGSON**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023

*Cynthia Ellingson*
NOTARY PUBLIC
My Commission Expires 1/15/2023

Writ of Error (A)
page 5 of 5

CYNTHIA ELLINGSON
C/O 525 E FOUNTAIN BLVD. #120
COLO SPGS., CO 80903

CERTIFIED MAIL®

7019 1640 0002 1493 4081

UNITED STATES DISTRICT COURT OF COLORADO
ATTN: DISTRICT COURT CLERK'S OFFICE
901 19th STREET
DENVER, CO 80294-3589

