Writ of Error (# A)
Notice & Order
In Common Law. 7th Amendment, Judicial Law
The United States of America

Date: 9th April 2020

Corporate Commercial
Case # 12-cr-00140-CMA-1

TO: UNITED STATES DISTRICT COURT OF COLORADO Inc.
ATTN: Trustee: Christina M. Arguello - Acting Corporate Judg
Clerk of Corporate Court: Jeffery P. Colwell
Officers, agents, Subsidiaries, and Principal thereof
901 19th Street, rm A-105, Denver, Colorado [80294-0001] (herein USDC

From: Michael-destry Family of Williams - sole foreign beneficio
Inpropria Persona Sui Juris (Not a U.S. citizen)
American National - # 2334622-04
RFD
c/o P.O. Box 11814
Pueblo, Colorado [81001]
and
My Common Law lawyer - P.O.A.: James-frank: Williams

RE: Denying me and my Common Law lawyer - Counsel access to the Admiralty corporate court USDC. Refusing our filings of lawful document, by personel service or mailed documents. Denying my VI Amendment Right (Bill of Rights), to choice of counsel - P.O.A. James-frank: Williams - (Not a Bar Attorney) The illegal, unlawful, unConstitutional, without my aggreement, appointment of a foreign agent - Attorney Kelly Meilstrip (sic), as alledged defense counsel by Admiralty Corporate court USDC

USDC Admiralty corporate court and acting judge - Trustee Arguello have suspended Habeas Corpus and without a hearing or cause.

Writ of Error (A)
Page 1 of 5

Dominique Watler
4/15/2020

Facts

USDC Admiralty Corporate court and clerk of the court Jeffery P. Colwell, his agents and legal representitive, Attorney, (unknown 1-50) are denying access to the USJC court docket. Refusing our, me, my counsel and agent to file lawful documents into the record of the commercial corporate case-12-cr-00140-CMA-(1). By personel service at their windows (office) and by lawful documents mailed to their office, by and through Post Office of the United States.

More than three times, a writ of Habeaus Corpus has been served upon USDC Admiralty Corporate Court. Acting Judge-Trustee Arguello has suspended Habeaus Corpus. Without any lawful statement and cause.

USDC Admiraity corporate court refuses to docket our lawful documents and set hearing of the issues.

USDC Admiralty corporate court has denied me, my VII Amendment Right (Bill of Rights). to suits in Common Law.

USDC Admiralty Corporate court has denied me Due Process Rights, including but not limited to VI Amendment Choice of counsel.

USDC has, without authority, approvel or agerement, appointed a foreign agent - an Attorney, Kelly Meilstrup (sic), who carries a title of nobility-Esquire to unlawfully represent the alleged defendant. All agent attornies have all ready been fired. They do not represent the alleged defendant, or me,-American National.

Writ of Error (A)
page 2 of 5

## Notice

I have claimed and liened this corporate commercial case # 12-cr-00140-CMA-(1) of the USDC Admiralty Corporate Court, the corporate court, it's principal, subsidiaries, corporate agencies, officers, agents, commercial documents, liens and bonds thereof of this commercial case. Per their willfull trespasses, injuries, violations of the American National- sole foreign beneficiary - Michael-destry Family of Williams by and through their corporate special low-Color of Law in direct violation of this Republic Nation- The United States of America, Constitution- Judicial Law- Common Law (7th Amendment). See recorded Common Law Administrative Procedures and Judgment; public record - Denver County Recorder.

## Assesment / Judgment

Common Law Administrative Judgment - perfected states 1,000,000.00 - one million silver species (species is 1 oz of pure silver, .999 pure) per trespass, injury, violation, per day each and seperatly including any and all interveners.

## Demand / Prayer and Relief

USDC Admiralty corporate Court and agents are hereby, again, Noticed and ordered, by the authority of the American National- sole foreign beneficiary - Executor of the Office of Executor to cease and desist their Color of Law commercial case # 12-cr-00140-CMA-(1) 1) To release Michael-destry: Williams this day from federal corporate USDC Color of Law jurisdiction (Incarceration/Parole/Supervised Release), with express-written Notification and orders.

Writ of Error (A)
Page 3 of 5

### Cont- Demand/Prayer for Relief

2) Vacate your corporate commercial judgment and Sentance of your USDC Admiralty corporate court Color of Law Commercial case # 12-cr-00140-CMA-(1)

3) Recognize and correct your records of Michael-destry Family of Williams - Standing, Status - Citizenship as a American National (Not a U.S. Citizen), by and through all branches of goverment of the United States, with lawful travel documet

### Notice

Notice to agent is notice to Principal
Notice to principal is notice to agents
Assignees and Assignors. Silence is Acquiescence
All Rights Reserved, without Prejudice, Without Recourse

### Affirmation

I affirm under God the Creator that this document is True and Correct to the best of my knowledge as a living flesh and blood man, a living soul, Freeman, American National upon Planet Earth. (Not a U.S. citizen)

Writ of Error (A)
Page 4 of 5

by: _Michael-destry: Executor_
Michael-destry: Williams
Sole foreign beneficiary
Executor of the Office
Executor of he trust known
as MICHAEL DESTRY WILLIAMS©

[Notary stamp: BRIDGET YOLANDA JACKSON, NOTARY PUBLIC, STATE OF COLORADO, NOTARY ID 20144006672, My Commission Expires February 5, 2022]

[signature]
4-09-2020

_Michael-destry: Williams_
Michael-destry Family of William
American National - # 233 46 22-04
Living Man, Colorado State
Citizen. (Not a U.S. citizen)

[Notary stamp: BRIDGET YOLANDA JACKSON, NOTARY PUBLIC, STATE OF COLORADO, NOTARY ID 20144006672, My Commission Expires February 5, 2022]

[signature] 4-09-2020

and or

_James F. Williams_
James-frank Family of Williams
Living man - American National,
Colorado State Citizen
(Not a U.S. citizen)
Power of Atterney for Michael
destry: Williams and Common
Law Lawyer 6th Amendment
Counsel - (Not a foreign Attorney)

COLORADO STATE )
                ) ss
PUEBLO COUNTY  )

Subscribed and sworn to before me this 15th day
of April, 2020 by ~~Michael~~ James-frank: Williams

[Notary stamp: CYNTHIA A. ELLINGSON, NOTARY PUBLIC, STATE OF COLORADO, NOTARY ID 20034001538, MY COMMISSION EXPIRES JANUARY 15, 2023]

[signature] Cynthia Ellingson
NOTARY PUBLIC
My Commission Expires 1/15/2023

Writ of Error (A)
page 5 of 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US DISTRICT COURT of COLORADO
   ATTN: DISTRICT COURT CLERK
   901 19th STREET
   DENVER, CO 80294-3589

   9590 9402 5704 9346 9474 08

2. Article Number (Transfer from service label)

   7019 1640 0002 1493 4081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent / ☒ Addressee

B. Received by (Printed Name): Carve
C. Date of Delivery: 4/21/20

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt