AO 245D (Rev. CO 09/19)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>MICHAEL DESTRY WILLIAMS | **Judgment in a Criminal Case**<br>(For **Revocation** of Supervised Release)<br><br>Case Number:   1:12-cr-00140-CMA-01<br>USM Number:   39714-013<br><br>Pro Se<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   1-3 of the Petition for Summons on Person Under Supervision

☐ was found guilty of violation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to Report to the Probation Officer and Submit Written Reports as Directed | July 2019 |
| 2 | Failure to Pay Fine and Restitution as Directed | 05/13/2019 |
| 3 | Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer | 07/13/2019 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.:   0608 | July 9, 2020 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1964 | |
| City and State of Defendant's Residence:<br>Pueblo, CO | *Christine M. Arguello*<br>Signature of Judge |
| | Christine M. Arguello, United States District Judge<br>Name and Title of Judge |
| | 7/14/2020<br>Date |

AO 245D (Rev. CO 09/19) Judgment in Criminal Case

Judgment — Page 2 of 2

DEFENDANT: MICHAEL DESTRY WILLIAMS
CASE NUMBER: 1:12-cr-00140-CMA-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Twenty-Four (24) months. No term of supervised release to follow term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL