## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-140CMA

**UNITED STATES OF AMERICA**,

    Plaintiff- Respondent,

v.

**Michael Destry-Williams**

    Defendant- Movant

---

## NOTICE OF APPEAL

---

Notice is hereby given that Michael Destry Williams, in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Judgement from July 14, 2020. (ECF#169). This notice is intended to cure the untimeliness required by Rule 4 of the Federal Rules of Appellate Procedure and to cure the lack of signature as required by 10th Cir.R.3.1. Defense counsel respectfully apologizes for failure to promptly cure these issues created by the current pro se filings.

DATED this 1st day of September, 2020.

                    Respectfully submitted,
                    By: s/Kelly Meilstrup

                    Kelly Meilstrup
                    2nd-Chair, LLC
                    1600 Stout Street Suite 1400
                    Denver, CO 80202
                    Telephone: 858-204-6375
                    KellyM@2nd-chair.com

Case No. 1:12-cr-00140-CMA   Document 173   filed 09/02/20   USDC Colorado   pg 2 of 2

Appellate Case: 20-1266    Document: 010110400462    Date Filed: 09/01/2020    Page: 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I filed the foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties. I also emailed the AUSA a courtesy copy:

Michael Conrad Johnson
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0134
303-454-0408 (fax)
michael.johnson2@usdoj.gov

I further certify that a copy of this Notice will be placed in the U.S. Mail, postage pre-paid and addressed to the following:


Michael Destry Williams

#39714-013

Oklahoma City FTC



      s/Kelly Meilstrup
      Kelly Meilstrup
      2nd-Chair, LLC
      Denver, Colorado

2