|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE TENTH CIRCUIT | **FILED**<br>United States Court of Appeals<br>Tenth Circuit<br><br>**September 2, 2020**<br><br>**Christopher M. Wolpert**<br>**Clerk of Court** |

———————————————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL DESTRY WILLIAMS,

    Defendant - Appellant.

No. 20-1266
(D.C. No. 1:12-CR-00140-CMA-1)
(D. Colo.)

———————————————

### ORDER
———————————————

Before **TYMKOVICH**, Chief Judge.

———————————————

This matter is before the court on Appellant's counsel's *Motion to Withdraw*. The motion is GRANTED.

The district court has made the requisite finding of eligibility for appointment of counsel pursuant to 18 U.S.C. § 3006A, and Ryan Thomas Truskoski is appointed as counsel for Appellant Michael Destry Williams. Pursuant to § 3006A, Kelly Meilstrup is appointed *nunc pro tunc* to the date the notice of appeal was filed in this matter, and that appointment ends with the entry of this order appointing new counsel.

Within ten days from the date of this order, Ms. Meilstrup shall transmit to Mr.

Truskoski[1] copies of all documents in her possession that are pertinent to this appeal and not otherwise available via PACER and/or CM/ECF. Also within ten days, Mr. Truskoski shall file an entry of appearance in this appeal.

A designation of record and a transcript order form or notice that no transcript is necessary have not yet been filed. Within 20 days from the date of this order, Mr. Truskoski shall file a designation of record and a transcript order form or notice that no transcript is necessary. If a transcript is ordered by Mr. Truskoski, he must file a CJA 24 form in the U.S. District Court for the District of Colorado. Questions regarding the filing of a CJA 24 form should be directed to the district court Clerk's Office.

Appellant's opening brief shall be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31(a)(1); 10th Cir. R. 11.2(A). The Clerk of the U.S. District Court for the District of Colorado shall wait at least 20 days before transmitting the record on appeal to this court.

The Clerk's Office shall transmit a copy of this order to the Clerk of the U.S.

---

[1] Ryan Thomas Truskoski
1300-G El Paseo Road, Suite 122
Las Cruces, NM 88001
Phone: 575.404.3080
Email: Rtrusk1@aol.com

District Court for the District of Colorado. Ms. Meilstrup shall transmit a copy of this order to Mr. Williams forthwith.

                                            Entered for the Court
                                            CHRISTOPHER M. WOLPERT, Clerk

                                            by: Lindy Lucero Schaible
                                                Counsel to the Clerk