1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00140-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL DESTRY WILLIAMS,

    Defendant.

_____

**REPORTER'S TRANSCRIPT**
SUPERVISED RELEASE HEARING
_____

    Proceedings before the HONORABLE CHRISTINE M. ARGUELLO, Judge, United States District Court for the District of Colorado, commencing at 3:02 p.m., on the 23rd day of January, 2020, in Courtroom A602, United States Courthouse, Denver, Colorado.

**A P P E A R A N C E S**

    ANDREA LEE SURRATT, Assistant U.S. Attorney, 1801 California Street, Suite 1600, Denver, Colorado, 80202, appearing for the Government.

    MARTHA ESKESEN, Attorney at Law, 5445 DTC Parkway, Penthouse 4, Greenwood Village, Colorado, 80111, appearing for the Defendant.

THERESE LINDBLOM, Official Reporter
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

# P R O C E E D I N G S

(In open court at 3:02 p.m.)

*THE COURT:* Court calls Criminal Case No. 12-cr-00140-CMA, encaptioned United States of America v. Michael Destry Williams.

Would the Government please enter its appearance.

*MS. SURRATT:* Good afternoon, Your Honor. Andrea Surratt for the Government.

*THE COURT:* Good afternoon.

Mr. Williams, I understand that you wish to represent yourself in this hearing; is that correct?

*MR. WILLIAMS:* Ma'am, Trustee Arguello, you're a dishonor. You already know I am an American national, not a United States citizen.

*THE COURT:* Sir, my question is very simple --

*MR. WILLIAMS:* I'm here under kidnapped special appearance.

*THE COURT:* -- do you wish to --

*MR. WILLIAMS:* I'll repeat that again. I'm here under kidnapped special appearance. I am an American national. I am not a United States citizen.

*THE COURT:* Mr. Williams, if you continue to disrupt, I will have you removed next door; and I will have Ms. Eskesen represent you in this hearing.

*MR. WILLIAMS:* Let the record show that you just

1   threatened and violated my First Amendment right and my

2   constitutional rights.  You denied me my Seventh Amendment

3   right in common law.  You're a corporation, a privately held

4   corporation.

5          *THE COURT:*  Mr. Williams --

6          *MR. WILLIAMS:*  I am not a United States citizen, and

7   you're breaking in and refusing me to speak my First Amendment

8   right.

9          *THE COURT:*  Mr. Williams, this is my courtroom --

10          *MR. WILLIAMS:*  No, it isn't.

11          *THE COURT:*  -- and if you wish to represent yourself

12   in this hearing, you will wait until it is your turn to speak.

13   If you are disruptive, I will have the marshals take you next

14   door.

15          *MR. WILLIAMS:*  Again, ma'am, you just interrupted me.

16          *THE COURT:*  This is my courtroom, Mr. Williams.  I

17   will let you speak when it is your turn.

18          *MR. WILLIAMS:*  Ma'am, I am not participating in your

19   corporation.

20          *THE COURT:*  Ms. Eskesen, you have been appointed as

21   advisory counsel; is that correct?

22          *MS. ESKESEN:*  Your Honor, I was actually initially

23   appointed as counsel; and I don't think the Court has ever

24   addressed what my capacity is.  But, quite frankly, I have not

25   acted in any capacity that I would consider effective

1    representation of Mr. Williams.

2         *THE COURT:*  And is that because Mr. Williams has

3    refused to discuss the case with you?

4         *MS. ESKESEN:*  I -- I'm constrained by Rule 1.6, Your

5    Honor, of the Colorado Rules of Professional Conduct with

6    respect to divulging details.  I will tell Your Honor that I

7    think it's best that I withdraw.

8         *THE COURT:*  All right.

9         So, Mr. Williams, I guess my question to you, then,

10   is, do you wish to represent yourself in this hearing?

11        *MR. WILLIAMS:*  I am not a defendant in this hearing.

12   I am an American national, ma'am.  You've already got the

13   paperwork, including a *habeas corpus*.  Are you suspending

14   *habeas corpus* here, Trustee Arguello?

15        *THE COURT:*  Mr. Williams, I'm going to ask you some

16   questions that relate directly to your desire to waive counsel,

17   because I'm assuming that's what you want since you have not

18   communicated with Ms. Eskesen.

19        Are you presently under the care of a doctor for any

20   physical or mental condition?

21        *MR. WILLIAMS:*  Again, ma'am, I am not answering your

22   questions or participating in your corporate private court.

23   You're a foreign court to American republic.

24        *THE COURT:*  All right.

25        *MR. WILLIAMS:*  You are --

1          *THE COURT:*  The Court is going to continue this

2     hearing --

3          *MR. WILLIAMS:*  -- violating my rights.

4          *THE COURT:*  -- because of the disruptiveness of

5     Mr. Williams.

6          *MR. WILLIAMS:*  I am an American national.  I am not a

7     United States citizen.

8          *THE COURT:*  The Court is going to reschedule this

9     hearing to a later date.  The Court is going to appoint new

10    counsel.  If Mr. Williams does not wish to speak with that

11    counsel or participate -- cooperate in any way with that

12    counsel, that is his right; but he is not going to be

13    disruptive in my courtroom.

14         *MR. WILLIAMS:*  You're a dishonor, Trustee Arguello.

15         *THE COURT:*  I hereby remand the defendant to the

16    custody of the United States Marshal.  I will reset this

17    hearing.

18         *MR. WILLIAMS:*  You're violating --

19         (Recess at 3:06 p.m.)

20

21

22

23

24

25

1                        REPORTER'S CERTIFICATE

2           I certify that the foregoing is a correct transcript
    from the record of proceedings in the above-entitled matter.
3
            Dated at Denver, Colorado, this 4th day of November,
4   2020.

5

6

7                                   _Therese Lindblom_

8
                              _____
9                                   Therese Lindblom,CSR,RMR,CRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25