1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Case No. 12-cr-00140-CMA-1
 3   _____
     UNITED STATES OF AMERICA,
 4
                Plaintiff,
 5   vs.

 6   MICHAEL DESTRY WILLIAMS,

 7          Defendant.

 8   _____

 9          Proceedings before S. KATO CREWS, United States

10   Magistrate Judge, United States District Court for the

11   District of Colorado, commencing at 2:35 p.m., October 15,

12   2019, in the United States Courthouse, Denver, Colorado.

13   _____

14          WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

15   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...

16   _____

17                           APPEARANCES

18          ANDREA SURRATT, United States Attorney, appearing

19   for the Plaintiff.

20          LAURA SUELAU, Attorney at Law, appearing for the

21   Defendant.

22   _____

23      INITIAL APPEARANCE RE: REVOCATION OF SUPERVISED RELEASE

24

25
```

2

1        P R O C E E D I N G S

2            (Whereupon, the within electronically recorded

3   proceedings are herein transcribed, pursuant to order of

4   counsel.)

5            THE COURT:  All right, I'll call 12-cr-140, United

6   States vs. Michael Williams.  Appearances of counsel,

7   please.

8            MS. SURRATT:  Good afternoon, Your Honor.  Andrea

9   Surratt for the Government.

10           THE COURT:  Okay.

11           MS. SUELAU:  Good afternoon, Your Honor.  Laura

12  Suelau.  I'm standing in as counsel for Mr. Williams.  I

13  understand he wants to be addressed by Michael.  Although

14  our office does have a conflict, we're here for the purposes

15  of the initial.

16           THE COURT:  Okay.  All right.  Thank you, Counsel.

17           MR. WILLIAMS:  Objection to your court report,

18  Trustee Crews.  I am the beneficiary of the entity you're

19  claiming that's SQV Trust which has been recognized by the

20  Secretary of State of the United States by the Probate

21  Courts and by the Chancery Courts.  I am recognized as the

22  sole foreign beneficiary, the creditor, equity title holder.

23  And I am an American National, not a United States citizen.

24  I didn't give that woman permission to talk; she did it

25  without authority.

3

```
 1           I'm here under kidnapped special appearance in
 2   your (inaudible) court report.
 3           THE COURT:  Okay.  Sir, I understand your
 4   position.  Did you hear the advisement of rights that I gave
 5   to you in the beginning?
 6           MR. WILLIAMS:  No, I did not pay attention to your
 7   court report.
 8           THE COURT:  Okay.  Sir, I understand that there is
 9   a financial affidavit in your file.  Are you looking to have
10   the Court appoint counsel to represent you in your matter?
11           MR. WILLIAMS:  There is no one that I feel that
12   was in that file.
13           THE COURT:  Okay.
14           MR. WILLIAMS:  Okay.
15           THE COURT:  Sir, do you intend to hire counsel to
16   represent you in your case?
17           MR. WILLIAMS:  Trustee Crews, I will exercise my
18   constitutional right to counsel, okay, if I can get phone
19   calls.  And I'm exercising my right that since I am not a
20   United States citizen, I am an American National, that my
21   consulate be contacted and informed them that you're holding
22   an American National without lawful jurisdiction.
23           THE COURT:  Okay.  Sir, I understand your
24   position.  In order to ensure that your rights are protected
25   today, based on your prior matters and documents from your
```

```
1    prior matters before the Court, the Court will find that you
2    are qualified for appointment of counsel.  I will appoint
3    counsel to represent you --
4              MR. WILLIAMS:  Objection.  You do that --
5              THE COURT:  -- under the Criminal Justice Act, at
6    least for purposes of these proceedings today --
7              MR. WILLIAMS:  Refused, sir.
8              THE COURT:  -- to ensure your rights are
9    protected.
10             MR. WILLIAMS:  Refused, sir.  You're not
11   appointing counsel for my trust and you're not appointing
12   counsel for me.  I'm an American National.
13             THE COURT:  Okay.  I understand your position,
14   sir.
15             MR. WILLIAMS:  If you do this --
16             THE COURT:  Sir, do you have a copy of the
17   petition?
18             MR. WILLIAMS:  Well, I didn't finish.  I am
19   physically, permanently disabled, sir.  And as you can see,
20   I am in very much pain sitting here speaking to you
21   respectfully, okay.  It takes me awhile to get out all of my
22   sentences, okay.  And a lot of the time it takes me awhile
23   to get through the pain to get the information across to
24   you, okay.
25             Do you understand that?
```

```
 1          THE COURT:  Sir, I will allow you to make whatever
 2   record you would like today -- to make today.  I also intend
 3   to make my record for the proceedings that I need to conduct
 4   today.
 5          MR. WILLIAMS:  You violate my rights, you are
 6   liable, you know that, personally, commercially and
 7   criminally.
 8          THE COURT:  Sir, do you have a copy of the
 9   petition against you in your case?
10          MR. WILLIAMS:  No, sir.
11          THE COURT:  It --
12          MS. SUELAU:  Your Honor, my understanding is that
13   Michael was provided a copy of that petition by the
14   Marshals.
15          THE COURT:  Okay.  And I'll ask the Marshal:  Was
16   -- did the Marshals provide this individual with a copy of
17   this petition?
18          MR. WILLIAMS:  That's the warrant that isn't
19   signed by a judge.
20          MARSHAL:  Yes, Your Honor.
21          THE COURT:  Okay.  The record will reflect the
22   statements of counsel and the U.S. Marshal that this
23   defendant has been provided with a copy of the petition
24   that's against him in his case.
25          Ms. Surratt, would you please read the charge
```

1  against the defendant.

2         MR. WILLIAMS:  Objection, Your Honor.  Trustee

3  Crews, you're fraudulently converging -- converging an

4  alteration of my trust and myself.  United States State

5  Department, Secretary of State, identified the differences

6  of those.  You have been served a document in this court

7  case and here is another one if you want to see it.  That

8  shows the difference between the two.

9         You are in dishonor.  I've informed you of my

10  lawful standing of status with lawful documents.  When you

11  run these documents, it says, Do not detain, Do not arrest.

12         You are in dishonor, Trustee Crews.

13         THE COURT:  Have you made your --

14         MR. WILLIAMS:  Think about your liability.

15  President Trump has done everything he said he's done,

16  except one thing, yet.  He hasn't brought forth -- I should

17  say he hasn't reestablished the constitutional courts, which

18  you are not; you have no judicial authority, as you well

19  know; you have no lawful oath of office; and if I'm wrong,

20  you need to deny it on the record.

21         You have no lawful oath of office, you have no

22  fiduciary bond that's required under Article 12, Section 8,

23  9, and 10 of the Colorado Constitution.  You have no law of

24  oath, as required under Article 6, Section 3 of the

25  Constitution for America.

1          THE COURT:  Are you done, sir?

2          MR. WILLIAMS:  As I've informed -- please.  I just

3  need time.

4          THE COURT:  That's why I'm asking.

5          MR. WILLIAMS:  You have been noticed from the

6  Secretary of State of my proper standing and status and

7  citizenship.  You've been properly noticed of the two

8  different entities and you're refusing to acknowledge them

9  in your corporate court, Trustee Crews.  You're warring

10 against the Constitution.  Because you can't produce a

11 lawful oath of office to me, you're impersonating a public

12 official, sir, with respect.

13         THE COURT:  Have you made your record, sir?

14         MR. WILLIAMS:  No, I'm not finished.  In closing,

15 here is my IDs.  Also that if you run these IDs, it states

16 that I am an American National and it says, Do not detain

17 and Do not arrest.  Two different jurisdictions between a

18 United States Citizen -- excuse me.  A United States 14th

19 Amendment corporate citizen, a/k/a, a serf of England,

20 started with the 41st Congress allowing Congress

21 establishing the United States of America corporation owned

22 by England to be managers of D.C.  This corporation is noted

23 on these documents and it is noticed in the Congressional

24 Record in the 41st Congress.

25         THE COURT:  Have you made your record, sir?

```
 1              MR. WILLIAMS:  No, sir.
 2              THE COURT:  Okay.  I will afford you --
 3              MR. WILLIAMS:  And I will request --
 4              THE COURT:  -- five more -- let's say three more
 5   minutes to complete your record.  Then I'm going to move on
 6   and make my record --
 7              MR. WILLIAMS:  And if you deny this --
 8              THE COURT:  -- so please proceed.
 9              MR. WILLIAMS:  -- and do not address these
10   statements or the Secretary of State, you do it knowingly,
11   willingly, with full intent of criminal action.  You're
12   flying an Admiralty flag, not a flag of the Republic.
13              THE COURT:  The record will reflect that the
14   defendant has made his record.  His comments are duly noted.
15              The Court will now proceed in making its record --
16              MR. WILLIAMS:  And let the --
17              THE COURT:  Ms. Surratt, would you please read the
18   charges against the defendant.
19              MR. WILLIAMS:  Objection. Let the record show
20   that I have been refused --
21              MARSHAL:  Michael, Michael.
22              MR. WILLIAMS:  -- to be allowed to finish my
23   statement --
24              MARSHAL:  Michael.
25              MR. WILLIAMS:  -- as the sole form beneficiary --
```

```
 1              MARSHAL:  That's it.
 2              MR. WILLIAMS:  -- American National.
 3              Mr. Crews -- or I should say Trustee Crews, with
 4    respect, facts are fact.  Proceed.
 5              MS. SURRATT:  Your Honor, the petition alleges
 6    three violations.  First, failure to report to the probation
 7    officer and submit written reports as directed.  Second,
 8    failure to pay a fine and restitution as directed.  Third,
 9    failure to participate in substance abuse or mental health
10    treatment as directed by the probation officer.
11              These charges carry with them a maximum sentence
12    upon revocation of three years' imprisonment.
13              THE COURT:  Thank you.
14              Sir, do you understand the charges that are
15    against you?
16              MR. WILLIAMS:  No, sir, I do not understand the
17    charges and I will not stand under your corporate charges.
18    Also, for your own records, Haymond vs. United States
19    Supreme Court ruling that came out this year stated that
20    supervised release is illegal, unlawful, and
21    unconstitutional.
22              THE COURT:  The record will reflect that AUSA
23    Surratt has read the charges to the defendant.  That brings
24    us to the subject of detention and a preliminary hearing.
25              What is the government's position with respect to
```

```
1   detention?
2            MS. SURRATT:  Your Honor, the Government seeks
3   detention and assumes there's going to be a contested
4   preliminary hearing.  The Government asks that both of these
5   things be set on Monday at 2:00 p.m.  Under Rule 32.1, a
6   preliminary hearing must be held promptly and sets no other
7   timeframe for a preliminary hearing.  Rule 32.1 sets a
8   different standard for release or detention of a person in
9   this defendant's position and shifts the burden to the
10  defendant to prove that he is not a risk of flight or a
11  danger to the community.  And the Government is going to
12  argue that this defendant is a risk of flight for many of
13  the reasons the Court has heard here today.  Among other
14  things, including this defendant was served a summons many
15  weeks ago and the only reason an arrest warrant was issued
16  is because he refused to appear on the summons.
17           So we will be arguing for detention ,and because
18  Rule 32.1 doesn't set a specific timetable for either the
19  detention hearing or preliminary hearing, the Government
20  asks that it be set on Monday.  And, in full candor, Your
21  Honor, because I am out on Friday for work-related reasons
22  and I would rather handle this myself.
23           THE COURT:  Okay.  Thank you, Counsel.
24           MR. WILLIAMS:  Trustee Crews, are you going to
25  accept the service of these documents?  They're laying on
```

1   the floor from the Secretary of State showing that I am an
2   American National.  And are you going to contact my
3   consulate to get me representation from an officer?
4           THE COURT:  Sir, as I indicated in the advisement
5   of rights that I provided to you, you can discuss the
6   subject with your attorney with respect to any notification
7   to any applicable --
8           MR. WILLIAMS:  I do not have an attorney.
9           THE COURT:  -- consular officer.
10          MR. WILLIAMS:  Sir, I do not have an attorney.
11          You've been legally noticed, and also for this
12  Court to and for all, I exercise the 7th Amendment right to
13  suits in common law and demand that this be removed to a
14  common law judicial constitutional court of competent
15  jurisdiction.
16          THE COURT:  Sir, the Government has requested an
17  extension of your detention hearing and preliminary hearing
18  to occur on Monday, October 21.  We can either proceed with
19  the hearing on that date or on a date sooner, perhaps, if
20  you have arguments to make as to why this -- those
21  proceedings should be held any sooner.
22          MR. WILLIAMS:  The proceedings should not be held,
23  as I said, because I am not a United States citizen.  I'm an
24  American National, and I have lawfully requested, in front
25  of all of these witnesses, that an officer of my nation come

1  and be present and represent me -- an officer of my nation,
2  American National.
3          You stated in your speech, okay, right, as a
4  United States citizen.  I've proven to this Court that I am
5  not a United States citizen and you are dishonoring me,
6  dishonoring the Constitution.
7          THE COURT:  Okay.  The Court has entertained the
8  arguments from the defendant.  The Court --
9          MR. WILLIAMS:  I am not the defendant.  You're
10 dishonoring, Trustee Crews --
11         MARSHAL:  Michael, Michael, Michael.
12         MR. WILLIAMS:  -- with being rude and committing
13 liability and fraud upon me.  You're making a statement.
14         MARSHAL:  Your Honor, did you want me to remove
15 him --
16         THE COURT:  That's all right.  I'll -- I'm just
17 about finished.
18         MARSHAL:  Yes, sir.
19         THE COURT:  The Court will grant the government's
20 request for the detention and preliminary hearing to occur
21 on Monday, October 21 at 2:00 p.m.
22         With that, Counsel, is that all we need to address
23 on this matter today?
24         MS. SURRATT:  It is, Your Honor.  I will e-mail
25 Ms. Eskesen, who I think represented the defendant in a

13

1  standby capacity in his underlying criminal case, and see if
2  she intends to appear.
3       THE COURT:  Okay.  All right, thank you, Counsel.
4       All right, we will adjourn.  Thank you.
5       (Whereupon, the within hearing was then in
6  conclusion at 2:49 p.m.)
7
8
9              TRANSCRIBER'S CERTIFICATION
10 I certify that the foregoing is a correct transcript to the
11 best of my ability to hear and understand the audio
12 recording and based on the quality of the audio recording
13 from the above-entitled matter.
14
15 /s/ Dyann Labo                    October 29, 2020
16 Signature of Transcriber          Date
17
18
19
20
21
22
23
24
25