APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:12–cr–00140–CMA</u>–1

Case title: USA v. Williams

Date Filed: 03/22/2012
Date Terminated: 03/10/2014

Assigned to: Judge Christine M. Arguello

Appeals court case number: 20–1266 USCA

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Michael Destry Williams** <br> *TERMINATED: 03/10/2014* <br> *also known as* <br> Will Williams <br> *TERMINATED: 03/10/2014* | represented by | **Martha Horwitz Eskesen** <br> Martha H. Eskesen, P.C. <br> 5445 DTC Parkway <br> Penthouse 4 <br> Greenwood Village, CO 80111 <br> 303–486–6938 <br> Fax: 303–573–4921 <br> Email: <u>meskesen@eskesenlaw.com</u> <br> *TERMINATED: 01/23/2020* <br> *LEAD ATTORNEY* <br> *Designation: CJA Appointment* |
| | | **Kelly Lynne Meilstrup** <br> Second–Chair <br> 1600 Stout Street <br> Suite 1400 <br> Denver, CO 80202 <br> 858–204–6375 <br> Email: <u>KellyM@2nd–chair.com</u> <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* |
| | | **Robert William Pepin** <br> Robert W. Pepin, Attorney at Law <br> P.O. Box 2727 <br> Port Angeles, WA 98362 <br> 303–324–4633 <br> Email: <u>aticusbooradley@gmail.com</u> <br> *TERMINATED: 07/02/2013* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|

ATTEMPT TO EVADE OR
DEFEAT TAX
(1–2)

Dismissed

ATTEMPT TO EVADE OR
DEFEAT TAX
(1s–3s)

Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution

ACTS AFFECTING PERSONAL
FINANCIAL INTEREST
(3)

Dismissed

STRUCTURING
TRANSACTIONS TO EVADE
REPORTING REQUIREMENTS
(4s)

Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution

BANK FRAUD
(5s–6s)

Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution

FICTITIOUS OBLIGATIONS
INTENDED TO DEFRAUD
(7s–9s)

Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1–4; five(5)years on counts 5–9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution

| | |
|---|---|
| CORRUPT OR FORCIBLE INTERFERENCE (10s) | Defendant to be imprisoned for a total term of sixty(60)months as to each of Counts 1 through 4; seventy−one(71)months as to wach of Counts 5 through 9; and thirty−six(36)months as to Count 10, all to run concurrently for a total term of seventy−one(71)months; three(3)years Supervised Release on each of counts 1−4; five(5)years on counts 5−9; and one(1)year on Count 10, all to run concurrently;$100 Assessment per count for a total of $1,000; $10,000 fine on Count 1; $60,597.80 in Restitution |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Kenneth (Former AUSA) Harmon** |
|---|---|---|
| | | U.S. Attorney's Office−Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303−454−0100 |
| | | Fax: 454−0402 |
| | | Email: USACO.ECFCriminal@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Federal Agency Attorney* |
| | | |
| | | **Andrea Lee Surratt** |
| | | U.S. Attorney's Office−Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303−454−0124 |
| | | Email: andrea.surratt@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

*Designation: Federal Agency Attorney*

**Kevin F. Sweeney**
U.S. Department of Justice–DC–601 D
Street
601 D Street, N.W.
Washington, DC 20004
202–305–3637
Fax: 202–514–9623
Email: kevin.f.sweeney@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/23/2020 | 139 | 5 | Tendered NOTICE by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 140 | 35 | Tendered NOTICE by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 141 | 68 | NOTICE of Writ of Habeas Corpus by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 142 | 92 | Tendered NOTICE of Certification of Identity by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 143 | 95 | NOTICE of Documents by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/23/2020 | 144 | 102 | Tendered NOTICE of Surrendering of Defendant by Michael Destry Williams (sphil, ) (Entered: 01/24/2020) |
| 01/31/2020 | 145 | 108 | NOTICE OF ATTORNEY APPEARANCE: Kelly Lynne Meilstrup appearing for Michael Destry WilliamsAttorney Kelly Lynne Meilstrup added to party Michael Destry Williams(pty:dft) (Meilstrup, Kelly) (Entered: 01/31/2020) |
| 04/09/2020 | 149 | 110 | MOTION for Reconsideration re 131 Order of Detention by Michael Destry Williams. (Meilstrup, Kelly) (Entered: 04/09/2020) |

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2020

JEFFREY P. COLWELL
CLERK

# In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of <u>America</u>

To:          All nine men and women known as Justices for
             the Supreme Court of the United States,
             Including subordinates Scott S. Harris, Jacob Levitan, Daniel Domenico,
             Christine Arguello, Andrea L. Surratt, Kevin F. Sweeney and Kenneth M. Harmon
             Scott Tipton, Michael Bennett
             1 1st Street NE
             Washington D.C. 20543-0001

From:        James Frank, Family of Williams - In Propria Persona Sui Juris
             Address:      RFD
             In Care Of:   PO Box 11814
                           Pueblo Colorado [81001]

RE:          3rd submission of Writ of Habeas Corpus for the release of diplomat Michael-
             destry, Family of Williams, being via commercial Constructive Trust case
             # 12-cr-00140-CMA-(1)

Dear Justices and subordinates,

Again, the BAR association impugns my sacred honor with your willful neglect of my
Lawful Writ placed in your care on two previous occasions.

The contents of your initial letter to suspend Habeas Corpus are clearly addressed in
sections I, II, III, IV of what you call an "Extraordinary" Writ of Habeas Corpus originally sent
to you nine Justices looking for the justice that your subordinate BAR members seem completely
intent on denying living men and women of the Dejure United States and who holds diplomatic
immunity from any corporations policy shy of a legitimate, fully disclosed contract of mutual
agreement, which does not exist in this Constructive Trust.

Under the original documents of this Constitutional Republic, I created your position and
am not required to buy my way into your service.

If my words or the heading of this Writ ("In Common Law") were not clear enough, then
AGAIN, here me now; I invoke all original Rights of a Sovereign man of this Republic and
under your own rules, rule 17 (This Rule applies only to an action invoking the
Court's original jurisdiction under <u>Article III of the Constitution of the United
States</u>.), Invoke you nine Justices and all subordinates, to act on your own rules and act as a
lawful Article III court and judges, In Common Law, holding you to your oaths to serve this US
State Department recognized American National/State Citizen.

*3rd Submission of Writ of Habeas Corpus to United States Supreme Court and Subordinates*
1 of 3

Section 2 of Your rule 17 also says your rules may be taken as "guidelines," which again, I am not required to follow in anyway, as I am not a BAR member, government employee (corporate or not), nor any agent associated with either. I am the creator of lawful government and require your actions, under your Oaths, on my behalf.

As the fraudulent actions by the ABA against American National/State Citizen Michael-destry have been perpetrated at the federal level, my determination for this Writ of Habeas Corpus is also at the Federal level, being that you nine justices stand as their superiors.

I now return said Writ a third time and again demand action, invoking you nine justices as my lawful agents. Again, I am including the attachment, the "Arrest Warrant" issued for the Fictional Entity MICHAEL DESTRY WILLIAMS. Even if this warrant had the actual living man's proper name on it, NO warrant can lawfully be executed when signed by a clerk, and ALL must have an affidavit accompanying it, which was not the case. ALL law enforcement and involved BAR members acted Unlawfully and Unconstitutionally in this matter and I demand immediate actions against each of them!

My Flesh and Blood property Michael-destry, has once again, under Color of Law, lawlessly been assaulted and kidnapped by agents of the corporation US MARSHAL SERVICE on behalf of the BAR association, involved Parole Officers and the corporation known as USDC, and is being unlawfully incarcerated by this private corporation and its agents, without contract. I demand that my property be immediately released and returned to me as none of these corporate groups of agents have any jurisdiction over a United States State Department recognized American National/State Citizen!

An unlawful attack by one member of the ABA on one American of this Republic Nation, is an attack by all members of the ABA on all of the American People!

Attached:
1) Fraudulent Arrest Warrant for MICHAEL DESTRY WILLIAMS
2) Original Writ of Habeas Corpus and its attachments.

By: _James F. Williams_

James Frank, Family of Williams, Sui Juris
Recognized American National/State Citizen
RFD - c/o PO Box 11814, Pueblo Colorado

Notary Witness:
Colorado State )
) ss.
Pueblo County )
Subscribed and sworn to, before me this 18 Day of JANUARY 2020, by James Frank Williams.



Cynthia A. Ellingson, Notary Public
My Commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15, 2023



Cc:

TO:    President Donald J. Trump
           1600 Pennsylvania Ave. NW
           Washington DC [20500]

TO:    Attorney General William Barr
           US Department of Justice Room 4400
           950 Pennsylvania Avenue NW
           Washington D.C. [ 20530-0001]

TO:    Provost Marshal General
           2800 Army Pentagon
           Washington DC [20310-2800]

TO:    U.S. Department of State
           2201 C Street NW
           Washington DC [20520]

TO:    UNITED STATES DISTRICT COURT OF COLORADO Inc.
           Attn: Justice Daniel Desmond Domenico and Christine Arguello
           901 19th Street
           Denver, Colorado [80294-3589]
           Corporate Commercial Case # 12-cr-00140-CMA-(1)

TO:    U.S. Congressman Scott Tipton
           503 N Main Street Suite 658
           Pueblo Colorado [81003]

TO:    U.S. Senator Michael Bennet
           129 W. B Street
           Pueblo Colorado [81003]

2019146452
Page: 1 of 24
D $0.00

10/21/2019 12:20 PM          R $128.00
City & County of Denver                    AFF

# Writ of Habeas Corpus

# In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America
**Not** within the UNITED STATES Inc.

To:        All nine men and women known as Justices for
the Supreme Court of the United States
1 1st Street NE
Washington D.C. 20543-0001

From:      James Frank. Family of Williams - In Propria Persona Sui Juris
Address:     RFD
In Care Of:   PO Box 11814
               Pueblo Colorado [81001]
Herein known as Affiant.

**RE:**      Michael-destry Family of Williams. permanently disabled, an American National/State Citizen as per the United States State Department. is being held/incarcerated and/or under penal corporate Parole. by a commercial claim of the corporation known as the Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc.. {herein USDC}in a commercial case # 12-cr-00140-CMA -(1). with the principal corporation as plaintiff, known as UNITED STATES OF AMERICA Inc.. (see Exhibit A). Named defendant Cestui Que Vie Trust known as MICHAEL DESTRY WILLIAMS. (see Exhibit B). Holding the sole foreign beneficiary of said trust. American National/State Citizen Michael-destry: Williams as the unwilling compulsory surety. under threat. duress and coercion.

**I.**     Jurisdiction arises under this Affiant's International Right of Self Determination of actions of Declarations/ Affidavits/Public Records. maintaining my sacred honor per my compact known as The Declaration of Independence 1776. Articles of Confederation and 1787/89/91 Constitution for The United States of America. I am not bound by any corporate Rules. Regulations. Statures or Codes in any manner.

**II.**    Venue is proper as per my International Right of Self Determination as an American National/State Citizen. as guaranteed in the VII Amendment (Bill of Rights) of the Constitution for The United States of America. Again. not by any corporate Rules. Regulations. Statutes or Codes.

**III.**   Parties are: 1. This Affiant. 2. Michael-destry. Family of Williams. 3. and all Nine Justice Individuals occupying the Supreme Court of the United States. plus their unknown and unnamed subordinates.

8

## Facts/Affidavit

**IV.**    The following Facts are Self-Evident,

1.    You nine individuals are by actual fact or open public pretension the deciders of the Law of the Land for The United States of America via this Affiant. Via one of your recent decisions in **"United States v. Haymond"** you bring into question the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that: "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty." That is NOT happening!

2.    You nine Justices, Office of Supreme Court and agents thereof, have created or ok'ed a **non-judicial**, foreign corporate special law jurisdiction, - 14th Amendment of the US constitution, federally zoned citizen with privileges, in contrast with the Constitution for The United States of America, Article 4 section 4, Republic State and State Zoned Citizen Rights, the latter of which applies to this Affiant and Michael-destry. The previous which you know or should know allows your subordinates, with impunity, to:
   A. impeach our sacred Honor,
   B. deny or ignore our Citizenship as an American National/State Citizen, (see exhibits C and C1) (as is again being done since Michael-destry's unlawful arrest on October 11, 2019) (see exhibit D – James Frank's Affidavit)
   C. Trespass on Michael-destry's Unalienable Rights, specifically his Liberty Rights at the whims of a corporate agent Christina M. Arguello, ACTING as a lawfully seated judge.

3.    This Affiant's and Michael-destry's American National status, Unalienable and Equitable Rights have been taken for a number of years via the Nonfeasance, Misfeasance, Malfeasance committed via Color of Law, in violation of your own laws, specifically U.S. Code 18 sections 241 & 242, but not limited to, with the sanctions of the Supreme Court of The United States of America, and now you impeach my sacred honor.

4.    Michael-destry: Williams is unlawfully being held in **non judicial** custody of the corporate Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (exhibit E) by acting Judge Christine M. Arguello and acting Clerk of Court Jeffery P. Colwell, under special laws of a **foreign** corporation (Color of Law private codes and statutes), denying Michael-destry his Unalienable Rights from the Creator, including but not limited to, violation of XI Amendment, suits prosecuted by Citizens of Subjects of any Foreign State, being denied VII Amendment suits In Common Law, denied Due Process, and VI, V, IV Amendments of the Constitution for The United States of America.

5.    Acting public servants: Judge Christina M. Arguello, Clerk of Court Jeffery P. Colwell, UNITED STATES Attorneys Kenneth Harman, and John Walsh but not limited to, do not have a valid Oath of Office nor bonds filed with the City and County of Denver Clerk and Recorder or the Secretary of State of Colorado State, as required by Colorado State Constitution(1876), Article XII sections 8,9, and 10, and Article VI section 3 of the Constitution for The United States of America(1787/89/91), and the General Laws of Colorado, making all of their offices vacant and actions void.

6.    This Affiant's honor, duties and responsibilities as an American National/State Citizen, requires me to notify you of the wrongs being perpetrated upon American National/State Citizen Michael-destry. This has been done by this Writ of Habeas Corpus, but not limited to.

7.    If this matter is not corrected or openly denied, this will be Prima Facia Evidence to you admitting to the facts and accepting liability.

V.    If you wish to honor your duty to this Affiant and Michael-destry as well as your Oath of Office as required in the VI Amendment of the Constitution for The United States of America, the following is suggested by correcting the misjustice / trespasses upon this Affiant and Michael-destry by the foreign corporation and its corporate agencies as follows:

**1.** Release Michael-destry this day from the federal corporate USDC alleged jurisdiction (Incarceration/Parole), with express written notification and orders.

**2.** Vacate the judgment and sentence of the corporate Admiralty UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO commercial case # 12-cr-00140-CMA-(1), all enacted under Color of Law.

**3.** Recognize and correct Michael-destry's, Standing, Status and Citizenship (exhibit F) with all branches of the government of the United States.

## Exhibits

A    Entity details of corporation UNITED STATES OF AMERICA, Inc.

B    Letter from corporate DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO Confirming the all caps name MICHAEL DESTRY WILLIAMS is a fictional trust.

C    Certificate of Identity form DS-4240 with Request page and Photocopy of Passport card and passport. City and County of Denver Recorder # 2019043968. 3 - Pages.

C1    Photocopy of page inside passport showing request from Secretary of State that was ignored.

D    James Frank: Williams' Affidavit.

E    Proof of Entity Incorporation. 5 pages

F    Standing, Status and Citizenship Affidavit.
City and County of Denver Recorder # 2019057051. 3 - Pages.

G    Oath of Citizenship of Michael-destry. Family of Williams administered by Officer of the Nation, Lt. Cdr., USN, Retired, now deceased, David G. Anderson on 8th of May 2012. City and County of Denver Recorder # 2019043967. 2 - Pages.

H    Notice and arrest of UNITED STATES DISTRICT COURT Inc. commercial case # 12-cr-00140-CMA-(1) Indictment.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

## Notice

Notice to Agents is Notice Principal.
Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence.
All are without excuse
All Rights Reserved. Without Prejudice, Without Recourse.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, flesh and blood man, as a living soul, Freeman/American National upon Planet Earth.

By: _James F. Williams_
~James Frank, Family of Williams ~ Sui Juris~
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State                )
                              ) ss.
Pueblo County                 )
Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank; Williams.

_Cynthia Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: ____1/15/2023____

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Cc:

TO:   Attorney General William Barr
      US Department of Justice Room 4400
      950 Pennsylvania Avenue
      Washington D.C. 20530-0001

TO:   UNITED STATES DISTRICT COURT OF COLORADO Inc.
      Attn: Clerk of Court Jeffery P. Colwell
      901 19th Street, Room A-105
      Denver, Colorado [80294-3589]
      Corporate Commercial Case # 12-cr-00140-CMA-( )

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 4 of 4*



# EXHIBIT A

Exhibit A

NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

File Number: 2197945    Incorporation 04/19/1989 Date (mm/dd/yyyy): Formation Date:

Entity Name: UNITED STATES OF AMERICA, INC.

Entity Kind: CORPORATION    Entity Type: NON-PROFIT OR RELIGIOUS

Residency: DOMESTIC    State: DE

## REGISTERED AGENT INFORMATION

Name: THE COMPANY CORPORATION

Address: 2711 CENTERVILLE RD SUITE 400

City: WILMINGTON    County: NEW CASTLE

State: DE    Postal Code: 19808

Phone: (302) 636-5440

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00
About you the Status, Status, Tax & History Information

# EXHIBIT B

| DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO | |
|---|---|
| Court Address:<br>1437 Bannock Street, Room 230, Denver, CO, 80202 | DATE FILED: July 22, 2019 |
| In the Matter of the Trust: MICHAEL DESTRY WILLIAMS | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2019PR166<br>Division: 1          Courtroom: |
| **ORDER** | |

THIS MATTER is before the Court for review and consideration of filings presented by Michael Destry Williams on April 12, 2019, May 10, 2019, May 16, 2019, June 10, 2019, July 1, 2019 and July 15, 2019. The Court has reviewed the filings, finds them to be nonsensical and accordingly finds the filings fail to state a claim upon which relief may be granted

To the extent necessary, the filings are denied. No further action shall be taken by the Court.

Issue Date. 7/22/2019

*Elizabeth D. Leith*

ELIZABETH DEMBERG LEITH
*District Court Judge*



EXHIBIT C

U.S. Department of State



## CERTIFICATION OF IDENTITY

| 1. Full Name of Requester (Last, First, MI) | 2. Date of Birth (mm-dd-yyyy) |
|---|---|

| 3. Full Name of Subject of Records | 4. Citizenship Status |
|---|---|

| 5. Current Address | 6. Place of Birth |
|---|---|

### Third Party Authorization
Complete this section if you are authorizing release of your records to another person.

pursuant to 5 U.S.C. Section 552a/b.

I authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party

Address of Third Party

Type of Third Party (check one):    ___ Parent    ___ Custodial    ___ Legal    ___ Other
                                                        ___ Guardian    ___ Representative

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature _____    Date (mm-dd-yyyy) _____

### PRIVACY ACT STATEMENT

**AUTHORITIES**: The information is sought pursuant to 22 CFR Section 171, 5 U.S.C. Section 552a (the Privacy Act of 1974), 5 U.S.C. 552 (Freedom of Information Act).

**PURPOSE**: The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES**: The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE**: Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and or 5 U.S.C. Section 552a(i)(3).

¹ Name of individual who is the subject of the record(s) sought

² Individuals submitting a request under the Privacy Act of 1974 must be either (a citizen of the United States or an alien lawfully admitted for permanent residence) pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
³ Name of individual who is the subject of the record(s) sought

DS-4240
05-2013

2019043968
Page 1 of 3
D $0.00

04 12 2019 10 29 AM    R $23.00
City & County of Denver,    CTF

# Request for
# Passport Records
# (2) Certified Copies

Date: _11th April 2019_

TO:  U.S. Department of State
     Office of Law Enforcement
     Liaison
     44132 Mercure Circle
     P.O Box 1227
     Sterling, Virginia [20166]

Pursuant to The Privacy Act of 1974 and special law 15 USC 552 (2),

| | |
|---|---|
| Name: | Michael-destry Williams |
| Date and Place of Birth: | 23rd May,1954, Gunnison, Colorado State |
| Mailing Address: | Rural Route 1, St. Charles Mesa |
| | Pueblo, Colorado |
| | C/o 1024 1/2 East Ash Street |
| | Pueblo, Colorado [81001] |
| Telephone: | (719) 544-5362 |
| Email Address: | none |
| Dates Passport Issued: | 8th January 2019 |
| Passport number: | 592612613 |
| Passport Card number: | C18850067 |

Enclosed copies:     Passport and Card, Exhibit 1 - Postal Money order for $ 100.00. #
                     Certification of Identity Form DS-4210- / # 04513789004 0

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my
knowledge.

_Certified mail_          _Michael-destry Williams_
_# 7017 1000 0001 1073 5772_      Michael-destry Family of Williams
                                  Rural Route 1, St. Charles Mesa, Pueblo Colorado
                                  In care of: 1024 1/2 East Ash Street,
                                  Pueblo Colorado [81006]

Notary: Cynthia A. Ellingson
Colorado State:
                    ss.
Pueblo County:

Subscribed and Affirmed before this ___ of April 2019 by
Michael-destry Family of Williams

_Cynthia A. Ellingson_
My commission Expires: ___ 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023



Exhibit 1
U.S. Department of State
Passport Records





# EXHIBIT C₁



...AND THAT GOVERNMENT OF THE PEOPLE,
BY THE PEOPLE, FOR THE PEOPLE,
SHALL NOT PERISH FROM THE EARTH.

*Abraham Lincoln*

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit
the citizen/national of the United States named herein
to pass without delay or hindrance and in case of need
to give all lawful aid and protection.

*Le Secrétaire d'État des États-Unis d'Amérique prie par les
présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder toute
aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por
el presente solicita a las autoridades competentes permitir el paso
del ciudadano o nacional de los Estados Unidos aquí nombrado,
sin demora ni dificultades, y en caso de necesidad, prestarle toda
ayuda y protección lícitas.*

# EXHIBIT D

**Affidavit of American National/State Citizen**
**James Frank, Family of Williams**
**Concerning the arrest of American National/State Citizen**
**Michael-destry (Will), Family of Williams**

On October 11, 2019 at 10:58 am, this Affiant received a phone call from my mother, stating that armed agents of the corporations, THE PUEBLO COUNTY SHERIFF'S DEPARTMENT and the UNTITED STATES MARSHALS SERVICE were at her home at 1024 East Ash Street in Pueblo Colorado. These Armed Agents were supposedly acting on a warrant to arrest Michael-destry (herein known as Will) for "Failure to Appear" in a corporate constructive trust case. This Affiant told her to order them off of her property, which I heard her doing over the phone and then immediately while still speaking to her, this Affiant left my property and traveled the few miles to my mother's house.

Upon arriving at this Affiant's mother's house, I observed my brother Will being cuffed into the backseat of one of the corporate agent's automobiles and then immediately being driven away by these corporate agents.

After filming the exodus of most of these agents, this Affiant noticed and recognized Charles Lee Gallegos, a friend and corporate agent for the PUEBLO COUNTY SHERIFF'S DEPARTMENT parole division.

This Affiant asked agent Gallegos to show me the "warrant," which agent Gallegos did, and this Affiant also asked to see the "verified affidavit" that is required to lawfully use a warrant. Agent Gallegos did not have an affidavit with his warrant and this Affiant did not see a judge's signature on the warrant.

This Affiant also observed that the warrant was for the Cestui Que Vie Trust entity MICHAEL DESTRY WILLIAMS, not the living man Will: Williams.

Agent Gallegos personally told this Affiant that Will clearly said that he was not the PERSON on the warrant.

Agent Gallegos also was in possession of Will's passport card, which Gallegos personally told me that neither he nor any other arresting agent ran to ascertain Will's actual identity. Agent Gallegos also held the US State Departments certified copy of the application that attests to Will's non corporate US citizen status.

I Affirm under God the Creator that this Document is true and correct to the best of my Knowledge.

By _James F. Williams_
James Frank, Family of Williams – Sui Juris
Living Man and American National State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State     )
                   ) ss.
Pueblo County      )
Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023



18

*EXHIBIT E*

2019057048
Page: 1 of 1
05/10/2019 10:48 AM       R $15.00
City & County of Denver              D $0.00
                                           TST

# Us District Court (/c/mmjn778/us-district-court)

*Judiciary Courts Of The State Of Colorado*

901 19th Street # 105a

Denver, CO 80294

Phone: ☎ Show Number

(303) 844-4694 (tel:3038444694)

A.K.A. - UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO inc.,

Web: www.coloradojudicialperformance.gov

(/api/v1/urlverify/http%3A%2F%2Fwww.coloradojudicialperformance.gov)

Ad

**Search Public Records Now**

Enter a Name and Select a State to View Public Records Now!

TruthFinder

Us District Court is a privately held company in Denver, CO .

> Own This Business?

Categorized under State Courts. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 8.

Notice of: Constructive Trust(s) created by said US DISTRICT COURT inc., commercial case # 12-cr-00140-CMA- (1). This public notice of incorporation was served upon, by personal presentment, to Joel Nelson Corporate US Probation Officer and on agent Ryan Jessie of Recovery Unlimited LLC.

### Affirmation

I affirm under God the creator that this Document is true and correct to the best of my knowledge.

*Michael destry Family of Williams*

Michael-destry Family of Williams, Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1624 1/2 East Ash Street, Pueblo Colorado [81006]
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Notary: CYNTHIA A ELLINGSON

Colorado State

Pueblo County

Subscribed and Affirmed before this ___ of ___ 2019 by
Michael destry Family of Williams
Cynthia A Ellingson
Notary Public

My commission Expires ___ 1/10/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 10, 2023



State of Colorado Washington, DC, 20001 – Manta.com                                                       4/26/19, 2:15 PM

US (/mb) > Washington DC (/mb_51_FLL_2YS#washington_dc) > Government (mb_51_T3_2x5#government#washington_dc)

> General Government, NEC (/mb_54_F30O7_2Y5/general_government_nec#washington_dc)

> State Government-General Offices (/mb_55_F3OOT0B6_2Y5/general_government_administration#washington_dc) > State of Colorado

MAY 16 2019

## State of Colorado (/c/mh5ycm4/state-of-colorado)

444 North Capitol Street NW

Washington, DC 20001

Phone: (202) 624-7805 (tel:2026247865)

Ad

Public and Criminal Records

Intelius provides you access to billions of online public

Intelius.com

State of Colorado is a privately held company in Washington, DC .

---

Colorado Department Of State Denver CO, 80290 – Manta.com                                                  4/26/19, 2:15 PM

US (/mb) > Denver, CO (/mb_51_FLL_2FH#denver_co) > Government (mb_55_2FH#government#denver_co)

> General Government, NEC (/mb_54_F30O7_2FH/general_government_nec#denver_co)

> State Government-General Offices (/mb_55_F30O70B6_2FH/general_government_administration#denver_co) > Colorado Department Of State

**2019057049**
Page 1 of 1
D $0.00
TST
R $13.00
05/10/2019 10 40 AM
City & County of Denver

## Colorado Department Of State (/c/mhhv9f0/colorado-department-of-state)

Secretary Of State, Colorado

1700 Broadway # 350

Denver, CO 80290

Phone ☏ Show Number

Web: www.sos.state.co.us

(/activit/urlverify/http%3A%2F%2Fwww.sos.state.co.us)

Ad

Buy West Kiss Lace In Online

Add us to your Weekly Orders & Save up to 50% off all

More

Colorado Department Of State is a privately held company in Denver, CO .

Categorized under State Government-General Offices.

**Certification of Authentication**

*Affirmation*

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, breathing and flesh man, a Freeman upon Earth...

*Michael-Destry family of Williams*

Michael-Destry Family of Williams     c/o 1901 1/2 East Ash Street, Pueblo Colorado [81006]

In care of 1901 1/2 East Ash Street, Pueblo Colorado [81006]

Execution of the Office of Executor of the Destry One Life Trust Power of, MICHAEL DESTRY WILLIAMS ©

Witness Notary: CYNTHIA A ELLINGSON

Colorado State

ss.

Pueblo County

Subscribed and Affirmed before this ___ of MAY _____ 2019 by

Michael-Destry family of Williams.

CYNTHIA ELLINGSON
NOTARY PUBLIC

My commission Expires: 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES JANUARY 15 2023



State Of Colorado, Denver CO, 80206 - Manta.com                                    4/26/19, 2:20 PM

U.S. Sites > Denver, CO (mhz_5d_5ch_2FHoover.us_loc) > Government (mhz_5d_6ct_2FIngovernment.denver_loc) > Courts (mhz_6d_F3003_2FHcourt.denver.no)
> Courts (mhz_6d_F3013000_2FHcourts_federal_government.denver_loc) > State Of Colorado

## State Of Colorado (/c/mhz96c4/state-of-colorado)

780 Elizabeth Street
Denver, CO 80206
Phone: (303) 355-3546 (tel:3033553546)
Web: www.cde.state.co.us
(/apliv1/ruhverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

View public records here

Intelius provides you access to billions of online public
records, sort.
State Of Colorado is a privately held company in Denver, CO
Categorized under Courts

[ Own This Business? ]

State Of Colorado, Denver CO, 80203 - Manta.com                                    4/26/19, 2:17 PM

U.S. Sites > Denver, CO (mhz_5d_5ch_2FHoover.us_loc) > Government (mhz_5d_5d_2FHgovernment.denver_loc)
> Exec.tive Offices (mhz_5d_F3005_2FHexecutive_offices.denver_loc) > Governor's Office (mhz_6d_F3F70SM_2FHgovernors_office.denver_loc) > State Of Colorado

## State Of Colorado (/c/mm2swt2/state-of-colorado)

200 East Colfax Avenue # 91
Denver, CO 80203
Phone: [ Show Number ]
Web: www.cde.state.co.us
(/apliv1/ruhverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad

View Public Records Online

Enter a Name and Select a State to View Public Records
(/v/QWmbr)
State Of Colorado is a privately held company in Denver, CO and is the Headquarters
business
Categorized under Governors' Office. Our records show it was established in 1876 and
incorporated in Colorado. Current estimates show this company has an annual revenue
of unknown and employs a staff of approximately 8104.

[ Own This Business? ]

2019057050
Page: 1 of 1
D $0.00

R $13.00        TST:

05-10-2019 10:40 AM
City & County of Denver

### Certification of Authentication

### Affirmed on

I affirm under seal that the Creator that this Document I have made and is true. To the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

_Michael-Dexter: Family of Williams_

Michael-Dexter: Family of Williams,                    Rural Route at St. Charles Mesa, Pueblo Colorado
                                                       In care of 1924 1/2 East Ash Street, Pueblo Colorado (81006)
Witness Notary: CYNTHIA A. ELLINGSON       Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS69
Colorado State :
                        ss.
Pueblo County:

Subscribed and affirmed before me this _____ day of _____ MAY _____ 2019 by

_Cynthia A. Ellingson_
NOTARY PUBLIC

My commission expires _____ 1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15 2023

## Pueblo County Sheriff's Office

## (/c/mmjw3ch/pueblo-county-sheriff-s-

## office)

*Pueblo County Government*

☆ ☆ ☆ ☆ ☆   0 customer reviews - add your review
(/c/mmjw3ch/pueblo-county-sheriff-s-office#reviews)

909 Court Street
Pueblo, CO 81003
Phone: (719) 583-6125
(tel:7195836125)
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d55&cb=66
29547&emid=mmjw3ch)

Own This Business? (/build/c/mmjw3ch)



Pueblo County Sheriff's Office is a privately held
company in Pueblo, CO .
Categorized under Sheriff. Current estimates show this
company has an annual revenue of unknown and
employs a staff of approximately 10 to 19.

📇 **Contact** *Is this your business? Claim This Profile*

(/build/c/mmjw3ch)

**Pueblo County Sheriff's
Office**
Phone. (719) 583-6125
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d55&cb=66
29548&emid=mmjw3ch)

Call Company   (tel:7195836125)

Name: Kirk Taylor

# US Marshal Department (/c/mttt1fc/us-marshal-department)

*Us Marshals Service*

☆ ☆ ☆ ☆ ☆  0 customer reviews - add your review
(/c/mttt1fc/us-marshal-department#reviews)

1929 Stout Street
Denver, CO 80294
Phone: (303) 844-2801
(tel:3038442801)

Own This Business? (/build/c/mttt1fc)

US Marshal Department is a privately held company in
Denver, CO and is a Branch business.
Categorized under Services (Unclassified). Our records
show it was established in 2008 and incorporated in
Colorado. Current estimates show this company has an
annual revenue of unknown and employs a staff of
approximately 10 to 19.

FIND QUALITY HOME IMPROVEMENT PROS

Choose Your Project    ⌄    Select Project                    80294              Subm

📇 **Contact** *Is this your business? Claim This Profile*

*(/build/c/mttt1fc)*

**US Marshal Department**
Phone. (303) 844-2801

Call Company    (tel:3038442801)

Name: Dave Williams
Job Title: Principal

**You May Also Like**

(http://bridge.lga1.admarketplace.net/ct?          ad
version=16 0.0&ci=1571089602043 11961&key=1571089602900600001.1)

23

# EXHIBIT F

## Standing, Status and Citizenship
## Affidavit
### In God's Law and In Common Law
### Amendment (Bill of Rights) of the Constitution for the United States of America

Date: _____ April 2019

I. Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado State Republic. In Care of: 1024 1/2 East Ash Street, Pueblo, Colorado [81001], being of sound mind and lawful age, do solemnly declare:

1. I am a Freeman-American National, State Zoned Citizen, born on the land of Colorado State Republic, of parents who were Citizen-Principals of Colorado State of the Republic Nation The United States of America. As an hereditament I acquired directly the status of Citizen-Principal-American National-creditor-obligee, of said Colorado State sharing equally in its sovereignty. Slaughterhouse Cases, 83 U.S. 36 (1873).

2. As a free living man, born on the land of Colorado State, I am not a restricted by or a party to the contract stipulation known as the 14th Amendment of the UNITED STATES inc., constitution. I am not a UNITED STATES citizen and because I receive no protection from it, I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark, 169 U.S. 649 (1898).

3. I am a free Citizen of the aforesaid State of my birth and derivative and mediate thereof. . I am a State Zoned Citizen, Citizen of one of the several union States/American National of The United States of America as contemplated in the Constitutional Contract of 1787. INA Section 101(a)(29). Butler v. Farnsworth, federal case, Vol. 4, page 902 (1821).

4. I am not a UNITED STATES citizen, A.K.A. U.S. citizen, as contemplated by the 14th Amendment, and I do not reside in any state with the intention of receiving from the Federal government or any other party a protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

5. I am, therefore, "nonresident" to the residency and "alien" to the citizenship of the 14th Amendment and/or UNITED STATES citizen , United States v. Cruikshank, 92 U.S. 542 (1875); and K. Tashiro v. Jordan 256 P. 545, 549 (1927); affirmed 278 U.S. 123 (1928).

6. As the tax imposed in private corporate special laws - 26 U.S.C.1. pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment, it is not an applicable Internal Revenue Law to me, State Zoned Citizen, as I am neither such a citizen or resident and or employee of the UNITED STATES inc.. Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done without being given Full Disclosure of the alleged contract, under threat, duress, coercion, not knowing that such filings were and are mandated only on citizens and residents of the UNITED STATES, U.S., UNITED STATES OF AMERICA inc., as contemplated by the 14th Amendment.

7. Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, powers of attorney, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence, including but not limited to SS-5 Social Security Administration form/contract that would grant me any privileges and thereby ascribe to me privileges, immunities and duties under a special law-private codes and statutes system of rules, other than that

2019057051
Page 1 of 3
0 $0.00

Page 1 of 3

24

of God the Creator and the Constitutional Contract of 1787,89, ratified 1791 for The United States of America, the Constitution for The United States of America. Articles of confederation and Declaration of Independents 1776. Judicial Law, Common Law (VII amendment), Constitution for Colorado State Republic and Substantive Law-Contract Law, Trust Law etc., and of the treaties for the several states of the Union. Exclusive of the corporate U.S. Constitution, its 14th Amendment and substantive regulations.

8. Also notice and claim all Rights as the sole foreign beneficiary and Equity title holder of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608 (herein stated as MDW Trust). And, as the sole foreign beneficiary, I have moved into the Office of Executor of MDW Trust as the MDW Trust is being mismanaged and raped, on and before 26th of June 2013.

9. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the Laws of the United States, Colorado State Republic Judicial Law or any of the several union states agreements, Lawfully enacted.

10. I sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above to so inform me and to state the reason(s) they believe I am in error in writing at the location of my abode shown below.

## Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

## Notice of Revoke/Removal of Power of Attorney

Notice again, of revocation of any and all Powers of Attorney generated by the Social Security Administration form SS-5 application and/or by and through its trust - Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© and any derivative, sub or constructive trust thereof.

## Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence
All Rights Reserved. Without Prejudice. Without Recourse.

## Standing and Status

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1-2 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris, permanent physically disable American National, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an American National, one of the Citizens of the several union States, with Proof of Life as living man, under

*Affidavit of Standing and Status Cestui Que Vie*

Page 2 of 3

God, of linage to David to Jacob to Adam, Freeman of God a living soul, beneficiary of this Planet Earth put into Trust by God. Thus, I claim and seize the Office of Executor of Gods Trust as said trust is being mismanaged and raped.

I am not the Executor of the Estate or trustee of MDW Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, obligee and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust - MICHAEL DESTRY WILLIAMS©, is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said MDW Trust. Thus, I am claiming dominion of the MDW Trust and my Equitable Rights to terminate said MDW Trust, an accounting, settlement, discharge, closure, and distribution of MDW Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am *Not* a U.S. citizen, not a 14th Amendment citizen, not a citizen or employee of the Federal Corporation – UNITED STATES OF AMERICA, A.K.A. UNITED STATES - U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

_Michael-destry Family of Williams_
Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street,
Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON

Colorado State:
                    ss.
Pueblo County:

Subscribed and Affirmed before this _____ of _____ 2019 by Michael-destry Family of Williams

_____
NOTARY PUBLIC
My commission Expires: _____

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Page 3 of 3

 

2019043967
Page: 1 of 2
D $0.00

04/12/2019 10:29 AM     R $18.00
City & County of Denver                    CTF

EXHIBIT G

# Declaration and Affirmation of National for The United States of America

I, Michael Destry Williams, promise to be without fear in the face of The United States of America's enemies, foreign or from within The United States of America. I will be brave and upright and do all righteous rulings, that Yahweh may love me. I promise to follow and uphold these three simple rules:

1: Love my neighbor as myself,

2: Do unto others as I would have them do unto me, and

3: I will seek first the kingdom of heaven with all of my heart, mind and soul, and

Furthermore, I will safeguard the helpless and ignorant and teach them to stand on their own. I speak these words in the name of Yahweh, not in conflict with his testimony yahshua, and before my neighbors, so that I shall have standing among all other Nations and States, The United States of America or otherwise. All these words I speak, I promise, and

So solemnly affirmed, declared and promised on the forty-ninth day, in the year of Yahweh, six thousand and fifteen, translation 8th day of May, two thousand and twelve,

*Michael-destry*

*Michael-destry*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

*Thomas robert* , Witness                                      , Witness

STATE OF COLORADO )                JOHN HAROLD
COUNTY OF PUEBLO ) ss

Subscribed and Affirmed before me this 11th day of April, 2019 by
Michael-destry

Cynthia M Ellingson
NOTARY PUBLIC    My Commission expires 1/15/23

Intellectual Property Rights Copyright © 2012, page one of two

# CERTIFICATION OF ADMINISTERING AFFIRMATION

On this eighth day of the fifth month in the Year, two thousand twelve A. D., for the purpose of verification, I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., do certify that the American National for The United States of America, appeared before me with the following document **Declaration and Affirmation of National for The United States of America**. I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., personally administered the above affirmation to the living Man, Michael Destry Williams, for verification of status and political decision. The herein named affirmation was taken and administered to Michael Destry Williams without coercion, and of his own free will as a matter of right of self determination according to the Law of Nations, and with his left hand on The Scriptures and his right hand in the air.

WITNESS my hand.


_David G. Anderson, LCDR, USN (RET)_
David G. Anderson, Lt. Cdr., USN, Ret.


Intellectual Property Rights Copyright©2012, page two of two

# EXHIBIT H

2063621   AFFI 03/03/2017 04:22:59 PM
Page: 1 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



2063821  AFFI 03/03/2017 04:22:59 PM
Page: 2 of 3  P 23.00 D 2.00 T 23.00
Gilbert Ortiz Clerk/Recorder  Pueblo County, Co

LIEN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

PRESENTENCE INVESTIGATION REPORT

Docket No.: 1982 1:12CR00140-1

Prepared for: The Honorable Christine M. Arguello
United States District Judge

Prepared by: Kathie I.K. Derusso
United States Probation Officer
Denver, CO
303-335-2976

Assistant U.S. Attorney
Kenneth Mark Harmon
3455 19th Street East
Denver, CO 80224
303-454-0100

Kevin F. Sweeney
D Street, N.W.
Washington, DC 20004
202-305-2617

Defense Counsel
Michael Dean Williams, Pro Se
CO GEO Corp Detention Facility
9595 Dora Oakland Street
Aurora, CO 80010

State of CO, County of Jefferson
Signed before me on this 6th day
of February 2017 by Michael Williams
Notary Public _____ Amanda L. Vargas

Sentence Date: May 15, 2014  3:00 PM

Offenses: Count 1  Tax Evasion and Aiding and Abetting
26 U.S.C. § 7201 and 18 U.S.C. § 2
Not more than 5 years imprisonment/$250,000.00 fine
(Class D Felony)

Count 2  Tax Evasion and Aiding and Abetting
26 U.S.C. § 7201 and 18 U.S.C. § 2
Not more than 5 years imprisonment/$250,000.00 fine
(Class D Felony)

Count 3  Tax Evasion and Aiding and Abetting
26 U.S.C. § 7201 and 18 U.S.C. § 2
Not more than 5 years imprisonment/$250,000.00 fine
(Class D Felony)

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164009302
MY COMMISSION EXPIRES FEBRUARY 17, 2018

DATE REPORT PREPARED: January 28, 2014  DATE REPORT REVISED: February 20, 2014



10/21/2019 12:20 PM     R $13.00
City & County of Denver     AFF

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

## for the

### District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   12-cr-00140-CMA |
| | ) | |
| | ) | |
| MICHAEL DESTRY WILLIAMS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Michael Destry Williams

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

   Failure to Appear on 9/13/2019.

Date:  ____09/13/2019____

                                                                                 s/M. Ortiz, Deputy Clerk
                                                                                 *Issuing officer's signature*

City and state:     Denver, Colorado

                                                                                 Jeffrey P. Colwell, Clerk of Court
                                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date:  _____ |
|                                                                                 *Arresting officer's signature* |
|                                                                                 *Printed name and title* |

Williams
RFD - c/o PO Box #1814
Pueblo Colorado
[81003]

Attn: Clerk of Court

United States District Court of Colorado
901 19th Street
Denver Colorado
[80294 - 3589]







CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 1000 0001 1075 2987



CASE #12CR-00140-CMA

No. _ _ _ _ _

19/01587

# United States of America

2020009910
Page: 1 of 33.
D $90.00

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2019

JEFFREY P. COLWELL
CLERK

R $173.00   AFF

01/23/2020 12:21 PM
City & County of Denver

**DEPARTMENT OF STATE**

Demand
for
Release of
Diplomat

To all to whom these presents shall come, Greeting:

I Certify That _ Brykyta K. Shelton, _ _ _ _ _ _ _ _ _ _

whose name is subscribed to the document hereunto annexed, was at the time
of subscribing the same _ Chief, Records Services Division, _ _ _

_ Passport Services _ _ _ _ _ _ _ _ _ _ _ _ ., Department of State, United States

of America, and that full faith and credit are due to his acts as such.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2020

JEFFREY P. COLWELL
CLERK

_ _ _ _ _ _ _ _ _ _

In testimony whereof, I _ _ Michael R. Pompeo _ _ _ _ _ _

Secretary of State, have hereunto caused the seal of the

Department of State to be affixed and my name subscribed by the

Authentication Officer of the said Department, at the city of

Washington, in the District of Columbia, this _ _ _ 6th _ _

day of _ _ _ June _ _ _ _ _ , 20 _ 19 _ _

*Michael R. Pompeo*
Secretary of State

By *Raymond W. Thompson*
Authentication Officer, Department of State

Issued pursuant to RS 161 3 USC 22, RS
2013 USC 158: Sec 1 of Act of June 25,
1948 62 St 946 78 USC 1731 Sec 4 of
Act of Jan 26, 1948 63 St 111. 3 USC 154c
and Secs 104 and 132 of Act of June 27,
1952 66 St 174 and 233, 8 USC 1104, 1443
and 3 USC 140

*This certificate is not valid if it is removed or altered in any way whatsoever*

Case No. 1:12-cr-00010-MA-CW    Document 185-14    Filed 11/03/23    Page 2 of 33    pg 36 of
City & County of Denver                                    2020009910                                           2 of 33
117



United States Department of State

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Services Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of 26 pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

1. Application #293175589 for United States passport book #592612813 and passport card #C18850067 issued to Michael Destry Williams on January 8, 2019, by the United States Department of State. **[Released in Part - Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

- 2 -

I further state that this certification is intended to satisfy the following
provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code
  Annotated

Sincerely,

Brykyta K. Shelton, Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: _____JUN 0 4 2019_____



FOIA: (b)(6)



City & County of Denver





Williams, Michael Destry          05/23/1964

Frank Ralph                    Williams

10 31 1937  Pueblo Colorado

Esther Jean                    Vitullo

06 04 1940  Pueblo  Colorado

Contractor Giff

5 8 Brown  Brown

RT  RR 1 St. Charles Mesa

Pueblo                              Co  00000

Esther  Williams   c/o 1024 E. Ash Street

Pueblo                    Co 81001  719-544-   Mother

Michael Destry Williams   106733133  03 July 2002

DEPARTMENT OF STATE

JUL - 9 2013

FOIA: (b)(6)

* DS 11 A 00 2013 2 *

Page 2 of 2

U.S. Department of State

Please Print legibly Using Black Ink Only

**STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD**

**IMPORTANT NOTICE**

A U.S. citizen may not normally bear more than one valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previous valid U.S. passport cannot be presented. ...

| | | |
|---|---|---|
| Williams | Michael | Destry |

05/23/1967   Gunnison, Colorado   S.S# 00-0001

RFD, Rural Route 1 St charles Mesa, Pueblo, Colorado
81006-0000

Telephone number: 719 544-5366

Are you submitting this form in connection with an application for a new U.S. passport book or card?  ☒ Yes  ☐ No

Explain how your U.S. passport book and/or card:   Was lost when I moved

Did you file a police report?  ☐ Yes  ☒ No

Explain:   CB 10347  Ash Street, Pueblo, Colorado

On what date was the U.S. passport lost or stolen?   1 February 2011

When was the U.S. passport book issued?   7/23/2001

Have you had any other U.S. passport book and/or card?  ☐ Yes  ☒ No

| | | |
|---|---|---|
| Michael Destry Williams | | 11/02/2018 |

Case No. 12-cr-00400-CMA-CMA Document 185-14 Filed 11/13/23 USDC Colorado pg 43 of
2020099910
117
City & County of Denver                                                                                    9 of 33



U.S. Department of State

## AFFIDAVIT OF IDENTIFYING WITNESS
IN IDENTIFICATION OF A PASSPORT APPLICANT

This form should be completed ONLY by the identifying witness and is to ONLY be used in conjunction with form DS-11. Application for a U.S. Passport.
This affidavit must be accompanied by a photocopy of the front and back of the witness' identification.

**1. Passport Applicant's Name (Last, First, Middle)**
Williams Michael Weston

**2. How do you know the applicant?**
Stepson Mother in law

**3. How long have you known the passport applicant?**
5 + Years          3 Years          1 Months

### WITNESS INFORMATION

**4. Witness' Name (Last, First, Middle)**
Williams Esther Jean

**5. Witness' Residential Address**
1234 East Ash St.

**City, State, ZIP Code**
Pueblo Colorado 81001

**6. Witness' Place of Birth (City, State)**
Pueblo Colorado

**7. Witness' Date of Birth (mm-dd-yyyy)**
06-09-1946

**8. Witness' Home Telephone Number**
719 544 5424

**9. Witness' Social Security Number**
523 45 4126

**10. Was your identification been issued a U.S. passport?** [X] Yes [ ] No
If Yes, complete items 11-12

**11. Witness' Passport Number**
310107319

**12. Date of Issuance (mm-dd-yyyy) or approximate date**
25 Jan 2007

I declare under penalty of perjury that I know or have reason to believe the above-named passport applicant is a citizen or non-citizen national of the United States, and the above statements are true and correct.

**Signature** Esther Jean Williams          **Date (mm-dd-yyyy)** 11-16-2018

### FOR ACCEPTANCE AGENT'S USE ONLY

[ ] Acceptance Agent
[ ] Passport Staff Agent
[ ] USA Department USA



Williams Michael Dudley

Superior Court District Case 59 No. 7

Williams Esther Jean
1624 Cool Ave W.
Pueblo Colorado 5161

Pueblo Colorado

(719) 544-5368    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    June 9, 1940

Esther Jean Williams    Dec 15, 2018



**Affidavit of Service**

Date: 20th December 2018

To:
Department of State of the United States
National Passport Center
Att: # 699, Supervisor Laura 532 (sic)
207 International Drive
Portsmouth, New Hampshire [03801]

From:
Michael Boatry Family of Williams
Rural Route 1 St. Charles Mess
Pueblo, Colorado
C/o    1024 East Ash Street
        Pueblo, Colorado [81001]

RE: Application for Passport, Response to rejection letters, dated 7th December 2018
and 19th December 2018. Acceptable signature and additional copies of secondary
identification.

Dear: Laura and/or To whom it may concern,

Enclosed please find Requested copies, as specified upon our telephone conversation of
11th December 2018 and rejections letters from your office.

1)    The rejection letters dated 7th December 2018 and 19th December 2018.
2)    New DS-11 with signature in cursive instead of printed signature of applicant.

## Photocopies of Secondary Identification

3)    Colorado Drivers License,                              Issued 11/27/2007
4)    Colorado Drivers License,                              Issued 03/25/2003
5)    The United States of America Passport,         Issued 07/03/2002
6)    The United States of America Passport,         Issued 06/05/1992
7)    Social Security Trust card      ID # 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
8)    Certificate of Baptism                                   Issued 08/31/1964
9)    Certificate of Birth Record Gunnison Registrar    Issued 09/25/1964
10)   Copy of Birth record-Gunnison and Copy of Passport Issued 07/07/1982
11)   Selective Service Acknowledgement Letter      Issued 08/02/1982

Page 1 of 2
Passport Application

Previously Submitted

12) **STATE OF COLORADO**
Certificate of Live Birth - File 1051964016457 — Recorded 06/02/1964
13) DS-71 Affidavit of Identifying Witness - Affiant
Esther Jean Williams - Mother of Applicant
Post Office, Sunset Station Pueblo, Colo. Issued 11/06/2018

### U.S. Department of State. Certificates of Non Citizen Nationality

Pursuant to Section 301(b) of the Immigration and Nationality Act (INA), 8 USC 1452(b). As defined by the INA, all U.S. citizens are U.S. nationals. Section 101(a)(21) defines the term "national" as a person owing permanent allegiance to a State. Section 101(a)(22) defines the term "national of the United States" includes all U.S. citizens as well persons who, though not citizens of the United States, owe permanent allegiance to United States (non-citizen nationals). American National is a Citizen of the several union States as defined in Constitution for the United States, especially Article 3 sec 2 clause 1 and Art to 4, sec 2, State Funded Citizen. U.S., United States, UNITED STATES defined 41 congress 1871, also see 28 USC 3002 (15) means Federal Corporation.

#### Affirmation

I, Michael Destry Family of Williams, do affirm that above stated Affidavit and stated documents have been mailed and served, by and through Post Office of the United States, by postal agent witness below, under God, to the best of my knowledge, correctly, with Clean Hands and in Good Faith.

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Assignors and Assignors.

All Rights Reserved, Without Prejudice, Without Recourse

In Propria Persona Sui Juris, Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), Citizen of the several union States, American National, not a U.S. citizen, affiant was not born in UNITED STATES A.K.A. DISTRICT OF COLUMBIA.
In Common Law, VII Amendment of the Constitution of the United States.

Cursive Signature stated here Also, Per request of Passport Agent

By: *Michael Destry Williams*

By: *Michael Destry Williams*
Michael-destry Family of Williams

**Postal Agent and/ or Witness**

Cc.
Scott Tipton - House of Representative
Attn: Brian McCain (719) 542-1073
503 North Main Street # 653
Pueblo, Colorado [81001]

Page 2 of 2
Passport Application

00311862-6482

Signature of Account Holder: *Michael destry: Williams*

Name/Title of Account Holder: *Attorney in*  Date 4-15-2410



Colorado
Driver License

MICHAEL DESTRY WILLIAMS
1738 CORTNER ROAD
PUEBLO, CO 81006

## Notice / Standing and Status

Thus I  Michael-destry: Williams, FRD-Rural Route 1  St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America  (usa), an. American National, one of the Citizens of the several union States,  not a U.S. citizen.  Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRN00091-RA 393427640 US   I have Declared a Peace Notice.  I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation.  I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder  I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the 'Office of Executor', highest office of the Land Informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped.  I, the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust.  an accounting, settlement, closure  and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law. Amendment VH of the Constitution of the United States. All previous STATE OF COLORADO corporations instruments, licenses, where signed without prejudice and revoked on 18th March 2009 See publicly recorded SSA-521 form.  Pueblo County #1970982

Witness:

*Marie Jones Anderson*

All Rights Reserved  Without Prejudice  Without Recourse

by: *Michael destry: Williams*

49

Case No. 1:21-cv-01400-CMA Document 85-2 Filed 11/03/23 USDC Colorado pg 50 of
111
City & County of Denver          2020009910          16 of 33

00311862-0483



## *Notice / Standing and Status*

This I, Michael destry Winians FRD Rural Route 1, St. Charles Mesa, Pueblo, Colorado c/o 1024 East Ash Street Pueblo, Colorado [81001], in Propria Persona sui juris, a Citizen of Colorado State Republic of the Republic Nation **The United States of America** usa, an American National, one of the Citizens of the several union States, **not a** US citizen. Notice to all that I am indemnified against all claims, private, public, commercial, corporate charges and/or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393428-363 US. I have declared a Peace Notice. I am not at war with the UNITED STATES of AMERICA corporation or its agencies or its subsidiaries, including but not limited to STATE of COLORADO corporation, and acquire title to the Estate or trustee of SS Trust, not Legal Title holder. I am sole foreign beneficiary, Equity Title holder, with residor, and have moved into the fourth position of the trust, the most senior, the highest-titled claimant, with all interest. I, the Vie Social Security Trust SS Trust MICHAEL DESTRY WILLIAMS cestui que trust Mismanaged and trayed. I, the sole foreign beneficiary, having acquired held divested Original SS Trust Thus I am claiming enfoment of the SS Trust and my Equitable Rights. I own interest in SS Trust as one of the settlement, closure, and distribution, in SS Trust assets Claim for beneficiary my own Estate or Trust I own as Equitable Rights to Common Law American legal Vise of the constitution of the United States. As previous STATE of COLORADO corporation by instruments declares where signed without prejudice at the issued, on 29th March 2008 Section UCC 1 Truth of SSA 521 form. Pueblo County #19/008

**Witness.**

          by          

00211982-0404



| Signature of Account Holder: | *Michael Destry Williams* |
| Name/Title of Account Holder: | *Manager* | Date: *4-15-2016* |

## Notice / Standing and Status

Thus I, Michael-destry: Williams, FBD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris a Citizen of Colorado State Republic of the Republic Nation The United States of America [usa], an American National, one of the Citizens of the several usa States, not a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393127640 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL. DESTRY WILLIAMS(c), is being Mismanaged and Raped. I the sole foreign Beneficiary, having never received and true Benefit from said SS-Trust Thus' I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights in Common Law. Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporations instruments, licenses, where signed without prejudice and revoked on 18th March 2009. See publicly recorded SSA-521 form. Pueblo County #1970982

Witness:

All Rights Reserved. A true copy made with out Recourse

by: _____



## Notice / Standing and Status

Thus I, Michael-destry Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Proprio Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (one), an American National, one of the Citizens of the several union States, not a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign use Private Registered Indemnity Bond AMRI00001 RA 393427640 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner creditor, and have moved into the fourth position of the trust, the "Office of Executor", Highest office of the Land informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c) is being Mismanaged and Raped. I, the sole through Beneficiary, having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and any Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights in Common Law, Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporation instruments, licenses, where signed without prejudice and revoked on 18th March 2009 See publicly recorded SSA-521 form. Pueblo County #1970962.

Witness:

All Rights Reserved, Without Prejudice, Without Recourse

by: _Michael-destry williams_



## Notice / Standing and Status

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an. American National. one of the Citizens of the several union States, not a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 395427640 US. I have Declared a Peace Notice. I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary. having never received and true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting. settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights in Common Law, Amendment VII of the Constitution of the United States. All previous STATE OF COLORADO corporations instruments, licenses, where signed without prejudice and revoked on 12th March 2009 See publicly recorded SSA-521 form. Pueblo County #1970982

Witness:

All Rights Reserved Without Prejudice Without Recourse

by: _____

08311862-0497

# Certificate of Baptism

I hereby certify, that *Michael Desty Williams*

Son {Daughter} of *Frank A. Williams* and *Esther Jean Cittells*

was born in *Denver, Colo* on the *25* day of *May* 196_

and was Baptized according to the Rite of the Roman Catholic Church

on the *31* day of *August* 1964 by Rev. *Anthony Birtanka*

the Sponsors being *Joseph Felice* and *Mrs. Veronica*

as appears in the Register of the Church.

Dated *Aug 31* 1964 *Rev. Jer. Andre, Asst* Pastor

*X4 P.I. Press Co., Inc.*

STATE OF COLORADO

Office of the Local Registrar of Vital Statistics

Colorado      Colorado

CERTIFIED COPY OF BIRTH RECORD

Name of Child

Place of Birth
Gunnison, Gunnison County, Colorado

Name of Father
Lloyd Brian Williams

Name of Mother
Loline Gean Prigmore

Date record filed
June 2, 1963

Witness my hand and seal of Local Registrar

on this 20th day of   December   19

Local Registrar of Vital Statistics

Registration District Number 170

Gunnison   Gunnison County     Colorado

No. One Hundred Fourteen

Office of the local Registrar of Vital Statistics

Gunnison _____, Colorado

# CERTIFIED COPY OF BIRTH RECORD

Warning: This copy is not valid if it does not bear the raised seal of the local registrar of vital statistics. Any reproduction or alteration of this copy is prohibited.

| Name of Child | | Sex |
|---|---|---|
| Michael Destry Williams | | Male |
| Place of Birth | | Date of Birth |
| Gunnison, Gunnison County, Colorado | | June 23, 1964 |
| Name of Father | Age | Place of Birth |
| Frank Ralph Williams | 26 | Colorado |
| Name of Mother | Age | Place of Birth |
| Esther Jean Vitullo | 24 | Colorado |
| Date Record Filed | | Local Registration Number |
| June 2, 1964 | | Bk. 67 No 139 in 1964 |

I hereby certify that I hold the office of local Registrar of Vital Statistics in Gunnison, Colorado, and have custody of the birth records required by law to be kept by said office and that the information set forth above was correctly copied from a record of birth in my office.

Witness my hand and seal of local Registrar

on this 25th day of September 1964.

_Sylvia R. Parnell_
Local Registrar of Vital Statistics

Registration District Number 102

Gunnison, Gunnison County _____ Colorado

No. One hundred fourteen

RS 158 (1-54-100)



City & County of Denver



## SELECTIVE SERVICE SYSTEM

ACKNOWLEDGEMENT LETTER

44-0632306-5        18        20032-252065                    AUGUST 2, 1982

MICHAEL DESTRY    WILLIAMS                     Mail Correction/Change
1725 BONNY BRAE                                Form to:
PUEBLO, CO 81001
                                               Selective Service System
                                               Great Lakes, Illinois 60006

Dear Mr. WILLIAMS,

This letter shows the current information in your Selective Service record and should
be kept as evidence of your registration.

Please read every item in your record, especially those with asterisks (**). If an
item is incorrect (like your date of birth), include the correct information on the
attached CORRECTION/CHANGE FORM and return the form to Selective Service. It is your
legal responsibility to notify us of any errors within ten days after receipt of this
letter.

The law requires you to notify Selective Service of any changes in your current or
permanent address, or any legal name change, within ten days of the date of the change.
The law also requires that you provide your social security account number to Selective
Service. Failure to do so could result in legal action. If you do not have a social
security number you do not have to get one for registration purposes.

TO NOTIFY SELECTIVE SERVICE OF CHANGES IN YOUR RECORD, YOU MAY USE EITHER THE ATTACHED
CORRECTION/CHANGE FORM OR THE CHANGE OF INFORMATION FORMS WHICH ARE AVAILABLE AT ANY
U.S. POST OFFICE OR OVERSEAS AT AN AMERICAN EMBASSY OR CONSULATE.

If your record is complete and all items shown are correct, please keep this letter
and attached form for future use.

Thank you for your cooperation.

(Special note for Hispanic registrants) Si usted que esta carta u otra información
la sea enviada en español, saque el encasillado en el formulario incluido.

| 44-0632306-5 | 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 | M | 15-23-64 | 503-544-8418 | 07-30-82 |
|---|---|---|---|---|---|
| Selective Service No. | Social Security No | Sex | Date of Birth | Telephone Number | Date of Record |

| NAME | | | | | |
|---|---|---|---|---|---|
| MICHAEL DESTRY    WILLIAMS | | | | | |

| CURRENT MAILING ADDRESS | | | PERMANENT ADDRESS | | |
|---|---|---|---|---|---|
| 1725 BONNY BRAE | | | 1725 BONNY BRAE | | |
| Number and Street | | | Number and Street | | |
| PUEBLO | | CO  81001 | PUEBLO | | CO  81001 |
| City | | State  Zip Code | City | | State  Zip Code |

CMS-3243-0003
SSS Form 3A(Dec31)        Keep this copy for your record



CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER
**1051964016457**

NAME OF REGISTRANT
**MICHAEL    DESTRY    WILLIAMS**

DATE AND TIME OF BIRTH
**MAY 23, 1964 05:47 AM**

SEX OF REGISTRANT
**MALE**

CITY OF BIRTH
**GUNNISON**

COUNTY OF BIRTH
**GUNNISON**

MOTHER'S NAME (and maiden name)
**ESTHER    JEAN    VITULLO**

MOTHER'S STATE OF BIRTH
**COLORADO**

24

**FRANK    RALPH    WILLIAMS**

FATHER'S STATE OF BIRTH
**COLORADO**

26

DATE RECORDED
**JUNE 02, 1964**

OCTOBER 29, 2018

CU9118178

City & County of Denver



United States Department of State

*National Passport Center*
*307 International Drive*
*Portsmouth, New Hampshire 03801-0912*

**December 7, 2018**

Michael Gentry Williams
1024 E Ash St
Pueblo, CO 81001

**IN:** 293175589

Dear Mr. Williams:

We received your recent passport request. However, the printing of a stamp is not acceptable for passport purposes. It is necessary for you to sign a new application.

To submit your application, please return to the acceptance facility where you originally applied, with the following:

> * A new, completed application (Form DS-11, *Application for a U.S. Passport*). **Do not sign it until instructed by the passport acceptance agent;**
> * Identification;
> * Passport photograph; and
> * This letter.

Your evidence of U.S. citizenship has been retained by our office and will be returned to you once the application process is concluded.

No additional execution fee will be charged if you return to the same acceptance facility where you initially applied. However, if you apply at a different acceptance facility, an additional execution fee must be paid directly to that acceptance facility.

**AND,**

The identification you presented to the Acceptance Agent was not properly recorded on your application. Please submit a clear photocopy (front and back) of one or more of the following valid documents that contains your photograph:

* Driver's license (not temporary or learner's permit);
* State identification card;
* Military identification;
* Student identification (high school or college/university); or
* Federal/state/municipal employee identification card.

## 0031-1682-0404

To assist with processing your application, we must receive the requested information within ninety (90) days of the date shown on this letter. If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY TDD 1-888-874-7793)

**For general passport information, to check the status of your passport application, please visit us on-line at travel.state.gov.**

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO A PASSPORT ACCEPTANCE FACILITY.**

Customer Service Department

Enclosure(s)
DS-11, Application for Passport
https://eforms.state.gov/Forms/ds11.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### For Acceptance Agents Only

- ❏ Accept completed DS-11, *Application for a U S Passport*, identification, and one photo from the above-mentioned customer (He/she is returning to your office because an execution error was made when the application was initially filed at your office )
- ❏ Execute the application
- ❏ Please do not collect the execution fee
- ❏ Attach this letter to the application
- ❏ Send the executed application to the address indicated on this letter

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



00841862-0001

United States Department of State

*National Passport Center*
*207 International Drive*
*Portsmouth, New Hampshire 03801-2852*

December 10, 2018

Michael Henry Williams
1024 E Ash St
Pueblo, CO 81001

Ref: 293175589

Dear Mr. Williams:

Thank you for your recent passport application.

However, the identification you provided is not sufficient for passport purposes. Please submit photocopies of **one or more** personal documents, which are **listed on or older**. For your information we have included a list of acceptable forms of personal documents that may assist our office in establishing your identity. However, you may submit any other document in your possession that shows either your name and photo (with issue date) or name and signature (with issue date).

**RECORDS WITH PHOTOGRAPH (VALID or EXPIRED)**
- Driver's license
- Learner's or temporary driver's permit
- School yearbook photograph with your name and photo, also with school's name and year that it was issued
- U.S. Passports
- Newspaper/Magazine articles (with your photo & name, news paper's name & date)

**RECORDS WITH EITHER PHOTOGRAPH OR SIGNATURE (must have a date)**
- Employment identification card
- Professional license (ex. nurse, pilot, mechanic, etc)
- Federal, State or Municipal identification card
- Military identification
- Student identification card

**SIGNED IDENTIFICATION ITEMS (Should have your hand signature and date)**
- Military records such as DD-214
- Selective Service registration card
- Union membership (bearing name signature or name/photo and issuance date)
- Medicare health insurance card
- Welfare card
- Marriage certificates
- Medical records

* Voter's registration card
* Children's birth certificates
* Social Security card
* Traffic ticket

**If you were asked abroad you may also submit\*:**

* Foreign school records with name, photo and date
* Foreign passports
* Foreign driver's license (valid or expired)
* Foreign government issued identification, such as voter's registration cards or national identification cards.

\* If in a language other than English, please provide a certified English translation from an organization such as a foreign embassy/consulate or translation service. The translation must include the name, address, and telephone number of the organization or individual who translated the document.

**AND,**

We received your recent passport request. However, **the printing of a name is not acceptable for passport purposes, it is necessary for you to sign a new application.**

To submit your application, please return to the acceptance facility where you originally applied, with the following:

* A new, completed application (Form DS-11, *Application for a U.S. Passport*). **Do not sign it until instructed by the passport acceptance agent;**
* Identification;
* Passport photograph; and
* This letter.

Your evidence of U.S. citizenship has been retained by our office and will be returned to you once the application process is concluded.

No additional execution fee will be charged if you return to the same acceptance facility where you initially applied. However, if you apply at a different acceptance facility, an additional execution fee must be paid directly to that acceptance facility.

To assist with processing your application, we must receive the requested information within ninety (90) days of the date shown on this letter. If the information is not received or is insufficient to establish your entitlement to a U.S. passport, your application may be denied and your citizenship evidence will be returned. By law, the passport execution and application fees are non-refundable.

If you have any questions please contact the National Passport Information Center: 1-877-487-2778 (TTY TDD: 1-888-874-7793).

**For general passport information, to check the status of your passport application, please visit us on-line at travel.state.gov.**

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO A PASSPORT ACCEPTANCE FACILITY.**

00311862-0498

Sincerely,

Customer Service Department

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### For Acceptance Agents Only

❏ Accept completed DS-11 *Application for a U.S. Passport* identification and one photo
  from the above-mentioned customer. (He/she is returning to your office because an
  execution error was made when the application was initially filed at your office.)
❏ Execute the application
❏ Please do not collect the execution fee
❏ Attach this letter to the application
❏ Send the executed application to the address indicated on this letter

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Enclosure(s):
DS-11, Application for Passport



United States Department of State

*Washington, D.C. 20520*

May 8th, 2019                              Case Number: LE-2019001587

Michael-destry Williams
Rural Route 1, St. Charles Mesa
Pueblo, Colorado
C/o 1024 ½ East Ash Street
Pueblo, CO 81001

Dear Mr./Ms: Williams

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA)/ Privacy
Act (PA) request dated _____April 11, 2019_____; to the Department of
State, Passport Services.

Your FOIA/PA request was assigned the above tracking number. Please include the
tracking number in all future communications concerning this FOIA/PA request.

This Office has adopted a first in/first out practice of processing all incoming requests.
Your request has been placed in chronological order based on the date of receipt and
will be handled as quickly as possible. If you have any questions regarding the status of
your request or to discuss any aspect of your request you may contact our office at
(202) 485-6550.

                                        Sincerely,
                                        Passport Services
                                        Office of Legal Affairs
                                        Law Enforcement Liaison Division



United States Department of State

*Washington, D.C. 20520*

**JUN 1 1 2019**

In reply refer to: Case Number - 2019001587
CA/PPT/S/L/LE – WILLIAMS, Michael Destry

Michael Williams
1024 ½ East Ash Street
Pueblo, CO 81001

Dear Mr. Williams:

We are responding to your letter requesting the release of information from your
passport records pursuant to the Freedom of Information/Privacy Acts.

We conducted a search of our records and were able to locate one document that
appears relevant to your request. After careful review of the document, we have
determined that it may be released in part. Enclosed please find two certified
copies of the document.

You may overcome the Freedom of Information Act restriction by providing either
notarized consent from the file subject authorizing release of the information,
credible evidence that the subject is deceased, or a court order signed by a judge of
competent jurisdiction. If you are unable to provide these items but feel you are
entitled to this information, please provide this office with your justification for
having access to the excised information. Please forward your appeal to the
following address:

<div align="center">

Chairman Appeals Review Panel
c/o Appeals Office
A/RPS/IPS/PP
515 22nd Street, N.W. – Room 8100
Washington, D.C. 20522-8100

</div>

-2-

We have also enclosed with this letter additional information to assist you with the appeals process. Please include a copy of this letter with your appeal letter.

We hope the document proves helpful to you. If we can be of further assistance, please feel free to contact us.

Sincerely,

M. Pleasant
Team Lead
Law Enforcement Liaison
Office of Legal Affairs
Passport Services

## APPEAL OF DENIAL OF ACCESS

**You have the right to appeal the determinations provided to you in our attached response. Listed below are the appeal procedures for the Department of State.**

(a) You my request a review of an initial denial of access to a record under the Freedom of Information Act (5 USC 552), the Privacy Act of 1974 (5 USC 552a), or Executive Order 12958. The review (hereinafter referred to as the appeal) must be in writing and should be sent certified mail to:

<div align="center">

Chairman Appeals Review Panel
c/o Appeals Office
A/RPS/IPS/PP
515 22nd Street, N.W. – Room 8100
Washington, D.C. 20522-8100

</div>

The appeal should be received within **60 days** of the date of the Department's refusal to grant access to a record in whole or in part.

(b) The appeal review begins on the date the appeal is received by the Chairman, Appeals Review Panels (hereinafter referred to as the Chairman). The appeal of a denial of access to records should include any documentation, information and statements to support your request for access and to refute the use of the exemptions(s) cited in the Department's justification concerning the denial of access.

(c) The Chairman or her/his designee and at least two other members of the Panels designated by her/him will constitute a panel to consider and decide the appeal. They will maintain a written record of the reasons for the final determination. The final determination will be made within **30 working days** (excluding Saturday, Sunday and Federal holidays) for Executive Order and Privacy Act appeals, and within **20 working days** for FOIA appeals. For good cause shown, the Chairman may extend such determination beyond the 30 day period in Privacy Act cases.

(d) The Chairman shall then notify the requester in writing of the panel's decision to grant access and of the Department's regulations concerning access.

(e) When the final decision of the Panel is to refuse to grant access to a record, the Chairman of the Panel will advise you in writing:

(1) of the refusal to grant the appeal and the reasons, therefore, including the exemptions of the Freedom of Information Act, the Privacy Act of 1974 and Executive Order 12958 under which access is denied.
(2) of your right to seek judicial review of the Department's decision, where applicable.

CASE #12CR-00140 CMA



4TH
SUBMISSION.
Habeas Corpus

**2019146452**
Page: 1 of 24
D $0.00

10/21/2019 12:20 PM
City & County of Denver
R $128.00
AFF

# Writ of Habeas Corpus

## In Common Law

7th Amendment (Bill of Rights) of the Constitution for The United States of America
Not within the UNITED STATES Inc.

To:     All nine men and women known as Justices for
        the Supreme Court of the United States
        1 1st Street NE
        Washington D.C. 20543-0001

From:   James Frank, Family of Williams - In Propria Persona Sui Juris
        Address:   RFD
        In Care Of:   PO Box 11814
                      Pueblo Colorado [81001]
        Herein known as Affiant.

**RE:**       Michael-destry Family of Williams, permanently disabled, an American National/State
Citizen as per the United States State Department, is being held/incarcerated and/or under penal
corporate Parole, by a commercial claim of the corporation known as the Admiralty UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLORADO Inc., {herein USDC} in a commercial case
# 12-cr-00140-CMA -(1), with the principal corporation as plaintiff, known as UNITED STATES OF
AMERICA Inc., (see Exhibit A). Named defendant Cestui Que Vie Trust known as MICHAEL
DESTRY WILLIAMS. (see Exhibit B). Holding the sole foreign beneficiary of said trust, American
National/State Citizen Michael-destry: Williams as the unwilling compulsory surety, under threat, duress
and coercion:

**I.**       Jurisdiction arises under this Affiant's International Right of Self Determination of actions of
Declarations/ Affidavits/Public Records, maintaining my sacred honor per my compact known as The
Declaration of Independence 1776, Articles of Confederation and 1787/89/91 Constitution for The
United States of America. I am not bound by any corporate Rules, Regulations, Statures or Codes in any
manner.

**II.**       Venue is proper as per my International Right of Self Determination as an American
National/State Citizen, as guaranteed in the VII Amendment (Bill of Rights) of the Constitution for The
United States of America. Again, not by any corporate Rules, Regulations, Statutes or Codes.

**III.**       Parties are: 1. This Affiant, 2. Michael-destry, Family of Williams, 3. and all Nine Justice
Individuals occupying the Supreme Court of the United States, plus their unknown and unnamed
subordinates.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 23 2020**

JEFFREY P. COLWELL
CLERK

*Supreme Court of The United States of America*
*Writ of Habeas Corpus*
*Page 1 of 4*

CERTIFICATION
and Recorder for the
COUNTY OF DENVER State
does hereby certify this
to be a full, true and
of the original
recorded in my office.

Noemi Winn
Deputy County Clerk
Date
by

## Facts/Affidavit

**IV.** The following Facts are Self-Evident,

1.  You nine individuals are by actual fact or open public pretension the deciders of the Law of the Land for The United States of America via this Affiant. Via one of your recent decisions in **"United States v. Haymond"** you bring into question the lawfulness of any continuing sentence applied after the original sentence is served, that is not heard and acted upon by a man's Jury of his Peers. Justice Gorsuch says that; "Only a jury acting on proof beyond a reasonable doubt may take a person's Liberty." That is NOT happening!

2.  You nine Justices, Office of Supreme Court and agents thereof, have created or ok'ed a **non-judicial**, foreign corporate special law jurisdiction, - 14th Amendment of the US constitution, federally zoned citizen with privileges, in contrast with the Constitution for The United States of America, Article 4 section 4, Republic State and State Zoned Citizen Rights, the latter of which applies to this Affiant and Michael-destry. The previous which you know or should know allows your subordinates, with impunity, to:
    A. impeach our sacred Honor,
    B. deny or ignore our Citizenship as an American National/State Citizen, (see exhibits C and C1) (as is again being done since Michael-destry's unlawful arrest on October 11, 2019) (see exhibit D – James Frank's Affidavit)
    C. Trespass on Michael-destry's Unalienable Rights, specifically his Liberty Rights at the whims of a corporate agent Christina M. Arguello, ACTING as a lawfully seated judge.

3.  This Affiant's and Michael-destry's American National status, Unalienable and Equitable Rights have been taken for a number of years via the Nonfeasance, Misfeasance, Malfeasance committed via Color of Law, in violation of your own laws, specifically U.S. Code 18 sections 241 & 242, but not limited to, with the sanctions of the Supreme Court of The United States of America, and now you impeach my sacred honor.

4.  Michael-destry: Williams is unlawfully being held in **non judicial** custody of the corporate Admiralty UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO (exhibit E) by acting Judge Christine M. Arguello and acting Clerk of Court Jeffery P. Colwell, under special laws of a **foreign** corporation (Color of Law private codes and statutes), denying Michael-destry his Unalienable Rights from the Creator, including but not limited to, violation of XI Amendment, suits prosecuted by Citizens or Subjects of any Foreign State, being denied VII Amendment suits In Common Law, denied Due Process, and VI, V, IV Amendments of the Constitution for The United States of America.

5.  Acting public servants; Judge Christina M. Arguello, Clerk of Court Jeffery P. Colwell, UNITED STATES Attorneys Kenneth Harman, and John Walsh but not limited to, do not have a valid Oath of Office nor bonds filed with the City and County of Denver Clerk and Recorder or the Secretary of State of Colorado State, as required by Colorado State Constitution(1876), Article XII sections 8,9, and 10, and Article VI section 3 of the Constitution for The United States of America(1787/89/91), and the General Laws of Colorado, making all of their offices vacant and actions void.

6. This Affiant's honor, duties and responsibilities as an American National/State Citizen, requires me to notify you of the wrongs being perpetrated upon American National/State Citizen Michael-destry. This has been done by this Writ of Habeas Corpus, but not limited to.

7. If this matter is not corrected or openly denied, this will be Prima Facia Evidence to you admitting to the facts and accepting liability.

**V.** If you wish to honor your duty to this Affiant and Michael-destry as well as your Oath of Office as required in the VI Amendment of the Constitution for The United States of America, the following is suggested by correcting the misjustice / trespasses upon this Affiant and Michael-destry by the foreign corporation and its corporate agencies as follows;

1. Release Michael-destry this day from the federal corporate USDC alleged jurisdiction (Incarceration/Parole), with express written notification and orders.

2. Vacate the judgment and sentence of the corporate Admiralty UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO commercial case # 12-cr-00140-CMA-(1), all enacted under Color of Law.

3. Recognize and correct Michael-destry's, Standing, Status and Citizenship (exhibit F),with all branches of the government of the United States.

### Exhibits

A  Entity details of corporation UNITED STATES OF AMERICA, Inc.

B  Letter from corporate DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO Confirming the all caps name MICHAEL DESTRY WILLIAMS is a fictional trust.

C  Certificate of Identity form DS-4240 with Request page and Photocopy of Passport card and passport. City and County of Denver Recorder # 2019043968.  3 - Pages.

C1  Photocopy of page inside passport showing request from Secretary of State that was ignored.

D  James Frank: Williams' Affidavit.

E  Proof of Entity Incorporation. 5 pages

F  Standing, Status and Citizenship Affidavit.
City and County of Denver Recorder # 2019057051.  3 - Pages.

G  Oath of Citizenship of Michael-destry, Family of Williams administered by Officer of the Nation, Lt. Cdr., USN, Retired, now deceased, David G. Anderson on 8th of May 2012. City and County of Denver Recorder # 2019043967. 2 - Pages.

H  Notice and arrest of UNITED STATES DISTRICT COURT Inc. commercial case # 12-cr-00140-CMA-(1) Indictment.

### Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

## Notice

Notice to Agents is Notice Principal.
Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence.
All are without excuse
All Rights Reserved, Without Prejudice, Without Recourse.

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, flesh and blood man, as a living soul, Freeman/American National upon Planet Earth.

By: _James F. Wil_____

James Frank, Family of Williams – sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State        )
                      ) ss.
Pueblo County         )

Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank Williams.

_Cynthia A. Ellingson_

Cynthia A. Ellingson, Notary Public
My Commission Expires: ___1|15|2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID. 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Cc:

TO:   Attorney General William Barr
      US Department of Justice Room 4400
      950 Pennsylvania Avenue
      Washington D.C. 20530-0001

TO:   UNITED STATES DISTRICT COURT OF COLORADO Inc.
      Attn: Clerk of Court Jeffery P. Colwell
      901 19th Street, Room A-105
      Denver, Colorado [80294-3589]
      Corporate Commercial Case # 12-cr-00140-CMA-(1)

*Supreme Court of The United States of America
Writ of Habeas Corpus
Page 4 of 4*

EXHIBIT   A

4

Exhibit 3

NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## Entity Details
### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2193946 | Incorporation Date: (mm/dd/yyyy) | 04/19/1989 |
| | | Completion Date: | |
| Entity Name: | UNITED STATES OF AMERICA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | NON-PROFIT OR RELIGIOUS |
| Residency: | DOMESTIC | State: | DE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE COMPANY CORPORATION | | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302) 636-5440 | | |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.
Would you like Status Status,Tax & History Information

IRS0001 16

GJEX03X050

# $EXHIBIT$ $B$

| DISTRICT COURT, DENVER (PROBATE) COUNTY, COLORADO | |
|---|---|
| Court Address:<br>1437 Bannock Street, Room 230, Denver, CO, 80202 | DATE FILED: July 22, 2019 |
| In the Matter of the Trust: MICHAEL DESTRY WILLIAMS | |
| | △ COURT USE ONLY △ |
| | Case Number: 2019PR166<br>Division: 1          Courtroom: |
| ORDER | |

THIS MATTER is before the Court for review and consideration of filings presented by Michael Destry Williams on April 12, 2019, May 10, 2019, May 16, 2019, June 10, 2019, July 1, 2019 and July 15, 2019. The Court has reviewed the filings, finds them to be nonsensical and accordingly finds the filings fail to state a claim upon which relief may be granted.

To the extent necessary, the filings are denied. No further action shall be taken by the Court.

Issue Date: 7/22/2019

*Elizabeth D. Leith*

ELIZABETH DEMBERG LEITH
District Court Judge



City & County of Denver

# EXHIBIT C

U.S. Department of State

## CERTIFICATION OF IDENTITY

| 1. Full Name of Requester [1] (*Last, First, MI*) | 2. Date of Birth (*mm-dd-yyyy*) |
| --- | --- |
| Williams Michael Destry | |
| 3. Full Name of Subject of Records | 4. Citizenship Status [2] |
| Michael | |
| 5. Current Address | 6. Place of Birth |
| | Colorado |

### Third Party Authorization
Complete this section if you are authorizing release of your records to another person.

I, _____, pursuant to 5 U.S.C Section 552a(b),

authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party

Address of Third Party

Type of Third Party (check one) ☐ Parent ☐ Custodial Guardian ☐ Legal Representation ☒ Other

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000

Signature *Michael destry Williams* Date (*mm-dd-yyyy*) 04/11/2019

### PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171, 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U S C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence." pursuant to 5 U S C Section 552a(a)(2) Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.

Certified mail # 7017 1000 0001 1073 5492

DS-4240 05-2013

04/12/2019 10:29 AM
City & County of Denver
R $23.00
CTF

2019043968
Page: 1 of 3
D $0.00

# Request for
# Passport Records
# (2) Certified Copies

Date: *11th April 2019*

TO:    U.S. Department of State
        Office of Law Enforcement
        Liaison
        44132 Mercure Circle
        P.O. Box 1227
        Sterling, Virginia [20166]

Pursuant to The Privacy Act of 1974 and special law [5 USC 552 (2)].

| | |
|---|---|
| Name: | Michael destry: Williams |
| Date and Place of Birth: | 23rd May,1964, Gunnison, Colorado State |
| Mailing Address: | Rural Route 1, St. Charles Mesa |
| | Pueblo, Colorado |
| | C/o 1024 1/2 East Ash Street |
| | Pueblo, Colorado [81001] |
| Telephone: | (719) 544-5362 |
| Email Address: | none |
| Dates Passport Issued | 8th January 2019 |
| Passport number: | 592612813 |
| Passport Card number: | C 18850067 |

Enclosed copies:    Passport and Card, Exhibit 1. Postal Money order for $ 100.00.
                    Certification of Identity Form DS-4240 / # 255 378900 60

## Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

*Certified mail*
*# 7017 1000 0001 1073 5792*

*Michael-destry: Williams*

        Michael-destry Family of Williams
        Rural Route 1, St. Charles Mesa, Pueblo Colorado
        In care of: 1024 1/2 East Ash Street,
        Pueblo Colorado [81006]

Notary: CYNTHIA A. ELLINGSON
Colorado State:
        ss.
Pueblo County:

Subscribed and Affirmed before this *11th* of April 2019 by
Michael-destry Family of Williams

*Cynthia D Ellingson*

My commission Expires: *1/15/2023*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES · JANUARY 15, 2023

City & County of Denver

2019146452





City & County of Denver

2019146452

10 of 24

EXHIBIT C₁



... AND THAT GOVERNMENT OF THE PEOPLE,
BY THE PEOPLE, FOR THE PEOPLE,
SHALL NOT PERISH FROM THIS EARTH.

Abraham Lincoln

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit
the citizen/national of the United States named herein
to pass without delay or hindrance and in case of need
to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les
présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder toute
aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por
el presente solicita a las autoridades competentes permitir el paso
del ciudadano o nacional de los Estados Unidos aquí nombrado,
sin demora ni dificultad, y en caso de necesidad, prestarle toda
la ayuda y protección lícitas.

Case No Case 1:1-00140CW4ACW4Decument 1a5-24 filed 1d/03/23/2l0SDage 0ura0a4 pg 78 of 117  2019146452

# EXHIBIT D

## Affidavit of American National/State Citizen
## James Frank, Family of Williams
## Concerning the arrest of American National/State Citizen
## Michael-destry (Will), Family of Williams

On October 11, 2019 at 10:58 am; this Affiant received a phone call from my mother, stating that armed agents of the corporations, THE PUEBLO COUNTY SHERIFF'S DEPARTMENT and the UNTITED STATES MARSHALS SERVICE were at her home at 1024 East Ash Street in Pueblo Colorado. These Armed Agents were supposedly acting on a warrant to arrest Michael-destry (herein known as Will) for "Failure to Appear" in a corporate constructive trust case. This Affiant told her to order them off of her property, which I heard her doing over the phone and then immediately while still speaking to her, this Affiant left my property and traveled the few miles to my mother's house.

Upon arriving at this Affiant's mother's house, I observed my brother Will being cuffed into the backseat of one of the corporate agent's automobiles and then immediately being driven away by these corporate agents.

After filming the exodus of most of these agents, this Affiant noticed and recognized Charles Lee Gallegos, a friend and corporate agent for the PUEBLO COUNTY SHERIFF'S DEPARTMENT parole division. This Affiant asked agent Gallegos to show me the "warrant," which agent Gallegos did, and this Affiant also asked to see the "verified affidavit" that is required to lawfully use a warrant. Agent Gallegos did not have an affidavit with his warrant and this Affiant did not see a judge's signature on the warrant.

This Affiant also observed that the warrant was for the Cestui Que Vie Trust entity MICHAEL DESTRY WILLIAMS, not the living man Will: Williams.

Agent Gallegos personally told this Affiant that Will clearly said that he was not the PERSON on the warrant.

Agent Gallegos also was in possession of Will's passport card, which Gallegos personally told me that neither he nor any other arresting agent ran to ascertain Will's actual identity. Agent Gallegos also held the US State Departments certified copy of the application that attests to Will's non corporate US citizen status.

I Affirm under God the Creator that this Document is true and correct to the best of my Knowledge.

By: _James F. Williams_

James Frank, Family of Williams – Sui Juris
Living Man and American National/State Citizen
RFD - c/o PO Box 11814, Pueblo, Colorado [81001]

Notary Witness:
Colorado State        )
                      ) ss.
Pueblo County         )
Subscribed and sworn to, before me this 15th Day of October, 2019, by James Frank: Williams.

_Cynthia A. Ellingson_
Cynthia A. Ellingson, Notary Public
My Commission Expires: _1/15/2023_

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

*EXHIBIT E*



2019057048
Page: 1 of 1

05/10/2019 10:40 AM       R $13.00    D $0.00
City & County of Denver                      TST

# Us District Court (/c/mmjn778/us-district-court)

*Judiciary Courts Of The State Of Colorado*

901 19th Street # 105a

Denver, CO 80294

Phone: ✆ Show Number

(303) 844-4694 (tel:3038444694)

**A.k.A.** - **UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLORADO inc.,**

Web: www.coloradojudicialperformance.gov
(/api/v1/urlverify/http%3A%2F%2Fwww.coloradojudicialperformance.gov)

Ad

~~Search Public Records Now~~

Enter a Name and Select a State to View Public Records Now!

~~TruthFinder~~

**Us District Court is a privately held company in Denver, CO .**

> Own This Business?

Categorized under State Courts. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 9.

**Notice of:** Constructive Trust(s) created by said US DISTRICT COURT inc., commercial case # 12-cr-00140-CMA- (1). This public notice of incorporation was served upon, by personal presentment, to Joel Nelson Corporate US Probation Officer and on agent Ryan Jessie of Recovery Unlimited L.L.C., *on 24th April 2019.*

**Affirmation**

I affirm under God the Creator that this Document is true and correct to the best of my knowledge.

*Michael-destry Family of Williams*

Michael-destry Family of Williams, Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]

Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Notary: CYNTHIA A. ELLINGSON

Colorado State:
                        ss.
Pueblo County:

Subscribed and Affirmed before this 9th of MAY 2019 by
Michael-destry Family of Williams

*Cynthia Ellingson*
NOTARY PUBLIC

My commission Expires: 1/15/2023

> CYNTHIA A. ELLINGSON
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20034001638
> MY COMMISSION EXPIRES    JANUARY 15, 2023



City & County of Denver                                                                    13 of 24

State of Colorado Washington DC, 20001 – Manta.com                                          4/28/19, 2:18 PM

US (/mb) > Washington, DC (/mb_51_ALL_2Y5/washington_dc) > Government (/mb_53_F3_2Y5/government/washington_dc)
  > General Government, NEC (/mb_54_F30C7_2Y5/general_government_nec/washington_dc)
  > State Government-General Offices (/mb_55_F30C70B6_2Y5/general_government_administration/washington_dc) > State of Colorado

MAY 10 2019

## State of Colorado (/c/mh5ycm4/state-of-colorado)

444 North Capitol Street NW
Washington, DC 20001
Phone: (202) 624-7865 (tel:2026247865)
Ad          [Own This Business?]
Public and Criminal Records
Intelius provides you access to billions of online public
Intelius.com
State of Colorado is a privately held company in Washington, DC

Colorado Department Of State Denver CO, 80290 – Manta.com                                   4/28/19, 2:14 PM

U.S. (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F3_2FH/government/denver_co)
  > General Government, NEC (/mb_54_F30C7_2FH/general_government_nec/denver_co)
  > State Government-General Offices (/mb_55_F30C70B6_2FH/general_government_administration/denver_co) > Colorado Department Of State

## Colorado Department Of State (/c/mhhv9f0/colorado-department-of-state)

*Secretary Of State, Colorado*
1700 Broadway # 350
Denver, CO 80290
Phone: ☎ Show Number
Web: www.sos.state.co.us
(/api/v1/uriverify/http%3A%2F%2Fwww.sos.state.co.us)
Ad          [Own This Business?]
Buy Meat Wholesale Online
Add us to your Weekly Orders & Save up to 50% on a
More.
Colorado Department Of State is a privately held company in Denver, CO .
Categorized under State Government-General Offices.

2019057049
Page: 1 of 1
D $0.00
TST
R $13.00
05/10/2018 10:40 AM
City & County of Denver

*Certification of Authentication*

*Affirmation*

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Williams,*

Michael-destry Family of Williams,          Rural Route 1, St. Charles Mesa, Pueblo
                                            In care of: 1024 1/2 East Ash Street, Pueblo Colorado [81006]
                                            Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Witness Notary  CYNTHIA A. ELLINGSON
Colorado State
                         ss.

Pueblo County:

Subscribed and Affirmed before this  9th  of  MAY  2019 by
Michael-destry Family of Williams

*Cynthia A Ellingson*
NOTARY PUBLIC

My commission Expires:  1/15/2023

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES  JANUARY 15, 2023

State Of Colorado Denver CO, 80206 - Manta.com

4/28/19, 2:20 PM

U.S. (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F3_2FH/government/denver_co) > Courts (/mb_54_F30O3_2FH/courts/denver_co) > Courts (/mb_55_F30O3000_2FH/courts_federal_government/denver_co) > State Of Colorado

## State Of Colorado (/c/mhz96c4/state-of-colorado)

780 Elizabeth Street
Denver, CO 80206
Phone: (303) 355-3546 (tel:3033553546)
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad
View public records now
Intelius provides you access to billions of online public
Intelius.com
State Of Colorado is a privately held company in Denver, CO.
Categorized under Courts.

Own This Business?

State Of Colorado Denver CO, 80203 - Manta.com

4/28/19, 2:17 PM

U S (/mb) > Denver, CO (/mb_51_ALL_2FH/denver_co) > Government (/mb_53_F3_2FH/government/denver_co) > Executive Offices (/mb_54_F305F_2FH/executive_offices/denver_co) > Governors' Office (/mb_55_F306F05N_2FH/governors_office/denver_co) > State Of Colorado

## State Of Colorado (/c/mm2swt2/state-of-colorado)

200 East Colfax Avenue # 91
Denver, CO 80203
Phone: ☏ Show Number
Web: www.cde.state.co.us
(/api/v1/urlverify/http%3A%2F%2Fwww.cde.state.co.us)
Ad
Search Public Records Now
Enter a Name and Select a State to View Public Recor
TruthFinder
State Of Colorado is a privately held company in Denver, CO and is a Headquarters
business.
Categorized under Governors' Office. Our records show it was established in 1876 and
incorporated in Colorado. Current estimates show this company has an annual revenue
of unknown and employs a staff of approximately 81349.

Own This Business?

(right margin, vertical text)
2019057050
Page: 1 of 1
D $0.00
TST
R $13.00
05/10/2018 10:40 AM
City & County of Denver

(handwritten) Exhibit 9

MAY 1 0 2019

**Certification of Authentication**

*Affirmation*

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth

*Michael-destry Family of Williams*

Michael-destry Family of Williams,     Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of: 1024 1/2 East Ash Street, Pueblo Colorado (81006)
Executor of the Office of Executor of the Cestui Que Vie Trust Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON
Colorado State :
                              ss.
Pueblo County:

Subscribed and Affirmed before this ___9th___ of ___MAY___ 2019 by
Michael-destry Family of Williams

*Cynthian Winnor*
NOTARY PUBLIC

My commission Expires. ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES   JANUARY 15, 2023



## Pueblo County Sheriff's Office (/c/mmjw3ch/pueblo-county-sheriff-s-office)

*Pueblo County Government*

☆ ☆ ☆ ☆ ☆   0 customer reviews - add your review
(/c/mmjw3ch/pueblo-county-sheriff-s-office#reviews)

909 Court Street
Pueblo, CO 81003
Phone: (719) 583-6125
(tel:7195836125)
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d55&cb=66
29547&emid=mmjw3ch)

Own This Business? (/build/c/mmjw3ch)

| Full Time Jobs | Part Time Jobs | Warehouse Jobs | Hourly Jobs |

Jobs2Careers

Pueblo County Sheriff's Office is a privately held
company in Pueblo, CO .
Categorized under Sheriff. Current estimates show this
company has an annual revenue of unknown and
employs a staff of approximately 10 to 19.

## Contact *Is this your business? Claim This Profile*
(/build/c/mmjw3ch)

**Pueblo County Sheriff's Office**
Phone: (719) 583-6125
Web: www.pueblo.org
(/urlverify?
redirect=http%3A%2F%2Fwww
.pueblo.org&s=497ea0ebcced4
ce49bf7722096443d55&cb=66
29548&emid=mmjw3ch)

Name: Kirk Taylor

Call Company   (tel:7195836125)

# US Marshal Department (/c/mttt1fc/us-marshal-department)

*Us Marshals Service*

☆ ☆ ☆ ☆ ☆  0 customer reviews - add your review
(/c/mttt1fc/us-marshal-department#reviews)

1929 Stout Street
Denver, CO 80294
Phone: (303) 844-2801
(tel:3038442801)

Own This Business? (/build/c/mttt1fc)

Additional fees apply
Rate excludes taxes
Speed may not be .

US Marshal Department is a privately held company in
Denver, CO and is a Branch business.
Categorized under Services (Unclassified): Our records
show it was established in 2008 and incorporated in
Colorado. Current estimates show this company has an
annual revenue of unknown and employs a staff of
approximately 10 to 19.

## FIND QUALITY HOME IMPROVEMENT PROS

| Choose Your Project | ⌄ | Select Project | ⌄ | 80294 | Submit |

## 📇 Contact  *Is this your business? Claim This Profile*

(/build/c/mttt1fc)

**US Marshal Department**
Phone: (303) 844-2801

Call Company    (tel.3038442801)

Name: Dave Williams
Job Title: Principal

## You May Also Like

(http://bridge.lga1.admarketplace.net/ct?                ad
version=16.0.0&cl=1571089602043.11961&key=1571089602900600001.1)

City & County of Denver

# EXHIBIT F

## Standing, Status and Citizenship
## Affidavit
### In God's Law and In Common Law
7th Amendment (Bill of Rights) of the Constitution for The United States of America

'⁴ᴬ' i 0 2019

Date: 25ᵗʰ April 2019

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado State Republic, In Care of: 1024 1/2 East Ash Street, Pueblo, Colorado [81001], being of sound mind and lawful age, do solemnly declare:

1. I am a Freeman-American National, State Zoned Citizen, born on the land of <u>Colorado</u> State Republic, of parents who were Citizen-Principals of <u>Colorado</u> State of the Republic Nation <u>The United States of America</u>. As an hereditament I acquired directly the status of Citizen-Principal-American National-creditor-obligee, of said <u>Colorado</u> State sharing equally in its sovereignty. Slaughterhouse Cases. 83 U.S. 36 (1873).

2. As a free living man, born on the land of <u>Colorado</u> State. I am not a restricted by or a party to the contract stipulation known as the 14th Amendment of the UNITED STATES inc., constitution. I am not a UNITED STATES citizen and because I receive no protection from it. I have no reciprocal obligation to a 14th Amendment allegiance or sovereignty and owe no obedience to anyone under the 14th Amendment. United States v. Wong Kim Ark. 169 U.S. 649 (1898).

3. I am a free Citizen of the aforesaid State of my birth and derivative and mediate thereof, . I am a State Zoned Citizen, Citizen of one of the several union States/American National of <u>The United States of America</u> as contemplated in the Constitutional Contract of 1787, . INA Section 101(a)(29), Butler v. Farnsworth, federal case, Vol. 4, page 902 (1821).

4. I am not a UNITED STATES citizen, A.K.A. U.S. citizen, as contemplated by the 14th Amendment, and I do not reside in any state with the intention of receiving from the Federal government or any other party a protection against the legislative power of that state pursuant to the authority of the 14th Amendment.

5. I am, therefore, "nonresident" to the residency and "alien" to the citizenship of the 14th Amendment and/or UNITED STATES citizen . United States v. Cruikshank. 92 U.S. 542 (1875); and K. Tashiro v. Jordan 256 P. 545: 549 (1927); affirmed 278 U.S. 123 (1928).

6. As the tax imposed in private corporate special laws - 26 U.S.C.1, pursuant to 26 C.F.R. 1.1-1, is on citizens and residents as contemplated by the 14th Amendment. it is not an applicable Internal Revenue Law to me. State Zoned Citizen, as I am neither such a citizen or resident and or employee of the UNITED STATES inc.. Notwithstanding the fact that I may have in past years filed U.S. Individual Income Tax Returns, such filings were done without being given Full Disclosure of the alleged contract, under threat, duress, coercion, not knowing that such filings were and are mandated only on citizens and residents of the UNITED STATES, U.S., UNITED STATES OF AMERICA inc.. as contemplated by the 14th Amendment.

7. Furthermore, I am not a resident of any state under the 14th Amendment and hereby publicly disavow any contract, form, agreement, powers of attorney, application, certificate, license, permit or other document that I or any other person may have signed expressly or by acquiescence, including but not limited to SS-5 Social Security Administration form/contract that would grant me any privileges and thereby ascribe to me privileges, immunities and duties under a special law-private codes and statutes system of rules, other than that

*Affidavit of Standing and Status-Citizenship*

Page 1 of 3

2019057051
Page: 1 of 3
05/10/2019 10:40 AM          R $23.00          D $0.00
City & County of Denver                        AFF

of God the Creator and the Constitutional Contract of 1787/89, ratified 1791 for The United States of America, the Constitution for The United States of America: Articles of confederation and Declaration of Independents 1776, Judicial Law, Common Law (VII amendment), Constitution for Colorado State Republic and Substantive Law-Contract Law, Trust Law etc., and of the treaties for the several states of the Union. Exclusive of the corporate U.S. Constitution, its 14th Amendment and substantive regulations.

8. Also notice and claim all Rights as the sole foreign beneficiary and Equity title holder of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© File # 1051964016457, Public Id # xxx-xx-0608, Private Id # xxxxx0608 (herein stated as MDW Trust). And: as the sole foreign beneficiary, I have moved into the Office of Executor of MDW Trust as the MDW Trust is being mismanaged and raped, on and before 26th of June 2013.

9. I reiterate that I have made the above determinations and this declaration under no duress, coercion, promise of reward or gain, or undue influence and of my own free will, with no mental reservation and with no intent to evade any legal duty under the Laws of the United States, Colorado State Republic Judicial Law or any of the several union states agreements, Lawfully enacted.

10. I sincerely invite any person who has reason to know or believe that I am in error in my determinations and conclusions above to so inform me and to state the reason(s) they believe I am in error in writing at the location of my abode shown below.

## Peace Notice

I am not at war with anyone or any entity upon Planet Earth. Included but not limited to corporation known as UNITED STATES OF AMERICA or its agencies or subsidiary including but not limited to STATE OF COLORADO corporation. I just want to live in peace. I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

## Notice of Revoke/Removal of Power of Attorney

Notice again, of revocation of any and all Powers of Attorney generated by the Social Security Administration form SS-5 application and or by and through its trust - Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS© and any derivative, sub or constructive trust thereof.

## Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents.
Assignee and Assignor. Silence is Acquiescence
All Rights Reserved, Without Prejudice. Without Recourse.

## Standing and Status

I, Michael-destry: Williams, RFD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 1/2 East Ash Street Pueblo, Colorado [81001]. In Propria Persona Sui Juris, permanent physically disable American National, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, with Proof of Life as living man, under

God, of linage to David to Jacob to Adam, Freeman of God a living soul, beneficiary of this Planet Earth put into Trust by God. Thus, I claim and seize the Office of Executor of Gods Trust as said trust is being mismanaged and raped.

I am not the Executor of the Estate or trustee of MDW Trust, not Legal Title holder. I am, sole foreign, beneficiary, Equity Title holder, owner, creditor, obligee and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust - MICHAEL DESTRY WILLIAMS©, is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said MDW Trust. Thus, I am claiming dominion of the MDW Trust and my Equitable Rights to terminate said MDW Trust, an accounting, settlement, discharge, closure, and distribution of MDW Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III and Amendment VII of the Constitution for the United States.

I am *Not* a U.S. citizen, not a 14th Amendment citizen, not a citizen or employee of the Federal Corporation – UNITED STATES OF AMERICA, A.K.A. UNITED STATES - U.S. and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

### Affirmation

I affirm under God the Creator that this Document is true and correct to the best of my knowledge as a living, blood and flesh man, a Freeman upon Earth.

*Michael-destry Family of Williams*

Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo, Colorado
In care of: 1024 1/2 East Ash Street,
Pueblo Colorado [81001]
Executor of the Office of Executor of the Cestui Que Vie Trust
Known as MICHAEL DESTRY WILLIAMS©

Witness Notary: CYNTHIA A. ELLINGSON

Colorado State:
                        ss.
Pueblo County:

Subscribed and Affirmed before this 25th of _____APRIL_____, 2019 by
Michael-destry Family of Williams

*Cynthia D Ellingson*
NOTARY PUBLIC
My commission Expires: _____1/15/2023_____

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES     JANUARY 15, 2023

*Affidavit of Standing and Status-Citizenship*



Page 3 of 3

2019043967
Page: 1 of 2
04/12/2019 10:29 AM          R $18.00    D $0.00
City & County of Denver                  CTF

*EXHIBIT G*

# Declaration and Affirmation of National for The United States of America

I, Michael Destry Williams, promise to be without fear in the face of The United States of America's enemies, foreign or from within The United States of America. I will be brave and upright and do all righteous rulings, that Yahweh may love me. I promise to follow and uphold these three simple rules:

1: Love my neighbor as myself,

2: Do unto others as I would have them do unto me, and

3: I will seek first the kingdom of heaven with all of my heart, mind and soul, and

Furthermore, I will safeguard the helpless and ignorant and teach them to stand on their own. I speak these words in the name of Yahweh, not in conflict with his testimony yahshua, and before my neighbors, so that I shall have standing among all other Nations and States, The United States of America or otherwise. All these words I speak, I promise, and

So solemnly affirmed, declared and promised on the forty-ninth day, in the year of Yahweh, six thousand and fifteen, translation 8th day of May, two thousand and twelve,

*Michael-destry*
*Michael-destry*

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

*thomas robert*          , Witness                    ﹖  , Witness
                                        JOHN HAROLD

STATE OF COLORADO )
                 ) ss.
COUNTY OF PUEBLO )
Subscribed and Affirmed before me this 11th day of April, 2019 by
Michael-destry.
*Cynthia M Winzer*
NOTARY PUBLIC          My Commission expires 1/15/23

Intellectual Property Rights Copyright 2012, page one of two

City & County of Denver
2019146452

# CERTIFICATION OF ADMINISTERING AFFIRMATION

On this eighth day of the fifth month in the Year, two thousand twelve A. D., for the purpose of verification, I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., do certify that the American National for The United States of America, appeared before me with the following document **Declaration and Affirmation of National for The United States of America.** I, the undersigned, David G. Anderson, Lt. Cdr., USN, Ret., personally administered the above affirmation to the living Man, Michael Destry Williams, for verification of status and political decision. The herein named affirmation was taken and administered to Michael Destry Williams without coercion, and of his own free will as a matter of right of self determination according to the Law of Nations, and with his left hand on The Scriptures and his right hand in the air.

WITNESS my hand.

_David G. Anderson, LCDR, USN (Ret.)_
David G. Anderson. Lt. Cdr., USN, Ret.

Intellectual Property Rights Copyright@2012. page two of two

Mar 16 17 09:14a

# EXHIBIT H

p.10

20E3621; AFFI 03/03/2017 04:22:59 PM
Page: 1 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



LIEN

Case 1:12-cr-00140-CMA Document 107  Filed 03/10/14  USDC Colorado  Page 1 of 11

## UNITED STATES DISTRICT COURT

District of    COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |

MICHAEL DESTRY WILLIAMS-

Case Number

USM Number

Michael Destry Williams, Pro Se
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
which was accepted by the Court.

☒ was found guilty on Count(s) 1 through 10 of the Superseding Indictment
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 01/11/08 | 1 |

The defendant is sentenced as provided in pages 2 through 11 of this judgment.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 4, 2014
Date of imposition of judgment

Signature of Judge

Christine M. Arguello, U.S. District Judge
Name and Title of Judge

03/10/14
Date

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124010715
MY COMMISSION EXPIRES FEBRUARY 17, 2016

2063621   AFFI 03/03/2017 04:22:59 PM
Page: 2 of 3   R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA
vs.

PRESENTENCE INVESTIGATION REPORT

MICHAEL DESTRY WILLIAMS

Docket No.: 1052 1:12CR00140-1

Prepared for:     The Honorable Christine M. Arguello
                  United States District Judge

Prepared by:      Katrina M. Devine
                  United States Probation Officer
                  Denver, CO
                  303-335-2156

Assistant U.S. Attorney          Defense Counsel
Kenneth Mark Harmon              Michael Destry Williams, Pro Se
1225 17th Street East            c/o GEO Aurora Detention Facility
Denver, CO 80202                 3130 North Oakland Street
303-454-0100                     Aurora, CO 80010

Kevin F. Sweeney
501 D Street, N.W.
Washington, DC 20004
202-305-3637

Sentence Date:    March 4, 2014 3:00 PM

Offense:          Count 1:    Tax Evasion and Aiding and Abetting
                              26 U.S.C. § 7201 and 18 U.S.C. § 2
                              Not more than 5 years imprisonment/$250,000.00 fine
                              (Class D Felony)

                  Count 2:    Tax Evasion and Aiding and Abetting
                              26 U.S.C. § 7201 and 18 U.S.C. § 2
                              Not more than 5 years imprisonment/$250,000.00 fine
                              (Class D Felony)

                  Count 3:    Tax Evasion and Aiding and Abetting
                              26 U.S.C. § 7201 and 18 U.S.C. § 2
                              Not more than 5 years imprisonment/$250,000.00 fine
                              (Class D Felony)

DATE REPORT PREPARED: January 28, 2014   DATE REPORT REVISED: February 20, 2014

State of CO, County of Jefferson
Signed before me on this 28th day
of February 2017 by Michael Williams
Notary Public

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164003492
MY COMMISSION EXPIRES FEBRUARY 17, 2018

Mar 16 17 09:15a                                                                    p.12

2063621  AFFI 03/03/2017 04:22:59 PM
Page: 3 of 3  R 23.00 D 0.00 T 23.00
Gilbert Ortiz Clerk/Recorder, Pueblo County, Co



LIEN

Case 1:12-cr-00140-CM   Document 107   Filed 03/10/14   USDC Colorado   Page 8 of 11

AO 245B (Rev 09/11) Criminal Judgment
(Attachment Page 1) — Statement of Reasons

DEFENDANT:   MICHAEL DESTRY WILLIAMS                                        Judgment—Page  8  of  11
CASE NUMBER:   12-cr-00140-CM-01

STATEMENT OF REASONS

I    COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

The Court adopts the presentence investigation report without change.

The Court adopts the presentence investigation report with the following changes.

II   COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)

III  COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):

Total Offense Level:
Criminal History Category:
Imprisonment Range:                    to          months
Supervised Release Range:                                        years as to Counts 1-4; 2 to 5 years as to Counts 5-9; and 1 year as to Count 10.
Fine Range: $ 10,000   to  $ 2,000,000
Fine waived or below the guideline range because of inability to pay.

State of CO, County of Jefferson
Signed before me on this 28th day
of                  20   by Michael Williams
Notary Public

AMANDA L. VARGAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144004039
MY COMMISSION EXPIRES FEBRUARY 17, 2018

*Identity of Diplomat*

*CASE # 12CR - 00140 -CMA*

U.S. Department of State

**CERTIFICATION OF IDENTITY**

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 23 2020**

JEFFREY P. COLWELL
~~23~~ *By* **CLERK** 4

| 1. Full Name of Requester [1] (Last, First, MI) | 2. |
|---|---|
| Williams: Michael - destry | |
| 3. Full Name of Subject of Records | 4. ~~Citizenship Status~~ [2] |
| Michael destry Williams | American National |
| 5. Current Address RR. 1, St Charles Mesa, Pueblo Colorado C/o 1024 1/2 E. Ash Street, Pueblo, Colorado | 6. Place of Birth Gunnison Colorado State |

**Third Party Authorization** [8/001]
Complete this section if you are authorizing release of your records to another person.

I, Michael destry Williams _____, pursuant to 5 U.S.C. Section 552a(b), *Judicial Common and Commercia Case #*

authorize the U.S. Department of State to release any and all information relating to me to UNITED STATES DISTRICT COURT, inc. *12-CR-00140-CMA-1*

Name of Third Party Clerk of Court- Jeffery P. Colwell

Address of Third Party 901 19th Street Denver Colorado 1808.94?

Type of Third Party (check one): [ ] Parent [ ] Custodial Guardian [ ] Legal Representation [X] Other *Article 1 Adm'ralty Corporate Court*

and please Send a Certified copy to me- Requester

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. *In Common Law, 4th Amendment*

Without Prejudice, Without Recourse, All Rights Reserved

Signature [3] *Michael destry Williams* Date (mm-dd-yyyy) 04/11/2019

**PRIVACY ACT STATEMENT**

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Michael destry Williams - American National

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence." pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.

Certified mail #
7017 1000 0001 1073 5492

DS-4240
05-2013

04/12/2019 10:28 AM    R $23.00
City & County of Denver    CTF

**2019043968**
Page: 1 of 3
D $0.00



Notice to US Probation Office
Agency of the US corporation

Copy of Travel documents issued by Department of State of the United States herein notice for second time to US Probation Office. Standing and Status of the sole foreign beneficiary has been corrected and recognized as a American National not a US citizen. Please correct your corporate records and remove the sole foreign beneficiary, living man Michael-destry Family of Williams from your docket/registry. Cease and Desist all trespasses upon said beneficiary. Contact the Trustee about your alleged claim against the Cestui Que Vie Social Security Trust - MICHAEL DESTRY WILLIAMS (c) as the alleged defendant in the unconstitutional corporate US DISTRICT COURT commercial case # 12-cr-00140-CMA-1.

## *Notice / Standing and Status*

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1024 East Ash Street, Pueblo, Colorado [81001]. In Propria Persona Sui Juris, a Citizen of Colorado State Republic of the Republic Nation The United States of America (usa), an, American National, one of the Citizens of the several union States, **not** a U.S. citizen. Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393427640 US. I have Declared a Peace Notice, I am not at war with the UNITED STATES OF AMERICA corporation its principal or its agencies or its subsidiaries, including but not limited to STATE OF COLORADO corporation. I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder. I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped. I, the sole foreign Beneficiary, having never received any true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Amendment VII of the Constitution for the United States. By and through the named fiduciaries appointed herein. **Attached herein is Letter of Instruction and the SSA-521 form for cancelation of SS-5 application and contracts.**

All Rights Reserved. Without Prejudice, Without Re...

by: _Michael-destry : Beneficiary_

Exhibit 1
U.S. Department of State
Passport Records





CASE #12-CR-00140-CMA
- Notice of Lien -

Arrest of
Court documents



**ADMINISTRATIVE DETENTION ORDER**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

BP-A0308
JAN 17

ENGLEWOOD FCI

TO: Special Housing Unit Officer

Date/Time: 10-15-2019 16:55PM

FROM: JACKSON, LIEUTENANT

SUBJECT: Placement of ___ WILLIAMS, MICHAEL DESTRY ___ Reg. No. ___ 39714-013

(a) Is pending an investigation for a violation of Bureau regulations;

(b) Is pending an SIS investigation;

(d) Is to be admitted to Administrative Detention because since the inmate has requested admission for protection.

Inmate Signature/Register No.: ___

Staff Witness Printed Name Signature: ___

(2) Since a serious threat exists to individual's safety as perceived by staff, although a reason may not be provided, the necessary information will be forwarded for an appropriate hearing by the SCO.

(e) Is pending transfer or is in holdover status during transfer.

(f) Is pending classification; or

(g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution by interfering with staff in performance of duties.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this order on

(date / time) 10/15/19  5:55PM

Staff Witness Signature/Printed Name  R STEVENS  R ___

Supervisor 24 hour review of placement: Signature/Printed name ___  Date 10/15/19

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Psychology; Copy - Central File

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2020

JEFFREY P. COLWELL
CLERK

Prescribed by P5270

(Replaces BP-A0308 of JAN 88.)

01/23/2020 12:21 PM  R $43.00
City & County of Denver

2020009909
Page: 1 of 7
D $0.00

95

Case No. 1:21-cv-01409-CMA-DCN Document 115-2 Filed 03/23/06 USDC Colorado pg 96 of

City & County of Denver
2020009909
2 of 7

Case 1:12-cr-00140-CMA  Document 115 (Court only)  Filed 08/27/19  USDC Colorado
Page 4 of 4

Michael Destry Williams
1:12CR00140-1

August 27, 2019

**STATEMENT IN SUPPORT OF RELEASE AT INITIAL APPEARANCE:**

The defendant is not viewed as presenting a risk of flight and danger to the community. In addition, he does not present a risk of non-appearance. (Pursuant to F.R. Crim. P. Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.

*[Rotated/angled text in left margin and throughout — partially legible]*

All Rights Reserved, Without Prejudice
Without Recourse. All other claims Reserved
Date January 22, 2020

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent
Assignees, Assignors – all are without excuse!
Silence is acquiescence!

By: _[signature]_ James F. Williams
James Frank Williams - POA for:
Michael-destry: Williams: Executor
RFD – c/o PO Box 11814
Pueblo Colorado

Notary Witness:
Colorado State
Pueblo County

Subscribed and Sworn to before me this 22 day of January
20__ By: _[signature]_
Cynthia A. Ellingson, Notary Public    1/5/2023
My Commission Expires:

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034071638
MY COMMISSION EXPIRES   JANUARY 15, 2023

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

United States of America
v.

Michael Destry Williams

Case No.  1:12-cr-00140-CMA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| | |
|---|---|
| Place: Alfred A. Arraj Courthouse 901 19th Street Denver, CO 80294 | Courtroom No.: A602 |
| | Date and Time: 09/13/2019 10:00 am |

This offense is briefly described as follows:

Failure to Report to the Probation Officer and Submit Written Reports as Directed
Failure to Pay Fine and Restitution as Directed
Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer

Date: 08/30/2019

Jeffrey P. Colwell, Clerk of Court

_____ J. B. Glaser, Deputy Clerk
Printed name and title

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date:  9/6/19

_____
Server's signature

Joel Nelson    United States Probation Officer
Printed name and title

Case No. 1:23-cr-00140-CMA-CMC Document 115-2 filed 08/23/06 USDC Colorado pg 98 of
City & County of Denver
2020009909
4 of 7
Case 1:12-cr-00140-CMA Document 115 (Court only) Filed 08/27/19 USDC Colorado
Page 3 of 4

Michael Destry Williams
1:12CR00140-1

Petition for Summons
Page 3

August 27, 2019

The defendant exhausted all contracted treatment services, so the probation officer directed the defendant to complete a mental health and substance abuse assessment on his own within the next 60 days. The probation officer gave him a list of agencies that would provide services to him, but that it would be up to him to complete the assessment. The defendant failed to complete the assessment and/or provide the results to the probation office.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's alleged violations, the probation officer requests a summons.

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

The issuance of a summons ordering the defendant to appear in court for a violation hearing, and that the Court consider revocation of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.

/s/ Joel R. Nelson
Joel R. Nelson
United States Probation Officer
Place:   Colorado Springs
Date:    August 27, 2019

/s/ Travis L. Cormaney
Travis L. Cormaney
Supervisory United States Probation Officer
Place:   Colorado Springs
Date:    August 27, 2019

## PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION

The defendant was originally convicted of a Class B felony, thus the maximum sentence allowed upon revocation is three (3) years imprisonment, pursuant to 18 U.S.C. § 3583(e). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade C violation. The defendant's criminal history is a Category III, thus the advisory guideline range for revocation is 5 to 11 months.

Michael Destry Williams                          Petition for Summons                          August 27, 2019
1:12CR00140-1                                            Page 2

## 2. FAILURE TO PAY FINE AND RESTITUTION AS DIRECTED

The defendant has failed to make payments toward his fine and restitution as directed
by the Court and probation officer, which constitutes a Grade C violation of supervised
release.

At his sentencing on March 4, 2014, the Court ordered the defendant to pay a $1,000
assessment, a $10,000 fine, and $60,597.80 in restitution.  During his custodial time in
the Bureau of Prisons, the defendant made three payments of $25 toward his
assessment before informing BOP officials that he did not give the government
permission to remove any funds.  He refused to further participate in the Inmate
Financial Responsibility Program.

On October 30, 2018, upon the defendant's release from custody, the probation officer
reviewed the judgment with the defendant and explained the criminal monetary
penalties.  The defendant would not sign a payment plan or complete a financial
statement until he reviewed all of the paperwork.  The probation officer asked him to
review the forms and complete them before returning them to the probation officer. The
defendant failed to complete the requested financial forms.

On May 13, 2019, the probation officer again explained the criminal monetary penalties
and directed him to make monthly payments toward his court ordered monetary
penalties.  The defendant has failed to make any payments toward his outstanding
balances during his period of supervised release.

The defendant does not acknowledge that he has criminal monetary penalties and
indicates on his written monthly reports that, "NO Lawful Bill Under Article 1 section 10
has been served upon me the Sole foreign Beneficiary".

## 3. FAILURE TO PARTICIPATE IN (SUBSTANCE ABUSE OR MENTAL HEALTH) TREATMENT AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to complete a substance abuse and mental health assessment in
which the probation officer directed him to complete on July 13, 2019.  This constitutes
a Grade C violation of supervised release.

The defendant was referred to Recovery Unlimited, a licensed and contracted treatment
agency, on May 13, 2019, to complete a mental health and substance abuse
assessment.  The defendant reported as directed; however, he signed the assessment
paperwork in a manner that prevented the counselor from completing the assessment.
The defendant agreed to sign the paperwork, but would only do so by adding the
wording, "under threat, duress, coercion".  The treatment provider would not provide
services for someone under those circumstances.



CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. vs. MICHAEL DESTRY WILLIAMS                    DKT. NO. 1:12CR00140-1

## PETITION FOR SUMMONS ON PERSON UNDER SUPERVISION

COMES NOW, Joel R. Nelson, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Michael Destry Williams, who was placed on supervision by the Honorable Christine M. Arguello, sitting in the United States District Court in Denver, Colorado, on March 4, 2014. The defendant was sentenced to seventy-one (71) months imprisonment and five (5) years supervised release for an offense of Tax Evasion and Aiding and Abetting (3 counts); Structuring Transactions to Evade Reporting Requirements and Aiding and Abetting; Bank Fraud and Aiding and Abetting (2 counts); Fictitious Obligations and Aiding and Abetting (2 counts); and Interference with Administration of Internal Revenue Law and Aiding and Abetting. Supervision commenced on August 22, 2018, and is set to expire on August 21, 2023. As noted in the judgment [Document 107], the Court ordered mandatory, special and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT FOR CAUSE AS FOLLOWS:

VIOLATION(S) ALLEGED:

1. **FAILURE TO REPORT TO THE PROBATION OFFICER AND SUBMIT WRITTEN REPORTS AS DIRECTED**

On or about October 30, 2018, the defendant was directed to complete written monthly reports and submit them to the probation office by the 5th day of each month. The defendant failed to submit written monthly reports as directed for May, June, and July, 2019, which constitutes a Grade C violation of supervised release.

The defendant initially complied with this condition of supervision and submitted his reports on a monthly basis. In April 2019, the defendant submitted a monthly written report. Attached to his report was a "Notice and Demand to Cease and Desist" letter, in which the defendant indicates that he is recognized as an "American National and not a US citizen". The defendant asks to be removed from the docket and registry and to "Cease and Desist all trespasses" upon him. Since that time, the defendant has failed to submit any written reports to the probation office.

100

BP-A0288
JAN 17

**INCIDENT REPORT**

U.S. DEPARTMENT OF JUSTICE                                                                 FEDERAL BUREAU OF PRISONS

**Part I – Incident Report**

| 1. Institution: FCI ENGLEWOOD | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: WILLIAMS, DESTRY | 3. Register Number: 39714-013 | 4. Date of Incident: 10/15/2019 | 5. Time: 4:30 PM |
| 6. Place of Incident: FDC RECEIVING AND DISCHARGE | 7. Assignment: UNASSGN | | 8. Unit: FDC |
| 9. Incident: REFUSING TO PROGRAM/REFUSING AN ORDER | | 10. Prohibited Act Code (s): 306/307 | |

11. Description of Incident (Date: 10/15/2019     Time: 4:30 PM     Staff became aware of incident):

On October 15, 2019 at approximately 4:30 pm, I responded to the FDC Receiving and Discharge area due to an uncooperative inmate. Upon arrival R&D staff informed me Inmate Williams, Destry Reg. No. 39714-013 was refusing to submit to the intake screening process. Specifically, Inmate Williams was refusing to have his photo taken, answer screening questions, submit his fingerprints or allow medical to complete intake assessment. I advised inmate Williams intake screening was required by Bureau Policy and ordered him to comply. He refused, stating, "I'm not going to. I will passively resist. You can take me to SHU." The order to follow the intake screening procedures was presented to inmate Williams numerous times by R&D staff, Unit Team staff and myself however, Inmate Williams refused to comply each time.

| 12. Typed Name/Signature of Reporting Employee: E. QUEZADA | 13. Date And Time: 10/15/2019 8:00 PM | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): A Strander | 15. Date Incident Report Delivered: 10/16/19 | 16. Time Incident Report Delivered: 830am |

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:
  ☐ Committed the Prohibited Act as charged:
  ☐ Did not Commit a Prohibited Act.
  ☐ Committed Prohibited Act Code (s).

B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature): _____     Member (Typed Name): _____     Member (Typed Name):

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

PDF                                     Prescribed by P5270                    Replaces BP-A0288 of AUG 11

CASE #12CR-00140-CMA

# Affidavit of Service

## Notice of Surrendering of Defendant



RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2019

JEFFREY P. COLWELL
CLERK

2020009908
Page: 1 of 6
D $0.00

01/23/2020 12:21 PM       R $38.00
City & County of Denver        AFF

Date: January 22, 2020

I James Frank, Family of Williams, Sui Juris in Propia Persona, an American National and as lawful Power of Attorney for Michael-destry, Family of Williams (see attached POA), also an American National, do hereby surrender this alleged defendant: Security/Bond, Certificate of Birth, MICHAEL DESTRY WILLIAMS, State File Number 1051964016457.

To: Clerk of Court: Jeffrey P. Colwell Esq., and all agents and officers thereof of the corporate ADMIALTY UNITED STATES DISTRICT COURT OF DISTRICT OF COLORADO. 901 19th Street, Denver, Colorado [80294-3589]. Commercial Constructive Trust case # 12-cr-00140-CMA-1, For:

Settlement, closure and payment/discharge of the Payment Bond, Bid Bond, Performance Bond, Lien and any and all other obligations of the commercial Constructive Trust case #12-cr -00140-CMA-1. Thus immediate release of the unwilling compulsory surety - sole foreign beneficiary, living man, American State National - Michael-destry Family of Williams having been unlawfully incarcerated as a prisoner at Aurora Contract Detention Facility – Aurora Colorado and/or Federal Correctional Institution Englewood Colorado debtors prison, know being detained by corporate agency UNITED STATES PROBATION OFFICE, Officer Joel Nelson and superiors, including other foreign officers unknown 1 0f 10 and agency Attorneys 1 of 10 also unknown foreign agents, 212 N. Wahsatch Avenue suite 300, Colorado Springs Colorado [80903-3476]. In direct violation of their own United States Supreme Court ruling of United States v. Haymond 139 S. Ct. 2369 (2010).

As stated by special laws of the corporation 18 UNITED STATES CODE section 951, foreign agents, Attorneys, IRS agents and other corporate agents. Anyone working for a foreign corporation or government A.K.A. (UNITED STATES OF AMERICA corporation government and its corporate agencies and subsidiaries must be registered.

Notice

Notice to Agents is Notice Principal. Notice to Principal is Notice to Agents, Assignee and Assignor. All are without excuse.

Silence is Acquiescence

All Rights Reserved. Without Prejudice, Without Recourse.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2020

JEFFREY P. COLWELL
CLERK

Page 1 of 2
Affidavit
Surrender of certificate of Birth/Security

CERTIFICATION
The Clerk and Recorder for the
CITY AND COUNTY OF DENVER State
of Colorado does hereby certify this
instrument to be a full, true and
correct copy of the original
recorded in my office

Clerk and Recorder

by
Deputy County Clerk

Date 1-23-20

**Affirmation**

I affirm under God or Creator that this Document is true and correct to the best of my knowledge.

BY _James F. Williams_

James Frank, Family of Williams- American National

RFD – c/o PO Box 11814

Pueblo Colorado

Power of Attorney for Michael-destry, Family of

Williams – American National

**Notary Witness:**

Colorado State:              )
                             ) ss.
Pueblo County:               )

Subscribed and Affirmed before me this 22 day of January, 2020
By James Frank, Family of Williams

_Cynthia Ellingson_

Cynthia A. Ellingson – Notary Public
My commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Attached: 1) Surrendered defendant MICHAEL DESTRY WILLIAMS/CERTIFICATE OF LIVE BIRTH
State File Number - 1051964016457, Registrar Number - 009123639

2) Recorded copy of original CERTIFIED COPY OF BIRTH RECORD

3) Power of Attorney

Cc:

Office of Commissioner of the Internal Revenue Service

77 K Street North East

Washington, DC 20002

A. Alex Quintana

State Registrar Director of Vital Records,

CHED CO Dept. of Public Health and Environment

4300 Cherry Creek Drive South - CHED-HS-A1

Denver, Colorado 80246-1530

Page 2 of 2

Affidavit

Surrender of certificate of Birth/security



# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER
1051964016457

NAME OF REGISTRANT
MICHAEL DESTRY WILLIAMS

DATE AND TIME OF BIRTH
MAY 23, 1964—05:47 AM

SEX OF REGISTRANT
MALE

CITY OF BIRTH
GUNNISON

COUNTY OF BIRTH
GUNNISON

MOTHER'S NAME PRIOR TO FIRST MARRIAGE
ESTHER JEAN VITULLO

MOTHER'S PLACE OF BIRTH
COLORADO

MOTHER'S AGE AT TIME OF BIRTH
24

FATHER'S NAME
FRANK RALPH WILLIAMS

FATHER'S PLACE OF BIRTH
COLORADO

FATHER'S AGE AT TIME OF BIRTH
26

DATE RECORD FILED
JUNE 02, 1964

DATE ISSUED    DECEMBER 19, 2018

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS
RECORDED IN THIS OFFICE., Do not accept unless prepared on
security paper with high resolution border displaying the Colorado state
seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118,
Colorado Revised Statutes, 1982, if a person alters, uses, attempts to
use or furnishes to another for deceptive use any vital statistics record.
NOT VALID IF PHOTOCOPIED

A. ALEX QUINTANA
STATE REGISTRAR

009123639

REV 04/16

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

ROBERT "BOB" BALENK El Paso County, CO
- 09/22/2005   10:30:39 AM
Doc  $0.00    Page
Rec  $6.00    1 of 1   205149044

Identification of the Natural American Native born Sovereign: Michael Destry; Williams. Living soul legal and correct identification document of proper legal name.

STATE OF COLORADO

Office of the Local Registrar of Vital Statistics

Gunnison                    Colorado

**CERTIFIED COPY OF BIRTH RECORD**

Warning: This copy is not valid if it does not bear the raised seal of the local registrar of vital statistics. Any reproduction or alteration of this copy is prohibited.

| Name of child | Sex |
|---|---|
| Michael Destry Williams | Male |
| Place of birth | Date of birth |
| Gunnison, Gunnison County, Colorado | June 23, 1964 |

| Name of father | Age | Place of birth |
|---|---|---|
| Frank Ralph Williams | 26 | Colorado |
| Name of mother | Age | Place of birth |
| Esther Jean Wippling | 24 | Colorado |

| Date record filed | Local registration number |
|---|---|
| June 25, 1964 | Bk. 67 No 139 No 264 |

I hereby certify that I hold the office of Local Registrar of Vital Statistics in Gunnison Colorado, and have custody of the birth records required by law to be kept by said office and that the information set forth above was correctly copied from a record of birth on file in my office.

Witness my hand and seal of Local Registrar.

on this 25th day of _____ 1964

_Sylvia P. Carroll_
Local Registrar of Vital Statistics

Registration District Number 102

Gunnison, Gunnison County                Colorado

No. One hundred fourteen                        RS 15B (1-64-100)

Signed this 22 day of September, 2005, under the pain and penalty of Perjury.

_by Michael Destry Williams_
**Michael Williams**

Pueblo county      )ss:
Colorado State     )

Sworn and subscribed before me this 22nd day of
September, 2005

_Cheryl L. Clark_
Notary Public

My commission expires: July 17, 2008

105

# Power of Attorney

Date: ＼ ᴧᴀRᴄH 23, 2019

I, Michael-destry Family of Williams,  In Propria Persona Sui Juris, American National, a Citizen of several union States of The United States of America - Colorado State Republic, and as the sole foreign beneficiary, Equity title holder and Executor of the Office of Executor of the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c)  - Rural Free Deliver -Rural Route 1, St, Charles Mesa, Pueblo Colorado; In care of: 1735 Cortner Road, Pueblo Colorado [81006].

Hereby grant Limited Power of Attorney to James Frank Family of Williams to perform as a Lawyer and/or Counsel as stated in VI Amendment of the Constitution of the United States, the Republic. For the living man Michael-destry Family of Williams and the Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c), upon incarceration, arrest and or detention of Michael-destry Family of Williams.

Including the authority to arrest, claim, seize, settle, close, access charges and defend against any and all legal and lawful, National, Federal, State, corporate, commercial entities and their indictments, cases, claims, negotiable instruments, charging instruments, liens, bonds, true bills, contract, docket sheets, commercial paper and to protect all interest, property of Michael-destry Family of Williams and Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c).

All actions must be for the True Benefit of the living man - Michael-destry Family of Williams and Cestui Que Vie Social Security Trust known as MICHAEL DESTRY WILLIAMS(c).

### Notice of Revoke/Removal of Power of Attorney

All Powers of Attorney, knowingly and unknowingly granted to any and all Government Agencies, Offices, Departments, etc.  and/or by the Quasi SS-5 contract by or through the Social security Administration Office and or all U.S. government corporate, federal and state agencies, offices, departments and all officers and agents thereof, hereby notice again, of revocation of any and all Powers of Attorney, nunc pro tunc and ensuing.

### Peace Notice

I am not at war with anyone or any entity upon Planet  Earth.  Included but not limited to corporation known as UNITED STATES OF AMERICA  or its agencies or subsidiary STATE OF COLORADO corporation.   I just want to live in peace.  I will not trespass against any living individual or corporation and/or its agencies, nor do I want to be trespassed against.

**Notice**
Page **1** of **2**
**Power of Attorney JFW**

Notice to Agents is Notice Principal.  Notice to Principal is Notice to Agents.
Assignee and Assignor.                        Silence is Acquiescence
All Rights Reserved, Without Prejudice,  Without Recourse.

## Standing and Status

Thus I, Michael-destry: Williams, FRD-Rural Route 1, St. Charles Mesa, Pueblo, Colorado, C/o 1735 Cortner Road, Pueblo Colorado [81006].  In Propria Persona Sui Juris, a Citizen of <u>Colorado</u> State Republic of the Republic Nation <u>The United States of America</u>  (usa), an,  American National, one of the Citizens of the several union States, under God, of linage to Jacob to David to Adam, free man of God, permanent physically disable individual.

Notice to all that I am Indemnified against all claims, private, public, commercial corporate charges, and or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA 393427640 US.   I am not Executor of the Estate or trustee of SS-Trust, not Legal Title holder.  I am, sole foreign beneficiary, Equity Title holder, owner, creditor, and have moved into the fourth position of the trust, the "Office of Executor", highest office of the Land, informing all, my Cestui Que Vie Social Security Trust -SS-Trust, MICHAEL DESTRY WILLIAMS(c), is being Mismanaged and Raped.  I, the sole foreign Beneficiary, having never received any true Benefit from said SS-Trust. Thus, I am claiming dominion of the SS-Trust and my Equitable Rights to terminate said SS-Trust, an accounting, settlement, closure, and distribution of SS-Trust assets to the sole foreign beneficiary, per Substantive Trust Law and Equitable Rights In Common Law, Article III **and** Amendment VII of the Constitution for the United States.

I am ***Not*** a US citizen, not a 14th Amendment citizen, not a citizen of the Federal Corporation – UNITED STATES OF AMERICA  A.K.A. UNITED STATES -  U.S.  and/or its Subsidiary – STATE OF COLORADO corporation, not a Federal zoned citizen.

## Affirmation

I affirm under God or Creator that this Document is true and correct to the best of my knowledge.

*Michael-destry Family of Williams*

Notary:

Colorado State:

                                    ss.

Pueblo County:

Subscribed and Affirmed before this ___23___ of March 2019 by
Michael-destry Family of williams

*Cynthia A. Ellingson*

My commission Expires: ___1/15/2023___

CYNTHIA A. ELLINGSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001638
MY COMMISSION EXPIRES    JANUARY 15, 2023

Michael-destry Family of Williams
Rural Route 1, St. Charles Mesa, Pueblo Colorado
In care of : 1735 Cortner Road Pueblo Colorado [81006]

Page **2** of 2
**Power of Attorney JFW**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00140-CMA

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**MICHAEL DESTRY WILLIAMS,**

     Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

TO:       The clerk of the court and all parties of record.

     I hereby certify that I am a member in good standing of the bar of this Court, and that pursuant to a Criminal Justice Act appointment I appear in this case as counsel for Defendant Michael Destry Williams. Counsel has reviewed the Court's most recent order (Doc. 138) and will coordinate with opposing counsel and Chambers, for purposes of re-setting the hearing related to revocation of supervised release.

     DATED this 31st day of January, 2020.

                     Respectfully submitted,

                     By: s/Kelly Meilstrup

                     Kelly Meilstrup
                     2nd-Chair, LLC
                     1600 Stout Street Suite 1400
                     Denver, CO 80202
                     Telephone: 858-204-6375
                     KellyM@2nd-chair.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020 I filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

U.S. Attorney's Office-Denver

 s/Kelly Meilstrup
Kelly Meilstrup
2nd-Chair, LLC
Denver, Colorado

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-140-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   1.  MICHAEL DESTRY WILLIAMS

      Defendant.

---

## MOTION FOR REVOCATION OF THE DETENTION ORDER[1]

---

Counsel appointed on behalf of Mr. Williams urges this Court to reconsider the previous ruling related to the detention of Mr. Williams and find that in-home detention is appropriate. In support counsel states as following:

### Relevant Procedural and Background Facts

1. Mr. Williams was convicted of three counts of tax evasion, in violation of Title 26, United States Code, Section 7201(Counts 1-3); one count of structuring transactions to evade currency reporting requirements, in violation of Title 31, United States Code, Section 5324(a)(3) (Count 4); two counts of bank fraud, in violation of Title 18, United States Code, Section 1344 (Counts 5-6); three counts of passing fictitious financial instruments or obligations, in violation of Title 18, United States Code, Section 514 (Counts 7-9); and one count of corruptly

---

[1] Defense counsel conferred with both U.S. Attorney Andrea Surratt and Probation Officer Joel Nelson prior to filing this motion both objected to Mr. Destry-Williams release.

interfering with the administration of the internal revenue laws, in violation of Title 26, United States Code, Section 7212(a)(Count 10). All non-violent offenses.

2.  Mr. Williams was sentenced to a total term of 71 months imprisonment followed by a total of five years of supervised release. (ECF Doc. # 107). Mr. Williams successfully served his 71 months of imprisonment.

3.  Mr. Williams' case is before this court for a violation of supervised release. (ECF Doc. # 136). Mr. Williams was arrested on October 15, 2019, at his home, pursuant to warrant after failing to appear on September 13, 2019. (ECF Doc. #122). As of the filing of this Motion, Mr. Williams has been in custody 5 months and 25 days.

4.  On October 21, 2019, Mr. Williams appeared on a petition to revoke his supervised release. The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143 (a)(1). (ECF Doc. #131). On that date, Magistrate Crews ordered the detention of Mr. Williams concluding that the defendant failed to establish by clear and convincing evidence that he will not flee or that he is not a danger to any other person or the community. (ECF Doc. # 131)

5.  On October 25, 2019, this Court set a final hearing for Revocation of Supervised Release for January 23, 2020. (ECF Doc.  #132).

6.  On January 23, 2020, the Court was unable to hold the hearing due to Mr. Williams' disruptions. (ECF Doc. # 138). The Court permitted defense counsel to withdraw, ordered new counsel be appointed, and that hearing will proceed with new counsel regardless of Mr. Williams' disruptions. (ECF Doc. # 138).

7. The final hearing was scheduled for April 1, 2020. (ECF Doc. # 146). However, on March 13, 2020 due to the COVID-19 pandemic, that hearing was vacated. (ECF Doc. # 147). The hearing has been rescheduled to May 26, 2020, at 11:00, the soonest available date. (ECF Doc. # 148). On May 26, 2020, Mr. Williams will have been in custody for 7 months and 11 days.

8. If the Court finds that Mr. Williams has violated his supervise release, the Government has indicated that they will be seeking 11 months incarceration. (ECF Doc. # 137). Pursuant to the supervised release violation report, the Guideline range for custody is 5 to 11 months. (ECF Doc. # 136).

9. Defense counsel has attempted to communicate with Mr. Williams and even a family member regarding an alternative to detention, those attempts have been unsuccessful. However, defense counsel *presumes* that Mr. Williams would be permitted by family to return to the home in Pueblo, Colorado considering the support exhibited by family in attempts to file documents on his behalf. Defense counsel further *presumes* that the necessary technology exists in that home which would permit communication and GPS monitoring for purposes of in-home detention as defense counsel (and the U.S. Attorney) did receive an email from a family member.

10. Defense counsel raises the issue of detention because of health concerns for Mr. Williams. Mr. Williams is 55 years old[2]. Per, Center for Disease Control and Prevention, older adults are at a higher risk of getting sick from COVID-19[3]. He is currently held at the Denver Contract Detention facility in Aurora. As of April 9,

---

[2] https://www.bop.gov/inmateloc/
[3] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html

2020, no inmates had tested positive for COVID-19 but two employees had tested positive for COVID-19[4].

11. In 2013 in a motion by the Government requesting a physical and mental examination of Mr. Williams, Mr. Williams is quoted as stating "I am permanently disabled American and have mercury poisoning and an infection in my chest to head, I am under the weather as they say." (ECF Doc. # 31, p. 2). The Government noted that in 2013 Mr. Williams appeared to be "laboring under some sort of physical ailment", that he was observed grimacing. (ECF Doc. # 31, p. 2). After review of Doctors Fukutaki and Kraus' findings this Court concluded that Mr. Williams did not suffer from mercury poisoning and that he did not have any physical ailments that rendered him mentally incompetent. (ECF Doc. # 55 p. 2). This conclusion, however, does not resolve chronic physical ailments that *could* make Mr. Williams more vulnerable to COVID-19 presently in 2020. Defense counsel does not have permission to view the pre-sentence reports (ECF Docs. ## 103 and 104) in this case that could also shed light on physical ailments that could impact Mr. Williams today.

12. Defense counsel recognizes that these ailments occurred in 2013 and without the opportunity to observe or communicate with Mr. Williams any argument that these ailments continue today would be a presumption. Perhaps the AUSA and the Court are in a better position to account for more recent observed physical ailments?

---

[4] https://www.ice.gov/coronavirus

## **Legal Authority and Analysis**

13. "If a person is ordered detained by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court, the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly.18 U.S.C.A. § 3145.

14. § 3145 does not require that new information be available before a release or detention order can be reconsidered and revoked. *United States v. Cisneros*, 328 F.3d 610, 614 (10th Cir. 2003) (holding that district court has the authority to review a magistrate's release or detention order).

15. The decision to detain or release is authorized by Federal Rule of Criminal Procedure 32.1 which states:

> The magistrate judge may release or detain the person
> under 18 U.S.C. § 3143(a)(1) pending further proceedings.
> The burden of establishing by clear and convincing evidence
> that the person will not flee or pose a danger to any other
> person or to the community rests with the person.

16. As the parties are aware, Attorney General Barr, on March 26, 2020, set forth criteria for prioritizing home confinement in response to the COVID-19 pandemic[5]. The criteria for consideration included:

   a. Age and vulnerability of the inmate to COVID-19,

   b. Security level of the facility;

   c. Inmates conduct while in prison;

---

[5] https://www.scribd.com/document/453777104/COVID-19-BOP-Memo-Re-Home-Confinement-2020-03-26

d. The inmate's PATTERN score;

e. Re-entry plan;

f. Crime of conviction;

17. Defense counsel unfortunately has limited information about Mr. Williams. However, the facts that are known support reconsideration of detention in this case. Mr. Williams is detained in the Denver Contract Detention Facility, a medium security facility. He is 55 years old with prior health complaints and concerns documented in case history. Mr. Williams was convicted of non-violent offenses. He has already served his sentence. He is in custody now for failing to communicate and participate with his probation officer. A non-violent violation of Supervised Release poses a minimal risk to society.

18. Defense counsel recognizes that this case and Mr. Williams present unique circumstances. However, perhaps more unique are the risks associated with imprisonment during this unprecedented COVID-19 pandemic;  that under such unique circumstances an individual would do everything in their control to get out of custody and to the safety of their home and everything in their power to stay out of custody. It is this theory that supports the conclusion that Mr. Williams will not flee or present a risk to society.  Further, when Mr. Williams was arrested for violation of supervised release, law enforcement authorities were able to locate him at his house. This fact is only presented for the purpose of showing that Mr. Williams did not flee and is therefore unlikely to flee.

19. For the foregoing reasons and in light of the exceptional circumstances that exists at this time, defense counsel requests this court reconsider the previous order for detention.

Respectfully submitted,


*s/ Kelly Meilstrup*
KELLY L. MEILSTRUP
1600 Stout Street #1400
Denver CO 80202
858-204-6375
KellyM@2nd-chair.com
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on April 9, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interest parties and the following:

Andrea Surratt
Assistant United States Attorney
Andrea.Surratt@usdoj.gov

<div style="margin-left: 50%;">

*s/ Kelly Meilstrup*
KELLY L. MEILSTRUP
Attorney for the Defendant

</div>