**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**April 5, 2021**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL DESTRY WILLIAMS,

    Defendant - Appellant.

No. 20-1266
(D.C. No. 1:12-CR-00140-CMA-1)
(D. Colo.)

_____

## JUDGMENT

_____

Before **HOLMES**, **MATHESON**, and **PHILLIPS**, Circuit Judges.

_____

This case originated in the District of Colorado and was submitted on the briefs at the direction of the court.

The judgment of that court is affirmed.

If defendant, Michael Destry Williams was released pending appeal, the court further orders that, within 30 days from the filing of the mandate of this court in the District Court, the defendant shall surrender to the United States Marshal for the District of Colorado in execution of the judgment and sentence imposed; however, the District Court, in its discretion, may permit the defendant to surrender directly to a designated Bureau of Prisons institution for service of sentence.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk